# IN UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc., d/b/a Just Health Foundation, *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-12534 (JKS)<br><br>(Joint Administration Requested) |

## ENTRY OF APPEARANCE AND REQUEST FOR
## NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Bielli & Klauder, LLC and Levenfeld Pearlstein, LLC hereby enter their appearance pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable law as counsel of record for Maple Healthcare, LLC ("Maple Healthcare") in the above-referenced bankruptcy case; and hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the following:

| **BIELLI & KLAUDER, LLC** | **LEVENFELD PEARLSTEIN, LLC** |
|---|---|
| David M. Klauder, Esquire | Harold D. Israel, Esquire |
| 1204 N. King Street | Sean P. Williams, Esquire |
| Wilmington, DE 19801 | 120 S. Riverside Plaza, Suite 1800 |
| Phone: (302) 803-4600 | Chicago, IL 60606 |
| dklauder@bk-legal.com | Phone: (312) 346-08380 |
| | hisrael@lplegal.com |
| | swilliams@lplegal.com |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint HealthBayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above- referenced case and all proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Entry of Appearance is intended for the purpose of receiving notices and is not intended to be and should not be deemed a submission to the jurisdiction of this Court.  In addition, this Entry of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of : to (1) have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a Bankruptcy Judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) have final orders in non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a District Court Judge; (3) trial by jury in any case, proceeding, matter, or controversy so triable; (4) have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Maple Healthcare is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.  For the avoidance of doubt, the filing of this Entry of Appearance is not intended as, and shall not be, the consent of Maple Healthcare to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of Maple Healthcare, cannot enter final orders or judgments in

such any case, proceeding, matter, or controversy, as applicable, consistent with Article III of the United States Constitution.

| | |
|---|---|
| Date: November 4, 2024<br>Wilmington, Delaware | **BIELLI & KLAUDER, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder, Esquire (No. 5769)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>dklauder@bk-legal.com<br><br>-and-<br><br>**LEVENFELD PEARLSTEIN, LLC**<br><br>Harold D. Israel, Esquire<br>(*pro hac vice admission pending*)<br>Sean P. Williams, Esquire<br>(*pro hac vice admission pending*)<br>120 S. Riverside Plaza, Suite 1800<br>Chicago, IL 60606<br>Phone: (312) 346-08380<br>hisrael@lplegal.com<br>swilliams@lplegal.com<br><br>*Co-counsel to Maple Healthcare, LLC* |