# SCHEDULE 1

## List of Parties-In-Interest Noted for Court Disclosure

## CarePoint Health Systems Inc. – Interested Parties List

**Debtors**
CarePoint Health Systems Inc. d/b/a Just Health Foundation
Bayonne Intermediate Holdco, LLC
Benego CarePoint LLC
Briar Hill CarePoint LLC
CarePoint Health Management Associates Intermediate Holdco, LLC
CarePoint Health Management Associates, LLC d/b/a CarePoint Health
CH Hudson Holdco, LLC
Christ Intermediate Holdco, LLC
Evergreen Community Assets
Garden State Healthcare Associates, LLC
Hoboken Intermediate Holdco, LLC
Hudson Hospital Holdco, LLC
Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital
HUMC Holdco, LLC
HUMC Opco LLC d/b/a CarePoint Health-Hoboken University Medical Center
IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center
IJKG, LLC
Just Health MSO, LLC
New Jersey Medical and Health Associates, LLC
Quality Care Associates, LLC
Sequoia BMC Holdco, LLC

**Non-Debtor Affiliates**
Just Health Physicians, LLC
Just Health QCA, LLC
McCabe Ambulance Service, Inc.

**Directors and Officers**
Dr. Achintya Moulick-CEO
Shamiq Syed-CFO
Adil Shafique-CIO
Rajan Kanda-CRO
Dr. John Rimmer-System Chief Medical Officer
Jonathan Goldstein-Chief Supply Chain Officer

**Board of Trustees**
Atif Bawahab
Mayor Ravi Bhalla
Marilyn Cintron
Mayor Steven Fulop
Bikram Gill
Nadir Ijaz
Ryan Meeuf
Dr. Achintya Moulick
Christopher L. Patella
Dr. Abhijeet Rastogi
Alan Rubin
Dr. Jawad Shah

**Non-Debtor Significant Equity Holders**
BMC Hospital LLC

**Bankruptcy Professionals**
Dilworth Paxson LLP
Epiq Corporate Restructuring, LLC
Ankura Consulting Group, LLC

**Banking Institutions**
PNC Bank
OceanFirst Bank
IDB Bank
BCB Bank

**Secured Lenders and Creditors**
Bayonne Medical Center Opco, LLC
Capitala Private Advisors, LLC
Maple Healthcare, LLC
Capitala Specialty Lending Corp.
Capitala Private Credit Fund V, L.P.
Swiss Capital Capitala Private Debt Fund, L.P.
Swiss Capital Capitala Private Debt Offshore SP
Capitala Business Lending, LLC
34th Street Funding, LLC
CapitalSouth Partners Florida Sidecar Fund II, L.P.
Capitala Business Lending, LLC
Murray Hill Funding II, LLC
Maple Healthcare, LLC

#124658208v3

**CarePoint Health Systems Inc. – Interested Parties List**

UnityHealth Care LLC

### Taxing Authorities
State of New Jersey Dept of Health
State of New Jersey Dept. of Treasury
City of Hoboken, NJ
City of Jersey City, NJ
City of Bayonne, NJ
Internal Revenue Service
County of Hudson-Dept. of Finance and Administration

### Top 30 Unsecured Creditors
American Red Cross
Biomet
Carefusion Solutions, LLC
Carepoint Health Captive Assurance Co.
Constellation New Energy
County of Hudson
CVS Caremark
Depuy Synthes Sales, Inc.
General Healthcare Resources
Horizon Health
Hudson Anesthesia Services, LLC
Internal Revenue Service
Mandler Family Trust
Medely, Inc.
Medical Information Tech
Medical Staffing Network
Med-Metrix
Medtronic
Nurses 24/7
Optum
Public Service Enterprise Group Incorporated
R1 RCM Holdco, Inc.
Resolute Perioperative
Royal Biologics
Seirra Health Group, LLC
Sodexo, Inc.
Spinal Elements
State of New Jersey-Division of Taxation
Stryker Orthopedics
The Trustees of Columbia University in the City of New York

### Landlords
29 E. 29th Street Holdings
328 Grand Street Associates, LLC
Avenue E Sai Realty
CH 750 Park LLC
City of Hoboken (Lease terminates 11/01/2024)
Ferrara Holdings LLC
HG Realty
J.C. Opco, LLC
Journal Square Plaza Urban Renewal Assoc.
Lefrak Property Management of NJ
Mina Gandhi
SB Hoboken Propco LLC
St. Joseph's Church (Giant Steps)
Surgical and Professional Services PC
Union Kennedy Associates Ltd Partnership

### Utility Companies
AirGas
Approved Waste
AT&T Mobility
Cablevision Lightpath
Cogent Communications
Comcast
Direct TV
FracTEL
Fusion Connect, Inc.
Granite
GTT
Intelligent Contacts
InterFAX
Jersey City Municipal Utilities Authority
Linde Gas & Equipment
North Hudson Sewer Authority
Optimum Business
Passaic Valley Sewer Commission
Public Service Enterprise Group
Sipcorn Communications
Spok
Telecommunications
Tellennium
Veolia Water
Verizon

**CarePoint Health Systems Inc. – Interested Parties List**

Verizon Wireless
Waste Management

### Insurers

Allianz SE
American Automobile
AmTrust Insurance Company
Argo Group
Argonaut Insurance Company
AXA XL - XL Specialty Insurance Company
AXIS Insurance Company
Beazley Insurance Company
Berkshire Hathaway Specialty Insurance Company
Canopius - Samsung Fire & Marine Insurance Co., Ltd.
Chubb
Chubb - Ace American Insurance Company
Coalition
Coverys Specialty Insurance Company
Endurance
Fireman's Fund
Ironshore
Landmark American
Mag Mutual Insurance Company
National Union
Nationwide - Freedom Specialty Insurance Company
Penn. Mfr. Assoc. Ins. Co. (PMA)
Professional Security Insurance Company
RLI Insurance Company
RSUI Indemnity Company
Samsung Fire & Marine Insurance Co., Ltd.
Starr Insurance
Starr Indemnity
Travelers Casualty and Surety Company
Westchester Surplus Lines Insurance Company
Wesco Insurance Company
Wright National Flood Insurance Co.

### Unions

Health Professionals and Allied Employees, AFT/AFL-CIO
International Union of Operating Engineers, Local 68-68A-68B, AFL-CIO
Committee of Interns and Residents/SEIU
District 1199J, National Union of Hospital and Healthcare Employees, AFSCME, AFL-CIO
JNESO-District Council 1, IUOE/AFL-CIO

### Litigation Parties

Aequor Healthcare Services, LLC
Alejandro Presilla, MD
Ashi Intec USA Inc.
Aya Healthcare
Bedrock Landscaping
Bergenline 3100 LLC
Big Box Property Owner D, LLC
Bioventus, LLC
BMC Hospital LLC
Boston Scientific
Centinel Spine LLC
Concordance Health
Custom Healthcare Solutions, LLC
Eagle & Apollo Staffing LLC
East Coast Mechanical Contracting Corp.
Everbank N.A.
Fortec Medical, Inc.
General Healthcare
Globus Medical North America, Inc.
HelloTeam, Inc.
Horizon Mental Health Management, LLC
Host Healthcare, LLC
Integrity Implants LLC dba Accelus
Jackson Pharmacy Professionals, LLC
Jackson Therapy Partners, LLC
Johnson Controls Fire Protection LP
Jon Barry & Associates d/b/a Paragon Revenue Group
Leonard DenBleyker
Maxim Healthcare Staffing Services, Inc.
Mazuma Capital Corp.
McElroy Deutsch
MD Buying Group
Medely, Inc.

**CarePoint Health Systems Inc. – Interested Parties List**

New York Spinal Implants Corp
NJMHMC, LLC d/b/a Hudson Regional Hospital
NJBMCH, Inc.
Nurse Staffing LLC dba Nurses 24/7
Nuvasive, Inc.
OssDsign USA, Inc.
Prime Pay
Purely Clean Service Corporation d/b/a Purely Clean Services
Reconstructive Orthopaedic Associates II, LLC, d/b/a Rothman Orthopaedic Institute
RJR Interior Maintenance Inc.
Rothman National Management Services Organization, LLC
Rothman Orthopaedics of New Jersey, LLC
Scientia Vascular Inc.
Sierra Health Group, LLC
SnowX, Inc.
Sparkly Cleaning Services, Inc.
Spinal Elements
Spine Art
Supplemental HealthCare (SHC Services, Inc.)
Tandym Group
Tech Services Security, LLC
Voyce
Yellow Cab C&C LLC
Zimick Brother Cleaning Service

**Judges in the United States Bankruptcy Court for the District of Delaware**
Judge Laurie Selber Silverstein
Judge John T. Dorsey
Judge Craig T. Goldblatt
Judge Thomas M. Horan
Judge Karen B. Owens
Judge Brendan L. Shannon
Judge J. Kate Stickles
Judge Mary F. Walrath

**Office of the United States Trustee – (Region 3) Delaware**
Joseph McMahon – Assistant U.S. Trustee

Lauren Attix – Paralegal Specialist
Malcolm M. Bates – Trial Attorney
Fang Bu – Trial Attorney
Linda Casey – Trial Attorney
Joseph Cudia – Trial Attorney
Holly Dice – Auditor (Bankruptcy)
Shakima L. Dortch – Paralegal Specialist
Timothy J. Fox, Jr. – Trial Attorney
Diane Giordano – Bankruptcy Analyst
Michael Girello – Paralegal Specialist
Christine Green – Paralegal Specialist
Benjamin Hackman – Trial Attorney
Nyanquoi Jones – Auditor (Bankruptcy)
Jane Leamy – Trial Attorney
Jonathan Lipshie – Trial Attorney
Hannah M. McCollum – Trial Attorney
Jonathan Nyaku – Auditor (Bankruptcy)
James R. O'Malley – Auditor (Bankruptcy)
Linda Richenderfer – Trial Attorney
Richard Schepacarter – Trial Attorney
Edith A. Serrano – Paralegal Specialist
Rosa Sierra-Fox – Trial Attorney
Elizabeth Thomas – Paralegal Specialist
Dion Wynn – Paralegal Specialist

**Other**
Hudson Regional Hospitals LLC

#124658208v3