## SCHEDULE 2

## Interested Parties that Currently Employ or Have Formerly Employed Dilworth Paxson LLP Within the Previous 2 years in Matters Unrelated to the Debtors or the Chapter 11 Cases

| Interested Party | Relationship to the Debtors | Clients and Their Affiliates |
|---|---|---|
| PNC Bank National Association | Banking Institutions | PNC Bank National Association and certain of its affiliates are former and current clients of the Firm in matters unrelated to the Debtors or these Chapter 11 Cases. |
| Allianz SE | Insurers | Allianz SE, its affiliates, or its insureds are former or current clients in matters unrelated to the Debtors or these Chapter 11 Cases. |
| AmTrust Insurance Company | Insurers | AmTrust Insurance Company, its affiliates, or its insureds are former or current clients in matters unrelated to the Debtors or these Chapter 11 Cases. |
| Argonaut Insurance Company | Insurers | Argonaut Insurance Company, its affiliates, or its insureds are former or current clients in matters unrelated to the Debtors or these Chapter 11 Cases. |
| AXA XL-XL Specialty Insurance | Insurers | AXA XL-XL Specialty Insurance, its affiliates, or its insureds are former or current clients in matters unrelated to the Debtors or these Chapter 11 Cases. |
| Endurance American Ins. Co. | Insurers | Endurance American Ins. Co., its affiliates, or its insureds are former or current clients in matters unrelated to the Debtors or these Chapter 11 Cases. |
| RSUI Indemnity Company | Insurers | RSUI Indemnity Company, its affiliates, or its insureds are former or current clients in matters unrelated to the Debtors or these Chapter 11 Cases. |
| Starr Insurance | Insurers | Starr Insurance, its affiliates, or its insureds are former or current clients in matters unrelated to the Debtors or these Chapter 11 Cases. |
| Starr Indemnity | Insurers | Starr Indemnity, its affiliates, or its insureds are former or current clients in matters unrelated to the Debtors or these Chapter 11 Cases. |
| Wesco Insurance Company | Insurers | Wesco Insurance Company, its affiliates, or its insureds are former or current clients in matters unrelated to the Debtors or these Chapter 11 Cases. |

| Interested Party | Relationship to the Debtors | Clients and Their Affiliates |
|---|---|---|
| District 1199J, National Union of Hospital and Healthcare Employees, AFSCME, AFL-CIO | Unions | AFSCME District Council 47 is a current client of the Firm in matters unrelated to the Debtors or these Chapter 11 Cases. |
| City of Bayonne, NJ | Taxing Authorities | The City of Bayonne, NJ is a current client of the Firm in matters unrelated to the Debtors or these Chapter 11 cases. |
| Constellation New Energy | Top 30 Creditors | Constellation Energy Corporation is a current or former client of the firm in matters unrelated to the Debtors or the Chapter 11 cases. |