# EXHIBIT C

## Syed Declaration

#124672231v2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
In re:                           :  Chapter 11
                                 :
                                 :  Case No. 24-12534 (JKS)
CarePoint Health Systems Inc. d/b/a Just Health :
Foundation, et al.,[1]           :  (Joint Administration Requested)
                                 :
                                 :
       Debtors.                  :
------------------------------- x

**DECLARATION OF SHAMIQ SYED IN SUPPORT OF THE
APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER
(I) AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY DILWORTH
PAXSON LLP AS COUNSEL, EFFECTIVE AS OF THE PETITION DATE AND
(II) GRANTING RELATED RELIEF**

I, Shamiq Syed, hereby declare under penalty of perjury as follows:

1. I am the Chief Financial Officer of the debtors in the above-captioned chapter 11 cases (collectively, the "Debtors").

2. This Declaration is submitted in support of the Application of the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Employ Dilworth Paxson LLP as Counsel, Effective as of the Petition Date and (II) Granting Related Relief (the "Application").[2]

3. Except as otherwise noted, I have personal knowledge of the matters set forth in this Declaration.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

[2] Capitalized terms not otherwise defined in this Declaration shall have the meanings given to them in the Application.

#124672231v2

## THE DEBTORS' SELECTION OF COUNSEL

4. The Debtors retained Dilworth because of its extensive experience in corporate reorganizations, both out-of-court and under chapter 11 of the Bankruptcy Code. Additionally, Dilworth is familiar with the Debtors' business operations and many of the potential legal issues that may arise in the context of these Chapter 11 Cases. I believe that Dilworth is both well qualified and able to represent the Debtors in these Chapter 11 Cases in an efficient and timely manner.

## COST SUPERVISION

5. Dilworth continues to work with the Debtors to develop a prospective budget and staffing plan, recognizing that in the course of large chapter 11 cases, unforeseeable issues may arise that will need to be addressed by the Debtors and Dilworth, resulting in higher than expected fees and expenses.

6. The Debtors further recognize that it is their responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of these Chapter 11 Cases. The Debtors will continue to review the statements that Dilworth regularly submits, and, together with Dilworth, will amend the budget and staffing plans periodically, as the cases develop.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 4, 2024

By: */s/ Shamiq Syed*
Name: Shamiq Syed
Title: Chief Financial Officer