# EXHIBIT C

November 18, 2024 Email Correspondence

(Attached)

# Angelo, Jason D

| | |
|---|---|
| **Subject:** | FW: Follow-Up on Discovery Requests and Rule 30(b)(6) Deposition | In re CarePoint Health Systems, Inc., et al., Case No. 24-12534 (JKS) |

**From:** Angelo, Jason D
**Sent:** Tuesday, November 19, 2024 12:19 PM
**To:** Hughes, Peter C. <phughes@dilworthlaw.com>; Aaronson, Anne M. <aaaronson@dilworthlaw.com>; McMichael, Lawrence G. <lmcmichael@dilworthlaw.com>; Small, Jack <jsmall@dilworthlaw.com>
**Cc:** Gwynne, Kurt F. <KGwynne@ReedSmith.com>; Capp, Cameron A. <CCapp@reedsmith.com>; Comerford, Christie Callahan <ccomerford@dilworthlaw.com>; Davis, Matthew H. <mdavis@dilworthlaw.com>
**Subject:** RE: Follow-Up on Discovery Requests and Rule 30(b)(6) Deposition | In re CarePoint Health Systems, Inc., et al., Case No. 24-12534 (JKS)

Thank you, Pete. We'll coordinate with Insight and the Committee regarding deposition logistics.

==In the interest of addressing your concerns and facilitating the production of responsive documents by November 27, please advise when you are available today for a brief meet and confer. We are open to discussing any specific objections or concerns you have regarding the breadth of the requests and will work with you to narrow the scope where appropriate to ensure timely production.==

Regards,

Jason

**From:** Hughes, Peter C. <phughes@dilworthlaw.com>
**Sent:** Monday, November 18, 2024 6:18 PM
**To:** Angelo, Jason D <JAngelo@reedsmith.com>; Aaronson, Anne M. <aaaronson@dilworthlaw.com>; McMichael, Lawrence G. <lmcmichael@dilworthlaw.com>; Small, Jack <jsmall@dilworthlaw.com>
**Cc:** Gwynne, Kurt F. <KGwynne@ReedSmith.com>; Capp, Cameron A. <CCapp@reedsmith.com>; Comerford, Christie Callahan <ccomerford@dilworthlaw.com>; Davis, Matthew H. <mdavis@dilworthlaw.com>; Hughes, Peter C. <phughes@dilworthlaw.com>
**Subject:** RE: Follow-Up on Discovery Requests and Rule 30(b)(6) Deposition | In re CarePoint Health Systems, Inc., et al., Case No. 24-12534 (JKS)

Jason,
    ==I stand by my answer below with respect to documents.==
    As to the length of time of the deposition, we will make a debtor witness available for the full time period under the applicable federal rules, but we will make that witness available at the same time to all creditors who want to attend the deposition and ask questions.
    As you probably know, Insight has also requested a deposition. I expect that a committee will be formed today or tomorrow and that counsel to the committee will likely want to participate in a deposition.
    We are not going to make a witness available for 3 separate days with respect to the same motion.
    Thus some coordination with counsel to Insight, and counsel to a committee (once known) will be required.
Pete

**PETER C. HUGHES | DILWORTH PAXSON LLP**

| | |
|---|---|
| 1500 Market Street | Suite 3500E | 800 N. King Street | Suite 202 |
| Philadelphia, PA 19102 | Wilmington, DE 19801 |

1

Tel: (215) 575-7282 | Fax: (215) 575-7200                Phone:  302-571-9800 | Fax:  302-571-8875

Admitted in Pennsylvania, Delaware, and New Jersey
Email:  phughes@dilworthlaw.com | www.dilworthlaw.com

**From:** Angelo, Jason D <JAngelo@reedsmith.com>
**Sent:** Saturday, November 16, 2024 8:16 PM
**To:** Hughes, Peter C. <phughes@dilworthlaw.com>; Aaronson, Anne M. <aaaronson@dilworthlaw.com>; McMichael, Lawrence G. <lmcmichael@dilworthlaw.com>; Small, Jack <jsmall@dilworthlaw.com>
**Cc:** Gwynne, Kurt F. <KGwynne@ReedSmith.com>; Capp, Cameron A. <CCapp@reedsmith.com>; Comerford, Christie Callahan <ccomerford@dilworthlaw.com>; Davis, Matthew H. <mdavis@dilworthlaw.com>
**Subject:** RE: Follow-Up on Discovery Requests and Rule 30(b)(6) Deposition | In re CarePoint Health Systems, Inc., et al., Case No. 24-12534 (JKS)

Hello Pete,

Following up on this matter—please provide an update regarding debtors' willingness to produce responsive documents by November 27 and clarify any issues with the proposed deposition timing.

If we do not receive a response by tomorrow, we will be compelled to raise the matter with the Court on Monday.

Regards,

Jason

---

**From:** Angelo, Jason D
**Sent:** Friday, November 15, 2024 3:32 PM
**To:** Hughes, Peter C. <phughes@dilworthlaw.com>; Aaronson, Anne M. <aaaronson@dilworthlaw.com>; McMichael, Lawrence G. <lmcmichael@dilworthlaw.com>; Small, Jack <jsmall@dilworthlaw.com>
**Cc:** Gwynne, Kurt F. <KGwynne@ReedSmith.com>; Capp, Cameron A. <CCapp@reedsmith.com>; Comerford, Christie Callahan <ccomerford@dilworthlaw.com>; Davis, Matthew H. <mdavis@dilworthlaw.com>
**Subject:** RE: Follow-Up on Discovery Requests and Rule 30(b)(6) Deposition | In re CarePoint Health Systems, Inc., et al., Case No. 24-12534 (JKS)

Pete,

If the debtors fail to produce all requested documents by November 27 and this hinders our ability to effectively depose the debtors' Rule 30(b)(6) witness(es), we'll have no choice but to seek a continuance / adjournment of the December 10 hearing to prevent any prejudice to our client. While we understand the debtors' employees have other obligations, it remains the debtors' obligation to make necessary arrangements for responding to our document requests given that they chose to file and prosecute the cash collateral motions.

We strongly disagree that our document requests are overly broad. While we maintain that the requests are as narrowly tailored as possible, if there are specific concerns, please identify them promptly, and we'll work with you toward a resolution.

On the deposition, while December 4 at HUMC/Hoboken is acceptable, the vague objection to our proposed schedule is not. We are entitled to the full 7 hours for the deposition. We've already accommodated your preferred date, location, and the 4 PM meeting you raised. If there are additional concerns, please articulate them clearly so we can resolve this without further back-and-forth.

Regards,

Jason

**From:** Hughes, Peter C. <phughes@dilworthlaw.com>
**Sent:** Friday, November 15, 2024 2:34 PM
**To:** Angelo, Jason D <JAngelo@reedsmith.com>; Aaronson, Anne M. <aaaronson@dilworthlaw.com>; McMichael, Lawrence G. <lmcmichael@dilworthlaw.com>; Small, Jack <jsmall@dilworthlaw.com>
**Cc:** Gwynne, Kurt F. <KGwynne@ReedSmith.com>; Capp, Cameron A. <CCapp@reedsmith.com>; Comerford, Christie Callahan <ccomerford@dilworthlaw.com>; Davis, Matthew H. <mdavis@dilworthlaw.com>
**Subject:** RE: Follow-Up on Discovery Requests and Rule 30(b)(6) Deposition | In re CarePoint Health Systems, Inc., et al., Case No. 24-12534 (JKS)

==Jason, please see my responses below in red.==
==Please copy Christie Comerford and Matt Davis of Dilworth (emails above) on all communications regarding discovery.==
==Pete==

**PETER C. HUGHES | DILWORTH PAXSON LLP**

1500 Market Street | Suite 3500E                      800 N. King Street | Suite 202
Philadelphia, PA 19102                                      Wilmington, DE 19801
Tel: (215) 575-7282 | Fax: (215) 575-7200      Phone: 302-571-9800 | Fax: 302-571-8875

Admitted in Pennsylvania, Delaware, and New Jersey
Email: phughes@dilworthlaw.com | www.dilworthlaw.com

**From:** Angelo, Jason D <JAngelo@reedsmith.com>
**Sent:** Friday, November 15, 2024 1:43 PM
**To:** Hughes, Peter C. <phughes@dilworthlaw.com>; Aaronson, Anne M. <aaaronson@dilworthlaw.com>; McMichael, Lawrence G. <lmcmichael@dilworthlaw.com>; Small, Jack <jsmall@dilworthlaw.com>
**Cc:** Gwynne, Kurt F. <KGwynne@ReedSmith.com>; Capp, Cameron A. <CCapp@reedsmith.com>
**Subject:** Follow-Up on Discovery Requests and Rule 30(b)(6) Deposition | In re CarePoint Health Systems, Inc., et al., Case No. 24-12534 (JKS)

Dear Pete,

I'm following up on my voicemail regarding our outstanding document requests. Please confirm by close of business today that the debtors will produce all documents requested in our first set of requests for production no later than Wednesday, November 27th. ==We may object to some of the requests. With respect to requests that we do not object to, we will make a good faith effort to produce documents by Nov. 27. Given the very broad scope of documents requested, the short time period in which you are requesting production, and the multiple duties of the debtor employees who will be involved in looking for documents, we are not guaranteeing that all documents will be produced by Nov. 27.==

Regarding the Rule 30(b)(6) deposition, we are willing to accommodate a date change to December 4th and agree to hold the deposition at a conference room at Christ Hospital in Jersey City. <span style="color:red">The location would be Hoboken University Medical Center in Hoboken.</span> Given this flexibility, we expect no issues with allotting the full 7 hours permitted under Rule 30(d)(1). We propose starting at 8:30 a.m. and continuing until 3:30 p.m. (which will accommodate the 4:00 p.m. meeting you mentioned). Please confirm if this schedule is acceptable. <span style="color:red">It is not. Larry McMichael, who is defending the deposition, is off today but will be available next week to address the timing of the deposition.</span>

Additionally, please advise:

1. How many witnesses the debtors will produce;
2. If more than one witness, identify the specific topics from our deposition notice each witness will address; and

3. If a single witness will be produced, confirm that they are prepared to testify comprehensively and competently on all topics outlined in the deposition notice.

With respect to 1, 2, and 3, we have not yet determined these issues.

Please note that our agreement to the December 4th deposition is contingent upon receiving a fully responsive document production by November 27th. If the debtors are unwilling or unable to meet this deadline, inform us immediately, as we will need to prepare appropriate filings to compel expedited production.  See answers above.

Let us know if you are available to discuss these matters further.

Thank you,

Jason D. Angelo
*He/Him/His*

**Reed Smith** LLP
1201 North Market Street | Suite 1500
Wilmington, DE 19801-1163
O: +1 302.778.7570
M: +1 302.740.2009
jangelo@reedsmith.com
www.reedsmith.com | LinkedIn | Bio

---

**From:** Hughes, Peter C. <phughes@dilworthlaw.com>
**Sent:** Wednesday, November 13, 2024 8:30 PM
**To:** Angelo, Jason D <JAngelo@reedsmith.com>; Aaronson, Anne M. <aaaronson@dilworthlaw.com>; McMichael, Lawrence G. <lmcmichael@dilworthlaw.com>; Small, Jack <jsmall@dilworthlaw.com>
**Cc:** Gwynne, Kurt F. <KGwynne@ReedSmith.com>; Capp, Cameron A. <CCapp@reedsmith.com>; Hughes, Peter C. <phughes@dilworthlaw.com>
**Subject:** RE: In re CarePoint Health Systems, Inc., et al., Case No. 24-12534 (JKS) | Strategic Ventures, LLC's Cash Collateral Objection, R. 30(b)(6) Deposition Notice, and 1st Set of Requests for Production

Jason, as you know we have offered to make the witness available on December 4th at the Debtors' location in North Jersey.
Please advise regarding that date and location.
Pete

**PETER C. HUGHES | DILWORTH PAXSON LLP**

1500 Market Street | Suite 3500E                                  800 N. King Street | Suite 202
Philadelphia, PA 19102                                             Wilmington, DE  19801
Tel: (215) 575-7282 | Fax: (215) 575-7200                          Phone:  302-571-9800 | Fax:  302-571-8875

Admitted in Pennsylvania, Delaware, and New Jersey
Email:  phughes@dilworthlaw.com | www.dilworthlaw.com

**From:** Angelo, Jason D <JAngelo@reedsmith.com>
**Sent:** Wednesday, November 13, 2024 7:59 PM
**To:** Aaronson, Anne M. <aaaronson@dilworthlaw.com>; Hughes, Peter C. <phughes@dilworthlaw.com>; McMichael, Lawrence G. <lmcmichael@dilworthlaw.com>; Small, Jack <jsmall@dilworthlaw.com>
**Cc:** Gwynne, Kurt F. <KGwynne@ReedSmith.com>; Capp, Cameron A. <CCapp@reedsmith.com>
**Subject:** In re CarePoint Health Systems, Inc., et al., Case No. 24-12534 (JKS) | Strategic Ventures, LLC's Cash Collateral Objection, R. 30(b)(6) Deposition Notice, and 1st Set of Requests for Production

Counsel:

Please find attached service copies of (i) the *Objection of Strategic Ventures, LLC to Garden State Healthcare Associates, LLC's Use of Cash Collateral* [D.I. 133] and (ii) *Strategic Ventures, LLC's Notice of Deposition Upon Oral Examination of Designated Representative of the Debtors Pursuant to Fed. R. Civ. P. 30(b)(6) as Incorporated by Fed. R. Bankr. P. 7030 and 9014* [D.I. 134].

Please also find attached *Strategic Ventures, LLC's First Set of Requests for Production of Documents Propounded on the Debtors.*

With respect to the date/time/location of the Rule 30(b)(6) deposition, while the notice indicates a deposition at our offices on December 2nd starting at 10:00 a.m., we are happy to discuss further in an attempt to work out any issues regarding date/time/location.

Regards,

Jason D. Angelo
*He/Him/His*

**Reed Smith LLP**

1201 North Market Street | Suite 1500
Wilmington, DE 19801-1163
O: +1 302.778.7570
M: +1 302.740.2009
jangelo@reedsmith.com
www.reedsmith.com | LinkedIn | Bio

RSUSv12021

5