# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------- x
In re:                                                      :  Chapter 11
                                                            :
CarePoint Health Systems Inc. d/b/a Just Health             :  Case No. 24-12534 (JKS)
Foundation, et al.,¹                                        :
                                                            :  (Jointly Administered)
                                                            :
                  Debtors.                                  :  Re: D.I.
----------------------------------------------------------- x
```

## INTERIM ORDER AUTHORIZING DEBTORS TO PAY CERTAIN PREPETITION PHYSICIAN COMPENSATION AND EXPENSES

Upon the motion (the "Motion")² of the above-captioned debtors (collectively, the "Debtors") for Authority to Pay Certain Prepetition Physician Compensation and Expenses; the Debtors' request for expedited consideration for authority to pay up to $650,000 of the prepetition physician compensation and expenses on shortened notice; and due and sufficient notice of the interim relief sought in the Motion having been given; and it appearing to that no other or further notice need be provided; and upon the record herein; and it appearing that the interim relief requested by the Motion is in the best interests of the Debtors' estates, the Debtors'

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

[2] Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED on an interim basis.

2. The Debtors are authorized, but not directed, to pay the prepetition physician employee compensation and expenses, as described in the Motion, in excess of the section 507(a)(4) statutory limit up to an aggregate amount of $650,000, on an interim basis as set forth in the Motion, including all payroll taxes and withholdings associated therewith.

3. The requirements of Bankruptcy Rule 6003(f) are satisfied by the contents of the Motion.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. Nothing in this Order constitutes, or shall be deemed to be, an assumption by the Debtors of any employment agreement, labor agreement or collective bargaining agreement pursuant to Bankruptcy Code section 365.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

8. A final hearing (the "Final Hearing") on the relief sought in the Motion shall be conducted on **December 10, 2024 at 10:30 a.m. (ET).** Any objections or responses to entry of a final order on the Motion (each, an "Objection") shall be filed on or before **4:00 p.m. (ET) on December 3, 2024**, and served on the following parties: (a) proposed

#124682930v5

counsel for the Debtors, Dilworth Paxson LLP, 1500 Market Street, Suite 3500E, Philadelphia, PA 19102 (Attn: Lawrence G. McMichael, Esq. [lmcmichael@dilworthlaw.com]; Peter C. Hughes, Esq. [phughes@dilworthlaw.com]; Anne M. Aaronson, Esq. [aaaronson@dilworthlaw.com]; Jack Small, Esq. [jsmall@dilworthlaw.com]); (b) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Lockbox 35, Wilmington, DE 19801 (Attn: Jane M. Leamy, Esq. [jane.m.leamy@usdoj.gov]); (c) counsel to Capitala, Maple, and Bayonne Medical Center, LLC; and (d) counsel to any official committee of unsecured creditors appointed in these Chapter 11 Cases.  In the event no Objections to entry of a final order on the Motion are timely received, this Court may enter such final order without need for the Final Hearing.

#124682930v5