## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| CarePoint Health Systems, Inc. d/b/a Just Health Foundation, *et al.*, | ) Case No. 24-12534 |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | RE DI 174 |

### ORDER SHORTENING NOTICE OF HEARING ON CARTER KITCHENS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Upon the motion (the "Motion to Shorten") of Carter Kitchens for entry of an order (the "Order") shortening notice of Carter Kitchens' Motion (the "Motion") seeking relief from the automatic stay, and the Court having reviewed the Motion to Shorten and found that the relief requested therein is justified under the circumstances,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED.

2. The Motion will be considered at the hearing scheduled for November 25, 2024, at 3:00 p.m. (ET).  *JKS*

3. Objections, if any, to the relief requested in the Motion ~~must be filed~~ may be presented at the hearing. ~~and served so as to be received by counsel for the Debtors and counsel for Carter Kitchens by no later than _____, 2024, at 12:00 p.m. (ET)~~.

4. This Court retains jurisdiction to construe and enforce the terms of this Order.

5. This Order shall be served on today's date, including all applicable insurance companies.

Dated: November 22, 2024

*[Signature]*
USBJ