# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- x
In re:                                                    : Chapter 11
                                                          : Case No. 24-12534 (JKS)
CarePoint Health Systems Inc. d/b/a Just Health          :
Foundation, et al.,[1]                                    : (Jointly Administered)
                                                          :
                                                          :
                            Debtors.                      :
-------------------------------------------------------- x

## NOTICE OF AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON NOVEMBER 25, 2024 AT 3:00 P.M. (ET)[2]

This proceeding will be conducted **in-person**.
All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.
Please refer to Judge Stickles' Chambers Procedures
(https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website
(http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

[2] All motions and other pleadings referenced herein are available online at the following web address: https://dm.epiq11.com/CarePoint

## I.    MATTERS GOING FORWARD:

1.    Debtors' Motion to Pay Certain Prepetition Physician Compensation and Expenses [Filed: 11/21/2024; D.I. 169].

    Related Documents:

    A.    Motion to Shorten Notice and Schedule Expedited Hearing with Respect to Debtors' Motion to Pay Certain Prepetition Physician Compensation and Expense Reimbursement [Filed: 11/21/2024; D.I. 170].

    B.    Order Granting Motion to Shorten Notice and Schedule Expedited Hearing With Respect to Interim Relief Sought in Debtors' Motion to Pay Remaining Prepetition Physician Compensation [Filed: 11/22/2024; D.I. 181]

    Objection Deadline:    December 3, 2024 at 4:00 p.m. (ET)

    Objections Received:  None.

    Status:  This matter is going forward.

2.    Motion for Entry of an Order Granting Relief from the Automatic Stay [Filed 11/21/2024, D.I.172].

    Related Documents:

    A.    Carter Kitchens' Motion for Order Shortening Notice of Hearing on Motion for Order Granting Relief from the Automatic Stay [Filed: 11/21/2024; D.I. 174].

    B.    Order Shortening Notice of Hearing on Carter Kitchens' Motion for Relief From the Automatic Stay [Filed: 11/22/2024; D.I. 182].

    Objection Deadline:    At the hearing on November 25, 2024 at 3:00 p.m.

    Objections Received:  None.

    Status:  This matter is going forward.

#124705618v1

3.      Case Status Conference Regarding Scheduling of Matters for Hearing Scheduled for December 10, 2024.

    Status: This matter is going forward.


4.      Conference Regarding Discovery with Strategic Ventures, LLC

        Related Documents:

    A.      November 20, 2024 Letter from Strategic Ventures, LLC Regarding Discovery [Filed: 11/20/2024; D.I. 163].

    B.      November 22, 2024 Letter from Debtors in Response to Strategic Ventures, LLC Regarding Discovery [Filed: 11/22/2024; D.I. 179].

    Objection Deadline:   N/A

    Objections Received:  N/A

    Status: This matter is going forward.


Dated: November 22, 2024                    **DILWORTH PAXSON LLP**

                                            /s/ Peter C. Hughes
                                            Peter C. Hughes (DE 4180)
                                            800 N. King Street, Suite 202
                                            Wilmington, DE 19801
                                            Telephone:    302-571-9800
                                            Facsimile:    302-571-8875
                                            Email:        phughes@dilworthlaw.com

                                                    and

                                            Lawrence G. McMichael (*pro hac vice* pending)
                                            Peter C. Hughes (DE 4180)
                                            Anne M. Aaronson (*pro hac* vice pending)
                                            Jack Small (*pro hac vice* pending)
                                            1500 Market St., Suite 3500E
                                            Philadelphia, PA 19102
                                            Telephone:     (215) 575-7000

#124705618v1

| Facsimile: | (215) 754-4603 |
| Email: | lmcmichael@dilworthlaw.com |
| Email: | phughes@dilworthlaw.com |
| Email: | aaaronson@dilworthlaw.com |
| Email: | jsmall@dilworthlaw.com |

*Proposed Counsel for the Debtors*

4