**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------x
In re                                                              :   Chapter 11
                                                                   :
CarePoint Health Systems Inc. d/b/a Just Health                    :   Case No. 24-12534 (JKS)
Foundation, et al. [1]
                                                                   :   Jointly Administered
                      Debtors.                                     :
------------------------------------------------------------------x   Ref. D.I. 10, 11, 18, 19, 68

**ORDER APPROVING STIPULATION REGARDING MATTERS
SCHEDULED FOR HEARING ON DECEMBER 16, 2024**

Upon consideration of the *Stipulation Regarding Matters Scheduled for Hearing on December 16, 2024*, a copy of which is attached to this Order as **Exhibit 1** (the "Stipulation"), by and among the Debtors, the Official Committee of Unsecured Creditors, Bayonne Medical Center Opco, LLC and Hudson Regional Hospitals, LLC and certain of their affiliates, Insight Management and Consulting Services, Inc., BMC Hospital, LLC, and Strategic Ventures, LLC (collectively, the "Parties"), and the Court having determined that the Stipulation is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

12791404

District of Delaware dated February 29, 2012, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Stipulation was adequate and appropriate under the particular circumstances; and the Court having reviewed the Stipulation; and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby APPROVED in its entirety as if set forth fully in this Order.

2. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulation.

3. The terms and provisions of the Stipulation shall take effect and be enforceable immediately upon entry of this Order.

4. This Court shall retain jurisdiction regarding all matters arising from or related to the Stipulation or the implementation or interpretation of this Order.

**Dated: December 2nd, 2024**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

12791404