UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,[1]

      Debtors.

---

  x
  : Chapter 11
  : Case No. 24-12534 (JKS)
  :
  : (Jointly Administered)
  :
  :
  :
  x

**NOTICE OF AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON DECEMBER 3, 2024 AT 4:00 P.M. (ET)[2]**

> This proceeding will be conducted remotely **via Zoom**.
> Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> **Registration is required by 3:00 p.m. (Prevailing Eastern Time) today** before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

[2] All motions and other pleadings referenced herein are available online at the following web address: https://dm.epiq11.com/CarePoint

1

#124715349v1

## I. MATTERS GOING FORWARD

1.  Status Conference Requested by the Court.

    Related Documents:   None.

    Objection Deadline:   None.

    Objections Received:   None.

    Status: This matter is going forward.

Dated: December 3, 2024                    **DILWORTH PAXSON LLP**

/s/ Peter C. Hughes
Peter C. Hughes (DE 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone:   302-571-9800
Facsimile:   302-571-8875
Email:   phughes@dilworthlaw.com

and

Lawrence G. McMichael (*pro hac vice* pending)
Peter C. Hughes (DE 4180)
Anne M. Aaronson (*pro hac* vice pending)
Jack Small (*pro hac vice* pending)
1500 Market St., Suite 3500E
Philadelphia, PA 19102
Telephone:   (215) 575-7000
Facsimile:   (215) 754-4603
Email:   lmcmichael@dilworthlaw.com
Email:   phughes@dilworthlaw.com
Email:   aaaronson@dilworthlaw.com
Email:   jsmall@dilworthlaw.com

*Proposed Counsel for the Debtors*