**Amended Schedule 1**
**Non-Exclusive List of Ordinary Course Professionals**

| Individual or Firm Name | Services Provided | Individual Cap |
|---|---|---|
| Clifton Budd and DeMaria, LLP | Legal services – union negotiations | $ 20,000 |
| Gellert Seitz Busenkell & Brown, LLC | Legal services – Delaware litigation counsel | $ 2,500 |
| Fox Rothschild LLP | Legal services – healthcare regulatory matters, compliance matters, transactional matters | $ 20,000 |
| BDO USA | Charity care program auditing | $ 25,000 |
| Harter Secrest and Emery LLP | 401k plan auditing | $ 10,000 |
| Santora CPA Group | Tax preparation services – tax returns | $ 30,000 |

#124718813v1