**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1] | ) Case No. 24-12534 (JKS) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** pursuant to section 1109(b) of title 11 of the United States Code ("**Bankruptcy Code**") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") that **Saul Ewing LLP** appears as counsel for and on behalf of **Access Information Management Corporation** ("**ACCESS**") in these bankruptcy cases.

**PLEASE TAKE FURTHER NOTICE** that ACCESS requests that all notices given or required to be given in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served upon the following:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint HealthBayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030

John D. Demmy, Esq.
Nicholas Smargiassi, Esq.
**Saul Ewing LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:   302-421-6848
Facsimile:    302-421-6813
E-mail:         john.demmy@saul.com
                     nicholas.smargiassi@saul.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing, demand, order, or any other paper filed in the proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, as provided in Bankruptcy Rule 3017(a), ACCESS request that its attorneys be provided with copies of any and all disclosure statements and plans of reorganization.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of (a) the rights of ACCESS (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, (iv) to have any claims constitutionally required to be determined by the District Court be determined therein, or (v) to have any matter heard by an arbitrator or (b) any other rights, claims, actions, defenses (including defenses to jurisdictions), setoffs, or recoupments to which

ACCESS may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service nor any former or later appearance, pleading, claim, or suit shall constitute an authorization for the undersigned to accept service of process on behalf of ACCESS, and that such service must be done in strict compliance with the Federal Rules of Civil Procedure and the Bankruptcy Rules.

Dated: December 6, 2024

**SAUL EWING LLP**

*/s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
Nicholas Smargiassi (DE Bar No. 7265)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: 302-421-6848
E-mail: john.demmy@saul.com
          nicholas.smargiassi@saul.com

*Attorneys for Access Information Management Corporation*