# SIGN-IN SHEET

**CASE NAME** CarePoint Health Systems, Inc.  **COURTROOM #6**

**CASE NUMBER: 24-12534 JKS**  **DATE: 12/10/2024**

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Scott Cousins | Lewis Brisbois | DIP Lender |
| Peter C. Hughes | Dilworth Paxson LLP | Debtors |
| Jack Small | | |
| Lawrence G. McMichael | | |
| Mike Fitzpatrick | Cole Schotz | Insight |
| Lauren Kotler | Duane Morris LLP | 2 of 3 Landlords |
| Jane Leamy | US Trustee | US Trustee |
| Alan Root | Chipman Brown | |
| Scott Leonhardt | Esbrook PC | Signature Investments |
| Monique DiSabatino | Saul Ewing | Medone Capital Finance + Medone Capital Corp |
| Andrew Sherman | Sills Cummis | Hudson County |
| Boris Mankovetskiy | Sills Cummis | Committee |
| James O'Neill | PSZJ | Committee |

## 10:30 AM

### 24-12534-JKS CarePoint Health Systems, Inc.

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Mason Allen | Mandelbaum Barrett PC | Hudson Regional Hospitals | 10:30 AM | Zoom(Video and Audio) | yes |
| Michael Beckwith | Proskauer Rose | N/A | 10:30 AM | Audio Only | no |
| Karen C Bifferato | Connolly Gallagher LLP | BMC Hospital, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Soma Biswas | Dow Jones | Dow Jones | 10:30 AM | Audio Only | no |
| Ryan Carr | Province | Unsecured Creditors Committee | 10:30 AM | Audio Only | yes |
| Jack M. Dougherty | Cole Schotz P.C. | Insight Management and Consulting Services, Inc. | 10:30 AM | Zoom(Video and Audio) | yes |
| James V. Drew | Curtis, Mallet-Prevost, Colt & Mosle LLP | IDB Bank | 10:30 AM | Zoom(Video and Audio) | yes |
| Michele M. Dudas | McManimon, Scotland & Baumann, LLC | City of Hoboken | 10:30 AM | Zoom(Video and Audio) | yes |
| Michael E. Fitzpatrick | Cole Schotz P.C. | Insight Management and Consulting Services, Inc. | 10:30 AM | Zoom(Video and Audio) | yes |
| James P Flynn | Epstein Becker & Green, P.C. | BMC Hospital LLC | 10:30 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Client | Time | Mode | ? |
|---|---|---|---|---|---|
| Taylor Harrison | | | 10:30 AM | Audio Only | no |
| Jennifer Hepner | Katten | N/A | 10:30 AM | Audio Only | no |
| Harold D. Israel | Levenfeld Pearlstein, LLC. | Maple Healthcare, LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Ryan Jareck | Cole Schotz P.C. | Insight Management and Consulting Services | 10:30 AM | Zoom(Video and Audio) | yes |
| Garo Khachikian | Province | Unsecured Creditors Committee | 10:30 AM | Audio Only | no |
| David Leigh | RAY QUINNEY &NEBEKER P.C. | Med One Capital Funding, LLC and Mazuma Capital Co | 10:30 AM | Zoom(Video and Audio) | yes |
| Ava Lennane | | | 10:30 AM | Audio Only | no |
| Mitchell Malzberg | Law Offices of Mitchell J. Malzberg, Esq | Unions | 10:30 AM | Zoom(Video and Audio) | yes |
| Gabriel Mathless | Moore & Van Allen PLLC | Capitala | 10:30 AM | Zoom(Video and Audio) | yes |
| Tyler McLaren | Province | Unsecured Creditors Committee | 10:30 AM | Audio Only | yes |
| Marcy J. McLaughlin Smith | Womble Bond Dickinson (US) LLP | J2 Funding LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| David Munkittrick | | | 10:30 AM | Audio Only | no |

| Name | Firm | Client | Time | Method | |
|---|---|---|---|---|---|
| Jami B. Nimeroff | Brown McGarry Nimeroff LLC | Sodexo Inc and Affiliates | 10:30 AM | Zoom(Video and Audio) | yes |
| Sari Blair Placona | McManimon Scotland & Baumann, LLC | Hudson County | 10:30 AM | Zoom(Video and Audio) | yes |
| Alan Pope | Moore & Van Allen PLLC | Capitala | 10:30 AM | Zoom(Video and Audio) | yes |
| Robert F. Poppiti, Jr. | Young, Conaway, Stargatt & Taylor, LLP | Capitala | 10:30 AM | Zoom(Video and Audio) | yes |
| Jonathan Rabinowitz | Rabinowitz, Lubetkin & Tully, L.L.C. | J2 Funding LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Ashly L Riches | Bayard, P.A. | JNESO, NJ Dept of Health | 10:30 AM | Zoom(Video and Audio) | yes |
| Adam Rosen | Province | Unsecured Creditors Committee | 10:30 AM | Audio Only | yes |
| Richard Sarli | | | 10:30 AM | Zoom(Video and Audio) | yes |
| Richard M. Schlaifer | Earp Cohn | Na | 10:30 AM | Audio Only | yes |
| Joseph L Schwartz | Riker Danzig LLP | JNESO, NJ Dept of Health | 10:30 AM | Zoom(Video and Audio) | yes |
| Briana Seyarto Flores | Proskauer Rose LLP | | 10:30 AM | Audio Only | no |
| Tara J. Shellhorn | Riker Danzig LLP | JNESO, NJ Dept of Health | 10:30 AM | Zoom(Video and Audio) | yes |
| Matthew Stolz | Cohen, Weiss and Simon LLP | Committee of Interns and Residents | 10:30 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | Live |
|---|---|---|---|---|---|
| Christine Tomlin | Dilworth Paxson LLP | | 10:30 AM | Audio Only | no |
| Nichole Wilcher | Womble Bond Dickinson (US) LLP | J2 Funding LLC | 10:30 AM | Zoom(Video and Audio) | yes |
| Melissa Woods | Cohen, Weiss and Simon LLP | Committee of Interns and Residents | 10:30 AM | Zoom(Video and Audio) | yes |
| Kaile Zagger | Province | Province | 10:30 AM | Audio Only | yes |
| Tate Zall | Province | Unsecured Creditors Committee | 10:30 AM | Audio Only | yes |
| David Zubkis | | | 10:30 AM | Audio Only | no |