**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Case No.: 24-12534 |
| | : (Jointly Administered) |
| | : |
| HUMC Opco LLC, et al. | : Chapter 11 |
| | : |
| | : |

**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 2002 of the Bankruptcy rules, the undersigned requests that all notice be given or required to be given in this case and all papers served or required to be served in this case be served upon the undersigned at the address noted below.

The foregoing requests for notices and papers includes, without limitation, any Plan of Reorganization, Objections thereto, Notices, Applications, Complaints, Motions, Disclosure Statements, Answers and Memoranda or Briefs in support of any documents filed.

Respectfully submitted,

FLEISCHER, FLEISCHER & SUGLIA, P.C.

*/s/ Nicola G. Suglia*
Nicola G. Suglia, Esquire
Fleischer, Fleischer & Suglia, P.C.
Four Greentree Centre
601 Route 73 North, Suite 305
Marlton, NJ 08053
(856) 489-8977
nsuglia@fleischerlaw.com
Attorneys for Creditor
De Lage Landen Financial Services, Inc.

Dated: December 13, 2024