# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 24-12534 (JKS)<br><br>(Jointly Administered) |

## WITNESS LIST AND EXHIBIT LIST OF THE DEBTORS FOR USE AT HEARING SCHEDULED FOR DECEMBER 16, 2024 AT 9:30 A.M. (ET)

### I.   Witness List

1. Shamiq Syed; Chief Financial Officer for the Debtors.

The Debtors reserve the right to call any additional witnesses or declarants providing testimony on behalf of any other party.

Dated: December 13, 2024

**DILWORTH PAXSON LLP**

/s/ Peter C. Hughes
Peter C. Hughes (DE 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone:    302-571-9800

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

| | |
|---|---|
| Facsimile: | 302-571-8875 |
| Email: | phughes@dilworthlaw.com |

and

Lawrence G. McMichael (admitted *pro hac vice*)
Peter C. Hughes (DE 4180)
Anne M. Aaronson (admitted *pro hac vice*)
Jack Small (admitted *pro hac vice*)
1500 Market St., Suite 3500E
Philadelphia, PA 19102

| | |
|---|---|
| Telephone: | (215) 575-7000 |
| Facsimile: | (215) 754-4603 |
| Email: | lmcmichael@dilworthlaw.com |
| Email: | phughes@dilworthlaw.com |
| Email: | aaaronson@dilworthlaw.com |
| Email: | jsmall@dilworthlaw.com |

*Counsel for the Debtors*

**<u>EXHIBIT A</u>**

#124728283v1