IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: January 7, 2025, at 9:30 a.m. |
| | Objection Deadline: December 27, 2024 at 4:00 p.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on December 17, 2024, Access Information Management Corporation ("**Access**"), filed the *Motion to Compel (a) Payment of Post-petition Obligations and (b) Assumption or Rejection of Executory Contracts, and (II) for Authority to Dispose of Stored Documents and Information in Accordance With the Contracts if Rejected* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be (a) in writing and served on or before **December 27, 2024 at 4:00 p.m. (ET)** (the "**Objection Deadline**"), (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and (c) served as to be received on or before the Objection Deadline by the undersigned counsel for Access.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion shall be held on **January 7, 2025 at 9:30 a.m. (ET)** before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

IF NO OBJECTION OR RESPONSE TO THE MOTION IS TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint HealthHoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii)Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint HealthBayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

2

Dated: December 17, 2024 **SAUL EWING LLP**

By: <u>*/s/ John D. Demmy*</u>
John D. Demmy (Bar No. 2802)
Nicholas Smargiassi (Bar No. 7265)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6848
Email: john.demmy@saul.com
nicholas.smargiassi@saul.com

*Attorneys for Access Information Management Corporation*