# EXHIBIT C

**Termination Commencement Notice**

Mr. Manuel Garbanzo
Manager
Allstate Information Management
80 Beckwith Avenue
Paterson, NJ  07503

Dear Mr. Garbanzo:

The purpose of this letter is to formally communicate our intent to not renew our storage contracts with Allstate Information Management.  The contracts involved as received from you are as follows:

| Hoboken University Medical Center | Christ Hospital |
|---|---|
| 00253 - ST MARY HOSPITAL-MEDICAL RECORDS | 00428 - CHRIST HOSPITAL CRC-BEHAVIORAL HE |
| 00519 - HUMC OPCO, LLC-CENTER FOR FAMILY | 00608 - CHRIST HOSPITAL (RADIOLOGY PROFES |
| 00574 - HUMC OPCO, LLC-3RD FLOOR LAB | 00663 - CHRIST HOSPITAL |
| 00575 - HUMC OPCO, LLC-LAB DEPT. | 00713 - CHRIST HOSPITAL RADIOLOGY |
| 00581 - HOBOKEN UNIVERSITY MED CTR | 10077 - CHRIST HOSPITAL FINANCE DEPT. |
| 00586 - HUMC OPCO, LLC-CARDIOLOGY DEPT | 10160 - CHRIST HOSPITAL CRC GRANTS |
| 00588 - HUMC OPCO, LLC-EEG | 10188 - PROMISE CARE HEALTH DEPARTMENT |
| 00675 - HUMC OPCO, LLC-RADIOLOGY | 10391 - CHRIST HOSPITAL |
| 00706 - HUMC OPCO, LLC-MENTAL HEALTH | |
| 00897 - HUMCO OPCO, LLC-MATERNAL FETAL ME | |
| 00950 - HUMC OPCO, LLC-RESPIRATORY | |
| 10098 - ST MARY'S HOSPITAL AMBULATORY SER | |
| 10196 - HUMC OPCO, LLC-RADIOLOGY | |
| 10204 - HUMC OPCO, LLC-NURSERY | |
| 10232 - HUMC OPCO, LLC-MATERIAL MGMNT | |
| 10565 - HOBOKEN FAITH SERVICES | |
| 10601 - HUMC OPCO-FINANCE DEPT. | |

Although these contracts come up for renewal at various times, this letter is intended to satisfy the 90-day advance notice requirement of all contracts.

In addition, please provide current statements so our accounts are in good standing as required to tender this termination.

Thank you and best regards,

Richard J. Sarli
Vice President of Finance