# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 276 & 283 |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 11, 2024, I caused to be served the:

   a. "Schedule 1 Potential Parties in Interest," filed on December 11, 2024 [Docket No. 276], (the "Schedule Exhibits"), and

   b. "Notice of Agenda Regarding Matters Scheduled for Hearing on December 16, 2024 at 9:30 a.m. (ET)," dated December 11, 2024 [Docket No. 283], (the "Notice of Agenda"),

   by causing true and correct copies of the:

   i. Schedule Exhibits and Notice of Agenda to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint HealthBayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

    ii. Schedule Exhibits and Notice of Agenda to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii. Notice of Agenda to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<i><u>/s/ Andrea Speelman</u></i><br>Andrea Speelman

**EXHIBIT A**

CAREPOINT HEALTH SYSTEMS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19904 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD. SUITE 100 DOVER DE 19904 |
| GIBBONS P.C. | (COUNSEL TO JOURNAL SQUARE) ATTN: MARK CONLAN ONE GATEWAY CENTER NEWARK NJ 07102 |
| OPTUM | ATTN: TANNER NORTON PO BOX 30760 SALT LAKE CITY UT 84130 |

**Total Creditor count  4**

**EXHIBIT B**

CarePoint Health Systems Inc. d/b/a Just Health Foundations, et. al.
Case No. 24-12534 (JKS); Electronic Mail - Master Service List

| Creditor Name | Email Address |
|---|---|
| BAYARD, P.A. | nglassman@bayardlaw.com; ejohnson@bayardlaw.com; ariches@bayardlaw.com |
| BAYONNE MEDICAL CENTER OPCO LLC | vroldan@mblawfirm.com |
| BIELLI & KLAUDER, LLC | DKLAUDER@BK-LEGAL.COM |
| BIOMET | APSTATEMENTS@ZIMMERBIOMET.COM |
| BROWN MCGARRY NIMEROFF LLC | jnimeroff@brownnimeroff.com |
| CAPITALA PRIVATE ADVISORS, LLC | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CAREFUSION SOLUTIONS, LLC | CUSTOMER_SUPPORT@BD.COM; INVESTOR_RELATIONS@BD.COM |
| CAREPOINT HEALTH CAPTIVE ASSURANCE CO C/O STRATEGIC RISK SOLUTIONS | courtney.flynn@strategicrisks.com |
| CHIPMAN BROWN CICERO & COLE LLP | root@chipmanbrown.com |
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; mwoods@cwsny.com; mstolz@cwsny.com |
| COLE SCHOTZ P.C. | jdougherty@coleschotz.com; msirota@coleschotz.com; rjareck@coleschotz.com |
| COMMITTEE OF INTERNS AND RESIDENTS | chull@cirseiu.org |
| Committee of Interns and Residents SEIU | chull@cirseiu.org |
| CONSTELLATION NEW ENERGY | SUPPORT@CONSTELLATIONRATES.COM; gail.rosen@constellation.com; bradley.burton@constellation.com |
| COUNTY OF HUDSON | DKENNY@HCNJ.US |
| CVS CAREMARK | CUSTOMERSERVICE@CAREMARK.COM |
| DEPUY SYNTHES SALES, INC | NVESTOR-RELATIONS@ITS.JNJ.COM |
| DUANE MORRIS LLP | ljkotler@duanemorris.com |
| EPSTEIN BECKER & GREEN, P.C. | wmarcari@ebglaw.com;  jflynn@ebglaw.com;  RCochran@ebglaw.com |
| GENERAL HEALTHCARE RESOURCES | JQUIRK@GHRESOURCES.COM; INFO@GHRHEALTHCARE.COM |
| GIBBONS P.C. | kearle@gibbonslaw.com; mconlan@gibbonslaw.com; dcrapo@gibbonslaw.com |
| GIORDANO, HALLERAN & CIESLA, P.C. | dcampbell@ghclaw.com; cschroeder@ghclaw.com |
| Health Professionals & Allied Employees AFT-AFL/CIO | dwhite@hpae.org |
| HORIZON HEALTH | EDIGIROLAMO@HORIZON-HEALTH.ORG |
| HUDSON ANESTHESIA SERVICES LLC | hudsonanesthesiologysvcs@gmail.com |
| INTERNAL REVENUE SERVICE | VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV |
| INTERNAL REVENUE SERVICE | GREGORY.S.MOXLEY@IRS.GOV |
| KLESTADT WINTERS JURELLER SOUTHARD | fstevens@klestadt.com |
| KUTAK ROCK LLP | lisa.peters@kutakrock.com |
| LAW OFFICE OF MITCHELL J MALZBERG ESQ | mmalzberg@mjmalzberglaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN ESQ | skaufman@skaufmanlaw.com |
| LEVENFELD PEARLSTEIN, LLC | SWILLIAMS@LPLEGAL.COM; HISRAEL@LPLEGAL.COM |
| LOIZIDES P.A. | loizides@loizides.com |
| MANDELBAUM BARRETT PC | vroldan@mblawfirm.com |
| MANDLER FAMILY TRUST | louispetriello@gmail.com |
| MAPLE HEALTHCARE, LLC | info@maplehealthgroup.com |
| MCMANIMON, SCOTLAND & BAUMANN LLC | splacona@msbnj.com |
| MEDELY, INC. | LEGAL@MEDELY.COM |
| Medely, Inc. | bankruptcy@medely.com |
| MEDICAL INFORMATION TECH | INFO@MEDITECHINTL.COM; LBOYLE@MEDITECH.COM |
| MED-METRIX | SKAMEN@MED-METRIX.COM |
| MEDTRONIC | RS.VASCULARORDERS@MEDTRONIC.COM |
| MOORE & VAN ALLEN PLLC | alanpope@mvalaw.com; gabrielmathless@mvalaw.com; matthewtaylor@mvalaw.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | rdehney@morrisnichols.com; bdolphin@morrisnichols.com |
| NEW JERSEY DEPT OF HEALTH | robert.iannaccone@doh.nj.gov |
| Nurse Staffing, LLC d/b/a Nurses 24/7 | kmaleck@exchange.nurses247.com; alazar@siercapital.com |
| NURSES 24/7 | PATLANTIC@NURSES247.COM; RECRUITING@NURSES247.COM |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.ECFBANKRUPTCY@USDOJ.GOV; |
| OFFICE OF THE UNITED STATES TRUSTEE | Jane.M.Leamy@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; joneill@pszjlaw.com; crobinson@pszjlaw.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundations, et. al.
Case No. 24-12534 (JKS); Electronic Mail - Master Service List

| Creditor Name | Email Address |
| --- | --- |
| PASHMAN SEIN WALDER HAYDEN P.C. | agambale@pashmanstein.com; dalvarez@pashmanstein.com; leisenberg@pashmanstein.com |
| Public Service Electric and Gas Company | alexandra.grant@pseg.com |
| PUBLIC SERVICE ENTERPRISE GROUP INC | CLAIMSDEPARTMENT@PSEG.COM |
| R1 RCM HOLDCO, INC. | SRADCLIFFE@R1RCM.COM |
| RABINOWITZ, LUBETKIN & TULLY L.L.C | JRabinowitz@rltlawfirm.com; JLubetkin@rltlawfirm.com |
| REED SMITH LLP | kgwynne@reedsmith.com; ccapp@reedsmith.com |
| RESOLUTE PERIOPERATIVE | NFLOTH@RESOLUTEPARTNER.COM |
| RIKER DANZIG LLP | jschwartz@RIKER.com; tschellhorn@RIKER.com |
| ROYAL BIOLOGICS INC | SUPPORT@ROYALBIOLOGICS.COM |
| SAUL EWING LLP | monique.disabatino@saul.com; john.demmy@saul.com; nicholas.smargiassi@saul.com |
| SECURITIES & EXCHANGE COMMISSION | Chair@sec.gov |
| Sierra Health Group LLC | rdovgala@sierrahealth.net |
| SIERRA HEALTH GROUP, LLC | INFO_SHG@SIERRAHEALTH.NET |
| SILLS CUMMIS & GROSS P.C. | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| SODEXO, INC. | ACCOUNTSRECEIVABLE.NORAM@SODEXO.COM |
| Sodexo, Inc. & Affiliates | amelia.davis@sodexo.com |
| SPINAL ELEMENTS | INFO@SPINALELEMENTS.COM |
| STARK & STARK P.C. | jlemkin@stark-stark.com |
| STATE OF NEW JERSEY DIVISION OF TAXATION | TAXATION.BANKRUPTCY@TREAS.NJ.GOV |
| STRYKER ORTHOPEDICS | INST.STRYKER.CS@STRYKER.COM |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |
| THE TRUSTEES OF COLUMBIA UNIVERSITY | SECRETARY@COLUMBIA.EDU |
| TYDINGS & ROSENBERG LLP | sgerald@tydings.com; jselba@tydings.com |
| VARNUM LLP | bgbest@varnumlaw.com |
| WINDELS MARX LANE & MITTENDORF LLP | eperal@windelsmarx.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | mlunn@ycst.com; rpoppiti@ycst.com; bankfilings@ycst.com |

**EXHIBIT C**

CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,
Case No. 24-12534 (JKS)
Electronic Mail Additional Service List

| Name | Email Address |
|---|---|
| REED SMITH LLP | jangelo@reedsmith.com |
| WHITEFORD, TAYLOR & PRESTON LLC | wtaylor@whitefordlaw.com |
| LAW FIRM OF RUSSELL R. JOHNSON III, PLC | russell@russelljohnsonlawfirm.com; john@russelljohnsonlawfirm.com |
| McMANIMON, SCOTLAND & BAUMANN, LLC | asodono@msbnj.com |
| ESBROOK P.C | scott.leonhardt@esbrook.com |
| RAY QUINNEY & NEBEKER P.C. | dleigh@rqn.com |