# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 286** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 12, 2024, I caused to be served the "Motion of Debtors for Order Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code for Authority to Enter into an Insurance Premium Finance Agreement in the Ordinary Course of Business," dated December 12, 2024 [Docket No. 286], by causing true and correct copies to be:

   a. enclosed securely in a pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint HealthBayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

**EXHIBIT A**

CarePoint Health Systems, Inc. d/b/a Just Health Foundation, Case No. 24-12534 (JKS)
First Class Mail Service List

IPFS
400 Northridge Rd, Ste. 450
Atlanta, GA 30350

**EXHIBIT B**

CarePoint Health Systems, Inc. d/b/a Just Health Foundation, Case No. 24-12534 (JKS)
Electronic Mail - Notice Parties

| NAME | EMAIL |
|---|---|
| CAPITALA PRIVATE ADVISORS, LLC | JALALA@CAPITALAGROUP.COM; SARNALL@CAPITALAGROUP.COM |
| Committee of Interns and Residents SEIU | kmaleck@exchange.nurses247.com |
| Health Professionals & Allied Employees AFT-AFL/CIO | dwhite@hpae.org |
| IPFS | GAA.PROCESSING@IPFS.COM |
| MANDELBAUM BARRETT PC | VROLDAN@MBLAWFIRM.COM |
| Medely, Inc. | bankruptcy@medely.com |
| MOORE & VAN ALLEN PLLC | alanpope@mvalaw.com; gabrielmathless@mvalaw.com; matthewtaylor@mvalaw.com |
| Nurse Staffing, LLC d/b/a Nurses 24/7 | KMALECK@EXCHANGE.NURSES247.COM; ALAZAR@SIERCAPITAL.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | JANE.M.LEAMY@USDOJ.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP | BSANDLER@PSZJLAW.COM; JONEILL@PSZJLAW.COM; CROBINSON@PSZJLAW.COM |
| Public Service Electric and Gas Company | alexandra.grant@pseg.com |
| Sierra Health Group LLC | rdovgala@sierrahealth.net |
| Sodexo, Inc. & Affiliates | amelia.davis@sodexo.com |
| THE LEGAL CENTER | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | mlunn@ycst.com; rpoppiti@ycst.com; bankfilings@ycst.com |