## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 ) |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al*.,[1] | ) Case No. 24-12534 (JKS) ) ) |
| Debtors. | ) Jointly Administered ) |
| | ) **Re: Docket No. 235** ) |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 18th day of December, 2024, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**[Signed] Order (I) Appointing Mediator, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief [Docket No. 235]**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

4915-7364-8643.4 12839.00002

Carepoint Health Systems, Inc.
Case No. 24-12534 (JKS)
Doc. No. 4913-7404-3136
137—Email
005—First Class Mail

**Proposed Counsel to Official Committee of Unsecured Creditors**
Bradford J. Sandler, Esq.
James E. O'Neill, Esq.
Colin R. Robinson, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801
Email: bsandler@pszjlaw.com
joneill@pszjlaw.com
crobinson@pszjlaw.com

**Proposed Co-Counsel to Official Committee of Unsecured Creditors**
SILLS CUMMIS & GROSS P.C.
Andrew H. Sherman, Esq.
Boris I. Mankovetskiy, Esq.
One Riverfront Plaza
Newark, NJ 07102
Email: asherman@sillscummis.com
bmankovetskiy@sillscummis.com

*FIRST CLASS MAIL*
Delaware Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE  19904

*FIRST CLASS MAIL*
Delaware State Treasury
820 Silver Lake Blvd.
Suite 100
Dover, DE  19904

*FIRST CLASS MAIL*
Optum
Attn: Tanner Norton
P.O. Box 30760
Salt Lake City, UT  84130

*FIRST CLASS MAIL*
Medical Staffing Network
Attn: Tamara Quam
440 Science Dr. Ste 202
Madison, WI  53711

*FIRST CLASS MAIL*
Medical Staffing Network
Attn: Tamara Quam
P.O. Box 840292
Dallas, TX  75284

*ELECTRONIC MAIL*
Office of The United States Trustee
District Of Delaware
Attn: Jane M. Leamy
844 King St, Ste 2207, Lockbox 35
Wilmington, DE  19801
Email:  jane.m.leamy@usdoj.gov

*ELECTRONIC MAIL*
Stryker Orthopedics
Attn: Rob Fletcher
2825 Airview Blvd
Nashville, TN  37203

*ELECTRONIC MAIL*
Capitala Private Advisors, LLC
200 Park Ave, 35th Fl
New York, NY  10166
Email:  jalala@capitalagroup.com;
sarnall@capitalagroup.com

*ELECTRONIC MAIL*
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346
Email:  victoria.g.mosby@irs.gov;
millie.h.agent@irs.gov

***ELECTRONIC MAIL***
*(*Counsel to The Dip Lender)
Klestadt Winters Jureller Southard
& Stevens LLP,
Attn: Fred Stevens
200 West 41st Street, 17th Floor
New York, NY  10036
Email:  fstevens@klestadt.com

***ELECTRONIC MAIL***
Maple Healthcare, LLC
1740 Broadway, 15th Fl
New York, NY  10019
Email:  info@maplehealthgroup.com

***ELECTRONIC MAIL***
Office of the United States Attorney
District of Delaware
Hercules Building
1313 N Market St Ste 400
Wilmington, DE  19801
Email:  usade.ecfbankruptcy@usdoj.gov

***ELECTRONIC MAIL***
Securities & Exchange Commission
Antonia Apps, Regional Director
100 Pearl St.
Suite 20-100
New York, NY  10004-2616
email:  chair@sec.gov

***ELECTRONIC MAIL***
Securities & Exchange Commission
100 F Street, NE
Washington, DC  20549
Email:  Chair@Sec.Gov

***ELECTRONIC MAIL***
American Red Cross
Attn: General Counsel
13500 South Point Blvd.
Suite L
Charlotte, NC  28273
Email:  TrustsAndEstates@redcross.org

***ELECTRONIC MAIL***
Carefusion Solutions, LLC
Attn: Michelle Quinn
1 Becton Drive
Franklin Lakes, NJ  07417-1880
Email:  customer_support@bd.com;
investor_relations@bd.com

***ELECTRONIC MAIL***
Carefusion Solutions, LLC
Attn: Michelle Quinn
25082 Network Place
Chicago, IL  60673
Email:  customer_support@bd.com;
investor_relations@bd.com

***ELECTRONIC MAIL***
Carepoint Health Captive Assurance Co.
Attn: General Counsel
P.O. Box 905796
Charlotte, NC  28290
Email:  courtney.flynn@strategicrisks.com

***ELECTRONIC MAIL***
Cerecore
Attn: Curtis Watkins
1100 Dr. Martin Luther King Jr Blvd
Nashville, TN  37241
email:  info@cerecoreintl.net

***ELECTRONIC MAIL***
County Of Hudson
Attn: Don Kenny
567 Pavonia Ave.
Jersey City, NJ  07306
email:  dkenny@hcnj.us

***ELECTRONIC MAIL***
CVS Caremark
Attn: Sam Khichi
1 CVS Drive
Woonsocket, RI  02895
Email:  customerservice@caremark.com

***ELECTRONIC MAIL***
Depuy Synthes Sales, Inc
Attn: Liz Forminard
5972 Collections Center Drive
Chicago, IL  60693
Email: investor-relations@its.jnj.com

***ELECTRONIC MAIL***
General Healthcare Resources
Attn: Cody Burch, John Quirk
P.O. Box 825973
Philadelphia, PA  19182
Email:  jquirk@ghresources.com;
info@ghrhealthcare.com

***ELECTRONIC MAIL***
General Healthcare Resources
Attn: Cody Burch, John Quirk
1 Valley Square, Ste 200
Blue Bell, PA  19422
Email:  jquirk@ghresources.com;
info@ghrhealthcare.com

***ELECTRONIC MAIL***
Horizon Health
Attn: Erin Digirolamo
55 Dodge Road
Getzville, NY  14068
Email:  edigirolamo@horizon-health.org

***ELECTRONIC MAIL***
Horizon Health
Attn: Erin Digirolamo
P.O. Box 840839
Dallas, TX  75284
Email: Edigirolamo@Horizon-Health.Org

***ELECTRONIC MAIL***
Hudson Anesthesia Services, LLC
Attn: General Counsel
61 Cornell Dr
Livingston, NJ  07039
Email: hudsonanesthesiologysvcs@gmail.com

***ELECTRONIC MAIL***
Internal Revenue Service
Attn: Gregory Moxley
Box 7346
Philadelphia, PA  19101
Email:  gregory.s.moxley@irs.gov

***ELECTRONIC MAIL***
Intuitive Surgical
Attn: General Counsel
P.O. Box 39000
San Francisco, CA  94139
Email:  ar@intusurg.com

***ELECTRONIC MAIL***
Mandler Family Trust
Attn: Louis Petriello
790 Penllyn Pike
Suite 202
Blue Bell, PA  19422
Email:  louispetriello@gmail.com

***ELECTRONIC MAIL***
Medely, Inc.
Attn: General Counsel
1315 3rd Street Promenade
Santa Monica, CA  90401
Email:  legal@medely.com

***ELECTRONIC MAIL***
Medical Information Tech
Attn: Bess Onepro
P.O. Box 74569
Chicago, IL  60693
Email:  info@meditechintl.com;
lboyle@meditech.com

***ELECTRONIC MAIL***
Med-Metrix
Attn: Steven Kamen
9 Entin Rd
Third Floor
Parsippanny, NJ  07054
Email:  skamen@med-metrix.com

*ELECTRONIC MAIL*
Medtronic
Attn: Ivan Fong
4642 Collections Center Drive
Chicago, IL  60693
Email:  rs.vascularorders@medtronic.com

*ELECTRONIC MAIL*
New Jersey Dept Of Health
Attn: Robbert Iannaccone
P.O. Box 360
Trenton, NJ  08625-0360
Email:  robert.iannaccone@doh.nj.gov

*ELECTRONIC MAIL*
Nurses 24/7
Attn: Pat Atlantic
1700 Route 23 N. Suite. 170
Wayne, NJ  07470
Email:  patlantic@nurses247.com;
recruiting@nurses247.com

*ELECTRONIC MAIL*
Nurses 24/7
Attn: Pat Atlantic
P.O. Box 823473
Philadelphia, PA  19182
Email: patlantic@nurses247.com;
recruiting@nurses247.com

*ELECTRONIC MAIL*
Public Service Enterprise Group Inc
Attn: Tamara L. Linde
80 Park Place
Newark, NJ  07102
Email:  claimsdepartment@pseg.com

*ELECTRONIC MAIL*
Public Service Enterprise Group Inc
Attn: Tamara L. Linde
P.O. Box 14444
New Brunswick, NJ  08906
Email:  claimsdepartment@pseg.com

*ELECTRONIC MAIL*
R1 Rcm Holdco, Inc.
Attn: Sean Radcliffe
433 W. Ascension Way
Suite 200
Murray, UT  84123
Email:  sradcliffe@r1rcm.com

*ELECTRONIC MAIL*
Resolute Perioperative
Attn: General Counsel
242 Main St
Madison, NJ  07940
Email:  nfloth@resolutepartner.com

*ELECTRONIC MAIL*
Sierra Health Group, LLC
Attn: Rosanna Dovgala
440 Franklin St.
Suite 300
Bloomfield, NJ  07003
Email:  info_shg@sierrahealth.net

*ELECTRONIC MAIL*
Sodexo, Inc.
Attn: Sarosh Mistry
P.O. Box 360170
Pittsburgh, PA  15251
Email: accountsreceivable.noram@sodexo.com

*ELECTRONIC MAIL*
Sodexo, Inc.
Attn: Sarosh Mistry
500 Ross St 154-0455
Pittsburgh, PA  15262-0001
Email: accountsreceivable.noram@sodexo.com

*ELECTRONIC MAIL*
State of New Jersey Division of Taxation
Attn: Elizabeth Maher Muoio
3 John Fitch Way, 5th Floor
P.O. Box 245
Trenton, NJ  08695
Email:  taxation.bankruptcy@treas.nj.gov

*ELECTRONIC MAIL*
The Trustees Of Columbia University
Attn: David Greenwald
535 West 116th Street
New York, NY  10027
Email:  secretary@columbia.edu

*ELECTRONIC MAIL*
The Trustees Of Columbia University
Attn: David Greenwald
P.O. Box 27651
New York, NY  10087
Email:  secretary@columbia.edu

*ELECTRONIC MAIL*
Biomet
Attn: Chad Phipps
1800 W Center St
Warsaw., IN  46580
Email:  apstatements@zimmerbiomet.com

*ELECTRONIC MAIL*
Biomet
Attn: Chad Phipps
14235 Collection Center Dr.
Chicago, IL  60693
Email:  apstatements@zimmerbiomet.com

*ELECTRONIC MAIL*
Constellation New Energy
Attn: David Dardis
1310 Point Street
Baltimore, MD  21231
Email:  support@constellationrates.com;
gail.rosen@constellation.com;
bradley.burton@constellation.com

*ELECTRONIC MAIL*
Constellation New Energy
Attn: David Dardis
P.O. Box 4640
Carol Stream, IL  60197
Email:  support@constellationrates.com;
gail.rosen@constellation.com;
bradley.burton@constellation.com

*ELECTRONIC MAIL*
Royal Biologics Inc
Attn: General Counsel
401 Hackensack Ave, Suite 604
Hackensack, NJ  07601
Email:  support@royalbiologics.com

*ELECTRONIC MAIL*
Spinal Elements
Attn: Yang Pak
P.O. Box 123885
Dallas, TX  75312-3885
Email:  info@spinalelements.com

*ELECTRONIC MAIL*
Spinal Elements
Attn: Yank Pak
3115 Melrose Drive, Ste 200
Carlsbad, CA  92010
Email:  info@spinalelements.com

*ELECTRONIC MAIL*
Stryker Orthopedics
Attn: Rob Fletcher
P.O. Box 93213
Chicago, IL  60673
Email:  Inst.Stryker.Cs@Stryker.Com

*ELECTRONIC MAIL*
Stryker Orthopedics
Attn: Rob Fletcher
2825 Airview Blvd
Nashville, TN  37203
Email:  inst.stryker.cs@stryker.com

*ELECTRONIC MAIL*
(Counsel to Maple Healthcare, LLC)
Bielli & Klauder, LLC
Attn David M. Klauder, Esq
1204 N. King Street
Wilimington, DE  19801
Email:  Dklauder@Bk-Legal.Com

*ELECTRONIC MAIL*
(Counsel to Maple Healthcare, LLC)
Levenfeld Pearlstein, LLC
Attn: Harold D. Israel, Esq,
Sean P. Williams, Esq
120 S. Riversie Plaza, Ste 1800
Chicago, IL  60606
Email:  hisrael@lplegal.com;
swilliams@lplegal.com

*ELECTRONIC MAIL*
(Counsel to Bayonne Medical Center Opco LLC)
Mandelbaum Barrett PC
Attn: Vincent J. Roldan
3 Becker Farm Road, Ste 105
Roseland, NJ  07068
Email: vroldan@mblawfirm.com

*ELECTRONIC MAIL*
(Counsel to Capitala)
Young Conaway Stargatt & Taylor LLP
Attn: Matthew Lunn & Robert Poppiti Jr.
1000 North King St.
Wilmington, DE  19801
Email:  mlunn@ycst.com;
rpoppiti@ycst.com;
bankfilings@ycst.com

*ELECTRONIC MAIL*
(Counsel to Capitala)
Moore & Van Allen PLLC
Attn: Alan Pope, Gabriel Mathless, Matthew Taylor; 100 North Tryon St, Ste 4700
Charlotte, NC  28202
Email:  alanpope@mvalaw.com;
gabrielmathless@mvalaw.com;
matthewtaylor@mvalaw.com

*ELECTRONIC MAIL*
(Counsel to Insight Management & Consulting Services Inc)
Cole Schotz P.C.
Attn: Jack Dougherty
500 Delaware Avenue, Ste 1410
Wilmington, DE  19801
Email:  jdougherty@coleschotz.com

*ELECTRONIC MAIL*
(Counsel to Insight Management And Consulting
Services, Inc);
Cole Schotz P.C.
Attn: Michael Sirota &
Ryan Jareck
Court Plaza North, 25 Main St
Hackensack, NJ  07601
Email:  msirota@coleschotz.com;
rjareck@coleschotz.com

*ELECTRONIC MAIL*
Carepoint Health Captive Assurance Company
c/o Strategic Risk Solutions
701 East Bay St., Ste 514
Charleston, SC  29403
Email:  courtney.flynn@strategicrisks.com

*ELECTRONIC MAIL*
(Counsel to New Jersey Department Of Health)
Riker Danzig LLP
Attn: Joseph Schwartz & Tara Schelhorn
Headquarters Plaza; One Speedwell Ave
Morristown, NJ  07962-1981
Email:  jschwartz@riker.com;
tschellhorn@riker.com

*ELECTRONIC MAIL*
(Counsel to New Jersey Department Of Health)
Bayard P.A.
Attn: Neil Glassman, Ericka Johnson, & Ashly
Riches; 600 North King St, Ste 400
Wilmington, DE  19801
Email:  nglassman@bayardlaw.com;
ejohnson@bayardlaw.com;
ariches@bayardlaw.com

**ELECTRONIC MAIL**
(Counsel to Jneso)
Riker Danzig LLP
Attn: Joseph Schwartz & Tara Schellhorn
Headquarters Plaza; One Speedwell Ave
Morristown, NJ 07962-1981
Email: jschwartz@riker.com;
tschellhorn@riker.com

**ELECTRONIC MAIL**
Bayard, P.A.
Attn: Neil Glassman, Ericka Johnson, Ashly Riches; 600 North King St, Ste 400
Wilmington, DE 19801
Email: nglassman@bayardlaw.com;
ejohnson@bayardlaw.com;
ariches@bayardlaw.com

**ELECTRONIC MAIL**
(Counsel to BMC Hospital)
Epstein Becker & Green, P.C.
Attn Wendy G. Marcari
875 Third Avenue
New York, NY 10022
Email: wmarcari@ebglaw.com

**ELECTRONIC MAIL**
(Counsel to Bmc Hospital)
Epstein Becker & Green, P.C.
Attn: James P. Flynn
One Gateway Center
Newark, NJ 07102
Email: jflynn@ebglaw.com

**ELECTRONIC MAIL**
Epstein Becker & Green, P.C.
Attn: Ryan K Cochran
1222 Demonbreun Street, Ste 1400
Nashville, TN 37203
Email: rcochran@ebglaw.com

**ELECTRONIC MAIL**
Duane Morris LLP
(Counsel t Sb Hoboken Propco, LLC; Opco, LLC
Ch 750 Park LLC And Ch Castel, LLC)
Attn: Lawrence Kotler
30 South 17th St
Philadelphia, PA 19103
Email: ljkotler@duanemorris.com

**ELECTRONIC MAIL**
(Counsel to Mccabe Ambulance Service Corp)
Morris, Nichols, Arst & Tunnell Llp
Attn: Robert J. Dehney; Brenna A. Dolphin
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Email: rdehney@morrisnichols.com;
bdolphin@morrisnichols.com

**ELECTRONIC MAIL**
(Counsel to Mccabe Ambulance Service Corp)
Giordano, Halleran & Ciesla, P.C.
Attn: Gonald F. Campbell, Jr; C. G. Schroeder
125 Half Mile Road, Ste 300
Red Bank, NJ 07701
Email: Dcampbell@Ghclaw.Com;
Cschroeder@Ghclaw.Com

**ELECTRONIC MAIL**
(Counsel to Sodexo, Inc And Affiliates)
Brown Mcgarry Nimeroff LLC
Attn: Jami B. Nimeroff Esq
919 N. Market St, Ste 420
Wilmington, DE 19801
Email: jnimeroff@brownnimeroff.com

**ELECTRONIC MAIL**
(Counsel to The Unions)
The Rosner Law Group LLC
Attn: Frederick B Rosner Esq
824 N Market St, Ste 810
Wilmington, DE 19801
Email: rosner@teamrosner.com

*ELECTRONIC MAIL*
(Counsel to The Unions)
Law Offices Of Mitchell J. Malzberg Esq
Attn: Mitchell Malzberg Esq
P.O. Box 5122
6 E Main St, Ste 7
Clinton, NJ  08809
Email:  mmalzberg@mjmalzberglaw.com

*ELECTRONIC MAIL*
(Counsel to J2 Funding LLC)
Womble Bond Dickinson (Us) Llp
Attn: Matthew Ward Esq
1313 North Market St, Ste 1200
Wilmington, DE  19801
Email:  matthew.ward@wbd-us.com

*ELECTRONIC MAIL*
(Counsel to J2 Funding LLC)
Rabinowitz, Lubetkin & Tully LLC
Attn: Jonathan Rabinowitz & Jay Lubetkin
293 Eisenhower Pkwy, Ste 100
Livingston, NJ  07039
Email:  jrabinowitz@rltlawfirm.com;
jlubetkin@rltlawfirm.com

*ELECTRONIC MAIL*
(Counsel to Committee of Interns & Residents)
Law Office Of Susan E. Kaufman LLC
Attn: Susan E. Kaufman Esq
919 N Market St, Ste 460
Wilmington, DE  19801
Email:  skaufman@skaufmanlaw.com

*ELECTRONIC MAIL*
(Counsel to Committee of Interns & Residents)
Cohen, Weiss And Simon Llp
Attn: Richard Seltzer, Melissa Woods, Matthew
Stolz; 909 Third Ave, 12th Flr
New York, NY  10022
Email:  rseltzer@cwsny.com;
mwoods@cwsny.com;
mstolz@cwsny.com

*ELECTRONIC MAIL*
(Counsel to Committee of Interns and Residents
Attn: Christopher Hull Esq
10-27 46th Ave, Ste 300-2
Long Island City, NY  11101
Email:  chull@cirseiu.org

*ELECTRONIC MAIL*
(Counsel to Journal Square)
Gibbons P.C.
Attn: Katharina Earle, Esq
300 Delaware Ave, Ste 1015
Wilmington, DE  19801-1671
Email:  kearle@gibbonslaw.com

*ELECTRONIC MAIL*
(Counsel to Journal Square)
Gibbons P.C.
Attn: Mark Conlan
One Gateway Center
Newark, NJ  07102
Email:  mconlan@gibbonslaw.com

*ELECTRONIC MAIL*
(Counsel to County of Hudson, NJ)
Mcmanimon, Scotland & Baumann LLC
Attn: Sari Placona
75 Livingston Ave, 2nd Flr
Roseland, NJ  07068
Email:  splacona@msbnj.com

*ELECTRONIC MAIL*
(Counsel to County of Hudson, NJ)
Saul Ewing LLP
Attn: Monique Disabatino
1201 North Market St, Ste 2300
Po Box 1266
Wilmington, DE  19899
Email:  Monique.Disabatino@Saul.Com

*ELECTRONIC MAIL*
(Counsel to Strategic Ventures, LLC)
Reed Smith LLP
Attn: Kurt Gwynne & Cameron Capp
1201 North Market St, Ste 1500
Wilmington, DE  19801
Email:  Kgwynne@Reedsmith.Com;
Ccapp@Reedsmith.Com

*ELECTRONIC MAIL*
(Counsel to Everbank & Ge Hfs)
Loizides P.A.
Attn: Christopher Loizides
1225 King St, Ste 800
Wilmington, DE  19801
Email:  loizides@loizides.com

*ELECTRONIC MAIL*
(Counsel to Everbank & Ge Hfs)
Kutak Rock LLP
Attn: Lisa Peters
1650 Farnam St
Omaha, NE  68102
Email:  lisa.peters@kutakrock.com

*ELECTRONIC MAIL*
Public Service Electric And Gas Company
Attn: Alexandra Grant
80 Park Plaza
Newark, NJ  07102
Email:  alexandra.grant@pseg.com

*ELECTRONIC MAIL*
Medely, Inc.
Attn: Thomas J. Bierman
2355 Westwood Blvd., #412
Los Angeles, CA  90064
Email:  bankruptcy@medely.com

*ELECTRONIC MAIL*
Nurse Staffing, LLC
D/B/A Nurses 24/7
Attn: Kevin Malecki & Aaron Lazar
1700 Nj-23 #170
Wayne, NJ  07470
Email:  kmaleck@exchange.nurses247.com;
alazar@siercapital.com

*ELECTRONIC MAIL*
Sodexo, Inc. & Affiliates
Attn: Amelia Pandolfi
400 Airborne Parkway
Cheektowaga, NY  14225
Email:  amelia.davis@sodexo.com

*ELECTRONIC MAIL*
Sierra Health Group LLC
Attn: Rosann Dovgala
440 Franklin Street
Bloomfield, NJ 07003
Email:  rdovgala@sierrahealth.net

*ELECTRONIC MAIL*
Health Professionals & Allied
Employees Aft-Afl/Cio
Attn: Debbie White
110 Kinderkamack Road
Emerson, NJ  07630
Email:  dwhite@hpae.org

*ELECTRONIC MAIL*
Committee of Interns And Residents Seiu
Attn: Christopher Hull
10-27 46th Avenue, Suite 300-2
Long Island City, NY  11101
Email:  Chull@Cirseiu.Org

***ELECTRONIC MAIL***
(Counsel to Cd&R)
Pashman Stein Walder Hayden, P.C.
Attn: Alexis Gambale
824 North Market St, Ste 800
Wilmington, DE 19801
Email: agambale@pashmanstein.com

***ELECTRONIC MAIL***
(Counsel to CD&R)
Pashman Stein Walder Hayden P.C.
Attn: Denise Alvarez & Leah Eisenberg
Court Plaza South, East Wing
21 Main St., Ste 200
Hackensack, NJ 07601
Email: dalvarez@pashmanstein.com;
leisenberg@pashmanstein.com

***ELECTRONIC MAIL***
(Counsel to Carter Kitchens)
Stark & Stark P.C.
Attn: Joseph Lemkin
P.O. Box 5315
Princeton, NJ 08543
Email: jlemkin@stark-stark.com

***ELECTRONIC MAIL***
(Counsel to Signature Investments II, LLC)
Chipman Brown Cicero & Cole LLP
Attn: Alan M Root
Hercules Plaza, 1313 N Market St
Ste 5400
Wilmington, DE 19801
Email: root@chipmanbrown.com

***ELECTRONIC MAIL***
(Counsel to Signature Investments II LLC)
Varnum LLP
Attn: Brendan G Best
480 Pierce St, Ste 300
Birmingham, MI 48009
Email: bgbest@varnumlaw.com

***ELECTRONIC MAIL***
(Counsel to SCG Capital Corporation)
Stephen B. Gerald, Esq.
Tydings & Rosenberg LLP
200 Continental Drive, Suite 401
Newark, DE 19713
Email: sgerald@tydings.com

***ELECTRONIC MAIL***
(Counsel to SCG Capital Corporation)
Joseph M. Selba, Esq.
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, MD 21202
Email: jselba@tydings.com

***ELECTRONIC MAIL***
(Counsel Access Information Management Corporation)
John D. Demmy, Esq.
Nicholas Smargiassi, Esq.
Saul Ewing LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Email: john.demmy@saul.com;
nicholas.smargiassi@saul.com

***ELECTRONIC MAIL***
(Counsel to Saint Peter's University Hospital)
Frederick B. Rosner, Esq.
Zhao (Ruby) Liu, Esq.
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801
Email: rosner@teamrosner.com;
liu@teamrosner.com

***ELECTRONIC MAIL***
(Counsel to Saint Peter's University Hospital)
Eloy A. Peral, Esq.
Windels Marx Lane & Mittendorf, LLP
156 W. 56th Street
New York, NY  10019
Email:  eperal@windelsmarx.com

***ELECTRONIC MAIL***
(Proposed Counsel to the Debtors)
Peter C. Hughes, Esq.
Dilworth Paxson LLP
800 N. King Street, Suite 202
Wilmington, DE  19801
Email:  phughes@dilworthlaw.com

***ELECTRONIC MAIL***
(Proposed Counsel to the Debtors)
Lawrence G. McMichael, Esq.
Anne M. Aaronson, Esq.
Jack Small, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA  19102
Email:  lmcmichael@dilworthlaw.com;
aaaronson@dilworthlaw.com;
jsmall@dilworthlaw.com

***ELECTRONIC MAIL***
(Counsel to Bayonne Medical Center Opco, LLC)
Scott D. Cousins, Esq.
Lewis Brisbois Bisgaard & Smith LLP
500 Delaware Ave, Suite 700, Wilmington, DE 19801
Email:  scott.cousins@lewisbrisbois.com

***ELECTRONIC MAIL***
(Counsel to Bayonne Medical Center Opco, LLC)
David B. Bailen, Esq.
Mandelbaum Barrett PC
3 Becker Farm Rd., Suite 105
Roseland, NJ  07068
Email:  dbailen@mblawfirm.com

***ELECTRONIC MAIL***
(Counsel to De Lage Landen Financial Services, Inc.)
Nicola G. Suglia, Esq.
Fleischer, Fleischer & Suglia, P.C.
Four Greentree Centre
601 Route 73 North, Suite 305
Marlton, NJ  08053
Email:  nsuglia@fleischerlaw.com

***ELECTRONIC MAIL***
(Counsel for Pennsylvania Manufacturers' Association Insurance Company)
Richard M. Schlaifer, Esq.
Allen A. Etish, Esq.
Earp Cohn, P.C.
20 Brace Rd., Suite 400
Cherry Hill, NJ  08034
Email:  rschlaifer@earpcohn.com;
aetish@earpcohn.com

***ELECTRONIC MAIL***
(Counsel for Bills Right, LLC)
Matthew P. Ward, Esq.
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE  19801
Email:  matthew.ward@wbd-us.com

***ELECTRONIC MAIL***
(Counsel for Bills Right, LLC)
Martin S. Siegel, Esq.
Ally Hack, Esq.
Matthew A. Marcucci, Esq.
WARSHAW BURSTEIN LLP
575 Lexington Avenue
New York, NY  10022
Email:  msiegel@wbny.com
ahack@wbny.com
mmarcucci@wbny.com

***ELECTRONIC MAIL***
(Counsel to CereCore)
Paul G. Jennings, Esq.
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN  37201
Email:  pjennings@bassberry.com