# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 367 & 368 |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 26, 2024, I caused to be served the:

    a. "Order Authorizing Further Debtor-in-Possession Financing on an Interim Basis," filed on December 26, 2024 [Docket No. 367], (the "Order"), and

    b. "Notice of Agenda Regarding Matters Scheduled for Hearing on December 27, 2024 at 10:00 a.m. (ET)," dated December 26, 2024 [Docket No. 368], (the "Notice"),

    by causing true and correct copies of the:

    i. Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii. Order and Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit B, and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint HealthBayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

      iii. Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<u>/s/ Andrea Speelman</u>
Andrea Speelman

**EXHIBIT A**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19904 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD. SUITE 100 DOVER DE 19904 |
| OPTUM | ATTN: TANNER NORTON PO BOX 30760 SALT LAKE CITY UT 84130 |

**Total Creditor count: 3**

| Claim Name | Address Information |
|---|---|
| 29 E 29 STREET HOLDINGS LLC | 32 FARMSTEAD LANE BROOKVILLE NY 11545 |
| 34TH STREET FUNDING, LLC | 3 PARK AVE, 36TH FL NEW YORK NY 10016 |
| BANKFINANCIAL, NA | 150W060 N. FRONTAGE RD. BURR RIDGE IL 60524 |
| BAYONNE COMMUNITY BANK | ATTN: CHRISTINE BRIDGELAL 591-595 AVENUE C BAYONNE NJ 07002 |
| BEVERLY BANK & TRUST COMPANY, NATIONAL | ASSOCIATION 2050 MAIN ST SUITE 230 IRVINE CA 92614 |
| BRF FINANCE CO, LLC | C/O B. RILEY FBR, INC. 299 PARK AVE 21ST FLOOR NEW YORK NY 10171 |
| CAPITALA BUSINESS LENDING, LLC | 200 PARK AVE, 35TH FL NEW YORK NY 10166 |
| CAPITALA PRIVATE ADVISORS, LLC | 200 PARK AVE, 35TH FL NEW YORK NY 10166 |
| CAPITALA PRIVATE ADVISORS, LLC, AS | CONTROL AGENT 4201 CONGRESS ST. SUITE 360 CHARLOTTE NC 28209 |
| CAPITALA PRIVATE CREDIT FUND V, L.P. | 200 PARK AVE, 35TH FL NEW YORK NY 10166 |
| CAPITALA SPECIALTY LENDING CORP. | 200 PARK AVE, 35TH FL NEW YORK NY 10166 |
| CAPITALSOUTH PTR FL SIDECAR FUND II LP | 200 PARK AVE, 35TH FL NEW YORK NY 10166 |
| CIT FINANCE LLC | 1 CIT DRIVE LIVINGSTON NJ 70390 |
| CORPORATION SERVICE COMPANY, AS | REPRESENTATIVE. PO BOX 2576 SPRINGFIELD IL 62708 |
| CT CORP SYSTEM, AS REPRESENTATIVE. ATTN: | SRS; 330 N. BRAND BLVD. SUITE 700 GLENDALE CA 91203 |
| DE LAGE FINANCIAL SERVICES, INC. | 111 OLD EAGLE SCHOOL RD WAYNE PA 19087 |
| DEXT CAPITAL | 5285 MEADOWS RD SUITE 335 LAKE OSWEGO OR 97035 |
| FIFTH THIRD BANK | 38 FOUNTAIN SQ PLAZA MD-GRSM85 CINCINNATI OH 45263 |
| FIRST FINANCIAL CORPORATE LEASING, LLC | 711 KIMBERLY AVE SUITE 160 PLACENTIA CA 98270 |
| FIRST GUARANTY BANK | 400 EAST THOMAS STREET HAMMOND LA 70401 |
| FIRST UTAH BANK | 3820 S 2300 EAST SALT LAKE CITY UT 84109 |
| FLEX FINANCIAL, A DIVISION OF STRYKER | SALES CORPORATION 1111 OLD EAGLE RD WAYNE PA 19087 |
| FLEX FINANCIAL, A DIVISION OF STRYKER | SALES CORPORATION 1901 ROMENCE RD PKWY PORTAGE MI 49002 |
| FRESENIUS MEDICAL CARE HOLDINGS, INC. | 920 WINTER ST WALTHAM MA 24510 |
| GE HFS, LLC | 12854 KENAN DRIVE SUITE 201 JACKSONVILLE FL 32258 |
| GE HFS, LLC | 9900 INNOVATION DRIVE WAUWATOSA WI 53226 |
| GENERAL ELECTRIC CAPITAL CORP | AND GE HFS, LLC P.O. BOX 414, W-490 MILWAUKEE WI 53201 |
| HUNTINGTON TECHNOLOGY FINANCE, INC. | 2285 FRANKLIN RD BLOOMFIELD MI 48302 |
| IDB | ATTN: T HARRINGTON 1114 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| INSIGHT CAPITAL VENTURES LLC | 140 BROADWAY NY NY 10005 |
| INSIGHT MANAGEMENT AND CONSULTING | SERVICES, INC. 4800 S SAGINAW ST STE 1800 FLINT MI 48507 |
| MAGNUM CAPITAL CORP | 274 WEST 12300 SOUTH DRAPER UT 84020 |
| MAPLE HEALTHCARE LLC | 11 COLTS GAIT LANE COLTS NECK NJ 07722 |
| MAPLE HEALTHCARE, LLC | 142 W 57TH ST FL 11 NEW YORK NY 10019-3590 |
| MAZUMA CAPITAL CORP | 10813 SOUTH RIVER FRONT PARKWAY SUITE 475 SOUTH JORDAN UT 84095 |
| MAZUMA CAPITAL CORP | 274 WEST 12300 SOUTH DRAPER UT 84020 |
| MB FINANCIAL BANK, N.A. | 6111 NORTH RIVER RD ROSEMONT IL 60018 |
| MED ONE CAPITAL FUNDING, LLC | 10712 S 1300 EAST SANDY UT 08901 |
| MED ONE CAPITAL FUNDING-NEW JERSEY | 10712 S 1300 EAST SANDY UT 08901 |
| MPT OF BAYONNE, LLC | 1000 URBAN CENTER DR SUITE 501 BIRMINGHAM AL 35242 |
| MPT OF HOBOKEN TRS, LLC | 1000 URBAN CENTER DRIVE SUITE 501 BIRMINGHAM AL 35242 |
| MURRAY HILL FUNDING II, LLC | 3 PARK AVE, 36TH FL NEW YORK NY 10016 |
| NEW JERSEY DEPARTMENT OF HEALTH | 140 E FRONT STREET TRENTON NJ 08608 |
| NEW JERSEY DEPARTMENT OF HEALTH | 55 NORTH WILL ST TRENTON NJ 08608-1203 |
| NFS LEASING, INC. | 900 CUMMING CENTER SUITE 226-U BEVERLY MA 01915 |
| OCEAN FIRST BANK | ATTN: W BONELLO 267 MAIN STREET MATAWAN NJ 07747 |
| OPTUM BANK, INC. | 2525 LAKE PARK BLVD SALT LAKE CITY UT 84120 |
| PACIFIC WESTERN BANK | 5404 WISCONSIN AVE 2ND FLOOR CHEVY CHASE MD 20815 |

| Claim Name | Address Information |
|---|---|
| PENDRICK CAPITAL PARTNERS LLC | PO BOX 8017 FISHERS IN 46038-8017 |
| PEOPLES UNITED BANK, N.A. | ONE POST OFFICE SQUARE 32ND FLOOR BOSTON MA 02109 |
| PNC | ATTN: GERRYLE SMITH 1000 WESTLAKES DRIVE BERWYN PA 19312 |
| PRIME ALLIANCE BANK | 1868 S 500 W WOODS CROSS UT 84087 |
| SB HOBOKEN PROPCO, LLC | 175 BELGROVE DRIVE KEARNEY NJ 07032 |
| SCC CAPITAL CORPORATION | 74 WEST PARK PLACE STAMFORD CT 69010 |
| SHARIF, OMAR | ADDRESS ON FILE |
| SHIFT CAPITAL INC. | 7950 NW 53RD STREET SUITE 337 DORAL FL 33166 |
| SIGNATURE FINANCIAL LLC | 102 DUFFY AVE #500 HICKSVILLE NY 11801-3630 |
| SIGNATURE RX INVESTMENT, LLC | 801 SOUTH CHURCH ST SUITE 9 MOUNT LAUREL NJ 08054 |
| SIGNATURE VESTMENTS LLC | 40 WALL STREET NY NY 10005 |
| STERIS CORPORATION | 5960 HEISLEY RD MENTOR OH 44060 |
| STERLING NATIONAL BANK | 500 7TH AVE 3RD FLOOR NEW YORK NY 10018 |
| STRYKER FINANCE | 950 TRADE CENTRE WAY SUITE 200 KALAMAZOO MI 49002 |
| SWISS CAP CAPITALA PRIVATE DEBT FUND LP | ALTE HASLENSTRASSE 5 TEUFEN CH-9053 SWITZERLAND |
| UNITYHEALTH CARE LLC | 1100 NEW JERSEY AVE SE, STE 500 WASHINGTON DC 20003 |
| WINTHROP RESOURCES CORPORATION | 11100 WAYZATA BLVD SUITE 800 MINNETONKA MN 55305 |
| WINTRUST EQUIPMENT FINANCE, A DIVISION | OF ASSET FINANCE INC. 3665 PARK PLACE WEST SUITE 150 MINNETONKA MN 46554 |
| WINTRUST EQUIPMENT FINANCE, A DIVISION | OF WINTRUST ASSET FINANCE INC. 9700 W HIGGINS RD. SUITE 1015 ROSEMONT IL 60018 |

**Total Creditor count: 67**

**EXHIBIT B**

CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.
Case No. 24-12534 (JKS)
Electronic Master Service List

| Creditor Name | Email Address |
| --- | --- |
| BASS, BERRY & SIMS PLC | pjennings@bassberry.com; eal-nimri@bassberry.com; sara.morgan@bassberry.com |
| BAYARD, P.A. | nglassman@bayardlaw.com; ejohnson@bayardlaw.com; ariches@bayardlaw.com |
| BAYONNE MEDICAL CENTER OPCO LLC | vroldan@mblawfirm.com |
| BIELLI & KLAUDER, LLC | DKLAUDER@BK-LEGAL.COM |
| BIOMET | APSTATEMENTS@ZIMMERBIOMET.COM |
| BROWN MCGARRY NIMEROFF LLC | jnimeroff@brownnimeroff.com |
| CAPITALA PRIVATE ADVISORS, LLC | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CAREFUSION SOLUTIONS, LLC | CUSTOMER_SUPPORT@BD.COM; INVESTOR_RELATIONS@BD.COM |
| CAREPOINT HEALTH CAPTIVE ASSURANCE CO C/O STRATEGIC RISK SOLUTIONS | courtney.flynn@strategicrisks.com |
| CHIPMAN BROWN CICERO & COLE LLP | root@chipmanbrown.com |
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; mwoods@cwsny.com; mstolz@cwsny.com |
| COLE SCHOTZ P.C. | jdougherty@coleschotz.com; msirota@coleschotz.com; rjareck@coleschotz.com |
| COMMITTEE OF INTERNS AND RESIDENTS | chull@cirseiu.org |
| Committee of Interns and Residents SEIU | chull@cirseiu.org |
| CONSTELLATION NEW ENERGY | SUPPORT@CONSTELLATIONRATES.COM; gail.rosen@constellation.com; bradley.burton@constellation.com |
| COUNTY OF HUDSON | DKENNY@HCNJ.US |
| CVS CAREMARK | CUSTOMERSERVICE@CAREMARK.COM |
| DEPUY SYNTHES SALES, INC | NVESTOR-RELATIONS@ITS.JNJ.COM |
| DUANE MORRIS LLP | ljkotler@duanemorris.com |
| EARP COHN P.C. | rschlaifer@earpcohn.com; AEtish@earpcohn.com |
| EPSTEIN BECKER & GREEN, P.C. | wmarcari@ebglaw.com;  jflynn@ebglaw.com;  RCochran@ebglaw.com |
| FLEISCHER, FLEISCHER & SUGLIA P.C. | nsuglia@fleischerlaw.com |
| GENERAL HEALTHCARE RESOURCES | JQUIRK@GHRESOURCES.COM; INFO@GHRHEALTHCARE.COM |
| GIBBONS P.C. | kearle@gibbonslaw.com; mconlan@gibbonslaw.com; dcrapo@gibbonslaw.com |
| GIORDANO, HALLERAN & CIESLA, P.C. | dcampbell@ghclaw.com; cschroeder@ghclaw.com |
| Health Professionals & Allied Employees AFT-AFL/CIO | dwhite@hpae.org |
| HORIZON HEALTH | EDIGIROLAMO@HORIZON-HEALTH.ORG |
| HUDSON ANESTHESIA SERVICES LLC | hudsonanesthesiologysvcs@gmail.com |
| INTERNAL REVENUE SERVICE | VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV |
| INTERNAL REVENUE SERVICE | GREGORY.S.MOXLEY@IRS.GOV |
| KLESTADT WINTERS JURELLER SOUTHARD | fstevens@klestadt.com |
| KUTAK ROCK LLP | lisa.peters@kutakrock.com |
| LAW OFFICE OF MITCHELL J MALZBERG ESQ | mmalzberg@mjmalzberglaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN ESQ | skaufman@skaufmanlaw.com |
| LEVENFELD PEARLSTEIN, LLC | SWILLIAMS@LPLEGAL.COM; HISRAEL@LPLEGAL.COM |
| LOIZIDES P.A. | loizides@loizides.com |
| MANDELBAUM BARRETT PC | vroldan@mblawfirm.com |
| MANDLER FAMILY TRUST | louispetriello@gmail.com |
| MAPLE HEALTHCARE, LLC | info@maplehealthgroup.com |
| MCMANIMON, SCOTLAND & BAUMANN LLC | splacona@msbnj.com |
| MEDELY, INC. | LEGAL@MEDELY.COM |
| Medely, Inc. | bankruptcy@medely.com |
| MEDICAL INFORMATION TECH | INFO@MEDITECHINTL.COM; LBOYLE@MEDITECH.COM |
| MED-METRIX | SKAMEN@MED-METRIX.COM |
| MEDTRONIC | RS.VASCULARORDERS@MEDTRONIC.COM |
| MOORE & VAN ALLEN PLLC | alanpope@mvalaw.com; gabrielmathless@mvalaw.com; matthewtaylor@mvalaw.com |
| NEW JERSEY DEPT OF HEALTH | robert.iannaccone@doh.nj.gov |

Case 24-12534-JKS    Doc 380    Filed 12/31/24    Page 9 of 13

CarePoint Health Systems Inc. d/b/a Just
Health Foundation, et al.
Case No. 24-12534 (JKS)
Electronic Master Service List

| | |
|---|---|
| Nurse Staffing, LLC d/b/a Nurses 24/7 | kmaleck@exchange.nurses247.com; alazar@siercapital.com |
| NURSES 24/7 | PATLANTIC@NURSES247.COM; RECRUITING@NURSES247.COM |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.ECFBANKRUPTCY@USDOJ.GOV; |
| OFFICE OF THE UNITED STATES TRUSTEE | Jane.M.Leamy@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; joneill@pszjlaw.com; crobinson@pszjlaw.com |
| PASHMAN SEIN WALDER HAYDEN P.C. | agambale@pashmanstein.com; dalvarez@pashmanstein.com; leisenberg@pashmanstein.com |
| Public Service Electric and Gas Company | alexandra.grant@pseg.com |
| PUBLIC SERVICE ENTERPRISE GROUP INC | CLAIMSDEPARTMENT@PSEG.COM |
| R1 RCM HOLDCO, INC. | SRADCLIFFE@R1RCM.COM |
| RABINOWITZ, LUBETKIN & TULLY L.L.C | JRabinowitz@rltlawfirm.com; JLubetkin@rltlawfirm.com |
| REED SMITH LLP | kgwynne@reedsmith.com; ccapp@reedsmith.com |
| RESOLUTE PERIOPERATIVE | NFLOTH@RESOLUTEPARTNER.COM |
| RIKER DANZIG LLP | jschwartz@RIKER.com; tschellhorn@RIKER.com |
| ROYAL BIOLOGICS INC | SUPPORT@ROYALBIOLOGICS.COM |
| SAUL EWING LLP | monique.disabatino@saul.com; john.demmy@saul.com; nicholas.smargiassi@saul.com |
| SECURITIES & EXCHANGE COMMISSION | Chair@sec.gov |
| Sierra Health Group LLC | rdovgala@sierrahealth.net |
| SIERRA HEALTH GROUP, LLC | INFO_SHG@SIERRAHEALTH.NET |
| SILLS CUMMIS & GROSS P.C. | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| SODEXO, INC. | ACCOUNTSRECEIVABLE.NORAM@SODEXO.COM |
| Sodexo, Inc. & Affiliates | amelia.davis@sodexo.com |
| SPINAL ELEMENTS | INFO@SPINALELEMENTS.COM |
| STARK & STARK P.C. | jlemkin@stark-stark.com |
| STATE OF NEW JERSEY DIVISION OF TAXATION | TAXATION.BANKRUPTCY@TREAS.NJ.GOV |
| STRYKER ORTHOPEDICS | INST.STRYKER.CS@STRYKER.COM |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |
| THE TRUSTEES OF COLUMBIA UNIVERSITY | SECRETARY@COLUMBIA.EDU |
| TYDINGS & ROSENBERG LLP | sgerald@tydings.com; jselba@tydings.com |
| VARNUM LLP | bgbest@varnumlaw.com |
| WARSHAW BURSTEIN LLP | msiegel@wbny.com; ahack@wbny.com; mmarcucci@wbny.com |
| WINDELS MARX LANE & MITTENDORF LLP | eperal@windelsmarx.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | mlunn@ycst.com; rpoppiti@ycst.com; bankfilings@ycst.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,
Case No. 24-12534 (JKS)
Electronic Service List

| Name | Email Address |
| --- | --- |
| REED SMITH LLP | jangelo@reedsmith.com |
| WHITEFORD, TAYLOR & PRESTON LLC | wtaylor@whitefordlaw.com |
| LAW FIRM OF RUSSELL R. JOHNSON III, PLC | russell@russelljohnsonlawfirm.com; john@russelljohnsonlawfirm.com |
| McMANIMON, SCOTLAND & BAUMANN, LLC | asodono@msbnj.com |
| ESBROOK P.C | scott.leonhardt@esbrook.com |
| RAY QUINNEY & NEBEKER P.C. | dleigh@rqn.com |

**EXHIBIT C**

CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,
Case No. 24-12534 (JKS)
Electronic Mail - Lienholders

| Creditor Name | Email Address |
| --- | --- |
| 29 E 29 STREET HOLDINGS LLC | info@29e29hotel.com |
| 34TH STREET FUNDING, LLC | CIONAgentNotices@iconinvestments.com |
| BANKFINANCIAL, NA | howarewedoing@bankfinancial.com |
| BEVERLY BANK & TRUST COMPANY, NATIONAL ASSOCIATION | callen@hydeparkbank.net |
| BRF FINANCE CO, LLC | tony@aum13f.com |
| CAPITALA BUSINESS LENDING, LLC | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CAPITALA PRIVATE ADVISORS, LLC | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CAPITALA PRIVATE CREDIT FUND V, L.P. | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CAPITALA SPECIALTY LENDING CORP. | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CAPITALSOUTH PTR FL SIDECAR FUND II LP | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CIT FINANCE LLC | amna.mahmood@firstcitizens.com |
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE. | csrcontact@cscinfo.com |
| CT CORP SYSTEM, AS REPRESENTATIVE. ATTN:  SRS; | info@empirestatelegalservice.com |
| DE LAGE FINANCIAL SERVICES, INC. | info.us@dllgroup.com |
| DEXT CAPITAL | contact@dextcapital.com |
| FIFTH THIRD BANK | Tim.Shelley@53.com |
| FIRST FINANCIAL CORPORATE LEASING, LLC | info@ffequipmentleasing.com |
| FRESENIUS MEDICAL CARE HOLDINGS, INC. | ir@freseniusmedicalcare.com |
| GE HFS, LLC | investor@gehealthcare.com |
| GENERAL ELECTRIC CAPITAL CORP | CustomerCare.USCanada@ge.com |
| HUNTINGTON TECHNOLOGY FINANCE, INC. | technology-finance@huntington.com |
| INSIGHT CAPITAL VENTURES LLC | inquiries@insightinvestment.com |
| MAGNUM CAPITAL CORP | info@magnumpartners.com |
| MAPLE HEALTHCARE, LLC | info@maplehealthgroup.com |
| MB FINANCIAL BANK, N.A. | internationalbanking@mbfinancial.com |
| MED ONE CAPITAL FUNDING, LLC | info@medonegroup.com |
| MED ONE CAPITAL FUNDING-NEW JERSEY | info@medonegroup.com |
| MURRAY HILL FUNDING II, LLC | kfranz@cioninvestments.com |
| NFS LEASING, INC. | info@nfsleasing.com |
| OMAR SHARIF | EMAIL ADDRESS ON FILE |
| OPTUM BANK, INC. | optumbank@optum.com |
| PENDRICK CAPITAL PARTNERS LLC | info@pendrickcp.com |
| PRIME ALLIANCE BANK | customerservice@primealliance.bank |
| SHIFT CAPITAL INC. | info@shiftcapital.us |
| SIGNATURE FINANCIAL LLC | ask@sfsfirm.com |
| STERIS CORPORATION | Julie_Winter@steris.com |
| STERLING NATIONAL BANK | ClientServicesSupport@websterbank.com |
| STRYKER FINANCE | comm_marketing@stryker.com |
| SWISS CAP CAPITALA PRIVATE DEBT FUND LP | info@swisscapitalcorp.com |
| UNITYHEALTH CARE LLC | CArmstrong@UnityHealthCare.org |
| INSIGHT MANAGEMENT AND CONSULTING SERVICES, INC. | nadir.ijaz@iinn.com |

CarePoint Health Systems Inc. d/b/a
Just Health Foundation, et al.,
Case No. 24-12534 (JKS)
Electronic Mail - Banks

| Creditor Name | Email Address |
| --- | --- |
| BAYONNE COMMUNITY BANK | asaites@bcb.bank |
| IDB | tharrington@idbny.com |
| OCEAN FIRST BANK | wbonello@oceanfirst.com |
| PNC | gerryle.smith@pnc.com |