# SIGN-IN SHEET

| CASE NAME   CarePoint Health Systems, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 24-12534 JKS | DATE: 1/7/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jane Leamy | US Trustee | US Trustee |
| Jack Dougherty | Cole Schotz | Insight |
| Peter C. Hughes | Dilworth Paxson | Debtors |
| Lawrence G. McMichael | " " | " " |
| Jack Small | " " | " " |
| Jason Angelo | Reed Smith LLP | Strategic Ventures |
| JAMES O'NEILL | PSZJ | Committee |
| Marcy McLaughlin Smith | WBD | J2 Funding, Bills Right, Signature RX |
| | | |
| | | |
| | | |
| | | |
| | | |

## 09:30 AM

**24-12534-JKS CarePoint Health Systems, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| DON C ALCUINO | https://carepointhealth.org/ | | 09:30 AM | Audio Only | no |
| Mason Allen | Mandelbaum Barrett PC | Hudson Regional Hospital | 09:30 AM | Zoom(Video and Audio) | yes |
| Adam Alonso | | Hudson Regional Hospital | 09:30 AM | Zoom(Video and Audio) | yes |
| Karen C Bifferato | Connolly Gallagher LLP | BMC Hospital, LLC | 09:30 AM | Zoom(Video and Audio) | yes |
| Chris Carlino | | | 09:30 AM | Audio Only | no |
| Ryan Carr | Province | Unsecured Creditors Committee | 09:30 AM | Audio Only | yes |
| Scott D. Cousins | Lewis Brisbois | Hudson Regional Hospital | 09:30 AM | Zoom(Video and Audio) | yes |
| Alan Dalsass | Ankura | CarePoint | 09:30 AM | Zoom(Video and Audio) | yes |
| Monique DiSabatino | Saul Ewing LLP | Hudson County | 09:30 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Client | Time | Method | Live |
|---|---|---|---|---|---|
| Justin Drew | CarePoint Health | CarePoint Health | 09:30 AM | Zoom(Video and Audio) | yes |
| Michele M. Dudas | McManimon, Scotland & Baumann, LLC | City of Hoboken | 09:30 AM | Zoom(Video and Audio) | yes |
| Marie T Duffy | Dilworth Paxon LLP | CarePoint Health | 09:30 AM | Audio Only | no |
| Suzanna Ellefsen | PMA Companies | PMA Companies | 09:30 AM | Audio Only | yes |
| James P Flynn | Epstein Becker & Green, P.C. | BMC Hospital LLC | 09:30 AM | Zoom(Video and Audio) | yes |
| Clara E Geoghegan | Law360 |  | 09:30 AM | Audio Only | no |
| John Grywalski |  | Hudson Regional Hospital | 09:30 AM | Zoom(Video and Audio) | yes |
| Taylor Harrison |  |  | 09:30 AM | Audio Only | no |
| Jennifer Hepner | Katten | N/A | 09:30 AM | Audio Only | no |
| Robert C Iannaccone | State of NJ | NJ Dept. of Health | 09:30 AM | Zoom(Video and Audio) | yes |
| Harold D. Israel | Levenfeld Pearlstein, LLC. | Maple Healthcare, LLC | 09:30 AM | Zoom(Video and Audio) | yes |
| Ryan Jareck | Cole Schotz P.C. | Insight | 09:30 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | Live |
|---|---|---|---|---|---|
| Harry Kapralos | Hudson Regional Hospital | Hudson Regional Hospital | 09:30 AM | Zoom(Video and Audio) | yes |
| Dr. Nizar Kifaieh | Hudson Regional Hospital | Hudson Regional Hospital | 09:30 AM | Zoom(Video and Audio) | yes |
| Dietrich Knauth | Reuters | media | 09:30 AM | Audio Only | no |
| Ava Lennane | | | 09:30 AM | Audio Only | no |
| Shane Magrann | | | 09:30 AM | Zoom(Video and Audio) | yes |
| Mitchell Malzberg | Law Offices of Mitchell J. Malzberg, Esq | Unions - HPAE | 09:30 AM | Zoom(Video and Audio) | yes |
| Boris Mankovetskiy | Sills Cummis & Gross | Committee of Unsecured Creditors | 09:30 AM | Zoom(Video and Audio) | yes |
| Gabriel Mathless | Moore & Van Allen PLLC | Capitala | 09:30 AM | Zoom(Video and Audio) | yes |
| Tyler McLaren | Province | Unsecured Creditors Committee | 09:30 AM | Audio Only | yes |
| Yan Moshe | Hudson Regional Hospital | Hudson Regional Hospital | 09:30 AM | Zoom(Video and Audio) | yes |
| David Munkittrick | Proskauer | | 09:30 AM | Audio Only | no |
| Mohamed Nabulsi | Mandelbaum Barrett PC | Hudson Regional Hospital | 09:30 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | |
|---|---|---|---|---|---|
| James O'Neill | Pachulski Stang Ziehl & Jones LLP | Committee of Unsecured Creditors | 09:30 AM | Zoom(Video and Audio) | yes |
| Anthony T Panebianco | Davis Malm D'Agostine, P.C. | BoneSupport, Inc. (Debtor) | 09:30 AM | Zoom(Video and Audio) | yes |
| CHarles Pease | Ankura Consulting | Debtors | 09:30 AM | Zoom(Video and Audio) | yes |
| Sari Blair Placona | McManimon Scotland & Baumann, LLC | Hudson County | 09:30 AM | Zoom(Video and Audio) | yes |
| Alan Pope | Moore & Van Allen PLLC | Capitala | 09:30 AM | Zoom(Video and Audio) | yes |
| Robert F. Poppiti, Jr. | Young, Conaway, Stargatt & Taylor, LLP | Capitala | 09:30 AM | Zoom(Video and Audio) | yes |
| Jonathan Rabinowitz | Rabinowitz, Lubetkin & Tully, L.L.C. | J2 Funding LLC | 09:30 AM | Zoom(Video and Audio) | yes |
| Ashly L Riches | Bayard, P.A. | NJ Dept of Health, JNESO | 09:30 AM | Zoom(Video and Audio) | yes |
| Vincent Roldan | Mandelbaum Barrett PC | Hudson Regional Hospital | 09:30 AM | Zoom(Video and Audio) | yes |
| Adam Rosen | Province | Unsecured Creditors Committee | 09:30 AM | Audio Only | yes |
| Adam M Rosen | Province | UCC | 09:30 AM | Zoom(Video and Audio) | yes |
| KaDee Ru | Proskauer Rose LLP | | 09:30 AM | Audio Only | no |

| Name | Firm | Client | Time | Mode | Live |
|---|---|---|---|---|---|
| Reut Samuels | Proskauer Rose LLP | | 09:30 AM | Audio Only | no |
| Richard Sarli | | | 09:30 AM | Zoom(Video and Audio) | yes |
| Richard M. Schlaifer | | | 09:30 AM | Audio Only | yes |
| Joseph L Schwartz | Riker Danzig LLP | NJ Dept of Health, JNESO | 09:30 AM | Zoom(Video and Audio) | yes |
| Briana Seyarto Flores | Proskauer Rose LLP | | 09:30 AM | Audio Only | no |
| Tara J. Shellhorn | Riker Danzig LLP | NJ Dept of Heatlh, JNESO | 09:30 AM | Zoom(Video and Audio) | yes |
| Andrew Sherman | Sills Cummis & Gross | Committee of Unsecured Creditors | 09:30 AM | Zoom(Video and Audio) | yes |
| Martin Siegel | Warshaw Burstein LLP | Bills Right LLC | 09:30 AM | Zoom(Video and Audio) | yes |
| Joann Sternheimer | Lippes Mathias, LLP | First Financial, LLC d/b/a First Financial Equipme | 09:30 AM | Zoom(Video and Audio) | yes |
| Matthew Stolz | Cohen, Weiss and Simon LLP | Committee of Interns and Residents | 09:30 AM | Zoom(Video and Audio) | yes |
| Christine Tomlin | Dilworth Paxson LLP | | 09:30 AM | Audio Only | no |

| Name | Firm | Representing | Time | Mode | |
|---|---|---|---|---|---|
| K. Jeff Wang | Cohen Weiss and Simon LLP | Committee of Interns and Residents | 09:30 AM | Zoom(Video and Audio) | yes |
| Kaijie J Wang | Cohen, Weiss and Simon LLP | Committee of Interns and Residents, SEIU | 09:30 AM | Zoom(Video and Audio) | yes |
| Jeffrey R. Waxman | Morris James LLP | Vijayant Singh | 09:30 AM | Zoom(Video and Audio) | yes |
| Nichole Wilcher | Womble Bond Dickinson (US) LLP | J2 Funding LLC | 09:30 AM | Zoom(Video and Audio) | yes |
| Alex Wittenberg | Law360 | | 09:30 AM | Audio Only | no |
| Melissa Woods | Cohen, Weiss and Simon LLP | Committee of Interns and Residents | 09:30 AM | Zoom(Video and Audio) | yes |
| Kaile Zagger | Province | Unsecured Creditors Committee | 09:30 AM | Audio Only | yes |
| Tate Zall | Province | Unsecured Creditors Committee | 09:30 AM | Audio Only | yes |
| Ben Zigterman | Law360 | | 09:30 AM | Audio Only | no |
| David Zubkis | | | | | |