## Exhibit A

(Budgets)

**IJKG - Opco LLC (Bayonne Medical Center)**
**DIP Budget**

| | Week/Week Ending: ($ in thousands) | 1 1/10/25 | 2 1/17/25 | 3 1/24/25 | 4 1/31/25 | 5 2/7/25 | 6 2/14/25 | 7 2/21/25 | 8 2/28/25 | 9 3/7/25 | 10 3/14/25 | 11 3/21/25 | 12 3/28/25 | 13 4/4/25 | 13-week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Patient-Related Receipts | $ 1,533 | $ 1,533 | $ 1,192 | $ 1,533 | $ 1,533 | $ 1,533 | $ 1,533 | $ 1,533 | $ 1,533 | $ 1,533 | $ 1,533 | $ 1,533 | 6,131 | $ 24,181 |
| 2 | Proceeds from Preference Actions | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 3 | Grant Receipts | 629 | — | — | — | 59 | — | — | — | — | — | — | — | — | 688 |
| 4 | **Total Receipts** | $ 2,161 | $ 1,533 | $ 1,192 | $ 1,533 | $ 1,592 | $ 1,533 | $ 1,533 | $ 1,533 | $ 1,533 | $ 1,533 | $ 1,533 | $ 1,533 | $ 6,131 | $ 24,870 |
| 5 | Payroll & Benefits | (955) | (891) | (955) | (994) | (1,010) | (947) | (1,010) | (947) | (1,010) | (947) | (1,010) | (947) | (1,405) | (13,026) |
| 6 | Supplies | (418) | (453) | (418) | (453) | (604) | (453) | (418) | (453) | (604) | (453) | (418) | (453) | (897) | (6,491) |
| 7 | Facilities | (807) | — | — | — | (807) | — | — | — | (807) | — | — | — | — | (2,421) |
| 8 | Medical Practice | (84) | (500) | (84) | (500) | (84) | (500) | (84) | (500) | (84) | (500) | (84) | (500) | (334) | (3,835) |
| 9 | MSO Disbursements | (231) | (33) | (231) | (33) | (231) | (33) | (231) | (33) | (231) | (33) | (231) | (33) | (231) | (1,817) |
| 10 | Other Operating Disbursements | (274) | (230) | (274) | (230) | (863) | (230) | (274) | (230) | (813) | (280) | (324) | (280) | (913) | (5,217) |
| 11 | **Total Operating Disbursements** | $ (2,769) | $ (2,107) | $ (1,962) | $ (2,209) | $ (3,599) | $ (2,162) | $ (2,018) | $ (2,162) | $ (3,549) | $ (2,212) | $ (2,068) | $ (2,212) | $ (3,780) | $ (32,807) |
| 12 | DIP Fees & Interest | — | — | — | (101) | (250) | — | — | (81) | (272) | — | — | (81) | — | (783) |
| 13 | HRH Management Fee[1] | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 14 | Debtor's Counsel[2] | (124) | (93) | (27) | (27) | (27) | (27) | (30) | (30) | (5) | (5) | (5) | (5) | — | (405) |
| 15 | Debtor's Financial Advisors[2] | (47) | (51) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | — | (248) |
| 16 | UCC Counsel[2] | (54) | (62) | (26) | (26) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | — | (334) |
| 17 | UCC Financial Advisors[2] | (54) | (62) | (26) | (26) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | — | (334) |
| 18 | Patient Care Ombudsman[2] | (11) | (10) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | — | (40) |
| 19 | Claims Agent[2] | (79) | (25) | (7) | (7) | (7) | (7) | (7) | (7) | (20) | (20) | (20) | (20) | — | (225) |
| 20 | Other Restructuring Disbursements | — | — | — | (135) | — | — | — | — | — | — | — | — | (282) | (417) |
| 21 | **Total Non-Operating Disbursements** | $ (369) | $ (301) | $ (103) | $ (338) | $ (342) | $ (93) | $ (96) | $ (176) | $ (355) | $ (84) | $ (84) | $ (164) | $ (282) | $ (2,787) |
| 22 | **Net Cash Flow** | $ (977) | $ (875) | $ (873) | $ (1,015) | $ (2,349) | $ (722) | $ (580) | $ (805) | $ (2,371) | $ (763) | $ (618) | $ (843) | $ 2,068 | $ (10,724) |
| 23 | Beg. Cash | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 24 | DIP Facility | 977 | 875 | 873 | 1,015 | 2,349 | 722 | 580 | 805 | 2,371 | 763 | 618 | 843 | — | 12,792 |
| 25 | **Ending Op. Book Cash** | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ 2,068 | $ 2,068 |

1 - Amounts and timing subject to outcome of January 7, 2025 hearing.
2 - Professional fees are paid to a restricted account as they are accrued.  Assumed to be paid from the restricted account as fee applications are submitted and approved.

**CarePoint Health, Inc. - Consolidated**
**DIP Budget**

| | Week/Week Ending: | 1<br>1/10/25 | 2<br>1/17/25 | 3<br>1/24/25 | 4<br>1/31/25 | 5<br>2/7/25 | 6<br>2/14/25 | 7<br>2/21/25 | 8<br>2/28/25 | 9<br>3/7/25 | 10<br>3/14/25 | 11<br>3/21/25 | 12<br>3/28/25 | 13<br>4/4/25 | 13-week<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ($ in thousands) | | | | | | | | | | | | | | |
| 1 | Patient-Related Receipts | $ 3,203 | $ 3,203 | $ 2,491 | $ 3,203 | $ 3,203 | $ 3,203 | $ 3,203 | $ 3,203 | $ 3,203 | $ 3,203 | $ 3,203 | $ 3,203 | $ 12,810 | $ 50,530 |
| 2 | Proceeds from Preference Actions | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 3 | Grant Receipts | 3,371 | — | — | — | 2,341 | — | — | — | — | — | — | — | — | 5,712 |
| 4 | **Total Receipts** | $ 6,574 | $ 3,203 | $ 2,491 | $ 3,203 | $ 5,543 | $ 3,203 | $ 3,203 | $ 3,203 | $ 3,203 | $ 3,203 | $ 3,203 | $ 3,203 | $ 12,810 | $ 56,242 |
| 5 | Payroll & Benefits | (2,171) | (2,415) | (2,171) | (2,551) | (2,171) | (2,415) | (2,171) | (2,506) | (2,171) | (2,415) | (2,171) | (2,415) | (1,747) | (29,494) |
| 6 | Supplies | (723) | (748) | (723) | (748) | (1,001) | (748) | (723) | (748) | (1,001) | (1,119) | (1,064) | (1,119) | (1,849) | (12,314) |
| 7 | Facilities | — | (1,315) | — | (250) | (1,315) | — | — | (250) | (1,315) | — | — | — | — | (4,445) |
| 8 | Medical Practice | (167) | (1,152) | (167) | (1,152) | (167) | (1,152) | (167) | (1,152) | (167) | (1,152) | (167) | (1,152) | (743) | (8,658) |
| 9 | MSO Disbursements | (335) | (65) | (335) | (65) | (335) | (65) | (335) | (65) | (335) | (65) | (335) | (65) | (335) | (2,740) |
| 10 | Other Operating Disbursements | (300) | (200) | (300) | (200) | (1,273) | (200) | (300) | (200) | (1,273) | (200) | (300) | (200) | (1,373) | (6,320) |
| 11 | **Total Operating Disbursements** | $ (3,697) | $ (5,896) | $ (3,697) | $ (4,967) | $ (6,263) | $ (4,581) | $ (3,697) | $ (4,922) | $ (6,263) | $ (4,952) | $ (4,038) | $ (4,952) | $ (6,047) | $ (63,970) |
| 12 | DIP Fees & Interest | (44) | (96) | (51) | (56) | (60) | (63) | (66) | (70) | (76) | (82) | (86) | (895) | — | (1,647) |
| 13 | Debtor's Counsel[1] | (496) | (370) | (108) | (108) | (108) | (108) | (120) | (120) | (20) | (20) | (20) | (20) | — | (1,618) |
| 14 | Debtor's Financial Advisors[1] | (190) | (204) | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (60) | — | (994) |
| 15 | UCC Counsel[1] | (216) | (248) | (104) | (104) | (83) | (83) | (83) | (83) | (83) | (83) | (83) | (83) | — | (1,337) |
| 16 | UCC Financial Advisors[1] | (216) | (248) | (104) | (104) | (83) | (83) | (83) | (83) | (83) | (83) | (83) | (83) | — | (1,337) |
| 17 | Prepetition Secured Lender Counsel[1] | (30) | — | (12) | — | — | — | (12) | — | — | — | — | (12) | — | (66) |
| 18 | Patient Care Ombudsman[1] | (43) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | — | (131) |
| 19 | Claims Agent[1] | (112) | (30) | (30) | (30) | (30) | (30) | (30) | (30) | (30) | (30) | (30) | (30) | — | (442) |
| 20 | Other Restructuring Disbursements[2] | — | — | (135) | (323) | — | — | — | (135) | — | — | — | — | (541) | (1,134) |
| 21 | **Total Non-Operating Disbursements** | $ (1,347) | $ (1,203) | $ (611) | $ (792) | $ (432) | $ (436) | $ (463) | $ (589) | $ (361) | $ (367) | $ (371) | $ (1,192) | $ (541) | $ (8,706) |
| 22 | **Net Cash Flow** | $ 1,530 | $ (3,897) | $ (1,817) | $ (2,556) | $ (1,152) | $ (1,814) | $ (957) | $ (2,308) | $ (3,421) | $ (2,116) | $ (1,206) | $ (2,941) | $ 6,221 | $ (16,435) |
| 23 | Beg. Cash | — | 1,530 | — | — | — | — | — | — | — | — | — | — | — | — |
| 24 | DIP Facility | — | 2,367 | 1,817 | 2,556 | 1,152 | 1,814 | 957 | 2,308 | 3,421 | 2,116 | 1,206 | 2,941 | — | 22,656 |
| 25 | **Ending Op. Book Cash** | $ 1,530 | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ 6,221 | $ 6,221 |

1 - Professional Fees are paid to a restricted account as they are accrued. Assumed to be paid from the restricted account as fee applications are submitted and approved.
2 - Other Restructuring Disbursements include US Trustee Fees in Week 4 and Independent Reorganization Committee fees for the months accrued December through February.
3 - Week-ending 4/4 is for illustrative purposes only to demonstrate the working capital prior to a confirmation. Assumes all post-petition, pre-confirmation AR is collected and all accrued and unpaid expenses are paid.