IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------- x
In re:                           : Chapter 11
                                 :
CarePoint Health Systems Inc.    : Case No. 24-12534 (JKS)
d/b/a Just Health Foundation,    :
et al.,¹                         :
                                 : (Jointly Administered)
                                 :
              Debtors.           : D.I. 418
-------------------------------- x
```

### ORDER GRANTING MOTION TO SHORTEN NOTICE AND SCHEDULE EXPEDITED HEARING WITH RESPECT TO MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS SEEKING AUTHORITY TO FILE COMBINED DISCLOSURE STATEMENT AND PLAN

Upon the motion (the "Motion") of the Plan Proponents for entry of an order (this "Order") shortening the notice period and scheduling an expedited hearing on January 17, 2025 at 10:00 a.m., with respect to the *Motion of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement, Plan Confirmation, and Deadlines Related Thereto; (III) Approving the Solicitation, Notice and Tabulation Procedures and Forms Related Thereto; and (IV) Granting Related Relief* (the "Motion for a Combined Disclosure Statement and Plan"); and this Court having jurisdiction over this matter pursuant to

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

#124748701v3

28 U.S.C. §§ 157 and 1334 and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The relief requested in the Motion is granted, as set forth herein.

2. The Court shall conduct a hearing on the ~~interim~~ relief sought in the Motion for a Combined Disclosure Statement and Plan on January 17, 2025 at 10:00 a.m. (the "Hearing").

3. Any objections to the ~~interim~~ relief sought in the Motion for a Combined Disclosure Statement and Plan shall be filed by January 15, 2025 at 10:00 a.m.

4. ~~A final hearing on the relief sought in the Motion for a Combined Disclosure Statement and Plan will be conducted on February 19, 2025 at 10:00 a.m.~~

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

January 8, 2025                    _[signature]_
                                   USBJ

#124748701v3