# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12534 (JKS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 381** |

## CERTIFICATE OF SERVICE

I, HALLIE DREIMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 31, 2024, I caused to be served the "Debtors' Objection to Access Information Management Corporation's Motion (I) to Compel (A) Debtors' Assumption of Executory Contracts, or Alternatively (B) Debtors to Provide Direction as Required by the Contracts and Applicable Law with Respect to the Continued Storage, Transfer, Destruction or Other Disposition of the Health Care Related Documents and Information Subject to the Contracts, (II) for Relief From the Automatic Stay, and (III) for Such Other Relief as Necessary Under the Circumstances," dated December 31, 2024 [Docket No. 381], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Hallie Dreiman*
Hallie Dreiman

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

**EXHIBIT A**

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,
Case No. 24-12534 (JKS)
Electronic Mail Service List

| Name | Email Address |
|---|---|
| Bayard P.A | nglassman@bayardlaw.com; ejohnson@bayardlaw.com; ariches@bayardlaw.com |
| Bielli & Klauder, LLC | dklauder@bk-legal.com |
| Brendan G Best | bgbest@varnumlaw.com |
| Brown Mcgarry Nimeroff LLC | jnimeroff@brownnimeroff.com |
| Chipman Brown Cicero & Cole LLP | root@chipmanbrown.com |
| Christopher Hull, Esquire | chull@cirseiu.org |
| Cohen, Weiss And Simon LLP | rseltzer@cwsny.com; mwoods@cwsny.com; mstolz@cwsny.com |
| COLE SCHOTZ P.C. | msirota@coleschotz.com; rjareck@coleschotz.com; jdougherty@coleschotz.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com |
| Duane Morris LLP | ljkotler@duanemorris.com |
| Earp Cohn, P.C. | rschlaifer@earpcohn.com; AEtish@earpcohn.com |
| Epstein Becker & Green, P.C. | wmarcari@ebglaw.com |
| Fleischer, Fleischer & Suglia, P.C. | nsuglia@fleischerlaw.com |
| Gibbons P.C. | kearle@gibbonslaw.com; mconlan@gibbonslaw.com |
| Giordano, Halleran & Ciesla, P.C. | Dcampbell@Ghclaw.com; Cschroeder@Ghclaw.com |
| James P. Flynn, Esquire | jflynn@ebglaw.com |
| Klestadt Winters Jureller Southard & Stevens LLP | fstevens@klestadt.com |
| Kutak Rock LLP | lisa.peters@kutakrock.com |
| Law Office Of Susan E. Kaufman LLC | skaufman@skaufmanlaw.com |
| Law Offices of Mitchell J. Malzberg | mmalzberg@mjmalzberglaw.com |
| Levenfeld Pearlstein, LLC | hisrael@lplegal.com; swilliams@lplegal.com |
| Lewis Brisbois Bisgarrd & Smith LLP | scott.cousins@lewisbrisbois.com |
| Loizides P.A. | loizides@loizides.com |
| Mandelbaum Barrett PC | vroldan@mblawfirm.com |
| McManimon, Scotland & Baumann LLC | splacona@msbnj.com |
| Moore & Van Allen PLLC | alanpope@mvalaw.com; gabrielmathless@mvalaw.com; matthewtaylor@mvalaw.com |
| Morris, Nichols, Arsht & Tunnell LLP | rdehney@morrisnichols.com; bdolphin@morrisnichols.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,
Case No. 24-12534 (JKS)
Electronic Mail Service List

| Name | Email Address |
| --- | --- |
| Office of the United States Attorney | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee | Jane.m.leamy@usdoj.gov |
| Pachulski Stang Ziehl & Jones LLP | bsandler@pszjlaw.com; joneill@pszjlaw.com; crobinson@pszjlaw.com; |
| Pashman Stein Walder Hayden, P.C. | agambale@pashmanstein.com; dalvarez@pashmanstein.com; leisenberg@pashmanstein.com |
| Rabinowitz, Lubetkin & Tully, LLC | JRabinowitz@rltlawfirm.com; JLubetkin@rltlawfirm.com |
| Reed Smith LLP | kgwynne@reedsmith.com; jangelo@reedsmith.com |
| Riker Danzig LLP | jschwartz@riker.com; tschellhorn@riker.com |
| Ryan K. Cochran, Esquire | rcochran@ebglaw.com |
| Saul Ewing LLP | monique.disabatino@saul.com |
| The Rosner Law Group LLC | rosner@teamrosner.com; liu@teamrosner.com |
| Tydings & Rosenberg LLP | sgerald@tydings.com; jselba@tydings.com |
| Warshaw Burstein LLP | msiegel@wbny.com; ahack@wbny.com; mmarcucci@wbny.com |
| Windels Marx Lane & Mittendorf, LLP | eperal@windelsmarx.com |
| Womble Bond Dickinson (US) LLC | matthew.ward@wbd-us.com |
| Young Conaway Stargatt & Taylor LLP | mlunn@ycst.com; rpoppiti@ycst.com; bankfilings@ycst.com |