**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
In re:                                              :         Chapter 11
                                                    :
CarePoint Health Systems Inc., *et al.*,            :         Case No. 24-12534 (JKS)
                                                    :
                  Debtors.            :         (Jointly Administered)
---------------------------------------------------------x

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Zachary H. Smith of Moore & Van Allen PLLC to represent Capitala Private Advisors, LLC and Capitala Specialty Lending Corp. in their capacities as administrative and collateral agents under certain senior secured credit facilities extended to certain of the Debtors prior to the petition date in this action.

Dated: January 9, 2025

                                                     */s/ Robert F. Poppiti, Jr.*
                                                     Robert F. Poppiti, Jr. (No. 5052)
                                                     Young Conaway Stargatt & Taylor, LLP
                                                     Rodney Square
                                                     1000 North King Street
                                                     Wilmington, Delaware 19801
                                                     Telephone: (302) 571-6600
                                                     Email: rpoppiti@ycst.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of North Carolina and New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 9, 2025

                                                       */s/ Zachary H. Smith*
                                                     Zachary H. Smith
                                                     Moore & Van Allen PLLC
                                                     100 North Tryon Street, Suite 4700
                                                     Charlotte, North Carolina 28202
                                                     Telephone: (704) 331-1046
                                                     Email: zacharysmith@mvalaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: January 10th, 2025**
**Wilmington, Delaware**

                                                     **J. KATE STICKLES**
                                                     **UNITED STATES BANKRUPTCY JUDGE**