**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12534 (JKS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 211-212 & 214 |

**CERTIFICATE OF SERVICE**

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 2, 2024, I caused to be served the:

   a. "Motion of the Debtors for Entry of an Order (I) Authorizing the Rejection of Debtors' Prepetition Management Services Agreement with Insight, (II) Approving Stipulation Between Debtors and Insight, and (III) Granting Related Relief," dated December 1, 2024 [Docket No. 211], (the "Rejection Motion"),

   b. "Motion of the Debtors for an Order (I) Authorizing the Entry into the Hospital Facilities Management Services Agreement, and (II) Granting Related Relief," dated December 1, 2024 [Docket No. 212], (the "Agreement Motion"), and

   c. "Order Approving Stipulation Regarding Matters Scheduled for Hearing on December 16, 2024," dated December 2, 2024 [Docket No. 214], (the "Stipulation Order"),

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint HealthBayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

by causing true and correct copies of the:

i. Rejection Motion, Agreement Motion, and Stipulation Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. Rejection Motion, Agreement Motion, and Stipulation Order to be delivered via electronic mail to those parties listed on the annexed Exhibit B,

iii. Stipulation Order to be delivered via electronic mail to those parties listed on the annexed Exhibit C, and

iv. Rejection Motion to be delivered via electronic mail to: *nadir.ijaz@iinn.com.*

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

**EXHIBIT A**

CAREPOINT HEALTH SYSTEMS, INC<br>SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19904 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD. SUITE 100 DOVER DE 19904 |
| GIBBONS P.C. | (COUNSEL TO JOURNAL SQUARE) ATTN: MARK CONLAN ONE GATEWAY CENTER NEWARK NJ 07102 |
| OPTUM | ATTN: TANNER NORTON PO BOX 30760 SALT LAKE CITY UT 84130 |

**Total Creditor count  4**

**EXHIBIT B**

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.,* Case No. 24-12534 (JKS)

Electronic Mail - Master Service List

| Creditor Name | Email Address |
|---|---|
| BAYARD, P.A. | nglassman@bayardlaw.com; ejohnson@bayardlaw.com; ariches@bayardlaw.com |
| BAYONNE MEDICAL CENTER OPCO LLC | vroldan@mblawfirm.com |
| BIELLI & KLAUDER, LLC | DKLAUDER@BK-LEGAL.COM |
| BIOMET | APSTATEMENTS@ZIMMERBIOMET.COM |
| BROWN MCGARRY NIMEROFF LLC | jnimeroff@brownnimeroff.com |
| CAPITALA PRIVATE ADVISORS, LLC | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CAREFUSION SOLUTIONS, LLC | CUSTOMER_SUPPORT@BD.COM; INVESTOR_RELATIONS@BD.COM |
| CAREPOINT HEALTH CAPTIVE ASSURANCE CO C/O STRATEGIC RISK SOLUTIONS | courtney.flynn@strategicrisks.com |
| CHIPMAN BROWN CICERO & COLE LLP | root@chipmanbrown.com |
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; mwoods@cwsny.com; mstolz@cwsny.com |
| COLE SCHOTZ P.C. | jdougherty@coleschotz.com; msirota@coleschotz.com; rjareck@coleschotz.com |
| COMMITTEE OF INTERNS AND RESIDENTS | chull@cirseiu.org |
| Committee of Interns and Residents SEIU | chull@cirseiu.org |
| CONSTELLATION NEW ENERGY | SUPPORT@CONSTELLATIONRATES.COM; gail.rosen@constellation.com; bradley.burton@constellation.com |
| COUNTY OF HUDSON | DKENNY@HCNJ.US |
| CVS CAREMARK | CUSTOMERSERVICE@CAREMARK.COM |
| DEPUY SYNTHES SALES, INC | NVESTOR-RELATIONS@ITS.JNJ.COM |
| DUANE MORRIS LLP | ljkotler@duanemorris.com |
| EPSTEIN BECKER & GREEN, P.C. | wmarcari@ebglaw.com; jflynn@ebglaw.com; RCochran@ebglaw.com |
| GENERAL HEALTHCARE RESOURCES | JQUIRK@GHRESOURCES.COM; INFO@GHRHEALTHCARE.COM |
| GIBBONS P.C. | kearle@gibbonslaw.com; mconlan@gibbonslaw.com; dcrapo@gibbonslaw.com |
| GIORDANO, HALLERAN & CIESLA, P.C. | dcampbell@ghclaw.com; cschroeder@ghclaw.com |
| Health Professionals & Allied Employees AFT-AF | dwhite@hpae.org |
| HORIZON HEALTH | EDIGIROLAMO@HORIZON-HEALTH.ORG |
| HUDSON ANESTHESIA SERVICES LLC | hudsonanesthesiologysvcs@gmail.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.,* Case No. 24-12534 (JKS)
Electronic Mail - Master Service List

| Creditor Name | Email Address |
|---|---|
| INTERNAL REVENUE SERVICE | VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV |
| INTERNAL REVENUE SERVICE | GREGORY.S.MOXLEY@IRS.GOV |
| KLESTADT WINTERS JURELLER SOUTHARD | fstevens@klestadt.com |
| KUTAK ROCK LLP | lisa.peters@kutakrock.com |
| LAW OFFICE OF MITCHELL J MALZBERG ESQ | mmalzberg@mjmalzberglaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN ESQ | skaufman@skaufmanlaw.com |
| LEVENFELD PEARLSTEIN, LLC | SWILLIAMS@LPLEGAL.COM; HISRAEL@LPLEGAL.COM |
| LOIZIDES P.A. | loizides@loizides.com |
| MANDELBAUM BARRETT PC | vroldan@mblawfirm.com |
| MANDLER FAMILY TRUST | louispetriello@gmail.com |
| MAPLE HEALTHCARE, LLC | info@maplehealthgroup.com |
| MCMANIMON, SCOTLAND & BAUMANN LLC | splacona@msbnj.com |
| MEDELY, INC. | SUPPORT@MEDELY.COM |
| Medely, Inc. | bankruptcy@medely.com; legal@medely.com |
| MEDICAL INFORMATION TECH | INFO@MEDITECHINTL.COM; LBOYLE@MEDITECH.COM |
| MED-METRIX | SKAMEN@MED-METRIX.COM |
| MEDTRONIC | RS.VASCULARORDERS@MEDTRONIC.COM |
| MOORE & VAN ALLEN PLLC | alanpope@mvalaw.com; gabrielmathless@mvalaw.com; matthewtaylor@mvalaw.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | rdehney@morrisnichols.com; bdolphin@morrisnichols.com |
| NEW JERSEY DEPT OF HEALTH | robert.iannaccone@doh.nj.gov |
| Nurse Staffing, LLC d/b/a Nurses 24/7 | kmaleck@exchange.nurses247.com; alazar@siercapital.com |
| NURSES 24/7 | PATLANTIC@NURSES247.COM; RECRUITING@NURSES247.COM |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | Jane.M.Leamy@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; joneill@pszjlaw.com; crobinson@pszjlaw.com |
| PASHMAN SEIN WALDER HAYDEN P.C. | agambale@pashmanstein.com; dalvarez@pashmanstein.com; leisenberg@pashmanstein.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.,*  Case No. 24-12534 (JKS)

Electronic Mail - Master Service List

| Creditor Name | Email Address |
|---|---|
| Public Service Electric and Gas Company | alexandra.grant@pseg.com |
| PUBLIC SERVICE ENTERPRISE GROUP INC | CLAIMSDEPARTMENT@PSEG.COM |
| R1 RCM HOLDCO, INC. | SRADCLIFFE@R1RCM.COM |
| RABINOWITZ, LUBETKIN & TULLY L.L.C | JRabinowitz@rltlawfirm.com; JLubetkin@rltlawfirm.com |
| REED SMITH LLP | kgwynne@reedsmith.com; ccapp@reedsmith.com |
| RESOLUTE PERIOPERATIVE | NFLOTH@RESOLUTEPARTNER.COM |
| RIKER DANZIG LLP | jschwartz@RIKER.com; tschellhorn@RIKER.com |
| ROYAL BIOLOGICS INC | SUPPORT@ROYALBIOLOGICS.COM |
| SAUL EWING LLP | monique.disabatino@saul.com |
| SECURITIES & EXCHANGE COMMISSION | Chair@sec.gov |
| Sierra Health Group LLC | rdovgala@sierrahealth.net |
| SIERRA HEALTH GROUP, LLC | INFO_SHG@SIERRAHEALTH.NET |
| SILLS CUMMIS & GROSS P.C. | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| SODEXO, INC. | ACCOUNTSRECEIVABLE.NORAM@SODEXO.COM |
| Sodexo, Inc. & Affiliates | amelia.davis@sodexo.com |
| SPINAL ELEMENTS | INFO@SPINALELEMENTS.COM |
| STARK & STARK P.C. | jlemkin@stark-stark.com |
| STATE OF NEW JERSEY DIVISION OF TAXATION | TAXATION.BANKRUPTCY@TREAS.NJ.GOV |
| STRYKER ORTHOPEDICS | INST.STRYKER.CS@STRYKER.COM |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |
| THE TRUSTEES OF COLUMBIA UNIVERSITY | SECRETARY@COLUMBIA.EDU |
| VARNUM LLP | bgbest@varnumlaw.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | mlunn@ycst.com; rpoppiti@ycst.com; bankfilings@ycst.com |

**EXHIBIT C**

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.,* Case No. 24-12534 (JKS)

| Name | Email Address |
|---|---|
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com |
| MANDELBAUM BARRETT PC | dbailen@mblawfirm.com; mallen@mblawfirm.com; mnabulsi@mblawfirm.com |
| Reed Smith LLP | jangelo@reedsmith.com |