24-12534JKS

RECEIVED
2025 JAN 13 AM 11: 02
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

December 30, 2024

Attached are the bills that I put a claim in for FMS that Carepoint owes me for the cleaning of the Doctors offices listed on each bill.

The total that is due is for August, September & October 2023 is $24,816.36.

I also attached the receipt from the last payment that I received from Carepoint.

If you have any questions, please contact me at 201-463-8323.

Thank You,

Fernando Martinez

FMS Steam Carpet Cleaning & Cleaning Services

17 West 44th Street

Bayonne  New Jersey 07002

Re: Doctors Billing Past Due

From: Quick Serve (lookahead04@aol.com)
To: joseph.chimento@carepointhealth.org
Date: Tuesday, October 3, 2023 at 03:11 PM EDT

On Tuesday, October 3, 2023 at 02:19:22 PM EDT, Quick Serve <lookahead04@aol.com> wrote:

I am attaching the billing for the Doctors office that I take care of . Below is the last two months and also 2 prior months hasn't been paid.

I am sorry to say but if payment is not received in 2 weeks, I will have to stop all services. This is not the practice that I want to take. I take pride in my work and I know by doing this, daily operation for the Doctor's offices will not be possible.

Again, payment must be received in order to resume my daily services.

FM'S Cleaning Services

**F M's STEAM CARPET CLEANING & CLEANING SERVICE, LLC**
17 West 44th Street • Bayonne, New Jersey 07002 • 201.463.8323



Fernando Martinez
Free Estimates

November 6, 2023

**Open Invoices for Doctors Office Cleaning**

Invoice # 000570 – August Payment

Invoice # 000571 – September Payment

Invoice # 000572 – October Payment

Thank You

FMS Steam Carpet Cleaning & Cleaning Service

| Date: September 6, 2023 | Invoice for the Month of August, 2023 |
|---|---|
| | Invoice: 000570 |

**Bill to: Care point Health Medical Group     Att: Accounts Payable**

**308 Willow Avenue**

**Hoboken, New Jersey**

| Description | Rate | Amount |
|---|---|---|
| 534 Avenue E – Suite A – 5 X week | $1,500,00 month | $1,500.00 |
| 1166 Kennedy Blvd – 5 X week | $1,500.00 month | $1,500.00 |
| 744 Broadway – 5 X week | $1,500.00 month | $1,500.00 |
| 654 Broadway – 1st floor -5 X week | $1,500.00 month | $1,500.00 |
| 654 Broadway – 2nd floor 5 X week | $1,500.00 month | $1,500.00 |
| Entrance, Stairway, Elevator 654 Broadway Maintenance -2x week | $240.00 month | $ 240.00 |
| | Total ........ | $7,740.00 |
| | Tax 6.875% | $   532.12 |
| | Total ......... | $8,272.12 |

| Date: October 2, 2023 | Invoice for the Month of September, 2023 |
|---|---|
|  | Invoice: 000571 |

**Bill to: Care point Health Medical Group    Att: Accounts Payable**

**308 Willow Avenue**

**Hoboken, New Jersey**

| Description | Rate | Amount |
|---|---|---|
| 534 Avenue E –Suite A – 5 X week | $1,500,00 month | $1,500.00 |
| 1166 Kennedy Blvd – 5 X week | $1,500.00 month | $1,500.00 |
| 744 Broadway – 5 X week | $1,500.00 month | $1,500.00 |
| 654 Broadway –1st floor -5 X week | $1,500.00 month | $1,500.00 |
| 654 Broadway – 2nd floor 5 X week | $1,500.00 month | $1,500.00 |
| Entrance, Stairway, Elevator 654 Broadway Maintenance -2x week | $240.00 month | $  240.00 |
|  | Total ........ | $7,740.00 |
|  | Tax 6.875% | $  532.12 |
|  | Total ......... | $8,272.12 |

# F M's Steam Carpet Cleaning & Cleaning Service, LLC
17 West 44th Street • Bayonne, New Jersey 07002 • 201.463.8323

*Fernando Martinez*
*Free Estimates*

| Date: November 6, 2023 | Invoice for the Month of October, 2023 |
|---|---|
|  | Invoice: 000572 |

**Bill to:** Carepoint Health Medical Group    **Att: Accounts Payable**

308 Willow Avenue

Hoboken, New Jersey

| Description | Rate | Amount |
|---|---|---|
| 534 Avenue E – Suite A – 5 X week | $1,500.00 month | $1,500.00 |
| 1166 Kennedy Blvd – 5 X week | $1,500.00 month | $1,500.00 |
| 744 Broadway – 5 X week | $1,500.00 month | $1,500.00 |
| 654 Broadway – 1st floor -5 X week | $1,500.00 month | $1,500.00 |
| 654 Broadway – 2nd floor 5 X week | $1,500.00 month | $1,500.00 |
| Entrance, Stairway, Elevator 654 Broadway Maintenance -2x week | $240.00 month | $ 240.00 |
|  | Total ........ | $7,740.00 |
|  | Tax 6.875% | $  532.12 |
|  | Total ........ | $8,272.12 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CarePoint Health Systems Inc., d/b/a, | : | Case No. 24-12534 (JKS) |
| Just Health Foundation, *et al.*,[1] | : | |
| | : | Obj. Deadline: December 30, 2024 at 4:00 p.m. |
| Debtors. | : | Hearing Date: January 7, 2025 at 9:30 a.m. |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that on December 9, 2024, Andrew R. Vara, United States Trustee for Region 3, filed the *Motion of the United States Trustee for Entry of an Order Directing the Appointment of a Chapter 11 Trustee, or, in the Alternative, Converting the Cases to Chapter 7 Cases* (the "Motion") with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **January 7, 2025, at 9:30 a.m. (ET)** before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received on or before **December 30, 2024, at 4:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

          Respectfully submitted,

          **ANDREW R. VARA**
          **UNITED STATES TRUSTEE**
          **REGIONS 3 AND 9**

          By:   */s/ Jane M. Leamy*
               Jane M. Leamy (DE Bar #4113)
               Trial Attorney
               J. Caleb Boggs Federal Building
               844 King Street, Suite 2207, Lockbox 35
               Wilmington, DE 19801
               (302) 573-6491
               Jane.M.Leamy@usdoj.gov

Dated: December 9, 2024