**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
-----------------------------------------------------------x
In re:                                        :    Chapter 11
                                              :
CarePoint Health Systems Inc., et al.,        :    Case No. 24-12534 (JKS)
                                              :
                    Debtors.                  :    (Jointly Administered)
-----------------------------------------------------------x
```

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Ben E. Shook of Moore & Van Allen PLLC to represent Capitala Private Advisors, LLC and Capitala Specialty Lending Corp. in their capacities as administrative and collateral agents under certain senior secured credit facilities extended to certain of the Debtors prior to the petition date in this action.

Dated: January 16, 2025

*/s/ Robert F. Poppiti, Jr.*
Robert F. Poppiti, Jr. (No. 5052)
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: rpoppiti@ycst.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of North Carolina and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 16, 2025

*/s/ Ben E. Shook*
Ben E. Shook
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-3669
Email: benshook@mvalaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

**Dated: January 16th, 2025**
**Wilmington, Delaware**