| | Asset Value / Claim Amt. | Chapter 11 Recovery | | | | Chapter 7 Recovery | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Recovery Range (%) | | Recovery Range | | Recovery Range (%) | | Recovery Range | |
| | | Low | High | Low | High | Low | High | Low | High |
| **I. SOURCES OF RECOVERY** | | | | | | | | | |
| Cash and Cash Equivalents | $142,760 | n/a | n/a | $0 | $0 | 100% | 100% | $142,760 | $142,760 |
| Accounts Receivable | 179,156,914 | n/a | n/a | 0 | 0 | 22% | 38% | 38,616,663 | 68,873,828 |
| Deposits And Prepayments | 11,552,812 | n/a | n/a | 0 | 0 | 0% | 5% | 0 | 577,641 |
| Inventory | 11,026,000 | n/a | n/a | 0 | 0 | 10% | 25% | 1,102,600 | 2,756,500 |
| Machinery, Equipment and Vehicles | 10,281,671 | n/a | n/a | 0 | 0 | 0% | 10% | 0 | 1,028,167 |
| Office Furniture, Fixtures and Equipment | 17,861,090 | n/a | n/a | 0 | 0 | 0% | 5% | 0 | 893,055 |
| Real Property | 15,606,471 | n/a | n/a | 0 | 0 | 0% | 0% | 0 | 0 |
| Plan of Reorganization Cash Funding | - | n/a | n/a | 0 | 0 | n/a | n/a | 0 | 0 |
| Causes of Action | - | n/a | n/a | TBD | TBD | n/a | n/a | 0 | 0 |
| Est. Value of Distribution To Beneficiaries of Lit. Trust | - | n/a | n/a | 1,250,000 | 2,500,000 | n/a | n/a | 0 | 0 |
| **Total Value For Distribution** | **$245,627,718** | **n/a** | **n/a** | **$1,250,000** | **$2,500,000** | **16%** | **30%** | **$39,862,023** | **$74,271,951** |
| (-) Chapter 7 Trustee Fees | n/a | n/a | n/a | $0 | $0 | n/a | n/a | ($1,195,861) | ($2,228,159) |
| (-) Chapter 7 Professional Fees | n/a | n/a | n/a | 0 | 0 | n/a | n/a | (997,841) | (535,545) |
| (-) Wind-Down Costs | n/a | n/a | n/a | 0 | 0 | n/a | n/a | (15,997,841) | (9,535,545) |
| **Wind-Down and Other Costs** | | | | **$0** | **$0** | | | **($18,191,543)** | **($12,299,248)** |
| **Cash Proceeds Available For Superpriority DIP and Carve-Out Claims** | | | | **$0** | **$0** | | | **$21,670,480** | **$61,972,702** |
| **Cash Proceeds Available For Beneficiaries of Litigation Trust** | | | | **$1,250,000** | **$2,500,000** | | | **0** | **0** |
| **II. ILLUSTRATIVE CLAIMS AND RECOVERY WATERFALL** | | | | | | | | | |
| **DIP Carve-Out Claims** | | | | | | | | | |
| Total DIP Carve-Out Claims (est.) | $1,470,000 | n/a | n/a | 0 | 0 | n/a | n/a | $1,470,000 | $1,470,000 |
| **Superpriority DIP Claims** | | | | | | | | | |
| Class 1    HRH Secured Claims | $110,353,224 | 100% | 100% | $110,353,224 | $110,353,224 | 16% | 46% | $18,121,969 | $51,097,136 |
| Class 2    Capitala Claims | $19,710,809 | 100% | 100% | $19,710,809 | $19,710,809 | 11% | 48% | $2,078,510 | $9,405,566 |
| **Proceeds Available For Administrative, Priority Claims and Other Creditors** | | | | **$1,250,000** | **$2,500,000** | | | **$0** | **$0** |
| **Administrative Expense & Priority Claims** | | | | | | | | | |
| Administrative Expense Claims | $41,293,610 | 100% | 100% | TBD | TBD | 0% | 0% | $0 | $0 |
| Priority Claims | 35,839,803 | 100% | 100% | 35,839,803 | 35,839,803 | 0% | 0% | 0 | 0 |
| **Proceeds Available For Other Remaining Claims** | | | | **$1,250,000** | **$2,500,000** | | | **$0** | **$0** |
| **Other Claims** | | | | | | | | | |
| Class 3    Capitala Specialty Lending Claims | $55,000,000 | 0% | 0% | $0 | $0 | 0% | 0% | $0 | $0 |
| Class 4    Maple Secured Claims | 48,258,139 | 0% | 0% | 0 | 0 | 0% | 0% | 0 | 0 |
| Class 5    Maple Unsecured Claims | 16,508,804 | 0% | 0% | 0 | 0 | 0% | 0% | 0 | 0 |
| Class 6    Other Secured Claims | 100,000 | 100% | 100% | 100,000 | 100,000 | 0% | 0% | 0 | 0 |
| Class 7    General Unsecured Claims | 162,688,691 | 1% | 2% | 1,250,000 | 2,500,000 | 0% | 0% | 0 | 0 |
| Class 8    Insurance Claims | - | n/a | n/a | 0 | 0 | n/a | n/a | 0 | 0 |
| Class 9    Prior Owner Claims | 9,541,666 | 0% | 0% | 0 | 0 | 0% | 0% | 0 | 0 |
| Class 10   Intercompany Claims | 101,812,864 | 0% | 0% | 0 | 0 | 0% | 0% | 0 | 0 |
| Class 11   Bayonne Interests | - | n/a | n/a | 0 | 0 | n/a | n/a | 0 | 0 |
| Class 12   Other Interests | - | n/a | n/a | 0 | 0 | n/a | n/a | 0 | 0 |