UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CAREPOINT HEALTH SYSTEMS, INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 24-12534 (JKS), *et seq.*<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Thomas M. Walsh, Esq. to represent James P. Lawler, JPL Healthcare Consulting Limited Liability Company, Oak Management, LLC, Heights Healthcare Services Limited Liability Company and Willow Healthcare Services Limited Liability Company in the above-captioned cases.

Dated: January 16, 2025
Wilmington, Delaware

/s/ **Adam Hiller**
Adam Hiller, Esq. (DE No. 4105)
HILLER LAW, LLC
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
Telephone: (302) 442-7677
ahiller@adamhillerlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: January 17, 2025

*Thomas M. Walsh*
Thomas M. Walsh
CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 325-1500 (Main)
        (973) 530-2096 (Direct)
        (973) 325-1501 (Fax)
E-mail: twalsh@csglaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Local Form 105