# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,[1] | Case No. 24-12534 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket No. 429** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 14, 2025, I caused to be served the "First Monthly Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the Period November 3, 2024 Through November 30, 2024," dated January 11, 2025 [Docket No. 429], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

> */s/ Andrea Speelman*
> Andrea Speelman

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

**EXHIBIT A**

CarePoint Health Systems Inc.
d/b/a Just Health Foundation, et al.
Case No. 24-12534 (JKS)
Electronic Mail - Fee Notice Parties

| Notice Party | Email Address |
|---|---|
| Dilworth Paxson LLP | lmcmichael@dilworthlaw.com; phughes@dilworthlaw.com; aaaronson@dilworthlaw.com; jsmall@dilworthlaw.com |
| Office of the United States Trustee for the District of Delaware | jane.m.leamy@us.doj.gov |
| Mandelbaum Barrett PC | mnablusi@mblawfirm.com; vroldan@mblawfirm.com; mallen@mblawfirm.com |
| Sills Cummins & Gross P.C. | asherman@sillscummins.com; bmankovetskiy@sillscummins.com |