# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc., d/b/a Just Health Foundation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12534 (JKS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firms of Warshaw Burstein LLP and Womble Bond Dickinson (US) LLP hereby enter their appearance on behalf of Signature RX Investments, LLC pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), and hereby request that all notices given or required in these cases, and all documents, and all other papers served in these cases, be given to and served upon:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105);(xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430);(xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint HealthBayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

{1748465.1 }

| | |
|---|---|
| **WOMBLE BOND DICKINSON (US) LLP** | **WARSHAW BURSTEIN LLP** |
| Matthew P. Ward, Esq.<br>Marcy J. McLaughlin Smith, Esq.<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: matthew.ward@wbd-us.com<br>         marcy.smith@wbd-us.com | Martin S. Siegel, Esq.<br>Ally Hack, Esq.<br>Matthew A. Marcucci, Esq.<br>575 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 984-7700<br>Facsimile: (212) 972-9150<br>Email: msiegel@wbny.com<br>         ahack@wbny.com<br>         mmarcucci@wbny.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a district judge, (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Signature RX Investments, LLC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 22, 2025
      Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ *Marcy J. McLaughlin Smith*
Matthew P. Ward (Del. Bar No. 4471)
Marcy J. McLaughlin Smith (Del. Bar No. 6184)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
      marcy.smith@wbd-us.com

-and-

**WARSHAW BURSTEIN LLP**

By: /s/ *Martin S. Siegel*
Martin S. Siegel (admitted *pro hac vice*)
Ally Hack (admitted *pro hac vice*)
Matthew A. Marcucci (admitted *pro hac vice*)
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 984-7700
Facsimile: (212) 972-9150
E-mail: msiegel@wbny.com
      ahack@wbny.com
      mmarcucci@wbny.com

*Counsel to Signature RX Investments, LLC*