# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc.<br>d/b/a Just Health Foundation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12534 (JKS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2025, the *Supplemental Objection of Senior Secured Agents to Interim Approval of Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization* [Docket No. 527] was caused to be served as indicated upon the parties identified on the attached service list.

Dated: January 23, 2025             YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　　　　　　　　　　　　　　*/s/ Robert F. Poppiti, Jr.*
　　　　　　　　　　　　　　　　　　　　　Robert F. Poppiti, Jr. (No. 5052)
　　　　　　　　　　　　　　　　　　　　　Rodney Square
　　　　　　　　　　　　　　　　　　　　　1000 North King Street
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 571-6600
　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 571-1253
　　　　　　　　　　　　　　　　　　　　　Email: rpoppiti@ycst.com

　　　　　　　　　　　　　　　　　　　　　*Counsel to Capitala Private Advisors, LLC*
　　　　　　　　　　　　　　　　　　　　　*and Capitala Specialty Lending Corp.*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

32754441.2

## CAREPOINT HEALTH SYSTEMS INC.
**(All Parties Served Via Electronic Mail Unless Otherwise Noted)**

Lawrence G. McMichael
Peter C. Hughes
Anne M. Aaronson
Jack Small
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
lmcmichael@dilworthlaw.com
phughes@dilworthlaw.com
aaaronson@dilworthlaw.com
jsmall@dilworthlaw.com

Jane M. Leamy
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Lockbox 35
Wilmington, DE 19801
jane.m.leamy@usdoj.gov

Regina Stango Kelbon
John E. Lucian
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
regina.kelbon@blankrome.com
john.lucian@blankrome.com

David M. Klauder
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

Harold D. Israel
Sean P. Williams
Levenfeld Pearlstein, LLC
120 S. Riverside Plaza, Suite 1800
Chicago, IL 60606
hisrael@lplegal.com
swilliams@lplegal.com

Jack M. Dougherty
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jdougherty@coleschotz.com

Michael D. Sirota
Ryan T. Jareck
Cole Schotz P.C.
Court Plaza North, 25 Main Street
Hackensack, NJ 07601
msirota@coleschotz.com
rjareck@coleschotz.com

Joseph L. Schwartz
Tara J. Schellhorn
Riker Danzig LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
jschwartz@riker.com
tschellhorn@riker.com

Neil B. Glassman
Ericka F. Johnson
Ashly L. Riches
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
nglassman@bayardlaw.com
ejohnson@bayardlaw.com
ariches@bayardlaw.com

Jami B. Nimeroff
Brown McGarry Nimeroff LLC
919 N. Market Street, Suite 420
Wilmington, DE 19801
jnimeroff@brownnimeroff.com

**CAREPOINT HEALTH SYSTEMS INC.**
**(All Parties Served Via Electronic Mail Unless Otherwise Noted)**

Wendy G. Marcari
Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022
wmarcari@ebglaw.com

Ryan K. Cochran
Epstein Becker & Green, P.C.
1222 Demonbreun Street, Suite 1400
Nashville, TN 37203
rcochran@ebglaw.com

Paul G. Jennings
Elaina Al-Nimri
Sara K. Morgan
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
pjennings@bassberry.com
eal-nimri@bassberry.com
sara.morgan@bassberry.com

Mohamed H. Nabulsi
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
mnabulsi@mblawfirm.com

Mitchell J. Malzberg
Law Offices of Mitchell J. Malzberg, Esq.
P.O. Box 5122
6 E. Main Street, Suite 7
Clinton, NJ 08809
mmalzberg@mjmalzberglaw.com

James P. Flynn
Epstein Becker & Green, P.C.
One Gateway Center
Newark, NJ 07102
jflynn@ebglaw.com

Donald F. Campbell, Jr.
Courtney G. Schroeder
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
dcampbell@ghclaw.com
cschroeder@ghclaw.com

Lawrence J. Kotler
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
ljkotler@duanemorris.com

Frederick B. Rosner
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801
rosner@teamrosner.com

Matthew P. Ward
Marcy J. McLaughlin Smith,
Womble Bond Dickinson (US) LLP
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
matthew.ward@wbd-us.com
marcy.smith@wbd-us.com

# CAREPOINT HEALTH SYSTEMS INC.
## (All Parties Served Via Electronic Mail Unless Otherwise Noted)

Jonathan I. Rabinowitz
Jay L. Lubetkin
Henry M. Karwowski
Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
jrabinowitz@rltlawfirm.com
jlubetkin@rltlawfirm.com
hkarwowski@rltlawfirm.com

Susan E. Kaufman
Law Office of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE 19801
skaufman@skaufmanlaw.com

Richard M. Seltzer
Melissa S. Woods
Matthew Stolz
Cohen, Weiss and Simon LLP
909 Third Avenue, 12th Floor
New York, NY 10022
rseltzer@cwsny.com
mwoods@cwsny.com
mstolz@cwsny.com

Christopher Hull
General Counsel
Committee of Interns and Residents
10-27 46th Avenue, Suite 300-2
Long Island City, NY 11101
chull@cirseiu.org

Katharina Earle
Gibbons P.C.
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801
kearle@gibbonslaw.com

Mark B. Conlan
Gibbons P.C.
One Gateway Center
Newark, NJ 07102
mconlan@gibbonslaw.com

Sari B. Placona
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, Second Floor
Roseland, NJ 07068
splacona@msbnj.com

Monique B. DiSabatino
Saul Ewing LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
monique.disabatino@saul.com

Kurt F. Gwynne
Cameron A. Capp
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
kgwynne@reedsmith.com
ccapp@reedsmith.com

Christopher D. Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
loizides@loizides.com

Lisa M. Peters
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
lisa.peters@kutakrock.com

Alexis R. Gambale
Pashman Stein Walder Hayden, P.C.
824 N. Market Street, Suite 800
Wilmington, DE 19801
agambale@pashmanstein.com

**CAREPOINT HEALTH SYSTEMS INC.**
**(All Parties Served Via Electronic Mail Unless Otherwise Noted)**

Denise Alvarez
Leah M. Eisenberg
Pashman Stein Walder Hayden, P.C.
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
dalvarez@pashmanstein.com
leisenberg@pashmanstein.com

Joseph H. Lemkin
Stark & Stark, P.C.
P.O. Box 5315
Princeton, NJ 08543
jlemkin@stark-stark.com

Alan M. Root
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
root@chipmanbrown.com

Brendan G. Best
Varnum LLP
480 Pierce Street, Suite 300
Birmingham, MI 48009
bgbest@varnumlaw.com

Andrew H. Sherman
Boris I. Mankovetskiy
Sills Cummis & Gross P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com

Bradford J. Sandler
James E. O'Neill
Colin R. Robinson
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com
joneill@pszjlaw.com
crobinson@pszjlaw.com

Stephen B. Gerald
Tydings & Rosenberg LLP
200 Continental Drive, Suite 401
Newark, DE 19713
sgerald@tydings.com

Joseph M. Selba
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, MD 21202
jselba@tydings.com

John D. Demmy
Nicholas Smargiassi
Saul Ewing LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
john.demmy@saul.com
nicholas.smargiassi@saul.com

Frederick B. Rosner
Zhao (Ruby) Liu
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801
rosner@teamrosner.com
liu@teamrosner.com

# CAREPOINT HEALTH SYSTEMS INC.
## (All Parties Served Via Electronic Mail Unless Otherwise Noted)

Eloy A. Peral
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
eperal@windelsmarx.com

Allen A. Etish
Richard M. Schlaifer
Earp Cohn, P.C.
20 Brace Road, Suite 400
Cherry Hill, NJ 08034
aetish@earpcohn.com
rschlaifer@earpcohn.com

Nicola G. Suglia
Fleischer, Fleischer & Suglia, P.C.
Four Greentree Centre
601 Route 73 North, Suite 305
Marlton, NJ 08053
nsuglia@fleischerlaw.com

Robert V. Dell'Osa
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
rdellosa@cozen.com

Martin S. Siegel
Ally Hack
Matthew A. Marcucci
Warshaw Burstein LLP
575 Lexington Avenue
New York, NY 10022
msiegel@wbny.com
ahack@wbny.com
mmarcucci@wbny.com

Cheryl A. Santaniello
Porzio, Bromberg & Newman, P.C.
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
casantaniello@pbnlaw.com

Rachel A. Parisi
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962
raparisi@pbnlaw.com

Anthony T. Panebianco
Davis Malm & D'Agostine, P.C.
One Boston Place, 37th Floor
Boston, MA 02108
apanebianco@davismalm.com

Alan C. Hochheiser
Maurice Wutscher LLP
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
ahochheiser@mauricewutscher.com

Ricardo Palacio
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
rpalacio@ashbygeddes.com

Erin R. Fay
Heather P. Lambert
Wilson Sonsini Goodrich & Rosati, P.C.
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
efay@wsgr.com
hlambert@wsgr.com

Marc Skapof
Royer Cooper Cohen Braunfeld LLC
1120 Avenue of the Americas, 4th Floor
New York, NY 10036
mskapof@rccblaw.com

**CAREPOINT HEALTH SYSTEMS INC.**
**(All Parties Served Via Electronic Mail Unless Otherwise Noted)**

John W. Weiss
Richard W. Riley
Alexis R. Gambale
Pashman Stein Walder Hayden, P.C.
824 North Market Street, Suite 800
Wilmington, DE 19801
jweiss@pashmanstein.com
rriley@pashmanstein.com
agambale@pashmanstein.com

John T. Carroll, III
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com

Elihu E. Allinson, III
Sullivan Hazeltine Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
zallinson@sha-llc.com