**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,[1]<br><br><br><br>Debtors. | x<br>: Chapter 11<br>: Case No. 24-12534 (JKS)<br>: (Jointly Administered)<br>:<br>:<br>:<br>:<br>: <br>x |

**NOTICE OF CONTINUED HEARING REGARDING MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR INTERIM APPROVAL OF DISCLOSURE STATEMENT AND RELATED RELIEF**

**PLEASE TAKE NOTICE** that on January 8, 2025, CarePoint Health Systems, Inc. and certain of its affiliates as debtors and debtors-in-possession (collectively, the "Debtors") together with The Official Committee of Unsecured Creditors (collectively, the "Plan Proponents") filed a *Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization* (the "Combined Plan") [D.I. 412].

**PLEASE TAKE FURTHER NOTICE** that on January 8, 2025, the Plan Proponents filed a *Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement, Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation, Notice and*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

*Tabulation Procedures and Forms Related Thereto; and (IV) Granting Related Relief* (the "Motion") [D.I. 417] on shortened notice.

PLEASE TAKE FURTHER NOTICE that in accordance with the *Order Granting Motion to Shorten Notice and Schedule Expedited Hearing with Respect to Motion of the Debtors and The Official Committee of Unsecured Creditors Seeking Authority to File Combined Disclosure Statement and Plan* [D.I. 419], a hearing was held on January 17, 2024 at 1:30 p.m. and was continued before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, to January 23, 2025 at 1:00 p.m. (prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that in accordance with the *Order Granting Motion to Shorten Notice and Schedule Expedited Hearing with Respect to Motion of the Debtors and The Official Committee of Unsecured Creditors Seeking Authority to File Combined Disclosure Statement and Plan* [D.I. 419], a hearing was held on January 23, 2024 at 2:30 p.m. and has been continued before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, on **January 24, 2025 at 12:30 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that parties interested in obtaining copies of the Motions, and/or any other document filed in the above-captioned cases may do so by: (i) accessing the Court's website at https://www.deb.uscourts.gov (note that a PACER password is needed to access documents on the Court's website); (ii) contacting the Office of the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; (iii) accessing the website maintained by Epiq Global Solutions, the Debtor's proposed noticing agent, available at https://dm.epiq11.com/CarePoint, free of charge; or (iv) contacting proposed counsel for the Debtors using the contact information below.

Dated: January 23, 2025

**DILWORTH PAXSON LLP**

/s/ Peter C. Hughes

Peter C. Hughes (DE 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone:    302-571-9800

Facsimile:    302-571-8875
Email:        phughes@dilworthlaw.com

              and

Lawrence G. McMichael (admitted *pro hac vice*)
Peter C. Hughes (DE 4180)
Anne M. Aaronson (admitted *pro hac vice*)
Jack Small (admitted *pro hac vice*)
1650 Market St., Suite 1200
Philadelphia, PA 19103
Telephone:    (215) 575-7000
Facsimile:    (215) 754-4603
Email:        lmcmichael@dilworthlaw.com
Email:        phughes@dilworthlaw.com
Email:        aaaronson@dilworthlaw.com
Email:        jsmall@dilworthlaw.com

*Counsel for the Debtors*

#124773411v1