# SIGN-IN SHEET

**CASE NAME** CarePoint Health Systems, Inc.  **COURTROOM #6**

**CASE NUMBER:** 24-12534 JKS  **DATE:** 1/24/2024

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Colin R Robinson | PSZJ | Committee |
| Matthew Ward | Womble | J2 Funding; Signature RX |
| Jack Smell | Dilworth Paxson | Debtors |
| Peter Hughes | Dilworth Paxson | Debtors |
| | | |
| | | |
| | | |
| | | |
| | | |