**<u>Exhibit A</u>**

**Corporate Ownership Chart**



# CAREPOINT HEALTH SYSTEMS INC.
## CORPORATE OWNERSHIP STRUCTURE

Notes:
D- Debtor
ND – Non-Debtor