IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1]<br><br>Debtors. | ) <br>) Chapter 11<br>) <br>) Case No. 24-12534 (JKS)<br>) <br>) (Jointly Administered)<br>) <br>) D.I. 531 |

**ORDER GRANTING PLAN PROPONENTS' MOTION FOR LEAVE
TO FILE A LATE REPLY MOTION OF THE DEBTORS AND THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I)
APPROVING THE DISCLOSURE STATEMENT ON AN INTERIM BASIS; (II)
SCHEDULING A COMBINED HEARING ON FINAL APPROVAL OF THE
DISCLOSURE STATEMENT, PLAN CONFIRMATION AND DEADLINES RELATED
THERETO; (III) APPROVING SOLICITATION, NOTICE AND TABULATION
PROCEDURES AND FORMS RELATED THERETO;
AND (IV) GRANTING RELATED RELIEF**

Upon consideration of the Debtors' *Motion for Leave to File a Late Reply in Motion of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement, Plan Confirmation and Deadlines Related Thereto;*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); and (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

*(III) Approving Solicitation, Notice and Tabulation Procedures and Forms Related Thereto; and (IV) Granting Related Relief,*

    IT IS HEREBY ORDERED THAT:

    1.    The Motion is GRANTED.

    2.    The Plan Proponents are permitted to file a late Reply and such Reply shall be deemed timely filed.

**Dated: January 24th, 2025**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE