IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1] | ) Case No. 24-12534 (JKS) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) Re: D.I. 271 |

### NOTICE OF CHANGE IN CERTAIN HOURLY RATES FOR DILWORTH PAXSON LLP

**PLEASE TAKE NOTICE** that, on December 10, 2024, the Bankruptcy Court for the District of Delaware entered the *Order Granting Application of the Debtors for Entry of an Order (i) Authorizing the Debtors to Retain and Employ Dilworth Paxson LLP as Counsel, Effective as of the Petition Date and (ii) Granting Related Relief* [D.I. 271] (the "Retention Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Order, Dilworth Paxson LLP ("Dilworth"), counsel to the above-captioned debtors, hereby provides notice of the following revised hourly rates, which Dilworth adjusted on January 1, 2025 and which will become effective in these Chapter 11 cases as of January 1, 2025.

| Timekeeper | Position | Prior Hourly Rate | Rate as of January 1, 2025 |
|---|---|---|---|
| Lawrence G. McMichael | Partner | $1,200.00 | $1,250.00 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); and (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

| | | | |
|---|---|---|---|
| Peter C. Hughes | Partner | $775.00 | $805.00 |
| Anne M. Aaronson | Partner | $720.00 | $745.00 |
| Jack Small | Associate | $395.00 | $420.00 |
| Christine A. Tomlin | Paralegal | $270.00 | $285.00 |
| Miriam L. Dolan | Paralegal | $300.00 | $320.00 |

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Order, the hourly rates of Dilworth professionals other than those listed above have also been adjusted in a similar manner.

Dated: January 27, 2025

/s/ Peter C. Hughes
**DILWORTH PAXSON LLP**
Peter C. Hughes (I.D. No. 4180)
800 King Street – Suite 202
Wilmington, DE 19801
Telephone: (302) 571-9800
Facsimile: (302) 351-8735

-and-

**DILWORTH PAXSON LLP**
Lawrence G. McMichael (Admitted *Pro Hac Vice)*
Peter C. Hughes
Anne M. Aaronson (Admitted *Pro Hac Vice)*
Jack Small (Admitted *Pro Hac Vice)*
1650 Market St., Suite 1200
Philadelphia, PA 19103
Telephone: (215) 575-7000
Facsimile: (215) 754-4603

*Counsel for the Debtors*