**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Garden State Healthcare Associates, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-12543 |

☑ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| **Part 1:** | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

> NOT APPLICABLE

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

> $38,458,412.17

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

> $38,458,412.17

---

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

> $13,506,773.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

> UNKNOWN

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .

> **+** $21,200,852.19

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

> $34,707,625.19

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Garden State Healthcare Associates, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-12543 |

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS** *(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| | | **AMENDED** | | |
| 3.1. | OCEAN FIRST | CONCENTRATION ACCOUNT | 3766 | $0.00 |
| | | **AMENDED** | | |
| 3.2. | OCEAN FIRST | GOV LOCKBOX | 1462 | $0.00 |
| | | **AMENDED** | | |
| 3.3. | OCEAN FIRST | NON-GOV LOCKBOX | 1475 | $0.00 |
| | | **AMENDED** | | |
| 3.4. | OCEAN FIRST | PAYROLL | 1459 | $9,651.70 |
| | | **AMENDED** | | |
| 3.5. | PNC BANK | OPERATING ACCOUNT | 2716 | $11,674.38 |

| 5 | **Total of Part 1.** ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $21,326.08 |
|---|---|---|

| Part 3: | ACCOUNTS RECEIVABLE |
|---|---|

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| Debtor | Garden State Healthcare Associates, LLC | Case number (if known) | 24-12534 |
|--------|------|------|------|
| | (Name) | | |

| | | | Current value of debtor's interest |
|---|---|---|---|

**11. ACCOUNTS RECEIVABLE**

**AMENDED**

| FACE AMOUNT - 90 DAYS OR LESS | $1,391,939.25 | - | $0.00 | = → | $1,391,939.25 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectable accounts | | |

**AMENDED**

| FACE AMOUNT - OVER 90 DAYS | $54,465.75 | - | $0.00 | = → | $54,465.75 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectable accounts | | |

**12  Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.

| $1,446,405.00 |
|---|

**Part 11:    ALL OTHER ASSETS**

**70.  DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**77.  OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

**AMENDED**

| 77.1.    INTERCOMPANY RECIEVABLE FROM QUALITY CARE ASSOCIATES, LLC | $36,762,936.67 |
|---|---|

**78.  Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.

| $36,762,936.67 |
|---|

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.  Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $21,326.08 | |
| **81.  Deposits and prepayments.** *Copy line 9, Part 2.* | $227,744.42 | |
| **82.  Accounts receivable.** *Copy line 12, Part 3.* | $1,446,405.00 | |
| **83.  Investments.** *Copy line 17, Part 4.* | | |
| **84.  Inventory.** *Copy line 23, Part 5.* | | |
| **85.  Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.  Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| **87.  Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |

| Debtor | Garden State Healthcare Associates, LLC | Case number (if known) | 24-12534 |
|---|---|---|---|
| | (Name) | | |

| | | | |
|---|---|---|---|
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | N/A | |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | **+** $36,762,936.67 | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $38,458,412.17  **+** 91b. | N/A |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $38,458,412.17 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Garden State Healthcare Associates, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-12543 |

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

1.      1.   **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| 2. | **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A*<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | *Column B*<br>**Value of collateral that supports this claim** |
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $13,506,773.00 | |

**Fill in this information to identify the case:**

Debtor  Garden State Healthcare Associates, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number  24-12543
(if known)

☑ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☑ Yes.

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

### ADDITION

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

BENEGO VENTURES, LLC
REGISTERED AGENT – VIVEK GARIPALLI
11 COLTS GAIT LANE
COLTS NECK, NJ  07722

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
RELATED PARTY TRANSACTIONS

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

BRIAR HILL VENTURES, LLC
REGISTERED AGENT – THE CORPORATE TRUST COMPANY
820 BEAR TAVERN ROAD
WEST TRENTON, NJ  08628

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
RELATED PARTY TRANSACTIONS

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Garden State Healthcare Associates, LLC | Case number (if known) | 24-12543 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

### ADDITION

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

FREEHOLD TRUST

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☒ Unliquidated
☒ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
RELATED PARTY TRANSACTIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

### ADDITION

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

HEIGHTS HEALTHCARE SERVICES LIMITED LIABILITY
COMPANY
REGISTERED AGENT – JOSEPH B. TIBONI, ESQ.
166 SOUTH STREET
NEW PROVIDENCE, NJ  07974

*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
RELATED PARTY TRANSACTIONS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

### ADDITION

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

JAMES LAWLER
ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☒ Unliquidated
☒ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
RELATED PARTY TRANSACTIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

### ADDITION

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

JEFFREY MANDLER
ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☒ Unliquidated
☒ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
RELATED PARTY TRANSACTIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

### ADDITION

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

JPL HEALTHCARE CONSULTING LIMITED LIABILITY
COMPANY
REGISTERED AGENT – JAMES LAWLER
27 DEER RUN
MILLINGTON, NJ  07946

*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
RELATED PARTY TRANSACTIONS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Garden State Healthcare Associates, LLC | Case number (if known) | 24-12543 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

### ADDITION

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

OAK MANAGEMENT, LLC
REGISTERED AGENT – TIBONI & TIBONI, LLP
166 SOUTH STREET
NEW PROVIDENCE, NJ  07974

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
RELATED PARTY TRANSACTIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

### ADDITION

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

PHEASANT RUN VENTURES, LLC
REGISTERED AGENT – THE CORPORATE TRUST COMPANY
820 BEAR TAVERN ROAD
WEST TRENTON, NJ  08628

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
RELATED PARTY TRANSACTIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

### ADDITION

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

STRATEGIC VENTURES, LLC
 883 ECHO HILL ROAD
WESTCHESTER, PA  19382

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
RELATED PARTY TRANSACTIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

### ADDITION

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

VIVEK GARIPALLI
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
RELATED PARTY TRANSACTIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

### ADDITION

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

WILLOW HEALTHCARE SERVICES, LLC
REGISTERED AGENT – JOSEPH B. TIBONI, ESQ.
166 SOUTH STREET
NEW PROVIDENCE, NJ  07974

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
RELATED PARTY TRANSACTIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Garden State Healthcare Associates, LLC    Case number (if known)    24-12534-JKS

(Name)

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | | **UNDETERMINED** |
| 5b. | Total claims from Part 2 | 5b. | + | $21,200,852.19 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $21,200,852.19 |

---

**Fill in this information to identify the case:**

Debtor

United States Bankruptcy Court for the:

Case number
(if known)

☑ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**Fill in this information to identify the case:**

Debtor    Garden State Healthcare Associates, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    24-12543
(if known)

☑ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes. |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor | Garden State Healthcare Associates, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-12543 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/22/2025          ✖ /s/ Shamiq Syed
     MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                Shamiq Syed
                                Printed name

                                Chief Financial Officer
                                Position or relationship to debtor