**Fill in this information to identify the case:**

Debtor: IJKG Opco, LLC d/b/a CarePoint Health-Bayonne Medical Center

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 24-12551

☒ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $955,700.67

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $50,203,699.94

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $51,159,400.61

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . . $69,626,773.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . . $9,467,661.82

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . . .   + $96,702,589.44

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $175,797,024.26
Lines 2 + 3a + 3b

Official Form 206Sum    Page 1 of 1

**Fill in this information to identify the case:**

Debtor: IJKG Opco, LLC d/b/a CarePoint Health-Bayonne Medical Center

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 24-12551

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: CASH AND CASH EQUIVALENTS

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS** *(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| | | **AMENDED** | | |
| 3.1. | BCB BANK | PAYROLL | 7061 | $206,303.74 |
| | | **AMENDED** | | |
| 3.2. | IDB BANK | MONEY MARKET LOC | 4358 | $650,266.12 |
| | | **AMENDED** | | |
| 3.3. | IDB BANK | MONEY MARKET LOC INTEREST | 4331 | ($25.00) |
| | | **AMENDED** | | |
| 3.4. | OCEAN FIRST | CONCENTRATION ACCOUNT | 4053 | $91,069.89 |
| | | **AMENDED** | | |
| 3.5. | OCEAN FIRST | DISBURSEMENT | 4040 | $0.00 |
| | | **AMENDED** | | |
| 3.6. | OCEAN FIRST | GOV LOCKBOX | 4066 | $0.00 |
| | | **AMENDED** | | |
| 3.7. | OCEAN FIRST | NON-GOV LOCKBOX | 4079 | $4,847.24 |
| | | **AMENDED** | | |
| 3.8. | PNC BANK | CASH ACCOUNT | 1964 | $5,819.96 |

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.9. | PNC BANK | **AMENDED**<br>EQUALIZATION ACCOUNT | 1905 | $0.00 |
| 3.10. | PNC BANK | **AMENDED**<br>NON-GOV RECEIPTS | 2828 | $0.00 |
| 3.11. | PNC BANK | **AMENDED**<br>OPERATING ACCOUNT | 1999 | $69,770.87 |
| 3.12. | PNC BANK | **AMENDED**<br>RESERVE ACCOUNT | 1972 | $39,022.90 |

| 5 | **Total of Part 1.**<br>ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $1,067,075.72 |
|---|---|---|

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property | |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,067,075.72 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | | |
| 88. | **Real property.** *Copy line 56, Part 9.* → | | | |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $1,067,075.72 | + 91b. | |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | $1,067,075.72 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | IJKG Opco, LLC d/b/a CarePoint Health-Bayonne Medical Center |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-12551 |

☒ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1: List All Creditors with Secured Claims**

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2. | **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | |
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $69,626,773.00 | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | IJKG Opco, LLC d/b/a CarePoint Health-Bayonne Medical Center |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-12551 |

☑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☑ Yes.

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**ADDITION**

| | | | |
|---|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address**<br>BENEGO VENTURES, LLC<br>REGISTERED AGENT – VIVEK GARIPALLI<br>11 COLTS GAIT LANE<br>COLTS NECK, NJ  07722<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>RELATED PARTY TRANSACTIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| | | | |
|---|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address**<br>BRIAR HILL VENTURES, LLC<br>REGISTERED AGENT – THE CORPORATE TRUST COMPANY<br>820 BEAR TAVERN ROAD<br>WEST TRENTON, NJ  08628<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>RELATED PARTY TRANSACTIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

Case 24-12534-JKS    Doc 567    Filed 01/28/25    Page 6 of 11

| Debtor | IJKG Opco, LLC d/b/a CarePoint Health-Bayonne Medical Center | Case number (if known) | 24-12591 |
|---|---|---|---|
| | (Name) | | |

## Part 2: Additional Page

| | | Amount of claim |
|---|---|---|

**ADDITION**

| 3.289 | **Nonpriority creditor's name and mailing address**<br>FREEHOLD TRUST<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>RELATED PARTY TRANSACTIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.354 | **Nonpriority creditor's name and mailing address**<br>HEIGHTS HEALTHCARE SERVICES LIMITED LIABILITY COMPANY<br>REGISTERED AGENT – JOSEPH B. TIBONI, ESQ.<br>166 SOUTH STREET<br>NEW PROVIDENCE, NJ  07974<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>RELATED PARTY TRANSACTIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.406 | **Nonpriority creditor's name and mailing address**<br>JAMES LAWLER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>RELATED PARTY TRANSACTIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.414 | **Nonpriority creditor's name and mailing address**<br>JEFFREY MANDLER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>RELATED PARTY TRANSACTIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.428 | **Nonpriority creditor's name and mailing address**<br>JPL HEALTHCARE CONSULTING LIMITED LIABILITY COMPANY<br>REGISTERED AGENT – JAMES LAWLER<br>27 DEER RUN<br>MILLINGTON, NJ  07946<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>RELATED PARTY TRANSACTIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

## Part 2: Additional Page

| | | Amount of claim |
|---|---|---|

**AMENDED**

| 3.488 | **Nonpriority creditor's name and mailing address**<br>MAPLE HEALTHCARE, LLC<br>11 COLTS GAIT LANE<br>COLTS NECK, NJ  07722<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,605,845.04 |

**ADDITION**

| 3.603 | **Nonpriority creditor's name and mailing address**<br>OAK MANAGEMENT, LLC<br>REGISTERED AGENT – TIBONI & TIBONI, LLP<br>166 SOUTH STREET<br>NEW PROVIDENCE, NJ  07974<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>RELATED PARTY TRANSACTIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.645 | **Nonpriority creditor's name and mailing address**<br>PHEASANT RUN VENTURES, LLC<br>REGISTERED AGENT – THE CORPORATE TRUST COMPANY<br>820 BEAR TAVERN ROAD<br>WEST TRENTON, NJ  08628<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>RELATED PARTY TRANSACTIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.802 | **Nonpriority creditor's name and mailing address**<br>STRATEGIC VENTURES, LLC<br>883 ECHO HILL ROAD<br>WESTCHESTER, PA  19382<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>RELATED PARTY TRANSACTIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.885 | **Nonpriority creditor's name and mailing address**<br>VIVEK GARIPALLI<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>RELATED PARTY TRANSACTIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | IJKG Opco, LLC d/b/a CarePoint Health-Bayonne Medical Center | Case Number (if known) | 24-12591 |
|---|---|---|---|
| | (Name) | | |

## Part 2: Additional Page

### ADDITION

**Amount of claim**

**3.902**

**Nonpriority creditor's name and mailing address**
WILLOW HEALTHCARE SERVICES, LLC
REGISTERED AGENT – JOSEPH B. TIBONI, ESQ.
166 SOUTH STREET
NEW PROVIDENCE, NJ  07974

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
RELATED PARTY TRANSACTIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a.** | Total claims from Part 1 | 5a. | $9,467,661.82 |
| **5b.** | Total claims from Part 2 | 5b. + | $96,702,589.44 |
| **5c.** | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $106,170,251.26 |

**Fill in this information to identify the case:**

Debtor

United States Bankruptcy Court for the:

Case number (if known)

☑ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases
12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**Fill in this information to identify the case:**

Debtor    IJKG Opco, LLC d/b/a CarePoint Health-Bayonne Medical Center

United States Bankruptcy Court for the:    District of Delaware

Case number (if known)    24-12551

☒ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☐ Yes.

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor | IJKG Opco, LLC d/b/a CarePoint Health-Bayonne Medical Center |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-12551 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/22/2025
MM / DD / YYYY

✗ /s/ Shamiq Syed
Signature of individual signing on behalf of debtor

Shamiq Syed
Printed name

Chief Financial Officer
Position or relationship to debtor