# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc.<br>d/b/a Just Health Foundation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12534 (JKS)<br><br>Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 29, 2025, Capitala Private Advisors, LLC and Capitala Specialty Lending Corp., by and through their undersigned counsel, caused *Capitala Private Advisors, LLC and Capitala Specialty Lending Corp.'s First Set of Interrogatories and Requests for Production of Documents to Debtors* to be served via electronic mail upon the following parties:

> Lawrence G. McMichael
> Peter C. Hughes
> Anne M. Aaronson
> Jack Small
> Dilworth Paxson LLP
> 1650 Market Street, Suite 1200
> Philadelphia, PA 19103
> lmcmichael@dilworthlaw.com
> phughes@dilworthlaw.com
> aaaronson@dilworthlaw.com
> jsmall@dilworthlaw.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

32812258.2

Dated: January 29, 2025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert F. Poppiti, Jr.*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: mlunn@ycst.com
      rpoppiti@ycst.com

- and -

Alan W. Pope (admitted *pro hac vice*)
Zachary H. Smith (admitted *pro hac vice*)
Gabriel L. Mathless (admitted *pro hac vice*)
Matthew K. Taylor (admitted *pro hac vice*)
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
Email: alanpope@mvalaw.com
      zacharysmith@mvalaw.com
      gabemathless@mvalaw.com
      matthewtaylor@mvalaw.com

*Counsel to Capitala Private Advisors, LLC and Capitala Specialty Lending Corp.*

32812258.2