# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc.<br>d/b/a Just Health Foundation, et al.,[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12534 (JKS)<br><br>Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 29, 2025, Capitala Private Advisors, LLC and Capitala Specialty Lending Corp., by and through their undersigned counsel, caused *Capitala Private Advisors, LLC and Capitala Specialty Lending Corp.'s First Set of Interrogatories and Requests for Production of Documents to Hudson Regional Hospitals, LLC, 29 E. 29 Street Holdings, LLC and Bayonne Medical Center Opco, LLC* to be served via electronic mail upon the following parties:

> Vincent J. Roldan
> Mason L. Allen
> Mohamed H. Nabulsi
> David B. Bailen
> Mandelbaum Barrett PC
> 3 Becker Farm Road, Suite 105
> Roseland, NJ 07068
> vroldan@mblawfirm.com
> mallen@mblawfirm.com
> mnabulsi@mblawfirm.com
> dbailen@mblawfirm.com

---

[2] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

32812258.2

Dated: January 29, 2025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert F. Poppiti, Jr.*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: mlunn@ycst.com
      rpoppiti@ycst.com

- and -

Alan W. Pope (admitted *pro hac vice*)
Zachary H. Smith (admitted *pro hac vice*)
Gabriel L. Mathless (admitted *pro hac vice*)
Matthew K. Taylor (admitted *pro hac vice*)
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
Email: alanpope@mvalaw.com
      zacharysmith@mvalaw.com
      gabemathless@mvalaw.com
      matthewtaylor@mvalaw.com

*Counsel to Capitala Private Advisors, LLC and Capitala Specialty Lending Corp.*

32812258.2