# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 551, 552, & 555** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 24, 2025, I caused to be served the:

   a. "Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization," dated January 24, 2025 [Docket No. 551],

   b. "Order Granting Plan Proponents' Motion for Leave to File a Late Reply Motion of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement, Plan Confirmation and Deadlines Related Thereto; (III) Approving Solicitation, Notice and Tabulation Procedures and Forms Related Thereto; and (IV) Granting Related Relief," dated January 24, 2025 [Docket No. 552], and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint HealthHoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint HealthBayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

    c.  "Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement, Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation, Notice and Tabulation Procedures and Forms Related Thereto; and (IV) Granting Related Relief," dated January 24, 2025 [Docket No. 555],

by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                                                           <u>*/s/ Andrea Speelman*</u>
                                                                           Andrea Speelman

**EXHIBIT A**

CAREPOINT HEALTH SYSTEMS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19904 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD. SUITE 100 DOVER DE 19904 |
| OPTUM | ATTN: TANNER NORTON PO BOX 30760 SALT LAKE CITY UT 84130 |

**Total Creditor count: 3**

**EXHIBIT B**

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,
Case No. 24-12534 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| ASHBY & GEDDES, PA. | RPalacio@ashbygeddes.com |
| BASS, BERRY & SIMS PLC | pjennings@bassberry.com; eal-nimri@bassberry.com; sara.morgan@bassberry.com |
| BAYARD, P.A. | nglassman@bayardlaw.com; ejohnson@bayardlaw.com; ariches@bayardlaw.com |
| BAYONNE MEDICAL CENTER OPCO LLC | vroldan@mblawfirm.com |
| BIELLI & KLAUDER, LLC | DKLAUDER@BK-LEGAL.COM |
| BIOMET | APSTATEMENTS@ZIMMERBIOMET.COM |
| BROWN MCGARRY NIMEROFF LLC | jnimeroff@brownnimeroff.com |
| CAPITALA PRIVATE ADVISORS, LLC | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CAREFUSION SOLUTIONS, LLC | CUSTOMER_SUPPORT@BD.COM; INVESTOR_RELATIONS@BD.COM |
| CAREPOINT HEALTH CAPTIVE ASSURANCE CO C/O STRATEGIC RISK SOLUTIONS | courtney.flynn@strategicrisks.com |
| CHIPMAN BROWN CICERO & COLE LLP | root@chipmanbrown.com |
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; mwoods@cwsny.com; mstolz@cwsny.com |
| COLE SCHOTZ P.C. | jdougherty@coleschotz.com; msirota@coleschotz.com; rjareck@coleschotz.com |
| COMMITTEE OF INTERNS AND RESIDENTS | chull@cirseiu.org |
| Committee of Interns and Residents SEIU | chull@cirseiu.org |
| CONSTELLATION NEW ENERGY | SUPPORT@CONSTELLATIONRATES.COM; gail.rosen@constellation.com; bradley.burton@constellation.com |
| COUNTY OF HUDSON | DKENNY@HCNJ.US |
| COZEN O'CONNOR | jcarroll@cozen.com; rdellosa@cozen.com |
| CVS CAREMARK | CUSTOMERSERVICE@CAREMARK.COM |
| DAVIS, MALM & D'AGOSTINE, P.C. | Apanebianco@davismalm.com |
| DEPUY SYNTHES SALES, INC | NVESTOR-RELATIONS@ITS.JNJ.COM |
| DUANE MORRIS LLP | ljkotler@duanemorris.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.,*
Case No. 24-12534 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| EARP COHN P.C. | rschlaifer@earpcohn.com; AEtish@earpcohn.com |
| EPSTEIN BECKER & GREEN, P.C. | wmarcari@ebglaw.com; jflynn@ebglaw.com; RCochran@ebglaw.com |
| FLEISCHER, FLEISCHER & SUGLIA P.C. | nsuglia@fleischerlaw.com |
| GENERAL HEALTHCARE RESOURCES | JQUIRK@GHRESOURCES.COM; INFO@GHRHEALTHCARE.COM |
| GIBBONS P.C. | kearle@gibbonslaw.com; mconlan@gibbonslaw.com; dcrapo@gibbonslaw.com |
| GIORDANO, HALLERAN & CIESLA, P.C. | dcampbell@ghclaw.com; cschroeder@ghclaw.com |
| Health Professionals & Allied Employees AFT-AFL/CIO | dwhite@hpae.org |
| HORIZON HEALTH | EDIGIROLAMO@HORIZON-HEALTH.ORG |
| HUDSON ANESTHESIA SERVICES LLC | hudsonanesthesiologysvcs@gmail.com |
| INTERNAL REVENUE SERVICE | VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV |
| INTERNAL REVENUE SERVICE | GREGORY.S.MOXLEY@IRS.GOV |
| KLESTADT WINTERS JURELLER SOUTHARD | fstevens@klestadt.com |
| KUTAK ROCK LLP | lisa.peters@kutakrock.com |
| LAW OFFICE OF MITCHELL J MALZBERG ESQ | mmalzberg@mjmalzberglaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN ESQ | skaufman@skaufmanlaw.com |
| LEVENFELD PEARLSTEIN, LLC | SWILLIAMS@LPLEGAL.COM; HISRAEL@LPLEGAL.COM |
| LOIZIDES P.A. | loizides@loizides.com |
| MANDELBAUM BARRETT PC | vroldan@mblawfirm.com |
| MANDLER FAMILY TRUST | louispetriello@gmail.com |
| MAPLE HEALTHCARE, LLC | info@maplehealthgroup.com |
| MAURICE, WUTSCHER, LLP | ahochheiser@mauricewutscher.com |
| MCMANIMON, SCOTLAND & BAUMANN LLC | splacona@msbnj.com |
| MEDELY, INC. | LEGAL@MEDELY.COM |
| Medely, Inc. | bankruptcy@medely.com |
| MEDICAL INFORMATION TECH | INFO@MEDITECHINTL.COM; LBOYLE@MEDITECH.COM |
| MED-METRIX | SKAMEN@MED-METRIX.COM |
| MEDTRONIC | RS.VASCULARORDERS@MEDTRONIC.COM |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,
Case No. 24-12534 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| MOORE & VAN ALLEN PLLC | alanpope@mvalaw.com; gabrielmathless@mvalaw.com; matthewtaylor@mvalaw.com |
| NEW JERSEY DEPT OF HEALTH | robert.iannaccone@doh.nj.gov |
| Nurse Staffing, LLC d/b/a Nurses 24/7 | kmaleck@exchange.nurses247.com; alazar@siercapital.com |
| NURSES 24/7 | PATLANTIC@NURSES247.COM; RECRUITING@NURSES247.COM |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | Jane.M.Leamy@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; joneill@pszjlaw.com; crobinson@pszjlaw.com |
| PASHMAN SEIN WALDER HAYDEN P.C. | agambale@pashmanstein.com; dalvarez@pashmanstein.com; leisenberg@pashmanstein.com; jweiss@pashmanstein.com; rriley@pashmanstein.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | casantaniello@pbnlaw.com; raparisi@pbnlaw.com |
| Public Service Electric and Gas Company | alexandra.grant@pseg.com |
| PUBLIC SERVICE ENTERPRISE GROUP INC | CLAIMSDEPARTMENT@PSEG.COM |
| R1 RCM HOLDCO, INC. | SRADCLIFFE@R1RCM.COM |
| RABINOWITZ, LUBETKIN & TULLY L.L.C | JRabinowitz@rltlawfirm.com; JLubetkin@rltlawfirm.com; hkarwowski@rltlawfirm.com |
| REED SMITH LLP | kgwynne@reedsmith.com; ccapp@reedsmith.com |
| RESOLUTE PERIOPERATIVE | NFLOTH@RESOLUTEPARTNER.COM |
| RIKER DANZIG LLP | jschwartz@RIKER.com; tschellhorn@RIKER.com |
| ROYAL BIOLOGICS INC | SUPPORT@ROYALBIOLOGICS.COM |
| ROYER COOPER COHEN BRAUNFELD LLC | MSkapof@rccblaw.com |
| SAUL EWING LLP | monique.disabatino@saul.com; john.demmy@saul.com; nicholas.smargiassi@saul.com |
| SECURITIES & EXCHANGE COMMISSION | Chair@sec.gov |
| Sierra Health Group LLC | rdovgala@sierrahealth.net |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.,*
Case No. 24-12534 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| SIERRA HEALTH GROUP, LLC | INFO_SHG@SIERRAHEALTH.NET |
| SILLS CUMMIS & GROSS P.C. | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| SODEXO, INC. | ACCOUNTSRECEIVABLE.NORAM@SODEXO.COM |
| Sodexo, Inc. & Affiliates | amelia.davis@sodexo.com |
| SPINAL ELEMENTS | INFO@SPINALELEMENTS.COM |
| STARK & STARK P.C. | jlemkin@stark-stark.com |
| STATE OF NEW JERSEY DIVISION OF TAXATION | TAXATION.BANKRUPTCY@TREAS.NJ.GOV |
| STRYKER ORTHOPEDICS | INST.STRYKER.CS@STRYKER.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | zallinson@sha-llc.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |
| THE TRUSTEES OF COLUMBIA UNIVERSITY | SECRETARY@COLUMBIA.EDU |
| TYDINGS & ROSENBERG LLP | sgerald@tydings.com; jselba@tydings.com |
| VARNUM LLP | bgbest@varnumlaw.com |
| WARSHAW BURSTEIN LLP | msiegel@wbny.com; ahack@wbny.com; mmarcucci@wbny.com |
| WILSON SONSINI GOODRICH & ROSATI P.C. | efay@wsgr.com; hlambert@wsgr.com |
| WINDELS MARX LANE & MITTENDORF LLP | eperal@windelsmarx.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | marcy.smith@wbd-us.com; matthew.ward@wbd-us.com; ahack@wbny.com; mmarcucci@wbny.com; msiegel@wbny.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | mlunn@ycst.com; rpoppiti@ycst.com; bankfilings@ycst.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.,*
Case No. 24-12534 (JKS)
Electronic Mail - Responding Parties

| NAME | Email Address |
|---|---|
| BRACH EICHLER LLC | csoranno@bracheichler.com |
| BROWN NIMEROFF LLC | jnimeroff@brownnimeroff.com |
| CHIESA SHAHINIAN & GIANTOMASI PC | sdellafera@csglaw.com; twalsh@csglaw.com |
| CHIPMAN BROWN CICERO & COLE, LLP | doughty@chipmanbrown.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com |
| ESBROOK P.C. | scott.leonhardt@esbrook.com |
| HILLER LAW, LLC | ahiller@adamhillerlaw.com |
| HOGAN McDANIEL | gfmcdaniel@dkhogan.com |
| LIPPES MATHIAS, LLP | jsternheimer@lippes.com |
| MOORE & VAN ALLEN PLLC | zacharysmith@mvalaw.com |
| MORRIS JAMES LLP | jwaxman@morrisjames.com; cdonnelly@morrisjames.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | eschwartz@morrisnichols.com; mharvey@morrisnichols.com; srchurchill@morrisnichols.com |
| RAY QUINNEY & NEBEKER P.C. | dleigh@rqn.com |
| REED SMITH | jangelo@reedsmith.com |
| WILSON SONSINI GOODRICH & ROSATI | efay@wsgr.com; hlambert@wsgr.com |
| WOMBLE BOND DICKINSON (US) LLP | marcy.smith@wbd-us.com |