# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*, | ) Case No. 24-12534 (JKS) |
|  | ) (Jointly Administered) |
| Debtors.[1] | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of *Insight Management and Consulting Services, Inc.'s First Request for Production of Documents to Hudson Regional Hospitals, LLC* was caused to be served on January 30, 2025 upon counsel listed below via electronic mail.

| **LEWIS BRISBOIS BISGARRD & SMITH LLP** | **MANDELBAUM BARRETT PC** |
|---|---|
| Scott D. Cousins, Esquire | Vincent J. Roldan, Esquire |
| 500 Delaware Ave., Suite 700 | Mason L. Allen, Esquire |
| Wilmington, DE 19801 | Mohamed H. Nabulsi |
| Email: scott.cousins@lewisbrisbois.com | David B. Bailen |
|  | 3 Becker Farm Road, Suite 105 |
|  | Roseland, NJ 07068 |
|  | Email: vroldan@mblawfirm.com |
|  | mallen@mblawfirm.com |
|  | mnabulsi@mblawfirm.com |
|  | dbailen@mblawfirm.com |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

68658/0001-49289484v1

Dated: January 30, 2025
       Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Jack M. Dougherty*

Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone:   (302) 652-3131
Facsimile:    (302) 652-3117
Email:        jdougherty@coleschotz.com

-and-

**COLE SCHOTZ P.C.**

Michael D. Sirota (admitted *pro hac vice*)
Ryan T. Jareck (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, NJ 07601
Telephone:   (201) 489-3000
Facsimile:    (201) 489-1536
Email:        msirota@coleschotz.com
               rjareck@coleschotz.com

*Counsel to Insight Management and Consulting Services, Inc.*