IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 24-12534 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Date: February 18, 2025**<br>**Hearing Date: March 12, 2025 at 10:00 a.m.** |

# AMENDED NOTICE OF DEBTORS' MOTION FOR ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019 WITH COUNTY OF HUDSON REGARDING DEBTORS' CONTINUED PARTICIPATION IN <u>COUNTY OPTION PROGRAM</u>

**PLEASE TAKE** NOTICE that on January 28, 2025, the above-captioned debtors (collectively, the "Debtors"), by and through their undersigned counsel, filed a *Motion for Order Approving Settlement Pursuant to Fed. R. Bankr. P. 9019 with County of Hudson Regarding Debtors' Continued Participation in County Option Program* (the "Motion") [D.I. 590], with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the Motion must be (i) made in writing and (II) filed with the Clerk of the Court, 824 North Market Street, 3rd Floor,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

1

Wilmington, Delaware 19801, and served so as to be **received on or before 4:00 p.m. (ET) on February 18, 2025** (the "Objection Deadline"). Service of any objections or responses should be made to Counsel for the Debtors, Dilworth Paxson LLP, 1650 Market Street, Suite 1200, Philadelphia, PA 19103 (Attn: Peter C. Hughes at phughes@dilworthlaw.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** that if any objection or response is timely filed and served, you or your attorney must attend the hearing on the Motion scheduled to be held before the Honorable J. Kate Stickles, United States Bankruptcy Judge, at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **March 12, 2025 at 10:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that parties interested in obtaining copies of the Motions, and/or any other document filed in the above-captioned cases may do so by: (i) accessing the Court's website at https://www.deb.uscourts.gov (note that a PACER password is needed to access documents on the Court's website); (ii) contacting the Office of the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; (iii) accessing the website maintained by Epiq Global Solutions, the Debtor's proposed noticing agent, available at https://dm.epiq11.com/CarePoint, free of charge; or (iv) contacting proposed counsel for the Debtors using the contact information below.

|  |  |
|---|---|
| Dated: January 30, 2025 | **DILWORTH PAXSON LLP** |

/s/ Peter C. Hughes
Peter C. Hughes (DE 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone:     302-571-9800
Facsimile:      302-571-8875
Email:            phughes@dilworthlaw.com

       And

/s/ Anne M. Aaronson
Lawrence G. McMichael (admitted *pro hac vice*)
Peter C. Hughes (DE 4180)
Anne M. Aaronson (admitted *pro hac vice*)
Jack Small (admitted *pro hac vice*)
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone:     (215) 575-7000
Facsimile:      (215) 754-4603
Email:            lmcmichael@dilworthlaw.com
Email:            phughes@dilworthlaw.com
Email:            aaaronson@dilworthlaw.com
Email:            jsmall@dilworthlaw.com

*Counsel for the Debtors*