# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| CarePoint Health Systems, Inc., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on January 30, 2025, Freehold Trust, Benego Ventures, LLC, Briar Hill Ventures, LLC, and Pheasant Run Ventures, LLC, by and through their undersigned counsel, caused (i) *Freehold Entities' First Set of Requests to Debtors for Production of Documents in Connection with Plan Confirmation* and (ii) *Freehold Entities' First Set of Interrogatories to Debtors in Connection with Plan Confirmation* to be served via electronic mail on the following parties:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

*Counsel to the Debtors*

Lawrence G. McMichael
Peter C. Hughes
Anne M. Aaronson
Jack Small
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Email: lmcmichael@dilworthlaw.com
phughes@dilworthlaw.com
aaaronson@dilworthlaw.com
jsmall@dilworthlaw.com

| | |
|---|---|
| Dated: January 31, 2025<br>Wilmington, Delaware | **WILSON SONSINI GOODRICH & ROSATI, P.C.**<br><br>*/s/ Heather P. Lambert*<br>Erin. R. Fay (No. 5268)<br>Heather P. Lambert (No. 6923)<br>222 Delaware Avenue, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 304-7600<br>E-mail: efay@wsgr.com<br>             hlambert@wsgr.com<br><br>*Counsel to the Freehold Entities* |