## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| CarePoint Health Systems, Inc., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on January 30, 2025, Freehold Trust, Benego Ventures, LLC, Briar Hill Ventures, LLC, and Pheasant Run Ventures, LLC, by and through their undersigned counsel, caused (i) *Freehold Entities' First Set of Requests to Official Committee of Unsecured Creditors for Production of Documents in Connection with Plan Confirmation* and the (ii) *Freehold Entities' First Set of Interrogatories to Official Committee of Unsecured Creditors in Connection with Plan Confirmation* to be served via electronic mail on the following parties:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

*Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| Bradford J. Sandler | Andrew Sherman |
| James E. O'Neill | Boris Mankovetskiy |
| Colin R. Robinson | Sills Cummis & Gross, P.C. |
| Pachulski Stang Ziehl & Jones LLP | One Riverfront Plaza |
| 919 N. Market Street, 17th Floor | Newark, NJ 07102 |
| P.O. Box 8705 | Email: asherman@sillscummis.com |
| Wilmington, DE 19899-8705 | bmankovetskiy@sillscummis.com |
| Email: bsandler@pszjlaw.com | |
| joneill@pszjlaw.com | |
| crobinson@pszjlaw.com | |

Dated: January 31, 2025         **WILSON SONSINI GOODRICH & ROSATI, P.C.**
Wilmington, Delaware

*/s/ Heather P. Lambert*
Erin. R. Fay (No. 5268)
Heather P. Lambert (No. 6923)
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 304-7600
E-mail: efay@wsgr.com
        hlambert@wsgr.com

*Counsel to the Freehold Entities*