# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,[1] | Case No. 24-12534 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket No. 559** |

## CERTIFICATE OF SERVICE

I, ALISON MOODIE, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 28, 2025, I caused to be served the "Notice of Change in Certain Hourly Rates for Dilworth Paxson LLP," dated January 27, 2025 [Docket No. 559], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Alison Moodie*
Alison Moodie

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); and (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

**EXHIBIT A**

CAREPOINT HEALTH SYSTEMS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19904 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD. SUITE 100 DOVER DE 19904 |
| OPTUM | ATTN: TANNER NORTON PO BOX 30760 SALT LAKE CITY UT 84130 |

**Total Creditor count: 3**

**EXHIBIT B**

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al*.,
Case No. 24-12534 (JKS)
Email Master Service List

| Name | Email Address |
|---|---|
| ASHBY & GEDDES, PA. | rpalacio@ashbygeddes.com |
| BASS, BERRY & SIMS PLC | pjennings@bassberry.com; eal-nimri@bassberry.com; sara.morgan@bassberry.com |
| BAYARD, P.A. | nglassman@bayardlaw.com; ejohnson@bayardlaw.com; ariches@bayardlaw.com |
| BAYONNE MEDICAL CENTER OPCO LLC | vroldan@mblawfirm.com |
| BIELLI & KLAUDER, LLC | dklauder@bk-legal.com |
| BIOMET | apstatements@zimmerbiomet.com |
| BROWN MCGARRY NIMEROFF LLC | jnimeroff@brownnimeroff.com |
| CAPITALA PRIVATE ADVISORS, LLC | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CAREFUSION SOLUTIONS, LLC | customer_support@bd.com; investor_relations@bd.com |
| CAREPOINT HEALTH CAPTIVE ASSURANCE CO C/O STRATEGIC RISK SOLUTIONS | courtney.flynn@strategicrisks.com |
| CHIPMAN BROWN CICERO & COLE LLP | root@chipmanbrown.com |
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; mwoods@cwsny.com; mstolz@cwsny.com |
| COLE SCHOTZ P.C. | jdougherty@coleschotz.com; msirota@coleschotz.com; rjareck@coleschotz.com |
| COMMITTEE OF INTERNS AND RESIDENTS | chull@cirseiu.org |
| COMMITTEE OF INTERNS AND RESIDENTS SEIU | chull@cirseiu.org |
| CONSTELLATION NEW ENERGY | support@constellationrates.com; gail.rosen@constellation.com; bradley.burton@constellation.com |
| COUNTY OF HUDSON | dkenny@hcnj.us |
| COZEN O'CONNOR | jcarroll@cozen.com; rdellosa@cozen.com |
| CVS CAREMARK | customerservice@caremark.com |
| DAVIS, MALM & D'AGOSTINE, P.C. | apanebianco@davismalm.com |
| DEPUY SYNTHES SALES, INC | nvestor-relations@its.jnj.com |
| DUANE MORRIS LLP | ljkotler@duanemorris.com |
| EARP COHN P.C. | rschlaifer@earpcohn.com; aetish@earpcohn.com |
| EPSTEIN BECKER & GREEN, P.C. | wmarcari@ebglaw.com; jflynn@ebglaw.com; rcochran@ebglaw.com |
| FLEISCHER, FLEISCHER & SUGLIA P.C. | nsuglia@fleischerlaw.com |
| GENERAL HEALTHCARE RESOURCES | jquirk@ghresources.com; info@ghrhealthcare.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al*.,
Case No. 24-12534 (JKS)
Email Master Service List

| Name | Email Address |
|---|---|
| GIBBONS P.C. | kearle@gibbonslaw.com; mconlan@gibbonslaw.com; dcrapo@gibbonslaw.com |
| GIORDANO, HALLERAN & CIESLA, P.C. | dcampbell@ghclaw.com; cschroeder@ghclaw.com |
| HEALTH PROFESSIONALS & ALLIED EMPLOYEES AFT-AFL/CIO | dwhite@hpae.org |
| HORIZON HEALTH | edigirolamo@horizon-health.org |
| HUDSON ANESTHESIA SERVICES LLC | hudsonanesthesiologysvcs@gmail.com |
| INTERNAL REVENUE SERVICE | victoria.g.mosby@irs.gov; millie.h.agent@irs.gov |
| INTERNAL REVENUE SERVICE | gregory.s.moxley@irs.gov |
| KLESTADT WINTERS JURELLER SOUTHARD | fstevens@klestadt.com |
| KUTAK ROCK LLP | lisa.peters@kutakrock.com |
| LAW OFFICE OF MITCHELL J MALZBERG ESQ | mmalzberg@mjmalzberglaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN ESQ | skaufman@skaufmanlaw.com |
| LEVENFELD PEARLSTEIN, LLC | swilliams@lplegal.com; hisrael@lplegal.com |
| LOIZIDES P.A. | loizides@loizides.com |
| MANDELBAUM BARRETT PC | vroldan@mblawfirm.com |
| MANDLER FAMILY TRUST | louispetriello@gmail.com |
| MAPLE HEALTHCARE, LLC | info@maplehealthgroup.com |
| MAURICE, WUTSCHER, LLP | ahochheiser@mauricewutscher.com |
| MCMANIMON, SCOTLAND & BAUMANN LLC | splacona@msbnj.com |
| MEDELY, INC. | legal@medely.com |
| MEDELY, INC. | bankruptcy@medely.com |
| MEDICAL INFORMATION TECH | info@meditechintl.com; lboyle@meditech.com |
| MED-METRIX | skamen@med-metrix.com |
| MEDTRONIC | rs.vascularorders@medtronic.com |
| MOORE & VAN ALLEN PLLC | alanpope@mvalaw.com; gabrielmathless@mvalaw.com; matthewtaylor@mvalaw.com |
| NEW JERSEY DEPT OF HEALTH | robert.iannaccone@doh.nj.gov |
| NURSE STAFFING, LLC D/B/A NURSES 24/7 | kmaleck@exchange.nurses247.com; alazar@siercapital.com |
| NURSES 24/7 | patlantic@nurses247.com; recruiting@nurses247.com |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.ecfbankruptcy@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | jane.m.leamy@usdoj.gov |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al*.,
Case No. 24-12534 (JKS)
Email Master Service List

| Name | Email Address |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; joneill@pszjlaw.com; crobinson@pszjlaw.com |
| PASHMAN SEIN WALDER HAYDEN P.C. | agambale@pashmanstein.com; dalvarez@pashmanstein.com; leisenberg@pashmanstein.com; jweiss@pashmanstein.com; rriley@pashmanstein.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | casantaniello@pbnlaw.com; raparisi@pbnlaw.com |
| PUBLIC SERVICE ELECTRIC AND GAS COMPANY | alexandra.grant@pseg.com |
| PUBLIC SERVICE ENTERPRISE GROUP INC | claimsdepartment@pseg.com |
| R1 RCM HOLDCO, INC. | sradcliffe@r1rcm.com |
| RABINOWITZ, LUBETKIN & TULLY L.L.C | jrabinowitz@rltlawfirm.com; jlubetkin@rltlawfirm.com; hkarwowski@rltlawfirm.com |
| REED SMITH LLP | kgwynne@reedsmith.com; ccapp@reedsmith.com |
| RESOLUTE PERIOPERATIVE | nfloth@resolutepartner.com |
| RIKER DANZIG LLP | jschwartz@riker.com; tschellhorn@riker.com |
| ROYAL BIOLOGICS INC | support@royalbiologics.com |
| ROYER COOPER COHEN BRAUNFELD LLC | mskapof@rccblaw.com |
| SAUL EWING LLP | monique.disabatino@saul.com; john.demmy@saul.com; nicholas.smargiassi@saul.com |
| SECURITIES & EXCHANGE COMMISSION | chair@sec.gov |
| SIERRA HEALTH GROUP LLC | rdovgala@sierrahealth.net |
| SIERRA HEALTH GROUP, LLC | info_shg@sierrahealth.net |
| SILLS CUMMIS & GROSS P.C. | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| SODEXO, INC. | accountsreceivable.noram@sodexo.com |
| SODEXO, INC. & AFFILIATES | amelia.davis@sodexo.com |
| SPINAL ELEMENTS | info@spinalelements.com |
| STARK & STARK P.C. | jlemkin@stark-stark.com |
| STATE OF NEW JERSEY DIVISION OF TAXATION | taxation.bankruptcy@treas.nj.gov |
| STRYKER ORTHOPEDICS | inst.stryker.cs@stryker.com |
| SULLIVAN HAZELTINE ALLINSON LLC | zallinson@sha-llc.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |
| THE TRUSTEES OF COLUMBIA UNIVERSITY | secretary@columbia.edu |
| TYDINGS & ROSENBERG LLP | sgerald@tydings.com; jselba@tydings.com |
| VARNUM LLP | bgbest@varnumlaw.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al*.,
Case No. 24-12534 (JKS)
Email Master Service List

| Name | Email Address |
|---|---|
| WARSHAW BURSTEIN LLP | msiegel@wbny.com; ahack@wbny.com; mmarcucci@wbny.com |
| WILSON SONSINI GOODRICH & ROSATI P.C. | efay@wsgr.com; hlambert@wsgr.com |
| WINDELS MARX LANE & MITTENDORF LLP | eperal@windelsmarx.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | marcy.smith@wbd-us.com; matthew.ward@wbd-us.com; ahack@wbny.com; mmarcucci@wbny.com; msiegel@wbny.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | mlunn@ycst.com; rpoppiti@ycst.com; bankfilings@ycst.com |