**SIGN-IN SHEET**

| CASE NAME   CarePoint Health Systems, Inc. | COURTROOM #6 |
|---|---|
| **CASE NUMBER:  24-12534 JKS** | **DATE:  2/12/2025** |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jack Small | Dilworth Paxson LLP | Debtors |
| David Klauder | Bell & Klauder | Mph Health crP |
| Matthew B Harvey | Morris, Nichols, Arsht & Tunnel | Captive Assurance |
| Sophie Rogers Churchill | Morris Nichols | Captive Assurance |
| Robert Poppiti | Young Conaway | Capitala |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SIGN-IN SHEET

| CASE NAME   CarePoint Health Systems, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER:  24-12534 JKS | DATE:  2/12/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jane Leamy | USTrustee | USTrustee |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## SIGN-IN SHEET

| CASE NAME   CarePoint Health Systems, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER:  24-12534 JKS | DATE:  2/12/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew Ward | Womble | J2 Funding, Bills Right, Signature RX |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**24-12534-JKS CarePoint Health Systems, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|-------|------|-------------|------|-----|-------------|
| DON C ALCUINO | https://carepointhealth.org/ | | 10:00 AM | Audio Only | no |
| Anne M. Aaronson | Dilworth Paxson LLP | Debtors | 10:00 AM | Zoom(Video and Audio) | yes |
| Thomas A. Abbate | Decotiis, FitzPatrick, Cole & Giblin, LLP | Hudson Regional Hospital | 10:00 AM | Zoom(Video and Audio) | yes |
| Mason Allen | Mandelbaum Barrett PC | Hudson Regional Hospital | 10:00 AM | Zoom(Video and Audio) | yes |
| Elihu Ezekiel Allinson, III | Sullivan Hazeltine Allinson LLC | Dr. Samuel Mapp | 10:00 AM | Audio Only | no |
| Adam Alonso | Hudson Regional Hospital | Hudson Regional Hospital | 10:00 AM | Zoom(Video and Audio) | yes |
| Soma Biswas | Dow Jones | Dow Jones | 10:00 AM | Audio Only | no |
| Ryan Carr | Province | Unsecured Creditors Committee | 10:00 AM | Audio Only | yes |
| Ryan K. Cochran | Epstein Becker Green | BMC Hospital, LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Scott D. Cousins | Lewis Brisbois | Hudson Regional Hospitals, LLC | 10:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| John D. Demmy | Saul Ewing LLP | Access Information Management Corporation | 10:00 AM | Zoom(Video and Audio) | yes |
| Jack M. Dougherty | Cole Schotz P.C. | Insight Management and Consulting Services, Inc. | 10:00 AM | Zoom(Video and Audio) | yes |
| Rosann Dovgala | | | 10:00 AM | Zoom(Video and Audio) | yes |
| Justin Drew | CarePoint Health | | 10:00 AM | Zoom(Video and Audio) | yes |
| James V. Drew | Curtis, Mallet-Prevost, Colt & Mosle LLP | IDB Bank | 10:00 AM | Zoom(Video and Audio) | yes |
| Michele M. Dudas | McManimon, Scotland & Baumann, LLC | City of Hoboken | 10:00 AM | Zoom(Video and Audio) | yes |
| Marie T Duffy | Dilworth Paxon LLP | CarePoint | 10:00 AM | Zoom(Video and Audio) | yes |
| Suzanna E Ellefsen | PMA Companies | Pennsylvania Manufacturers Association Insurance | 10:00 AM | Zoom(Video and Audio) | yes |
| Allen A Etish | Earp Cohn | Pennsylvania Manufacturers Association Insurance | 10:00 AM | Zoom(Video and Audio) | yes |

| John Grywalski | Hudson Regional Hospital | Hudson Regional Hospital | 10:00 AM | Zoom(Video and Audio) | yes |
|---|---|---|---|---|---|
| Ally Hack | Warshaw Burstein LLP | Bills Right LLC and Signature RX Investments LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Taylor Harrison | | | 10:00 AM | Audio Only | no |
| Peter C. Hughes | Dilworth Paxson LLP | Debtors | 10:00 AM | Zoom(Video and Audio) | yes |
| Robert C Iannaccone | State of NJ | NJDOH | 10:00 AM | Zoom(Video and Audio) | yes |
| Harold D. Israel | Levenfeld Pearlstein, LLC. | Maple Healthcare, LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Ryan Jareck | Cole Schotz P.C. | Insight Management and Consulting Services, Inc. | 10:00 AM | Zoom(Video and Audio) | yes |
| Harry Kapralos | Hudson Regional Hospital | Hudson Regional Hospital | 10:00 AM | Zoom(Video and Audio) | yes |
| Henry M. Karwowski | Rabinowitz, Lubetkin & Tully, L.L.C. | J2 Funding LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Brya Michele Keilson | Morris James LLP | Vijayant Singh, M.D., in his capacity as Relator | 10:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Nizar Kifaieh | Hudson Regional Hospital | Hudson Regional Hospital | 10:00 AM | Zoom(Video and Audio) | yes |
| Dietrich Knauth | Reuters | media | 10:00 AM | Audio Only | no |
| Greg Kopacz | | | 10:00 AM | Zoom(Video and Audio) | yes |
| Lawrence Joel Kotler | Duane Morris LLP | CH Castle, LLC, CH 750 Park LLC, JC Opco, LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Heather P. Lambert | Wilson Sonsini Goodrich & Rosati, P.C. | Freehold, et al. | 10:00 AM | Audio Only | yes |
| Ava Lennane | | | 10:00 AM | Audio Only | no |
| Lisa Leshinski | | | 10:00 AM | Zoom(Video and Audio) | yes |
| Branden Lynn | Warshaw Burstein, LLP | | 10:00 AM | Audio Only | no |
| Shane Magrann | | | 10:00 AM | Zoom(Video and Audio) | yes |
| Mitchell Malzberg | Law Offices of Mitchell J. Malzberg, Esq. | Unions | 10:00 AM | Zoom(Video and Audio) | yes |
| Boris Mankovetski | | | 10:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Gabriel Mathless | Moore & Van Allen PLLC | Capitala | 10:00 AM | Zoom(Video and Audio) | yes |
| Garvan F McDaniel | Hogan McDaniel | Resolute Perioerative Services, LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Tyler McLaren | Province | Unsecured Creditors Committee | 10:00 AM | Audio Only | yes |
| Lawrence G. McMichael | Dilworth Paxson LLP | Debtors | 10:00 AM | Zoom(Video and Audio) | yes |
| Yan Moshe | Hudson Regional Hospital | Hudson Regional Hospital | 10:00 AM | Zoom(Video and Audio) | yes |
| David Munkittrick | Proskauer Rose LLP | | 10:00 AM | Audio Only | no |
| Angela Murdock-Ridley | | | 10:00 AM | Audio Only | no |
| Mohamed H. Nabulsi | Mandelbaum Barrett PC | Hudson Regional Hospital | 10:00 AM | Zoom(Video and Audio) | yes |
| James E O'Neill | Pachulski Stang Ziehl & Jones LLP | Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Ricardo Palacio | Ashby & Geddes, P. A. | Pennsylvania Manufacturers Association Insurance | 10:00 AM | Zoom(Video and Audio) | yes |
| Anthony T Panebianco | Davis Malm D'Agostine, P.C. | BoneSupport, Inc. (Debtor) | 10:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Doug Placa | | | 10:00 AM | Zoom(Video and Audio) | yes |
| Robert F. Poppiti, Jr. | Young, Conaway, Stargatt & Taylor, LLP | Capitala | 10:00 AM | Zoom(Video and Audio) | yes |
| Jonathan Rabinowitz | Rabinowitz, Lubetkin & Tully, L.L.C. | J2 Funding LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Jonathan Randles | | Bloomberg News | 10:00 AM | Audio Only | no |
| Colin Robinson | PSZJ | Committee | 10:00 AM | Zoom(Video and Audio) | yes |
| Sophie Rogers Churchill | Morris, Nichols, Arsht & Tunnell LLP | CarePoint Health Captive Assurance Company | 10:00 AM | Zoom(Video and Audio) | yes |
| Vincent J Roldan | Mandelbaum Barrett PC | Hudson Regional Hospital | 10:00 AM | Zoom(Video and Audio) | yes |
| Adam M Rosen | Province | UCC | 10:00 AM | Zoom(Video and Audio) | yes |
| Adam Rosen | Province | Unsecured Creditors Committee | 10:00 AM | Audio Only | yes |
| KaDee Ru | Proskauer Rose LLP | | 10:00 AM | Audio Only | no |
| Richard Sarli | | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Michael Savetsky | | | 10:00 AM | Zoom(Video and Audio) | yes |
| Richard M Schlaifer | Earp Cohn | Pennsylvania Manufacturers Association Insurance | 10:00 AM | Zoom(Video and Audio) | yes |
| Joseph L Schwartz | Riker Danzig LLP | New Jersey Dept of Health/JNESO | 10:00 AM | Zoom(Video and Audio) | yes |
| Briana Seyarto Flores | Proskauer Rose LLP | | 10:00 AM | Audio Only | no |
| Tara J. Shellhorn | Riker Danzig LLP | New Jersey Dept of Health, JNESO | 10:00 AM | Zoom(Video and Audio) | yes |
| Andrew Sherman | | | 10:00 AM | Zoom(Video and Audio) | yes |
| Martin Siegel | Warshaw Burstein LLP | Bills Right LLC and Signature RX Investments LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Jack M Small | Dilworth Paxson LLP | Debtors | 10:00 AM | Zoom(Video and Audio) | yes |
| Matthew Stolz | Cohen, Weiss and Simon LLP | Committee of Interns and Residents | 10:00 AM | Zoom(Video and Audio) | yes |

| Vince Sullivan | Law360 | | 10:00 AM | Audio Only | no |
|---|---|---|---|---|---|
| Shamiq Syed | CarePoint Health | Debtor Witness | 10:00 AM | Zoom(Video and Audio) | yes |
| Matthew Taylor | Moore & Van Allen PLLC | Capitala | 10:00 AM | Zoom(Video and Audio) | yes |
| Christine Tomlin | Dilworth Paxson LLP | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |
| Thomas M. Walsh | Chiesa Shahinian & Giantomasi PC | James Lawler et al. | 10:00 AM | Audio Only | yes |
| Kaijie J Wang | Cohen, Weiss and Simon LLP | Committee of Interns and Residents, SEIU | 10:00 AM | Zoom(Video and Audio) | yes |
| Martin J. Weis | Dilworth Paxson LLP | Debtors | 10:00 AM | Zoom(Video and Audio) | yes |
| Debbie White | | | 10:00 AM | Zoom(Video and Audio) | yes |
| Nichole Wilcher | Womble Bond Dickinson (US) LLP | J2 Funding LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Alex Wittenberg | Law360 | | 10:00 AM | Audio Only | no |
| Melissa Woods | Cohen, Weiss and Simon LLP | Committee of Interns and Residents | 10:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Kaile Zagger | Province | Unsecured Creditors Committee | 10:00 AM | Audio Only | yes |
| Tate Zall | Province | Unsecured Creditors Committee | 10:00 AM | Audio Only | yes |
| Ben Zigterman | Law360 | | 10:00 AM | Audio Only | no |
| David Zubkis | | | 10:00 AM | Audio Only | no |