**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc. d/b/a<br>Just Health Foundation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12534 (JKS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Richard T. Madurski of Blume Forte Fried Zerres & Molinari, 1 Main Street, Chatham, NJ 07928, to represent Estate of Nicola Calamita, deceased, by administrator Elia Calamita, and Elia Calamita, individually in the above-captioned cases.

Dated: February 14, 2025

*By: /s/ Alexis R. Gambale*
Alexis R. Gambale, Esq. (No. 7150)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 07601
Tel: (302) 592-6496
Email: agambale@pashmanstein.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23.  I further certify that the fee of $50.00 has been paid to the Clerk of the Court for District Court.

Dated: February 14, 2025

*/s/ Richard T. Madurski*
Richard T. Madurski
**BLUME FORTE FRIED ZERRES & MOLINARI**
1 Main Street
Chatham, NJ 07928
Tel: (973) 845-4421
Email: rmadurski@njatty.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.