## EXHIBIT A

**(Proposed Order)**

#124820569v3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | Chapter 11 |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,[1] | Case No. 24-12534 (JKS) |
| | (Jointly Administered) |
| Debtors. | Re: D.I. __ |

---

**ORDER APPROVING DEBTORS' SECOND OMNIBUS MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 105(a) AND 365(a) OF THE BANKRUPTCY CODE, AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF THE REJECTION DATE**

Upon the motion (the "Motion")[2] of the Debtors for the entry of an order, pursuant to sections 105(a) and 365(a) of the Bankruptcy Code, authorizing the Debtors to reject the executory contracts and unexpired leases (the "Contracts and Leases") set forth on Exhibit 1 to this Order, effective as of the Rejection Date; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157, and the Amended Standing Order of Reference of the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that this is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

#124820569v3

a final order consistent with Article III of the United States Constitution; and it appearing that venue of these Chapter 11 Cases and of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor; it is hereby

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Contracts and Leases, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected by the applicable Debtors, with such rejection being effective as of the Rejection Date.

3. If the Debtors have deposited monies with a Counterparty to a Contract or Lease set forth on Exhibit 1 hereto as a security deposit or other arrangement, such Counterparty may not set off or recoup or otherwise use such deposit without the prior authority of this Court.

4. Any person or entity that holds a claim that arises from a Contract or Lease must file a proof of claim based on such rejection by the later of: (i) the last date and time for each person or entity to file proofs of claim based on prepetition claims against any of the Debtors as set by an order of this Court or (ii) thirty (30) days after the entry of this Order.

5. Nothing in this Order shall impair, prejudice, waive, or otherwise affect any rights of the Debtors or their estates to assert that any claims for damages arising from the Debtors' rejection of the Contracts and Leases are limited to any remedies available under any applicable termination provisions of such Contracts and Leases, or that any such claims are obligations of a

2

#124820569v3

third party, and not those of the Debtors or their estates.

6.  The Debtors are authorized to execute and deliver all instruments and documents, and take such other actions as may be necessary or appropriate, to implement and effectuate the relief granted by this Order.

7.  Each of the Contracts and Leases is rejected as to all Debtor entities, regardless of whether the correct Debtor entity is designated on Exhibit 1.

8.  The rights of the Debtors and their estates to assert that the Contracts and Leases rejected hereby expired by their own terms or were terminated prior to the date hereof are fully preserved, and the Debtors and their estates do not waive any claims that they may have against the Counterparties, whether or not such claims arise under, are related to the rejection of, or are independent of the Contracts and Leases.

9.  This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

10.  The requirements in Bankruptcy Rule 6006 are satisfied.

11.  This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# EXHIBIT 1

# REJECTED CONTRACTS AND LEASES

| Counterparty | Debtor Entity | Description | Address | Address 2 | Address 3 |
|---|---|---|---|---|---|
| ACCESS Nursing Services | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Nursing Recruitment Services Agreement | 480 BEDFORD ROAD | SUITE 4201 | CHAPPAQUA, NY 10514 |
| ACCESS Nursing Services | IJKG Opco LLC d/b/a CarePoint Health - Bayonne Medical Center | Nursing Staffing/Recruitment Services | 480 BEDFORD ROAD | SUITE 4201 | CHAPPAQUA, NY 10514 |
| Access Information Management Corporation | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | Contract 16503150 Archive Storage and Service Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | Contract 16701476 Archive Storage and Service Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | Contract 16701735 Business Services Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | Contract 16799247 Archive Storage and Service Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | Contract 16799183 Archive Storage and Service Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | Contract 16503125 Archive Storage and Service Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | Contract 16828889 Business Services Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | Contract 16505482 Business Services Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | Contract 16701740 Business Services Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16800943 Business Services Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16503102 Archive Storage and Service Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16503095 Archive Storage and Service Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16503098 Archive Storage and Service Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16503110 Archive Storage and Service Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16503091 Archive Storage and Service Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16503092 Archive Storage and Service Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16703171 Business Services Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16799181 Archive Storage and Service Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16702853 Business Services Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16503129 Archive Storage and Service Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16702026 Business Services Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16799266 Archive Storage and Service Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16523969 Business Services Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16767523 Business Services Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16799242 Archive Storage and Serivce Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |

| Counterparty | Debtor Entity | Description | Address | Address 2 | Address 3 |
|---|---|---|---|---|---|
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16828956 Secure Services Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16828957 Business Services Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16767524 Archive Storage and Service Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Access Information Management Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Contract 16799255 Business Services Agreement | 4 FIRST AVENUE | | PEABODY, MA 01960 |
| Accurate Monitoring, LLC | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Interoperative Monitoring | 700 US HIGHWAY 46 | SUITE 420 | FAIFIELD, NJ 07004 |
| ADT Security Serices, Inc | IJKG Opco LLC d/b/a CarePoint Health - Bayonne Medical Center | Fire Alarm System | PO BOX 382109 | | PITTSBURGH, PA 15251-8109 |
| ADT Security Serices, Inc | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Burglar and Fire Alarm Services at 122 Clinton Street, Hoboken, NJ 07030 | PO BOX 382109 | | PITTSBURGH, PA 15251-8109 |
| Aesculap, Inc. | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Instrument Repair Service | 3773 CORPORATE PKWY | | CENTER VALLEY, PA 18034 |
| AGGRESSIVE ENERGY | IJKG Opco LLC d/b/a CarePoint Health - Bayonne Medical Center | PJM's PSEG ZONE FIR ENERGY | 78 Rapelye Street | | Brooklyn, NY 11231 |
| AGGRESSIVE ENERGY | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | PJM's PSEG ZONE FIR ENERGY | 78 Rapelye Street | | Brooklyn, NY 11231 |
| AIM Healthcare Services, Inc | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Saint Mary Hospital (HUMC) | PO BOX 292377 | | NASHVILLE, TN 37229-2377 |
| Airgas, Inc | IJKG Opco LLC d/b/a CarePoint Health - Bayonne Medical Center | Bulk Medical Oxygen/Cylinders | PO BOX 734445 | | CHICAGO, IL 60673-4445 |
| AJ Squared Security | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Security Services Agreement | P O BOX 77 | | POMPANO BEACH, FL 33061-0077 |
| Alcon Laboratories, Inc | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Performance rebate | P O BOX 677775 | | DALLAS, TX 75267-7775 |
| Alcor Scientific Inc | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Mini SED ESR Analyzer Placement | 20 THURBER BLVD | | SMITHFIELD, RI 02917 |
| All Source Recruiting Group | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Staffing Agreement | 5830 CORAL RIDGE DRIVE | SUITE 300 | CORAL SPRINGS, FL 33076 |
| Allergan USA, Inc. | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Supplier's Consignment Agreement | PO BOX 19534 | | IRVINE, CA 92623 |
| Allergan USA, Inc. | IJKG Opco LLC d/b/a CarePoint Health - Bayonne Medical Center | Healthcare Practitioner License and Medical Practice Address Certification for administering BOTOX. | PO BOX 19534 | | IRVINE, CA 92623 |
| American College of Radiology | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Radiology/Data Registry | 1891 PRESTON WHITE DRIVE | | RESTON, VA 20191-4397 |
| Ammon Analytical Laboratory, LLC | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | | 1622 S WOOD AVENUE | | LINDEN, NJ 07036 |
| Approved Storage and Waste Hauling, Inc | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Biomedical Waste and Sharps Collection | 110 EDISON AVENUE | | MT. VERNON, NY 10550 |
| Artificial Intelligence in Medicine | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | E-Path Software | 2 Berkeley Street | Suite 403 | Toronto, Ontario M5A 2W3 |
| Assa Abloy | IJKG Opco LLC d/b/a CarePoint Health - Bayonne Medical Center | BMC Automatic Doors | ENTRANCE SYSTEMS US INC | 1900 AIRPORT ROAD | MONROE, NC 28110 |
| Assa Abloy | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Service Agreement on Automatic Doors | ENTRANCE SYSTEMS US INC | 1900 AIRPORT ROAD | MONROE, NC 28110 |
| Associates in Cardiovascular Care, PA | IJKG Opco LLC d/b/a CarePoint Health - Bayonne Medical Center | | 1061 AVENUE C | | BAYONNE, NJ 07002 |
| Associates in Cardiovascular Care, PA | IJKG Opco LLC d/b/a CarePoint Health - Bayonne Medical Center | | 1061 AVENUE C | | BAYONNE, NJ 07002 |

| Counterparty | Debtor Entity | Description | Address | Address 2 | Address 3 |
|---|---|---|---|---|---|
| Avante Oncology Services | IJKG Opco LLC d/b/a CarePoint Health - Bayonne Medical Center | Bayonne Linear Accelerator | ULTRA SOLUTIONS LLC | 1137 E. PHILADELPHIA ST | ONTARIO, CA 91761 |
| Aya Healthcare, Inc. | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Crisis Staffing Solution Agreement | DEPT 3519 | PO BOX 123519 | DALLAS, TX 75312-3519 |
| Barclay Water Management, Inc | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Cooling Tower Cleaning & Ice Machines | 150 COOLIDGE AVENUE | | WATERTOWN, MA 02472 |
| Bartok, Frank | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Severance Agreement and General Release | 3 BENNING TON WAY | | HILL BOROUGH, NJ 08844 |
| Becton Dickison and Company | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | Bactec Instrument | PO BOX 28983 | | NEW YORK, NY 10087-8983 |
| Bedrock Landscaping | IJKG Opco LLC d/b/a CarePoint Health - Bayonne Medical Center | | PO BOX 13 | | BERKLEY HEIGHTS, NJ 07922 |
| Bedrock Landscaping | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Landscaping Services | PO BOX 13 | | BERKLEY HEIGHTS, NJ 07922 |
| Bedrock Landscaping | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | Landscaping Services | PO BOX 13 | | BERKLEY HEIGHTS, NJ 07922 |
| Bergen Funeral Service Inc. | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Morgue Overflow | 232 KIPP AVE | | HASBROUCK HEIGHTS, NJ 07604 |
| Bio-Medical Applications of New Jersey, Inc. | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Settlement Agreement | 1417 Brace Rd | | Cherry Hill, NJ 08034-3524 |
| Blue Royal Staffing | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Recruitment Services Agreement | 400 FAIRWAY DRIVE | SUITE 107 | DEERFIELD BEACH, FL 33441 |
| BluePrint Information Strategies, LLC | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Consultant Firm - IT | 1249 CRANBURY SOUTH RIVER RD | STE 106 | CRANBURY, NJ 08512 |
| Boston Scientific Corporation | IJKG Opco LLC d/b/a CarePoint Health - Bayonne Medical Center | SpyGlass DS Primary Vendor Agreement | P O BOX 786205 | | PHILADELPHIA, PA 19178-6205 |
| Boston Scientific Corporation | IJKG Opco LLC d/b/a CarePoint Health - Bayonne Medical Center | Consignment Vici Stents | P O BOX 786205 | | PHILADELPHIA, PA 19178-6205 |
| Boston Scientific Corporation | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | OR/CARDIAC Consignment Stocking | P O BOX 786205 | | PHILADELPHIA, PA 19178-6205 |
| Boston Scientific Corporation | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | Rental - Alair Bronchial Thermoplasty Controller | P O BOX 786205 | | PHILADELPHIA, PA 19178-6205 |
| Boston Scientific Corporation | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | Consignment Drug Coated /PTA Balloons | P O BOX 786205 | | PHILADELPHIA, PA 19178-6205 |
| Boston Scientific Corporation | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | Spinal Cord Stimulation Products | P O BOX 786205 | | PHILADELPHIA, PA 19178-6205 |
| Cadwell Laboratories | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Warranty for EEG ARC Essentia E1 in Cardiology | 909 NORTH KELLOG STREET | | KENNEWICK, WA 99336 |
| Cadwell Laboratories | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | Respiratory - EEG and EMG Service | 909 NORTH KELLOG STREET | | KENNEWICK, WA 99336 |
| Call 4 Health | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Call Center Agreement | 2855 S CONGRESS AVE | SUITES A&B | DELRAY BEACH, FL 33445 |
| CareFusion Solutions, LLC | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | Renewal | 3750 TORREY VIEW COURT | | SAN DIEGO, CA 92130 |
| Careline Services, Inc. | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Staffing Agreement | 315 FIFTH AVENUE SUITE 806 | | NEW YORK, NY 10016 |
| CarePort Health | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | CarePort Guide, Connect, Insight | PO BOX 200086 | | DALLAS, TX 75320-0086 |

| Counterparty | Debtor Entity | Description | Address | Address 2 | Address 3 |
|---|---|---|---|---|---|
| Centurion, Service Group, LLC | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Disposal of assets by auction - VIZIENT Service Agreement - SV1372 | 110 HACKENSACK STREET | | EAST RUTHERFORD, NJ 07073 |
| CINTAS | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | UNIFORM RENTAL AGREEMENT - EV1002 | 97627 EAGLE WAY | | CHICAGO, IL 60678-7627 |
| Clinical Recruiter | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Recruitment Services Agreement | 2000 Mallory Lane | Suite 130-303 | Franklin, TN 37067 |
| Clover Health Services | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Recruitment Services Agreement | 75 S BROADWAY FL4 | | WHITE PLAINS, NY 10601 |
| CohnReznick | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | | 4 BECKER FARM ROAD | | ROSELAND, NJ 07068 |
| Collective Medical Technologies | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Prescription Drug Monitoring Program | Attn: Legal | 4760 S. Highland Drive #217 | Holladay, UT 84117 |
| Core Medical Group | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Recruitment Services Agreement | 2 KEEWAYDIN DRIVE | | SALEM, NH 03079 |
| Crestmark Equipment FInance, Inc. d/b/a TIP Capital | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Master Equipment Lease Agreement | 5480 CORPORATE DRIVE | SUITE 350 | TROY, MI 48098 |
| Cross Country Staffing | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | Staffing Agreement | P O BOX 404674 | | ATLANTA, GA 30384-4674 |
| Daniel Fagan | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Outside Services Agreement Hospital-Contractor | 1019 WILLOW AVENUE APT 1L | | HOBOKEN, NJ 07030 |
| Dell Secureworks | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Monitoring Firewall, server, and Network Infrastructure | PO BOX 534583 | | ATLANTA, GA 30353-4583 |
| Deluxe Small Business | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Marketing Materials/Promo Products | PO BOX 60119 | | CITY OF INDUSTRY, CA 91716-0119 |
| ELLKAY, LLC. | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Single Repository for EMR | 200 RIVERFRONT BLVD 3RD FLOOR | | ELMWOOD PARK, NJ 07407 |
| EmCare | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Confidentiality Agreement | 13737 Noel Road, Suite 1600 | | Dallas, TX 75240 |
| ENDO TECHNOLOGIES, LLC | Hudson Hospital Opco, LLC d/b/a CarePoint Health - Christ Hospital | Olympus scope service agreement | 6650 NEW NASHVILLE HWY | SUITE 100 | SMYRNA, TN 37167 |
| ENDO TECHNOLOGIES, LLC | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Endo Scope Service Contracts | 6650 NEW NASHVILLE HWY | SUITE 100 | SMYRNA, TN 37167 |
| E-Scan Data Systems, Inc | IJKG Opco LLC d/b/a CarePoint Health - Bayonne Medical Center | Software License | 33206 COLLECTION CENTER DR | | CHICAGO, IL 60693-0331 |
| Evariant, Inc. | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Master Services Agreement | 308 FARMINGTON AVENUE | | FARMINGTON, CT 06032 |
| evoqua water technologies | IJKG Opco LLC d/b/a CarePoint Health - Bayonne Medical Center | Sterilizing Water Treatment Services Agreement | 28563 NETWORK PLACE | | CHICAGO, IL 60673-1285 |
| Evoqua water technologies | CarePoint Health Management Associates, LLC d/b/a CarePoint Health | Central Sterile | 28563 NETWORK PLACE | | CHICAGO, IL 60673-1285 |
| Fresenius - All | | | 25476 NETWORK PLACE | | CHICAGO, IL 60673-1254 |
| Financial Health Strategies, Inc | HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center | Medicaid Verification and Payment Program Services | 12850 Middlebrook Road | Suite 307 | Germantown, MD 20874 |
| FIREDOOR SOLUTIONS | IJKG Opco LLC d/b/a CarePoint Health - Bayonne Medical Center | Annual Fire Door Inspection | 8245 NIEMAN ROAD | | LENEXA, KS 66214 |