# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CarePoint Health Systems Inc. d/b/a Just | ) | |
| Health Foundation, *et al.,* | ) | Case No. 24-12534 (JKS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ENTRY OF APPEARANCE, REQUEST FOR A MATRIX ENTRY AND**
**REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned hereby enter their appearances on behalf of Voluntary Hospitals House Staff Benefits Plan ("VHHSBP"), a creditor of the Debtors, and a party in interest in this case.

Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned request that they be added to the matrix maintained by the Clerk and that all notices, given or required to be given, and all documents, served or required to be served, in this case be given to or served upon the following:

| | |
|---|---|
| Susan E. Kaufman, Esquire<br>Law Office of Susan E. Kaufman, LLC<br>919 N. Market Street, Suite 460<br>Wilmington, DE 19801<br>(302) 472-7420<br>(302) 792-7420 Fax<br>skaufman@skaufmanlaw.com | Melissa S. Woods, Esquire<br>Matthew Stolz, Esquire<br>Cohen, Weiss and Simon LLP<br>909 Third Avenue, 12th Floor<br>New York, NY 10022<br>(212) 563-4100<br>mwoods@cwsny.com<br>mstolz@cwsny.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted

or conveyed by mail, courier service, telephone, facsimile, or otherwise, which affects or seek to affect in any way the rights or interests of the VHHSBP.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), the VHHSBP requests that their attorneys be provided with copies of any disclosure statements and plans of reorganization.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of any of the rights of the VHHSBP, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the VHHSBP may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date: February 20, 2025

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

*Counsel for Voluntary Hospitals House Staff Benefits Plan*