IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CAREPOINT HEALTH SYSTEMS INC. d/b/a JUST HEALTH FOUNDATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12534 (JKS)<br>(Jointly Administered) |

**VERIFIED STATEMENT OF COHEN, WEISS AND SIMON LLP
AND LAW OFFICE OF SUSAN E. KAUFMAN, LLC
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

1. Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Melissa S. Woods and Matthew E. Stolz, attorneys at Cohen, Weiss and Simon LLP ("CWS"), and Susan E. Kaufman, attorney at the Law Office of Susan E. Kaufman, LLC ("Kaufman") give notice of representation of more than one creditor in the above-captioned bankruptcy case, and states as follows:

2. CWS and Kaufman represent the following creditors in the above-captioned case:

 (a) Committee of Interns and Residents, SEIU ("CIR")
 10-27 46th Avenue, Suite 300-2
 Long Island City, NY 11101

 (b) Voluntary Hospitals House Staff Benefits Plan ("VHHSBP")
 10-27 46th Avenue, Suite 300-2
 Long Island City, NY 11101

3. CIR and VHHSBP have claims against the Debtors. These claims arise from Debtors' obligations arising under collective bargaining agreements ("CBAs") between CIR and various Debtors. The CBAs set out the terms and conditions of employment for the Debtors' intern and resident physician employees represented by CIR and obligates the Debtors to make contributions to the VHHSBP for health and welfare benefits for the CIR-represented

employees. The claims arose both before and during the one-year period prior to the filing of the above-referenced case.

      4.      CWS have previously worked with CIR and VHHSBP on numerous matters.

      5.      In this matter, CWS and Kaufman were engaged by CIR and VHHSBP in November 2024 and February 2025, respectively, at the instance of each entity.

      6.      CWS and Kaufman have no claims or interests against the Debtors.

      7.      CWS and Kaufman reserve the right to amend this Verified Statement.

      8.      The undersigned verifies that the foregoing Verified Statement is true and accurate to the best of the undersigned's knowledge, information, and belief.

Dated: February 20, 2025              LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

-and-

Melissa S. Woods, Esquire
Matthew Stolz, Esquire
Cohen, Weiss and Simon LLP
909 Third Avenue, 12th Floor
New York, NY 10022
(212) 563-4100
mwoods@cwsny.com
mstolz@cwsny.com

*Counsel for the Committee of Interns and Residents and the Voluntary Hospitals House Staff Benefits Plan*