**EXHIBIT B**

(Notice of the Identity of the Litigation Trustee)

- Paul Navid of Province, LLC

#124864988v1