**EXHIBIT C**

(Schedule for the Payment of Certain Employee Claims in Excess of the Priority Cap)

Certain physician employees of the Debtors were previously paid in excess of the priority cap of 11 U.S.C. 507(a)(4) pursuant to a motion filed by the Debtors at D.I. 169.  No further payments to employees of the Debtors in excess of the priority cap of 11 U.S.C. 507(a)(4) are proposed by the Debtors.

#124864988v1