**EXHIBIT G**

(Plan Projections)

#124864988v1

**CarePoint Health Consolidated (Adjusted)**
*$ in USD thousands*

| | | FY24 | FY25 | FY26 | FY27 |
|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | |
| **Revenue** | | | | | |
| Net Patient Service Revenue | $ | 183,527 $ | 242,405 $ | 282,353 $ | 328,885 |
| Other Operating Revenue | | 46,351 | 41,973 | 48,866 | 50,770 |
| 340b Program | | - | 8,927 | 13,566 | 21,267 |
| **Total Revenue** | $ | **229,878** $ | **293,305** $ | **344,786** $ | **400,922** |
| **Operating Expenses** | | | | | |
| Salaries & Wages | | (138,748) | (155,402) | (170,942) | (188,036) |
| Supplies | | (24,821) | (30,751) | (34,539) | (38,912) |
| Facilities | | (31,144) | (30,138) | (31,539) | (32,485) |
| Pharmaceuticals | | (5,359) | (7,226) | (8,417) | (9,804) |
| 340b Program Expenses | | - | (2,452) | (4,160) | (6,995) |
| Practices Subsidy | | (42,641) | (28,440) | (29,202) | (29,987) |
| Insurance | | (7,014) | (7,224) | (7,441) | (7,664) |
| MSO Expenses | | (29,820) | (20,874) | (18,787) | (18,175) |
| Other Operating Expenses | | (20,849) | (35,228) | (41,034) | (47,796) |
| **Total Operating Expenses** | | **(300,395)** | **(317,735)** | **(346,060)** | **(379,855)** |
| **Operating Income** | $ | **(70,517)** $ | **(24,430)** $ | **(1,274)** $ | **21,067** |
| **Non-Operating Expenses** | | | | | |
| Restructuring Costs | | (8,513) | (9,000) | - | - |
| Gain / (Loss) on Extinguishment of Debt | | - | 197,398 | - | - |
| Management Fees | | - | (15,300) | (20,400) | (20,400) |
| Interest | | (19,598) | (7,773) | (9,839) | (9,801) |
| Depreciation & Amortization | | (4,729) | (4,103) | (4,103) | (4,103) |
| **Total Non-Operating Expenses** | | **(32,840)** | **161,222** | **(34,342)** | **(34,304)** |
| **Change in Net Assets** | $ | **(103,356)** $ | **136,792** $ | **(35,616)** $ | **(13,237)** |

**CarePoint Health Consolidated (Adjusted)**
*$ in USD thousands*

| | | FY24 | FY25 | FY26 | FY27 |
|---|---|---:|---:|---:|---:|
| **BALANCE SHEET** | | | | | |
| **Assets** | | | | | |
| Current Assets | | | | | |
| Cash & Cash Equivalents | $ | 8,781 | 1,500 | 1,500 | 2,385 |
| Accounts Receivable | | 88,410 | 72,475 | 68,635 | 66,053 |
| Investments | | 4,050 | 4,050 | 4,050 | 4,050 |
| Other Current Assets | | 259 | 259 | 259 | 259 |
| Prepaid Expenses | | 10,771 | 10,771 | 10,771 | 10,771 |
| Inventory | | 7,208 | 9,248 | 10,876 | 12,654 |
| Total Current Assets | $ | 119,479 | 98,304 | 96,092 | 96,174 |
| Non-Current Assets | | | | | |
| Plant, Property, & Equipment | | 36,414 | 48,410 | 58,957 | 55,204 |
| ROU Asset | | 19,883 | 19,883 | 19,883 | 19,883 |
| Intangible Assets | | 10,298 | 10,298 | 10,298 | 10,298 |
| **Total Assets** | $ | **186,074** | **176,896** | **185,230** | **181,559** |
| **Liabilities** | | | | | |
| Current Liabilities | | | | | |
| Prepetition Accounts Payable | | 116,275 | - | - | - |
| Post-Petition Accounts Payable | | 5,767 | 14,305 | 15,968 | 17,987 |
| Accrued Expenses | | 23,582 | 21,582 | 21,582 | 21,582 |
| Accrued Interest | | 6,855 | - | - | - |
| Current Portion of Capital Leases Payable | | 9,866 | 9,866 | 9,866 | 9,866 |
| Intercompany Payable, net | | 473 | 473 | 473 | 473 |
| Other Current Liabilities | | 38,306 | 38,306 | 38,306 | 38,306 |
| Total Current Liabilities | $ | 201,124 | 84,533 | 86,195 | 88,214 |
| Non-Current Liabilities | | | | | |
| Long-Term Debt | | 96,325 | 23,791 | 23,711 | 23,711 |
| DIP Loan | | 15,129 | 33,184 | 37,099 | 41,476 |
| Litigation Seed Money | | - | 3,500 | 3,500 | - |
| Deferred Revenue | | 5,607 | 5,607 | 5,607 | 5,607 |
| Implied Funding Need | | 276 | 28,311 | 73,201 | 86,306 |
| Non-Current Portion of Capital Leases Payable | | 28,495 | 22,059 | 15,623 | 9,187 |
| Total Liabilities | $ | 346,954 | 200,984 | 244,935 | 254,502 |
| **Net Assets** | | | | | |
| Net Assets | | (57,739) | (160,881) | (24,089) | (59,705) |
| Current Year Net Income | | (103,142) | 136,792 | (35,616) | (13,237) |
| **Liabilities and Net Assets** | $ | **186,074** | **176,896** | **185,230** | **181,559** |

**CarePoint Health Consolidated (Adjusted)**
*$ in USD thousands*

| | | FY24 | | FY25 | | FY26 | | FY27 |
|---|---|---:|---|---:|---|---:|---|---:|
| **STATEMENT OF CASH FLOWS** | | | | | | | | |
| **Cash Flows from Operating Activities** | | | | | | | | |
| Net Income | $ | (103,356) | $ | 136,792 | $ | (35,616) | $ | (13,237) |
| Adjustment for Non-Cash (Income) / Expenses | | | | | | | | |
| (+) Depreciation & Amortization | | 4,729 | | 4,103 | | 4,103 | | 4,103 |
| (+) (Gain) / Loss | | - | | (197,398) | | - | | - |
| (+) PIK Interest on DIP Loan | | - | | 2,684 | | 3,915 | | 4,377 |
| Changes in Operating Assets and Liabilities | | | | | | | | |
| Δ in Accounts Receivable | | 5,346 | | 15,934 | | 3,840 | | 2,582 |
| Δ in Intercompany Receivables | | (2,658) | | - | | - | | - |
| Δ in Other Current Assets | | (76) | | - | | - | | - |
| Δ in Prepaid Expenses | | (728) | | - | | - | | - |
| Δ in Inventory | | (103) | | (2,040) | | (1,628) | | (1,779) |
| Δ in Right of Use Asset | | (0) | | - | | - | | - |
| Δ in Prepetition Accounts Payable | | 35,261 | | (1,744) | | - | | - |
| Δ in Post-Petition Accounts Payable | | 5,767 | | 8,539 | | 1,662 | | 2,019 |
| Δ in Accrued Expenses | | 10,416 | | - | | - | | - |
| Δ in Accrued Interest | | 1,453 | | - | | - | | - |
| Δ in Other Current Liabilities | | 8,340 | | (6,436) | | (6,436) | | (6,436) |
| Δ in Deferred Revenue | | (4,651) | | - | | - | | - |
| **Total Cash Flows from Operating Activities** | $ | (40,261) | $ | (39,565) | $ | (30,159) | $ | (8,370) |
| | | | | | | | | |
| **Cash Flows from Investing Activities** | | | | | | | | |
| (-) Capital Expenditures | | 3,156 | | (16,100) | | (14,650) | | (350) |
| (+) Asset Disposals | | 20 | | - | | - | | - |
| Δ in Investments | | - | | - | | - | | - |
| **Total Cash Flows from Investing Activities** | $ | 3,176 | $ | (16,100) | $ | (14,650) | $ | (350) |
| | | | | | | | | |
| **Cash Flows from Financing Activities** | | | | | | | | |
| Δ in Debt | | 23,758 | | 1,478 | | (80) | | - |
| Δ in DIP Loan | | 15,129 | | 15,371 | | - | | - |
| Δ in Exit Facility | | - | | 3,500 | | - | | (3,500) |
| Δ in Implied Funding Need | | 276 | | 28,036 | | 44,889 | | 13,105 |
| **Total Cash Flows from Financing Activities** | $ | 39,163 | $ | 48,385 | $ | 44,809 | $ | 9,605 |
| | | | | | | | | |
| **Net Cash Flows** | $ | 2,078 | $ | (7,281) | $ | - | $ | 885 |
| Beginning Cash | | 6,703 | | 8,781 | | 1,500 | | 1,500 |
| **Ending Cash** | $ | 8,781 | $ | 1,500 | $ | 1,500 | $ | 2,385 |

| | Hoboken University Medical Center | Christ Hospital |
|---|---|---|
| **Assumptions** | | |
| **Income Statement** | | |
| Net Patient Service Revenue | Assumes volumes in FY25 return to baseline levels. Also assumes revenue cycle stabilization and improvement. | Assumes volumes in FY25 return to baseline levels. Also assumes revenue cycle stabilization and improvement. |
| Other Operating Revenue | Includes Charity Care, County Option settlement agreement, grants, and $10m per year of Litigation Proceeds across both hospitals. | Includes Charity Care, County Option settlement agreement, grants, and $10m per year of Litigation Proceeds across both hospitals. |
| 340b Program Revenue | N/A | Revenue based on projected patient volumes across discharged patients, ED visits, MOBs, satellite sites and OP surgery visits and estimated scripts per visit, capture rate of scripts per visit, and dollars per script based on IP / OP / SDS to calculate revenue. |
| Salaries & Wages | Assumes 10% YoY increase for salaries & wages. Benefits are forecasted at 16% of salaries & wages, consistent with recent history. | Assumes 10% YoY increase for salaries & wages. Benefits are forecasted at 16% of salaries & wages, consistent with recent history. |
| Supplies | Assumes 2024 actuals as baseline to calculate medical / surgical supplies spend. Projected as percentage of NPSR in the out years. | Assumes 2024 actuals as baseline to calculate medical / surgical supplies spend. Projected as percentage of NPSR in the out years. |
| Facilities | Rent remains as per the lease and increases ~3% YoY. Property taxes, utilities, maintenance & repairs all increase 3% YoY to account for inflation. | Rent increases from $5m to $7m annually after April 2025 as part of HRH's transaction of acquiring the Christ real estate. Property taxes, utilities, maintenance & repairs all increase 3% YoY to account for inflation. |
| Pharmaceuticals | Assumes 2024 actuals as baseline to calculate pharmaceuticals supplies spend. Projected as percentage of NPSR in the out years. | Assumes 2024 actuals as baseline to calculate pharmaceuticals supplies spend. Projected as percentage of NPSR in the out years. |
| 340b Program Expenses | N/A | Assumes COGS is 15% of revenue, other expenses is 5% of revenue, and labor is estimated at 25% of revenue for pharmacy labor only. |
| Practice Subsidy | Includes subsidy provided to the Practices as well as Physician fees. Also assumes 40% reduction in subsidy payment in 2025 due to outsourcing of the Medical Groups to an external management company. Assumes 3% YoY rate increases in 2026 & 2027 to account for Physician wage increases. Assumes a 10% reduction in ad-hoc physician fees due to elimination of various directorship / preceptorship programs. | Includes subsidy provided to the Practices as well as Physician fees. Also assumes 40% reduction in subsidy payment in 2025 due to outsourcing of the Medical Groups to an external management company. Assumes 3% YoY rate increases in 2026 & 2027 to account for Physician wage increases. Assumes a 10% reduction in ad-hoc physician fees due to elimination of various directorship / preceptorship programs. |
| Insurance | Assumes 3% YoY increase. | Assumes 3% YoY increase. |
| MSO Expenses | Assumes a reduction of 30% in 2025 due to reallocation of collection fees to purchased services, reduction of IT spend, consolidation of back-office functions and termination of various roles. 2026 & 2027 assumes a further 10% YoY reduction to account for four-hospital MSO where economies of scale will be used to consolidate functions and shared services across the system. | Assumes a reduction of 30% in 2025 due to reallocation of collection fees to purchased services, reduction of IT spend, consolidation of back-office functions and termination of various roles. 2026 & 2027 assumes a further 10% YoY reduction to account for four-hospital MSO where economies of scale will be used to consolidate functions and shared services across the system. |
| Other Operating Expenses | Includes Purchased Services, which uses 2024 actuals as a baseline to calculate Purchased Services spend. Added Revenue Cycle Collection Fees estimated at 2.1% of NPSR (historically categorized under MSO Expenses). | Includes Purchased Services, which uses 2024 actuals as a baseline to calculate Purchased Services spend. Added Revenue Cycle Collection Fees estimated at 2.1% of NPSR (historically categorized under MSO Expenses). |
| Restructuring Costs | Includes DIP budget for restructuring costs through end of March 2025. Assumes CarePoint emerges from Bankruptcy in March 2025. | Includes DIP budget for restructuring costs through end of March 2025. Assumes CarePoint emerges from Bankruptcy in March 2025. |
| Gain / (Loss) on Extinguishment of Debt | Between Christ and HUMC, assumes $2.0m gain on extinguishment due to change in PTO accrual policy in January 2025. Also assumes $195.4m gain on extinguishment due to emergence from Bankruptcy in accordance with Plan. | Between Christ and HUMC, assumes $2.0m gain on extinguishment due to change in PTO accrual policy in January 2025. Also assumes $195.4m gain on extinguishment due to emergence from Bankruptcy in accordance with Plan. |
| Management Fees | $1.7m / month beginning in April 2025 across both hospitals as per Hudson Regional's Management Services Agreement. | $1.7m / month beginning in April 2025 across both hospitals as per Hudson Regional's Management Services Agreement. |
| Interest | Assumes an exit facility sized at $52.2m ($19.7m for Capitala, $2.0m for Maple, $30.5m for HRH) between Christ and HUMC at 12% interest. | Assumes an exit facility sized at $52.2m ($19.7m for Capitala, $2.0m for Maple, $30.5m for HRH) between Christ and HUMC at 12% interest. |
| Depreciation | Projections assume depreciation is held flat throughout. As existing assets are depreciated and new assets are added to the books, assumes an even offset in depreciation expense. | Projections assume depreciation is held flat throughout. As existing assets are depreciated and new assets are added to the books, assumes an even offset in depreciation expense. |

| Assumptions | | |
|---|---|---|
| **Balance Sheet** | Hoboken University Medical Center | Christ Hospital |
| **Accounts Receivable** | Forecasted using estimated post-Effective DSO adjusted downward to reflect increased efficiency of new RCM vendor and post-Effective Debtor. | Forecasted using estimated post-Effective DSO adjusted downward to reflect increased efficiency of new RCM vendor and post-Effective Debtor. |
| **Investments** | Forecasted to remain flat. | Forecasted to remain flat. |
| **Other Current Assets** | Forecasted to remain flat. | Forecasted to remain flat. |
| **Intercompany Receivables** | Forecasted to remain flat and netted against Intercompany Payables. | Forecasted to remain flat and netted against Intercompany Payables. |
| **Prepaid Expenses** | Forecasted to remain flat. | Forecasted to remain flat. |
| **Inventory** | Forecasted using estimated post-Effective DIO based on actuals. | Forecasted using estimated post-Effective DIO based on actuals. |
| **Property, Plant, & Equipment** | Management forecast used for Depreciation Expense. | Management forecast used for Depreciation Expense. |
| **Right of Use Assets** | Forecasted to remain flat, consistent with recent history. | N/A |
| **Intangible Assets** | Forecasted to remain flat, consistent with recent history. | N/A |
| **Accounts Payable** | Forecasted using estimated post-Effective DPO adjusted downward to reflect increased efficiency of post-Effective Debtor. | Forecasted using estimated post-Effective DPO adjusted downward to reflect increased efficiency of post-Effective Debtor. |
| **Accrued Expenses** | N/A | Forecasted to remain flat. |
| **Accrued Interest** | Driven by changes in accrued interest on debt. | Driven by changes in accrued interest on debt. |
| **Intercompany Payables** | Forecasted to remain flat and netted against Intercompany Receivables. | Forecasted to remain flat and netted against Intercompany Receivables. |
| **Other Current Liabilities** | Forecasted to remain flat, consistent with recent history. | Forecasted to remain flat, consistent with recent history. |
| **Deferred Revenue** | Forecasted to remain flat, consistent with recent history. | Forecasted to remain flat, consistent with recent history. |
| **Capital Leases** | Forecasted to amortize at rate consistent with recent history, then allocated between Current and Non-Current. | Forecasted to amortize at rate consistent with recent history, then allocated between Current and Non-Current. |
| **Long-Term Debt** | Includes $19.7m for Capitala and $2.0m for Maple between Christ and HUMC at 12% interest. | Includes $19.7m for Capitala and $2.0m for Maple between Christ and HUMC at 12% interest. |
| **DIP Loan** | Assumes total draws between two hospitals of $30.5m with PIK interest at 11.0%. | Assumes total draws between two hospitals of $30.5m with PIK interest at 11.0%. |
| **Litigation Seed Money** | Assumes $3.5m facility paid in lump-sum upon Confirmation at 18% interest paid quarterly. | Assumes $3.5m facility paid in lump-sum upon Confirmation at 18% interest paid quarterly. |
| **Implied Funding Need** | Represents additional funding needs of CarePoint. | Represents additional funding needs of CarePoint. |