## EXHIBIT B

**Summary of Charges Under the Access Contracts**

| Service Entity | Account No. | Name | October (11/1/24-11/30/24) | November (12/1/24-12/31/24) | December (1/1/25-1/31/25) | January (2/1/25-2/28/25) | Totals |
|---|---|---|---|---|---|---|---|
| SE-000145185 | NPD00253 | CHRIST HOSPITAL : HUMC OPCO  LLC-MEDICAL REOCRDS | $ 2,033.80 | $ 2,092.80 | $ 2,092.80 | $ 1,650.01 | $ 7,869.41 |
| SE-000144929 | NPD00428 | CHRIST HOSPITAL : CHRIST HOSPITAL CRC-BEHAVIORAL HEALTH | $ 433.10 | $ 444.20 | $444.20 | $ 365.79 | $ 1,687.29 |
| SE-000145058 | NPD00519 | CHRIST HOSPITAL : HUMC OPCO  LLC-CENTER FOR FAMILY HEALTH | $ 1,714.71 | $ 1,767.36 | $ 1,767.36 | $ 1,630.38 | $ 6,879.81 |
| SE-000144795 | NPD00574 | CHRIST HOSPITAL : HUMC OPCO  LLC-3RD FLOOR LAB | $ 2,367.84 | $ 2,587.28 | $ 2,587.28 | $ 2,150.30 | $ 9,692.70 |
| SE-000145006 | NPD00575 | CHRIST HOSPITAL : HUMC OPCO  LLC-LAB DEPT | $ 555.35 | $ 568.07 | $568.07 | $ 484.84 | $ 2,176.33 |
| SE-000144845 | NPD00581 | CHRIST HOSPITAL : HUMC OPCO  LLC-CARDIOLOGY | $ 315.83 | $ 315.83 | $315.83 | $ 270.77 | $ 1,218.26 |
| SE-000144737 | NPD00586 | CHRIST HOSPITAL : HUMC OPCO  LLC-CARDIOLOGY DEPT | $ 843.42 | $ 867.05 | $867.05 | $ 751.01 | $ 3,328.53 |
| SE-000145041 | NPD00588 | CHRIST HOSPITAL : HUMC OPCO  LLC-EEG | $ 383.71 | $ 383.69 | $383.69 | $ 359.20 | $ 1,510.29 |
| SE-000144921 | NPD00608 | CHRIST HOSPITAL : CHRIST HOSPITAL-RAD PROFF & MAM | $ 3,281.58 | $ 3,379.24 | $ 3,379.24 | $ 3,034.31 | $ 13,074.37 |
| SE-000145090 | NPD00663 | CHRIST HOSPITAL | $ 7,713.62 | $ 7,966.48 | $7,966.48 | $ 7,123.72 | $ 30,770.30 |
| SE-000145180 | NPD00675 | CHRIST HOSPITAL : HUMC OPCO  LLC-RADIOLOGY | $ 12,998.18 | $ 13,427.00 | $13,427.00 | $ 12,047.76 | $ 51,899.94 |
| SE-000144959 | NPD00706 | CHRIST HOSPITAL : HUMC OPCO  LLC-MENTAL HEALTH | $ 1,220.67 | $ 1,255.54 | $1,255.54 | $ 1,105.72 | $ 4,837.47 |
| SE-000144911 | NPD00713 | CHRIST HOSPITAL : CHRIST HOSPITAL RADIOLOGY | $ 32,102.00 | $ 33,355.89 | $33,998.28 | $ 32,637.30 | $ 132,093.47 |
| SE-000144897 | NPD00897 | CHRIST HOSPITAL : HUMCO OPCO  LLC-MATERNAL FETAL MEDICINE | $ 650.06 | $ 667.46 | $667.46 | $ 572.93 | $ 2,557.91 |
| SE-000144673 | NPD00950 | CHRIST HOSPITAL : HUMC OPCO  LLC-RESPIRATORY | $ 383.69 | $ 383.69 | $383.69 | $ 359.20 | $ 1,510.27 |
| SE-000145321 | NPD01055 | CHRIST HOSPITAL : Christ Hospital Home Health | $ 381.43 | $ 381.43 | $ 381.42 | $ 282.66 | $ 1,426.94 |
| SE-000145162 | NPD10077 | CHRIST HOSPITAL : CHRIST HOSPITAL FINANCE DEPT. | $ 1,163.69 | $ 1,195.46 | $ 1,195.46 | $ 984.86 | $ 4,539.47 |
| SE-000144792 | NPD10098 | ST MARY'S HOSPITAL AMBULATORY SERVICES | $ 362.04 | $ 362.04 | $ 362.04 | $ 336.49 | $ 1,422.61 |
| SE-000144678 | NPD10160 | CHRIST HOSPITAL : CHRIST HOSPITAL CRC GRANTS | $ 349.69 | $ 349.75 | $349.75 | $ 325.23 | $ 1,374.42 |
| SE-000145144 | NPD10188 | CHRIST HOSPITAL : CHRIST HOSPITAL HOME HEALTH DEPARTMENT | $ 1,237.97 | $ 1,272.00 | $ 1,272.00 | $ 1,056.69 | $ 4,838.66 |
| SE-000145155 | NPD10196 | CHRIST HOSPITAL : HUMC OPCO  LLC-RADIOLOGY | $ 2,679.79 | $ 2,731.10 | $ 2,731.10 | $ 2,426.05 | $ 10,568.04 |
| SE-000145110 | NPD10204 | CHRIST HOSPITAL : HUMC OPCO  LLC-NURSERY | $ 383.70 | $ 383.69 | $383.69 | $ 359.21 | $ 1,510.29 |
| SE-000144884 | NPD10232 | CHRIST HOSPITAL : HUMC OPCO  LLC-MATERIAL MANAGEMENT | $ 505.98 | $ 518.40 | $518.40 | $ 436.09 | $ 1,978.87 |
| SE-000145074 | NPD10391 | CHRIST HOSPITAL : CHRIST HOSPITAL | $ 337.52 | $ 337.52 | $337.52 | $ 313.02 | $ 1,325.58 |
| SE-000145003 | NPD10565 | HOBOKEN FAITH SERVICES | $ 304.05 | $ 304.05 | $ 304.05 | $ 276.81 | $ 1,188.96 |
| SE-000145213 | NPD10601 | CHRIST HOSPITAL : HUMC OPCO-FINANCE DEPT. | $ 275.16 | $ 275.16 | $275.16 | $ 252.19 | $ 1,077.67 |
| SE-000149175 | NQD000253 | CHRIST HOSPITAL : HUMC OPCO  LLC-MEDICAL RECORDS | $ 224.12 | $ 230.91 | $ 230.91 | $ 210.52 | $ 896.46 |
| | | | $ 75,202.70 | $ 77,803.09 | $78,445.47 | $ 71,803.06 | $ 303,254.32 |