**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| | : | CASE NO. 24-12534 (JKS) |
| CarePoint Health Systems, Inc. | : | |
| dba Just Health Foundation. | : | |
| | : | |
| Debtor. | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Julie M. Murphy, Esquire, of Stradley Ronon Stevens & Young, LLP, hereby enters her appearance in the above-captioned case on behalf of Horizon Blue Cross Blue Shield of New Jersey, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), and hereby demands that all notices given or required to be given and all papers served or required to be served in this Chapter 11 case be delivered and served upon Horizon Blue Cross Blue Shield of New Jersey at the address set forth below:

Julie M. Murphy, Esquire
Stradley, Ronon, Stevens & Young, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 295-3805
Facsimile: (302) 295-4801
E-mail: jmmurphy@stradley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices, papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which, in any way, affect the above-captioned debtor or its property.

5306610v.1

**PLEASE TAKE FURTHER NOTICE** that Horizon Blue Cross Blue Shield of New Jersey does not intend for this request for notice or any later pleading, claim or suit to constitute a waiver of (1) the right of Horizon Blue Cross Blue Shield of New Jersey to have final orders in non-core matters entered only after de novo review by the District Court, (2) the right of Horizon Blue Cross Blue Shield of New Jersey to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of Horizon Blue Cross Blue Shield of New Jersey to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which Horizon Blue Cross Blue Shield of New Jersey is or may be entitled.

                                              STRADLEY, RONON, STEVENS & YOUNG, LLP

                                              By: */s/ Julie M. Murphy*
                                                  Julie M. Murphy, Esq. (DE ID. 5856)
                                                  Stradley, Ronon, Stevens & Young, LLP
                                                  1000 N. West Street, Suite 1200
                                                  Wilmington, DE 19801
                                                  Telephone:  (302) 295-3805
                                                  Facsimile:  (302) 295-4801
                                                  E-mail: jmmurphy@stradley.com

February 28, 2025

## **CERTIFICATE OF SERVICE**

I, Julie M. Murphy, do hereby certify that a true and correct copy of the foregoing request for notices was filed via the Court's CM/ECF system on February 28, 2025, and served on all counsel of record via electronic notification.

February 28, 2025 /s/ Julie M. Murphy
　　　　　　　　　　　　　　　　　　　　　　　　　　Julie M. Murphy, Esq.

5306610v.1