# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 744, & 758 - 760** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 26, 2025, I caused to be served the:

   a. "Debtors' Objection to Motion of Insight Management and Consulting Services, Inc. for Estimation and Temporary Allowance of its Claim Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018," dated February 24, 2025 [Docket No. 744], (the "Motion Objection"),

   b. "Order Approving Stipulation Resolving Maple Healthcare LLC's Objection to Debtors' Bar Date Motion," dated February 26, 2025 [Docket No. 758], (the "Maple Stipulation Order"),

   c. "Order Granting Debtors' First Omnibus Substantive Objection to Certain Claims for Voting Purposes," dated February 26, 2025 [Docket No. 759], (the "1st Omni Objection"), and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

    d. "Order Approving Stipulation by and Between the Debtors and Joseph S. Raccuia, M.D. Resolving Motion for Relief from the Automatic Stay to Continue Pending Litigation," dated February 26, 2025 [Docket No. 760], (the "Raccuia Stipulation Order"),

by causing true and correct copies of the:

    i. Motion Objection, Maple Stipulation Order, 1st Omni Objection, and Raccuia Stipulation Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii. 1st Omni Objection to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii. Motion Objection, Maple Stipulation Order, 1st Omni Objection, and Raccuia Stipulation Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, and

    iv. Raccuia Stipulation Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D.</u>

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                                */s/ Andrea Speelman*
                                                Andrea Speelman

**EXHIBIT A**

CAREPOINT HEALTH SYSTEMS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19904 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD. SUITE 100 DOVER DE 19904 |
| NEW JERSEY DEPARTMENT OF HUMAN SERVICES | 222 S. WARREN ST TRENTON NJ 08625 |
| STATE OF NEW JERSEY DEPT OF HUMAN SERVICES | PO BOX 700 TRENTON NJ 08625-0700 |

**Total Creditor count: 4**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| INSIGHT CAPITAL LLC | C/O MAURICE WUTSCHER LLP 23611 CHAGRIN BLVD, STE 207 BEACHWOOD OH 44122 |
| SIGNATURE RX INVESTMENTS LLC | C/O WARSHAW BURSTEIN LLP ATTN MARTIN S SIEGEL 575 LEXINGTON AVE, 7TH FL NEW YORK NY 10022 |
| SPECIALTY CARES RX LLC | ATTN OMAR SHARIF 801 S CHURCH ST, STE 9 MOUNT LAUREL NJ 08054 |
| SPECIALTY CARES RX LLC | C/O RABINOWITZ LUBETKIN & TULLY LLC ATTN JONATHAN I RABINOWITZ, ESQ 293 EISENHOWER PKWY, STE 100 LIVINGSTON NJ 07039 |

**Total Creditor count: 4**

**EXHIBIT C**

CarePoint Health Systems, Inc., *et al.*,
Case No. 24-12534 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| ASHBY & GEDDES, PA. | RPalacio@ashbygeddes.com |
| BASS, BERRY & SIMS PLC | pjennings@bassberry.com; eal-nimri@bassberry.com; sara.morgan@bassberry.com |
| BAYARD, P.A. | nglassman@bayardlaw.com; ejohnson@bayardlaw.com; ariches@bayardlaw.com |
| BAYONNE MEDICAL CENTER OPCO LLC | vroldan@mblawfirm.com |
| BIELLI & KLAUDER, LLC | DKLAUDER@BK-LEGAL.COM |
| BROWN MCGARRY NIMEROFF LLC | jnimeroff@brownnimeroff.com |
| CAPITALA PRIVATE ADVISORS, LLC | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CHIPMAN BROWN CICERO & COLE LLP | root@chipmanbrown.com |
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; mwoods@cwsny.com; mstolz@cwsny.com |
| COLE SCHOTZ P.C. | jdougherty@coleschotz.com; msirota@coleschotz.com; rjareck@coleschotz.com |
| COMMITTEE OF INTERNS AND RESIDENTS | chull@cirseiu.org |
| Committee of Interns and Residents SEIU | chull@cirseiu.org |
| COUNTY OF HUDSON | Dkenny@hcnj.us |
| COZEN O'CONNOR | jcarroll@cozen.com; rdellosa@cozen.com |
| DAVIS, MALM & D'AGOSTINE, P.C. | Apanebianco@davismalm.com |
| DUANE MORRIS LLP | ljkotler@duanemorris.com |
| EARP COHN P.C. | rschlaifer@earpcohn.com; AEtish@earpcohn.com |
| EPSTEIN BECKER & GREEN, P.C. | wmarcari@ebglaw.com; jflynn@ebglaw.com; RCochran@ebglaw.com |
| FLEISCHER, FLEISCHER & SUGLIA P.C. | nsuglia@fleischerlaw.com |
| GIBBONS P.C. | kearle@gibbonslaw.com; mconlan@gibbonslaw.com; dcrapo@gibbonslaw.com |
| GIORDANO, HALLERAN & CIESLA, P.C. | dcampbell@ghclaw.com; cschroeder@ghclaw.com |

CarePoint Health Systems, Inc., *et al.*,
Case No. 24-12534 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| Health Professionals & Allied Employees AFT-AFL/CIO | dwhite@hpae.org |
| INTERNAL REVENUE SERVICE | VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV |
| INTERNAL REVENUE SERVICE | GREGORY.S.MOXLEY@IRS.GOV |
| KLESTADT WINTERS JURELLER SOUTHARD | fstevens@klestadt.com |
| KUTAK ROCK LLP | lisa.peters@kutakrock.com |
| LAW OFFICE OF MITCHELL J MALZBERG ESQ | mmalzberg@mjmalzberglaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN ESQ | skaufman@skaufmanlaw.com |
| LEVENFELD PEARLSTEIN, LLC | SWILLIAMS@LPLEGAL.COM; HISRAEL@LPLEGAL.COM |
| LOIZIDES P.A. | loizides@loizides.com |
| MANDELBAUM BARRETT PC | vroldan@mblawfirm.com |
| MAPLE HEALTHCARE, LLC | info@maplehealthgroup.com |
| MAURICE, WUTSCHER, LLP | ahochheiser@mauricewutscher.com |
| MCMANIMON, SCOTLAND & BAUMANN LLC | splacona@msbnj.com |
| Medely, Inc. | bankruptcy@medely.com |
| MOORE & VAN ALLEN PLLC | alanpope@mvalaw.com; gabrielmathless@mvalaw.com; matthewtaylor@mvalaw.com |
| NEW JERSEY DEPT OF HEALTH | robert.iannaccone@doh.nj.gov |
| Nurse Staffing, LLC d/b/a Nurses 24/7 | kmaleck@exchange.nurses247.com; alazar@siercapital.com |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | Jane.M.Leamy@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; joneill@pszjlaw.com; crobinson@pszjlaw.com |
| PASHMAN SEIN WALDER HAYDEN P.C. | agambale@pashmanstein.com; dalvarez@pashmanstein.com; leisenberg@pashmanstein.com; jweiss@pashmanstein.com; rriley@pashmanstein.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | casantaniello@pbnlaw.com; raparisi@pbnlaw.com; rmschechter@pbnlaw.com |
| Public Service Electric and Gas Company | alexandra.grant@pseg.com |

CarePoint Health Systems, Inc., *et al.*,
Case No. 24-12534 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| RABINOWITZ, LUBETKIN & TULLY L.L.C | JRabinowitz@rltlawfirm.com; JLubetkin@rltlawfirm.com; hkarwowski@rltlawfirm.com |
| REED SMITH LLP | kgwynne@reedsmith.com; ccapp@reedsmith.com |
| RIKER DANZIG LLP | jschwartz@RIKER.com; tschellhorn@RIKER.com |
| ROYER COOPER COHEN BRAUNFELD LLC | MSkapof@rccblaw.com |
| SAUL EWING LLP | monique.disabatino@saul.com; john.demmy@saul.com; nicholas.smargiassi@saul.com |
| SECURITIES & EXCHANGE COMMISSION | Chair@sec.gov |
| Sierra Health Group LLC | rdovgala@sierrahealth.net |
| SILLS CUMMIS & GROSS P.C. | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| Sodexo, Inc. & Affiliates | amelia.davis@sodexo.com |
| STARK & STARK P.C. | jlemkin@stark-stark.com |
| STATE OF NEW JERSEY DIVISION OF TAXATION | TAXATION.BANKRUPTCY@TREAS.NJ.GOV |
| SULLIVAN HAZELTINE ALLINSON LLC | zallinson@sha-llc.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |
| TYDINGS & ROSENBERG LLP | sgerald@tydings.com; jselba@tydings.com |
| VARNUM LLP | bgbest@varnumlaw.com |
| WARSHAW BURSTEIN LLP | msiegel@wbny.com; ahack@wbny.com; mmarcucci@wbny.com |
| WILSON SONSINI GOODRICH & ROSATI P.C. | efay@wsgr.com; hlambert@wsgr.com |
| WINDELS MARX LANE & MITTENDORF LLP | eperal@windelsmarx.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | marcy.smith@wbd-us.com; matthew.ward@wbd-us.com; ahack@wbny.com; mmarcucci@wbny.com; msiegel@wbny.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | mlunn@ycst.com; rpoppiti@ycst.com; bankfilings@ycst.com |

**EXHIBIT D**

CarePoint Health Systems, Inc., *et al.*,
Case No. 24-12534 (JKS)
Electronic Mail Additional Service List

| Creditor Name | Email Address |
|---|---|
| Michael J. Joyce | mjoyce@mjlawoffices.com |
| TRENK ISABEL SIDDIQI & SHAHDANIAN P.C. | rtrenk@trenkisabel.law |