# SIGN-IN SHEET

CASE NAME: CAREPOINT

CASE NO:

COURTROOM LOCATION:

DATE:  at

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Garson McDaniel | Hogan McDaniel | Resolute Perioperative |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

## 10:00 AM

**24-12534-JKS CarePoint Health Systems, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Anne M. Aaronson | Dilworth Paxson LLP | Debtors | 10:00 AM | Zoom(Video and Audio) | yes |
| Mason Allen | Mandelbaum Barrett PC | Hudson Regional Hospital | 10:00 AM | Zoom(Video and Audio) | yes |
| Elihu Ezekiel Allinson, III | Sullivan Hazeltine Allinson LLC | Samuel Mapp | 10:00 AM | Audio Only | no |
| Adam Alonso | Hudson Regional Hospital | Hudson Regional Hospital | 10:00 AM | Zoom(Video and Audio) | yes |
| Rick Archer | Law360 | | 10:00 AM | Audio Only | no |
| Steven Church | | non-party | 10:00 AM | Zoom(Video and Audio) | no |
| Mark B. Conlan | Gibbons P.C. | Journal Square Urban Renewal Associates | 10:00 AM | Zoom(Video and Audio) | yes |
| Scott D. Cousins | Lewis Brisbois | Hudson Regional Hospitals, LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| John D. Demmy | Saul Ewing LLP | Access Information Management Corporation | 10:00 AM | Zoom(Video and Audio) | yes |
| Gregory T. Donilon | Montgomery McCracken Walker & Rhoads LLP | New Jersey Department of Health | 10:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | Live |
|---|---|---|---|---|---|
| Jack M. Dougherty | Cole Schotz P.C. | Insight Management and Consulting Services, Inc. | 10:00 AM | Zoom(Video and Audio) | yes |
| Rosanna Dovgala | | Committee Counsel | 10:00 AM | Zoom(Video and Audio) | yes |
| James Drew | Otterbourg P.C. | | 10:00 AM | Zoom(Video and Audio) | yes |
| Michele M. Dudas | McManimon, Scotland & Baumann, LLC | City of Hoboken | 10:00 AM | Zoom(Video and Audio) | yes |
| Katharina Earle | Gibbons P.C. | Journal Square Plaza Urban Renewal Associates | 10:00 AM | Zoom(Video and Audio) | yes |
| Suzanna Ellefsen | | Pennsylvania Manufacturers Association Insurance | 10:00 AM | Zoom(Video and Audio) | yes |
| Allen Etish | Earp Cohn | Pennsylvania Manufacturers Association Insurance | 10:00 AM | Zoom(Video and Audio) | yes |
| Erin R Fay | Wilson Sonsini Goodrich & Rosati, P.C. | Freehold Trust, et al. | 10:00 AM | Zoom(Video and Audio) | yes |
| Salil Gandhi | Wilson Sonsini Goodrich & Rosati, P.C. | Freehold Trust, et al. | 10:00 AM | Zoom(Video and Audio) | yes |
| Clara E Geoghegan | Law360 | | 10:00 AM | Audio Only | no |

| Name | Firm | Representing | Time | Mode | Live |
|---|---|---|---|---|---|
| Alessandra Glorioso | Dorsey & Whitney (Delaware) LLP | UnitedHealthcare Insurance Company | 10:00 AM | Zoom(Video and Audio) | yes |
| John Grywalski | Hudson Regional Hospital | Hudson Regional Hospital | 10:00 AM | Zoom(Video and Audio) | yes |
| Taylor Harrison | | | 10:00 AM | Audio Only | no |
| Melissa M. Hartlipp | Cole Schotz P.C. | Insight Management and Consulting Services, Inc. | 10:00 AM | Zoom(Video and Audio) | yes |
| Matthew B. Harvey | Morris Nichols Arsht & Tunnell, LLP | CarePoint Health Captive Assurance Co | 10:00 AM | Zoom(Video and Audio) | yes |
| Peter C. Hughes | Dilworth Paxson LLP | Debtors | 10:00 AM | Zoom(Video and Audio) | yes |
| Robert C Iannaccone | State of NJ | NJDOH | 10:00 AM | Zoom(Video and Audio) | yes |
| Harold D. Israel | Levenfeld Pearlstein, LLC | Maple Healthcare, LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Ryan Jareck | Cole Schotz P.C. | Insight Management and Consulting Services, Inc. | 10:00 AM | Zoom(Video and Audio) | yes |
| Harry Kapralos | Hudson Regional Hospital | Hudson Regional Hospital | 10:00 AM | Zoom(Video and Audio) | yes |
| Dr. Nizar Kifaieh | Hudson Regional Hospital | Hudson Regional Hospital | 10:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | Live |
|---|---|---|---|---|---|
| David M. Klauder | Bielli & Klauder, LLC | Maple Healthcare, LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Gregory Kopacz | Sills Cummis & Gross | Committee Counsel | 10:00 AM | Zoom(Video and Audio) | yes |
| Lawrence Joel Kotler | Duane Morris LLP | CH 750 Park LLC, CH Castle, LLC, JC Opco, LLC, | 10:00 AM | Zoom(Video and Audio) | yes |
| Carl N. Kunz | Morris James LLP | Cerecore | 10:00 AM | Zoom(Video and Audio) | yes |
| Heather P. Lambert | Wilson Sonsini Goodrich & Rosati, P.C. | Freehold Trust, et al. | 10:00 AM | Zoom(Video and Audio) | yes |
| Jane M. Leamy | Office of the U.S. Trustee | U.S. Trustee | 10:00 AM | Zoom(Video and Audio) | yes |
| Ava Lennane | | | 10:00 AM | Audio Only | no |
| Scott J. Leonhardt | Esbrook P.C. | Mazuma Capital Corp & Med One Capital Funding, LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Lisa Leshinski | | Committee Counsel | 10:00 AM | Zoom(Video and Audio) | yes |
| Branden Lynn | Warshaw Burstein LLP | Bills Right LLC and Signature RX Investments | 10:00 AM | Zoom(Video and Audio) | yes |
| Mitchell Malzberg | Law Offices of Mitchell J. Malzberg, Esq. | Unions | 10:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Appearance | Live |
|---|---|---|---|---|---|
| Jeffrey Mandler | | | 10:00 AM | Zoom(Video and Audio) | yes |
| Boris Mankovetskiy | Sills Cummis & Gross | Committee Counsel | 10:00 AM | Zoom(Video and Audio) | yes |
| Wendy G. Marcari | Epstein Becker & Green, P.C. | BMC Hospital LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Gabriel Mathless | Moore & Van Allen PLLC | Capitala | 10:00 AM | Zoom(Video and Audio) | yes |
| Marcy J. McLaughlin Smith | Womble Bond Dickinson (US) LLP | J2 Funding, Bills Right LLC and Signature RX | 10:00 AM | Zoom(Video and Audio) | yes |
| Lawrence G. McMichael | Dilworth Paxson LLP | Debtors | 10:00 AM | Zoom(Video and Audio) | yes |
| Aaron Morrill | The Jersey City Times | Media | 10:00 AM | Audio Only | no |
| Yan Moshe | Hudson Regional Hospital | Hudson Regional Hospital | 10:00 AM | Zoom(Video and Audio) | yes |
| David Munkittrick | Proskauer | | 10:00 AM | Audio Only | no |
| Mohamed H. Nabulsi | Mandelbaum Barrett PC | Hudson Regional Hospital | 10:00 AM | Zoom(Video and Audio) | yes |
| Jami B. Nimeroff | Brown McGarry Nimeroff LLC | Sodexo Operations LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| James O'Neill | Pachulski Stang Ziehl & Jones LLP | Committee Counsel | 10:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Method | Live |
|---|---|---|---|---|---|
| Ricardo Palacio | Ashby & Geddes, P.A. | Pennsylvania Manufacturers Association Insurance | 10:00 AM | Zoom(Video and Audio) | yes |
| Eloy A. Peral | Windels Marx Lane & Mittendorf LLP | Saint Peter's University Hospital | 10:00 AM | Zoom(Video and Audio) | yes |
| Doug Placa | | Committee Counsel | 10:00 AM | Zoom(Video and Audio) | yes |
| Sari Blair Placona | McManimon Scotland & Baumann, LLC | Hudson County | 10:00 AM | Zoom(Video and Audio) | yes |
| Robert F. Poppiti, Jr. | Young, Conaway, Stargatt & Taylor, LLP | Capitala | 10:00 AM | Zoom(Video and Audio) | yes |
| Jonathan Rabinowitz | Rabinowitz, Lubetkin & Tully, L.L.C. | J2 Funding LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Ashly L Riches | Bayard, P.A. | JNESO | 10:00 AM | Zoom(Video and Audio) | yes |
| Sophie Rogers Churchill | Morris, Nichols, Arsht & Tunnell LLP | CarePoint Health Captive Assurance Co | 10:00 AM | Zoom(Video and Audio) | yes |
| Vincent J. Roldan | Mandelbaum Barrett PC | Hudson Regional Hospital | 10:00 AM | Zoom(Video and Audio) | yes |
| Richard Sarli | | Debtors | 10:00 AM | Zoom(Video and Audio) | yes |
| Michael Savetsky | Sills Cummis & Gross | Committee Counsel | 10:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Client | Time | Method | Live |
|---|---|---|---|---|---|
| Richard M Schlaifer | Earp Cohn | Pennsylvania Manufacturers Association Insurance | 10:00 AM | Zoom(Video and Audio) | yes |
| Eric D. Schwartz | Morris, Nichols, Arsht & Tunnell LLP | CarePoint Health Captive Assurance Co | 10:00 AM | Zoom(Video and Audio) | yes |
| Joseph L Schwartz | Riker Danzig LLP | JNESO | 10:00 AM | Zoom(Video and Audio) | yes |
| Tara J. Shellhorn | Riker Danzig LLP | JNESO | 10:00 AM | Zoom(Video and Audio) | yes |
| Andrew Sherman | Sills Cummis & Gross | Committee Counsel | 10:00 AM | Zoom(Video and Audio) | yes |
| Martin Siegel | Warshaw Burstein LLP | Bills Right LLC and Signature RX Investments | 10:00 AM | Zoom(Video and Audio) | yes |
| Jack M Small | Dilworth Paxson LLP | Debtors | 10:00 AM | Zoom(Video and Audio) | yes |
| Carl Joseph Soranno | Brach Eichler LLC | Resolute Perioperative Services LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| George J. Spathis | Levenfeld Pearlstein, LLC | Maple Healthcare, LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Matthew Stolz | Cohen, Weiss and Simon LLP | Committee of Interns and Residents | 10:00 AM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 10:00 AM | Audio Only | no |
| Shamiq Syed | | Debtors | 10:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | |
|---|---|---|---|---|---|
| Matthew Taylor | Moore & Van Allen PLLC | Capitala | 10:00 AM | Zoom(Video and Audio) | yes |
| Michael Tomback | | | 10:00 AM | Audio Only | no |
| Christine Tomlin | Dilworth Paxson LLP | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |
| Amy Vulpio | Stradley Ronon Stevens & Young, LLP | Horizon Health Care Services, Inc. and affiliates | 10:00 AM | Zoom(Video and Audio) | yes |
| Thomas M. Walsh | Chiesa Shahinian & Giantomasi PC | Lawler Entities | 10:00 AM | Audio Only | yes |
| Matthew P. Ward | Womble Bond Dickinson (US) LLP | J2 Funding LLC, Bills Right LLC and Signature Rx | 10:00 AM | Zoom(Video and Audio) | yes |
| Jeffrey R. Waxman | Morris James LLP | Dr. Vijayant Singh, as Relator | 10:00 AM | Zoom(Video and Audio) | yes |
| Debbie White | | Committee Counsel | 10:00 AM | Zoom(Video and Audio) | yes |
| Nichole Wilcher | Womble Bond Dickinson (US) LLP | Bills Right LLC and Signature RX Investments | 10:00 AM | Zoom(Video and Audio) | yes |