**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1] | ) Case No. 24-12534 (JKS) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) **Re: Docket No. 811** |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 6th day of March, 2025, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**[Signed] Stipulated Order Resolving Motion of the Official Committee of Unsecured Creditors for Entry of an Order Extending the Challenge Deadline as to Senior Secured Parties [Docket No. 811]**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

Carepoint Health Systems, Inc.
2002 Service List
Email and First Class Mail
Case No. 24-12534 (JKS)
Doc. No. 4920-6563-6104
166—Email
005—First Class Mail

*Co-Counsel to Official Committee of Unsecured Creditors*
Bradford J. Sandler, Esq.
James E. O'Neill, Esq.
Colin R. Robinson, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801
Email: bsandler@pszjlaw.com
joneill@pszjlaw.com
crobinson@pszjlaw.com

*Co-Counsel to Official Committee of Unsecured Creditors*
SILLS CUMMIS & GROSS P.C.
Andrew H. Sherman, Esq.
Boris I. Mankovetskiy, Esq.
One Riverfront Plaza
Newark, NJ 07102
Email: asherman@sillscummis.com
bmankovetskiy@sillscummis.com

*FIRST CLASS MAIL*
Delaware Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE  19904

*FIRST CLASS MAIL*
Delaware State Treasury
820 Silver Lake Blvd.
Suite 100
Dover, DE  19904

*FIRST CLASS MAIL*
Optum
Attn: Tanner Norton
P.O. Box 30760
Salt Lake City, UT  84130

*FIRST CLASS MAIL*
Medical Staffing Network
Attn: Tamara Quam
440 Science Dr. Ste 202
Madison, WI  53711

*FIRST CLASS MAIL*
Medical Staffing Network
Attn: Tamara Quam
P.O. Box 840292
Dallas, TX  75284

*ELECTRONIC MAIL*
Office of The United States Trustee
District Of Delaware
Attn: Jane M. Leamy
844 King St, Ste 2207, Lockbox 35
Wilmington, DE  19801
Email:  jane.m.leamy@usdoj.gov

*ELECTRONIC MAIL*
Stryker Orthopedics
Attn: Rob Fletcher
2825 Airview Blvd
Nashville, TN  37203

*ELECTRONIC MAIL*
Capitala Private Advisors, LLC
200 Park Ave, 35th Fl
New York, NY  10166
Email:  jalala@capitalagroup.com;
sarnall@capitalagroup.com

*ELECTRONIC MAIL*
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346
Email:  victoria.g.mosby@irs.gov;
millie.h.agent@irs.gov

***ELECTRONIC MAIL***
*(*Counsel to The Dip Lender)
Klestadt Winters Jureller Southard
& Stevens LLP,
Attn: Fred Stevens
200 West 41st Street, 17th Floor
New York, NY  10036
Email:  fstevens@klestadt.com

***ELECTRONIC MAIL***
Maple Healthcare, LLC
1740 Broadway, 15th Fl
New York, NY  10019
Email:  info@maplehealthgroup.com

***ELECTRONIC MAIL***
Office of the United States Attorney
District of Delaware
Hercules Building
1313 N Market St Ste 400
Wilmington, DE  19801
Email:  usade.ecfbankruptcy@usdoj.gov

***ELECTRONIC MAIL***
Securities & Exchange Commission
Antonia Apps, Regional Director
100 Pearl St.
Suite 20-100
New York, NY  10004-2616
email:  chair@sec.gov

***ELECTRONIC MAIL***
Securities & Exchange Commission
100 F Street, NE
Washington, DC  20549
Email:  Chair@Sec.Gov

***ELECTRONIC MAIL***
American Red Cross
Attn: General Counsel
13500 South Point Blvd.
Suite L
Charlotte, NC  28273
Email:  TrustsAndEstates@redcross.org

***ELECTRONIC MAIL***
Carefusion Solutions, LLC
Attn: Michelle Quinn
1 Becton Drive
Franklin Lakes, NJ  07417-1880
Email:  customer_support@bd.com;
investor_relations@bd.com

***ELECTRONIC MAIL***
Carefusion Solutions, LLC
Attn: Michelle Quinn
25082 Network Place
Chicago, IL  60673
Email:  customer_support@bd.com;
investor_relations@bd.com

***ELECTRONIC MAIL***
Carepoint Health Captive Assurance Co.
Attn: General Counsel
P.O. Box 905796
Charlotte, NC  28290
Email:  courtney.flynn@strategicrisks.com

***ELECTRONIC MAIL***
Cerecore
Attn: Curtis Watkins
1100 Dr. Martin Luther King Jr Blvd
Nashville, TN  37241
email:  info@cerecoreintl.net

***ELECTRONIC MAIL***
County Of Hudson
Attn: Don Kenny
567 Pavonia Ave.
Jersey City, NJ  07306
email:  dkenny@hcnj.us

***ELECTRONIC MAIL***
CVS Caremark
Attn: Sam Khichi
1 CVS Drive
Woonsocket, RI  02895
Email:  customerservice@caremark.com

***ELECTRONIC MAIL***
Depuy Synthes Sales, Inc
Attn: Liz Forminard
5972 Collections Center Drive
Chicago, IL  60693
Email: investor-relations@its.jnj.com

***ELECTRONIC MAIL***
General Healthcare Resources
Attn: Cody Burch, John Quirk
P.O. Box 825973
Philadelphia, PA  19182
Email:  jquirk@ghresources.com;
info@ghrhealthcare.com

***ELECTRONIC MAIL***
General Healthcare Resources
Attn: Cody Burch, John Quirk
1 Valley Square, Ste 200
Blue Bell, PA  19422
Email:  jquirk@ghresources.com;
info@ghrhealthcare.com

***ELECTRONIC MAIL***
Horizon Health
Attn: Erin Digirolamo
55 Dodge Road
Getzville, NY  14068
Email:  edigirolamo@horizon-health.org

***ELECTRONIC MAIL***
Horizon Health
Attn: Erin Digirolamo
P.O. Box 840839
Dallas, TX  75284
Email: Edigirolamo@Horizon-Health.Org

***ELECTRONIC MAIL***
Hudson Anesthesia Services, LLC
Attn: General Counsel
61 Cornell Dr
Livingston, NJ  07039
Email: hudsonanesthesiologysvcs@gmail.com

***ELECTRONIC MAIL***
Internal Revenue Service
Attn: Gregory Moxley
Box 7346
Philadelphia, PA  19101
Email:  gregory.s.moxley@irs.gov

***ELECTRONIC MAIL***
Intuitive Surgical
Attn: General Counsel
P.O. Box 39000
San Francisco, CA  94139
Email:  ar@intusurg.com

***ELECTRONIC MAIL***
Mandler Family Trust
Attn: Louis Petriello
790 Penllyn Pike
Suite 202
Blue Bell, PA  19422
Email:  louispetriello@gmail.com

***ELECTRONIC MAIL***
Medely, Inc.
Attn: General Counsel
1315 3rd Street Promenade
Santa Monica, CA  90401
Email:  legal@medely.com

***ELECTRONIC MAIL***
Medical Information Tech
Attn: Bess Onepro
P.O. Box 74569
Chicago, IL  60693
Email:  info@meditechintl.com;
lboyle@meditech.com

***ELECTRONIC MAIL***
Med-Metrix
Attn: Steven Kamen
9 Entin Rd
Third Floor
Parsippanny, NJ  07054
Email:  skamen@med-metrix.com

*ELECTRONIC MAIL*
Medtronic
Attn: Ivan Fong
4642 Collections Center Drive
Chicago, IL  60693
Email:  rs.vascularorders@medtronic.com

*ELECTRONIC MAIL*
New Jersey Dept Of Health
Attn: Robbert Iannaccone
P.O. Box 360
Trenton, NJ  08625-0360
Email:  robert.iannaccone@doh.nj.gov

*ELECTRONIC MAIL*
Nurses 24/7
Attn: Pat Atlantic
1700 Route 23 N. Suite. 170
Wayne, NJ  07470
Email:  patlantic@nurses247.com;
recruiting@nurses247.com

*ELECTRONIC MAIL*
Nurses 24/7
Attn: Pat Atlantic
P.O. Box 823473
Philadelphia, PA  19182
Email: patlantic@nurses247.com;
recruiting@nurses247.com

*ELECTRONIC MAIL*
Public Service Enterprise Group Inc
Attn: Tamara L. Linde
80 Park Place
Newark, NJ  07102
Email:  claimsdepartment@pseg.com

*ELECTRONIC MAIL*
Public Service Enterprise Group Inc
Attn: Tamara L. Linde
P.O. Box 14444
New Brunswick, NJ  08906
Email:  claimsdepartment@pseg.com

*ELECTRONIC MAIL*
R1 Rcm Holdco, Inc.
Attn: Sean Radcliffe
433 W. Ascension Way
Suite 200
Murray, UT  84123
Email:  sradcliffe@r1rcm.com

*ELECTRONIC MAIL*
Resolute Perioperative
Attn: General Counsel
242 Main St
Madison, NJ  07940
Email:  nfloth@resolutepartner.com

*ELECTRONIC MAIL*
Sierra Health Group, LLC
Attn: Rosanna Dovgala
440 Franklin St.
Suite 300
Bloomfield, NJ  07003
Email:  info_shg@sierrahealth.net

*ELECTRONIC MAIL*
Sodexo, Inc.
Attn: Sarosh Mistry
P.O. Box 360170
Pittsburgh, PA  15251
Email: accountsreceivable.noram@sodexo.com

*ELECTRONIC MAIL*
Sodexo, Inc.
Attn: Sarosh Mistry
500 Ross St 154-0455
Pittsburgh, PA  15262-0001
Email: accountsreceivable.noram@sodexo.com

*ELECTRONIC MAIL*
State of New Jersey Division of Taxation
Attn: Elizabeth Maher Muoio
3 John Fitch Way, 5th Floor
P.O. Box 245
Trenton, NJ  08695
Email:  taxation.bankruptcy@treas.nj.gov

*ELECTRONIC MAIL*
The Trustees Of Columbia University
Attn: David Greenwald
535 West 116th Street
New York, NY  10027
Email:  secretary@columbia.edu

*ELECTRONIC MAIL*
The Trustees Of Columbia University
Attn: David Greenwald
P.O. Box 27651
New York, NY  10087
Email:  secretary@columbia.edu

*ELECTRONIC MAIL*
Biomet
Attn: Chad Phipps
1800 W Center St
Warsaw., IN  46580
Email:  apstatements@zimmerbiomet.com

*ELECTRONIC MAIL*
Biomet
Attn: Chad Phipps
14235 Collection Center Dr.
Chicago, IL  60693
Email:  apstatements@zimmerbiomet.com

*ELECTRONIC MAIL*
Constellation New Energy
Attn: David Dardis
1310 Point Street
Baltimore, MD  21231
Email:  support@constellationrates.com;
gail.rosen@constellation.com;
bradley.burton@constellation.com

*ELECTRONIC MAIL*
Constellation New Energy
Attn: David Dardis
P.O. Box 4640
Carol Stream, IL  60197
Email:  support@constellationrates.com;
gail.rosen@constellation.com;
bradley.burton@constellation.com

*ELECTRONIC MAIL*
Royal Biologics Inc
Attn: General Counsel
401 Hackensack Ave, Suite 604
Hackensack, NJ  07601
Email:  support@royalbiologics.com

*ELECTRONIC MAIL*
Spinal Elements
Attn: Yang Pak
P.O. Box 123885
Dallas, TX  75312-3885
Email:  info@spinalelements.com

*ELECTRONIC MAIL*
Spinal Elements
Attn: Yank Pak
3115 Melrose Drive, Ste 200
Carlsbad, CA  92010
Email:  info@spinalelements.com

*ELECTRONIC MAIL*
Stryker Orthopedics
Attn: Rob Fletcher
P.O. Box 93213
Chicago, IL  60673
Email:  Inst.Stryker.Cs@Stryker.Com

*ELECTRONIC MAIL*
Stryker Orthopedics
Attn: Rob Fletcher
2825 Airview Blvd
Nashville, TN  37203
Email:  inst.stryker.cs@stryker.com

*ELECTRONIC MAIL*
(Counsel to Maple Healthcare, LLC)
Bielli & Klauder, LLC
Attn David M. Klauder, Esq
1204 N. King Street
Wilimington, DE  19801
Email:  Dklauder@Bk-Legal.Com

***ELECTRONIC MAIL***
(Counsel to Maple Healthcare, LLC)
Levenfeld Pearlstein, LLC
Attn: Harold D. Israel, Esq,
Sean P. Williams, Esq
120 S. Riversie Plaza, Ste 1800
Chicago, IL  60606
Email:  hisrael@lplegal.com;
swilliams@lplegal.com

***ELECTRONIC MAIL***
(Counsel to Bayonne Medical Center Opco LLC)
Mandelbaum Barrett PC
Attn: Vincent J. Roldan
3 Becker Farm Road, Ste 105
Roseland, NJ  07068
Email: vroldan@mblawfirm.com

***ELECTRONIC MAIL***
(Counsel to Capitala)
Young Conaway Stargatt & Taylor LLP
Attn: Matthew Lunn & Robert Poppiti Jr.
1000 North King St.
Wilmington, DE  19801
Email:  mlunn@ycst.com;
rpoppiti@ycst.com;
bankfilings@ycst.com

***ELECTRONIC MAIL***
(Counsel to Capitala)
Moore & Van Allen PLLC
Attn: Alan Pope, Gabriel Mathless, Matthew Taylor; 100 North Tryon St, Ste 4700
Charlotte, NC  28202
Email:  alanpope@mvalaw.com;
gabrielmathless@mvalaw.com;
matthewtaylor@mvalaw.com

***ELECTRONIC MAIL***
(Counsel to Insight Management & Consulting Services Inc)
Cole Schotz P.C.
Attn: Jack Dougherty
500 Delaware Avenue, Ste 1410
Wilmington, DE  19801
Email:  jdougherty@coleschotz.com

***ELECTRONIC MAIL***
(Counsel to Insight Management And Consulting
Services, Inc);
Cole Schotz P.C.
Attn: Michael Sirota &
Ryan Jareck
Court Plaza North, 25 Main St
Hackensack, NJ  07601
Email:  msirota@coleschotz.com;
rjareck@coleschotz.com

***ELECTRONIC MAIL***
Carepoint Health Captive Assurance Company
c/o Strategic Risk Solutions
701 East Bay St., Ste 514
Charleston, SC  29403
Email:  courtney.flynn@strategicrisks.com

***ELECTRONIC MAIL***
(Counsel to New Jersey Department Of Health)
Riker Danzig LLP
Attn: Joseph Schwartz & Tara Schelhorn
Headquarters Plaza; One Speedwell Ave
Morristown, NJ  07962-1981
Email:  jschwartz@riker.com;
tschellhorn@riker.com

***ELECTRONIC MAIL***
(Counsel to New Jersey Department Of Health)
Bayard P.A.
Attn: Neil Glassman, Ericka Johnson, & Ashly
Riches; 600 North King St, Ste 400
Wilmington, DE  19801
Email:  nglassman@bayardlaw.com;
ejohnson@bayardlaw.com;
ariches@bayardlaw.com

***ELECTRONIC MAIL***
(Counsel to Jneso)
Riker Danzig LLP
Attn: Joseph Schwartz & Tara Schellhorn
Headquarters Plaza; One Speedwell Ave
Morristown, NJ  07962-1981
Email:  jschwartz@riker.com;
tschellhorn@riker.com

***ELECTRONIC MAIL***
Bayard, P.A.
Attn: Neil Glassman, Ericka Johnson, Ashly Riches; 600 North King St, Ste 400
Wilmington, DE 19801
Email:  nglassman@bayardlaw.com;
ejohnson@bayardlaw.com;
ariches@bayardlaw.com

***ELECTRONIC MAIL***
(Counsel to BMC Hospital)
Epstein Becker & Green, P.C.
Attn Wendy G. Marcari
875 Third Avenue
New York,  NY  10022
Email: wmarcari@ebglaw.com

***ELECTRONIC MAIL***
(Counsel to Bmc Hospital)
Epstein Becker & Green, P.C.
Attn: James P. Flynn
One Gateway Center
Newark, NJ  07102
Email:  jflynn@ebglaw.com

***ELECTRONIC MAIL***
Epstein Becker & Green, P.C.
Attn: Ryan K Cochran
1222 Demonbreun Street, Ste 1400
Nashville, TN  37203
Email:  rcochran@ebglaw.com

***ELECTRONIC MAIL***
Duane Morris LLP
(Counsel t Sb Hoboken Propco, LLC; Opco, LLC
Ch 750 Park LLC And Ch Castel, LLC)
Attn: Lawrence Kotler
30 South 17th St
Philadelphia, PA  19103
Email:  ljkotler@duanemorris.com

***ELECTRONIC MAIL***
(Counsel to Mccabe Ambulance Service Corp)
Giordano, Halleran & Ciesla, P.C.
Attn: Gonald F. Campbell, Jr; C. G. Schroeder
125 Half Mile Road, Ste 300
Red Bank, NJ  07701
Email:  Dcampbell@Ghclaw.Com;
Cschroeder@Ghclaw.Com

***ELECTRONIC MAIL***
(Counsel to Sodexo, Inc And Affiliates)
Brown Mcgarry Nimeroff LLC
Attn: Jami B. Nimeroff Esq
919 N. Market St, Ste 420
Wilmington, DE  19801
Email:  jnimeroff@brownnimeroff.com

***ELECTRONIC MAIL***
(Counsel to The Unions)
The Rosner Law Group LLC
Attn: Frederick B Rosner Esq
824 N Market St, Ste 810
Wilmington, DE 19801
Email:  rosner@teamrosner.com

***ELECTRONIC MAIL***
(Counsel to The Unions)
Law Offices Of Mitchell J. Malzberg Esq
Attn: Mitchell Malzberg Esq
P.O. Box 5122
6 E Main St, Ste 7
Clinton, NJ  08809
Email:  mmalzberg@mjmalzberglaw.com

*ELECTRONIC MAIL*
(Counsel to J2 Funding LLC)
Rabinowitz, Lubetkin & Tully LLC
Attn: Jonathan Rabinowitz, Jay Lubetkin, Henry M. Karwowski
293 Eisenhower Pkwy, Ste 100
Livingston, NJ  07039
Email:  jrabinowitz@rltlawfirm.com; jlubetkin@rltlawfirm.com; hkarwowski@rltlawfirm.com

*ELECTRONIC MAIL*
(Counsel to Committee of Interns & Residents and Voluntary Hospitals House Staff Benefits Plan)
Law Office Of Susan E. Kaufman LLC
Attn: Susan E. Kaufman Esq
919 N Market St, Ste 460
Wilmington, DE  19801
Email:  skaufman@skaufmanlaw.com

*ELECTRONIC MAIL*
(Counsel to Committee of Interns & Residents and Voluntary Hospitals House Staff Benefits Plan)
Cohen, Weiss And Simon LLP
Attn: Richard Seltzer, Melissa Woods, Matthew Stolz
909 Third Ave, 12th Flr
New York, NY  10022
Email:  rseltzer@cwsny.com; mwoods@cwsny.com; mstolz@cwsny.com

*ELECTRONIC MAIL*
(Counsel to Committee of Interns and Residents
Attn: Christopher Hull Esq
10-27 46th Ave, Ste 300-2
Long Island City, NY  11101
Email:  chull@cirseiu.org

*ELECTRONIC MAIL*
(Counsel to Journal Square)
Gibbons P.C.
Attn: Katharina Earle, Esq
300 Delaware Ave, Ste 1015
Wilmington, DE  19801-1671
Email:  kearle@gibbonslaw.com

*ELECTRONIC MAIL*
(Counsel to Journal Square)
Gibbons P.C.
Attn: Mark Conlan
One Gateway Center
Newark, NJ  07102
Email:  mconlan@gibbonslaw.com

*ELECTRONIC MAIL*
(Counsel to County of Hudson, NJ)
Mcmanimon, Scotland & Baumann LLC
Attn: Sari Placona
75 Livingston Ave, 2nd Flr
Roseland, NJ  07068
Email:  splacona@msbnj.com

*ELECTRONIC MAIL*
(Counsel to County of Hudson, NJ)
Saul Ewing LLP
Attn: Monique Disabatino
1201 North Market St, Ste 2300
Po Box 1266
Wilmington, DE  19899
Email:  Monique.Disabatino@Saul.Com

*ELECTRONIC MAIL*
(Counsel to Strategic Ventures, LLC)
Reed Smith LLP
Attn: Kurt Gwynne & Cameron Capp
1201 North Market St, Ste 1500
Wilmington, DE  19801
Email:  Kgwynne@Reedsmith.Com; Ccapp@Reedsmith.Com

**ELECTRONIC MAIL**
(Counsel to Everbank & Ge Hfs)
Loizides P.A.
Attn: Christopher Loizides
1225 King St, Ste 800
Wilmington, DE 19801
Email: loizides@loizides.com

**ELECTRONIC MAIL**
(Counsel to Everbank & Ge Hfs)
Kutak Rock LLP
Attn: Lisa Peters
1650 Farnam St
Omaha, NE 68102
Email: lisa.peters@kutakrock.com

**ELECTRONIC MAIL**
Public Service Electric And Gas Company
Attn: Alexandra Grant
80 Park Plaza
Newark, NJ 07102
Email: alexandra.grant@pseg.com

**ELECTRONIC MAIL**
Medely, Inc.
Attn: Thomas J. Bierman
2355 Westwood Blvd., #412
Los Angeles, CA 90064
Email: bankruptcy@medely.com

**ELECTRONIC MAIL**
Nurse Staffing, LLC
D/B/A Nurses 24/7
Attn: Kevin Malecki & Aaron Lazar
1700 Nj-23 #170
Wayne, NJ 07470
Email: kmaleck@exchange.nurses247.com;
alazar@siercapital.com

**ELECTRONIC MAIL**
Sodexo, Inc. & Affiliates
Attn: Amelia Pandolfi
400 Airborne Parkway
Cheektowaga, NY 14225
Email: amelia.davis@sodexo.com

**ELECTRONIC MAIL**
Sierra Health Group LLC
Attn: Rosann Dovgala
440 Franklin Street
Bloomfield, NJ 07003
Email: rdovgala@sierrahealth.net

**ELECTRONIC MAIL**
Health Professionals & Allied
Employees Aft-Afl/Cio
Attn: Debbie White
110 Kinderkamack Road
Emerson, NJ 07630
Email: dwhite@hpae.org

**ELECTRONIC MAIL**
Committee of Interns And Residents Seiu
Attn: Christopher Hull
10-27 46th Avenue, Suite 300-2
Long Island City, NY 11101
Email: Chull@Cirseiu.Org

**ELECTRONIC MAIL**
(Counsel to Cd&R)
Pashman Stein Walder Hayden, P.C.
Attn: Alexis Gambale
824 North Market St, Ste 800
Wilmington, DE 19801
Email: agambale@pashmanstein.com

**ELECTRONIC MAIL**
(Counsel to CD&R)
Pashman Stein Walder Hayden P.C.
Attn: Denise Alvarez & Leah Eisenberg
Court Plaza South, East Wing
21 Main St., Ste 200
Hackensack, NJ 07601
Email: dalvarez@pashmanstein.com;
leisenberg@pashmanstein.com

| | |
|---|---|
| ***ELECTRONIC MAIL***<br>(Counsel to Carter Kitchens)<br>Stark & Stark P.C.<br>Attn: Joseph Lemkin<br>P.O. Box 5315<br>Princeton, NJ  08543<br>Email:  jlemkin@stark-stark.com | ***ELECTRONIC MAIL***<br>(Counsel Access Information Management Corporation)<br>John D. Demmy, Esq.<br>Nicholas Smargiassi, Esq.<br>Saul Ewing LLP<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE  19899<br>Email:  john.demmy@saul.com; nicholas.smargiassi@saul.com |
| ***ELECTRONIC MAIL***<br>(Counsel to Signature Investments II, LLC)<br>Chipman Brown Cicero & Cole LLP<br>Attn: Alan M Root<br>Hercules Plaza, 1313 N Market St<br>Ste 5400<br>Wilmington, DE  19801<br>Email:  root@chipmanbrown.com | ***ELECTRONIC MAIL***<br>(Counsel to Saint Peter's University Hospital)<br>Frederick B. Rosner, Esq.<br>Zhao (Ruby) Liu, Esq.<br>The Rosner Law Group LLC<br>824 N. Market Street, Suite 810<br>Wilmington, DE  19801<br>Email:  rosner@teamrosner.com; liu@teamrosner.com |
| ***ELECTRONIC MAIL***<br>(Counsel to Signature Investments II LLC)<br>Varnum LLP<br>Attn: Brendan G Best<br>480 Pierce St, Ste 300<br>Birmingham, MI  48009<br>Email:  bgbest@varnumlaw.com | ***ELECTRONIC MAIL***<br>(Counsel to Saint Peter's University Hospital)<br>Eloy A. Peral, Esq.<br>Windels Marx Lane & Mittendorf, LLP<br>156 W. 56th Street<br>New York, NY  10019<br>Email:  eperal@windelsmarx.com |
| ***ELECTRONIC MAIL***<br>(Counsel to SCG Capital Corporation)<br>Stephen B. Gerald, Esq.<br>Tydings & Rosenberg LLP<br>200 Continental Drive, Suite 401<br>Newark, DE  19713<br>Email:  sgerald@tydings.com | ***ELECTRONIC MAIL***<br>(Proposed Counsel to the Debtors)<br>Peter C. Hughes, Esq.<br>Dilworth Paxson LLP<br>800 N. King Street, Suite 202<br>Wilmington, DE  19801<br>Email:  phughes@dilworthlaw.com |
| ***ELECTRONIC MAIL***<br>(Counsel to SCG Capital Corporation)<br>Joseph M. Selba, Esq.<br>Tydings & Rosenberg LLP<br>1 East Pratt Street, Suite 901<br>Baltimore, MD  21202<br>Email:  jselba@tydings.com | |

***ELECTRONIC MAIL***
(Proposed Counsel to the Debtors)
Lawrence G. McMichael, Esq.
Anne M. Aaronson, Esq.
Jack Small, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA  19102
Email:  lmcmichael@dilworthlaw.com;
aaaronson@dilworthlaw.com;
jsmall@dilworthlaw.com

***ELECTRONIC MAIL***
(Counsel to Bayonne Medical Center Opco, LLC)
Scott D. Cousins, Esq.
Lewis Brisbois Bisgaard & Smith LLP
500 Delaware Ave, Suite 700, Wilmington, DE 19801
Email:  scott.cousins@lewisbrisbois.com

***ELECTRONIC MAIL***
(Counsel to Bayonne Medical Center Opco, LLC)
David B. Bailen, Esq.
Mandelbaum Barrett PC
3 Becker Farm Rd., Suite 105
Roseland, NJ  07068
Email:  dbailen@mblawfirm.com

***ELECTRONIC MAIL***
(Counsel to De Lage Landen Financial Services, Inc.)
Nicola G. Suglia, Esq.
Fleischer, Fleischer & Suglia, P.C.
Four Greentree Centre
601 Route 73 North, Suite 305
Marlton, NJ  08053
Email:  nsuglia@fleischerlaw.com

***ELECTRONIC MAIL***
(Counsel for Pennsylvania Manufacturers' Association Insurance Company)
Richard M. Schlaifer, Esq.
Allen A. Etish, Esq.
Earp Cohn, P.C.
20 Brace Rd., Suite 400
Cherry Hill, NJ  08034
Email:  rschlaifer@earpcohn.com;
aetish@earpcohn.com

***ELECTRONIC MAIL***
(Counsel to CereCore)
Paul G. Jennings, Esq.
Elaina Al-Nimri, Esq.
Sara K. Morgan, Esq.
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN  37201
Email:  pjennings@bassberry.com
eal-nimri@bassberry.com
sara.morgan@bassberry.com

***ELECTRONIC MAIL***
(Counsel to Cremilde Goncalves; and Amandeep Kaur Singh and Jaspal Chatrath)
Cheryl A. Santaniello, Esq.
Porzio, Bromberg & Newman, P.C.
300 Delaware Avenue, Suite 1220
Wilmington, DE  19801
Email:  casantaniello@pbnlaw.com

***ELECTRONIC MAIL***
(Counsel to Cremilde Goncalves)
Rachel A. Parisi, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ  07962
Email: raparisi@pbnlaw.com

***ELECTRONIC MAIL***
(Counsel to BoneSupport, Inc.)
Anthony T. Panebianco, Esq.
Davis Malm & D'Agostine, P.C.
One Boston Place, 37th Floor
Boston, MA  02108
Email:  apanebianco@davismalm.com

***ELECTRONIC MAIL***
(Counsel to Bills Right, LLC and Signature RX Investments, LLC)
Martin S. Siegel, Esq.
Ally Hack, Esq.
Matthew A. Marcucci, Esq.
Warshaw Burstein LLP
575 Lexington Avenue
New York, NY  10022
Email:  msiegel@wbny.com
ahack@wbny.com
mmarcucci@wbny.com

***ELECTRONIC MAIL***
(Counsel to Bills Right, LLC )
Matthew P. Ward, Esq.
1313 North Market Street, Suite 1200
Wilmington, DE  19801
Email:  matthew.ward@wbd-us.com

***ELECTRONIC MAIL***
(Counsel for Insight Capital LLC)
Alan C. Hochheiser, Esq.
Maurice Wutscher, LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122
Email:  ahochheiser@mauricewutscher.com

***ELECTRONIC MAIL***
(Counsel for J2 Funding LLC and Signature RX Investments, LLC)
Matthew P. Ward, Esq.
Marcy J. McLaughlin Smith, Esq.
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE  19801
Email:  matthew.ward@wbd-us.com
marcy.smith@wbd-us.com

***ELECTRONIC MAIL***
(Counsel for J2 Funding LLC)
Jonathan I. Rabinowitz, Esq.
Henry M. Karwowski, Esq.
Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, NJ  07039
Email:  jrabinowitz@rltlawfirm.com
hkarwowski@rltlawfirm.com

***ELECTRONIC MAIL***
(Counsel for Pennsylvania Manufacturers' Association Insurance Company)
Allen A. Etish, Esq.
Richard M. Schlaifer, Esq.
20 Brace Road, Suite 400
Cherry Hill, NJ  08034
Email:  aetish@earpcohn.com
rschlaifer@earpcohn.com

***ELECTRONIC MAIL***
(Counsel for Pennsylvania Manufacturers' Association Insurance Company)
Richardo Palacio, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801
Email:  RPalacio@ashbygeddes.com

***ELECTRONIC MAIL***
(Counsel to the Freehold Trust, Benego Ventures, LLC, Briar Hill Ventures, LLC, Pheasant Run Ventures, LLC, and Vivek Garipalli (collectively "Former Owner Affiliates"))
Erin R. Fay, Esq.
Heather P. Lambert, Esq.
Wilson Sonsini Goodrich & Rosati, P.C.
222 Delaware Avenue, Suite 800
Wilmington, DE  19801
Email: efay@wsgr.com;
hlambert@wsgr.com

***ELECTRONIC MAIL***
(Counsel to GLOBO Language Solutions)
John W. Weiss, Esq.
Richard W. Riley, Esq.
Alexis R. Gambale, Esq.
Pashman Stein Walder Hayden, P.C
824 North Market Street, Suite 800
Wilmington, DE  19801
Email:  jweiss@pashmanstein.com;
rriley@pashmanstein.com;
agambale@pashmanstein.com

***ELECTRONIC MAIL***
(Counsel to GLOBO Language Solutions)
Marc Skapof, Esq.
Royer Cooper Cohen Braunfeld LLC
1120 Avenue of the Americas, 4th Floor
New York, NY  10036
Email: MSkapof@rccblaw.com

***ELECTRONIC MAIL***
(Counsel to Samuel Eugene Mapp, M.D.)
Elihu E. Allinson, III, Esq.
Sullivan Hazeltine Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE  19801
Email: zallinson@sha-llc.com

***ELECTRONIC MAIL***
(Counsel to (i) Reconstructive Orthopaedic Associates II, LLC, d/b/a Rothman Orthopaedic Institute; (ii) Rothman National Management Services Organization, LLC and (iii) Rothman Orthopaedics of New Jersey, LLC (collectively "Rothman"))
John T. Carroll, III, Esq.
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE  19801
Email:  jcarroll@cozen.com

***ELECTRONIC MAIL***
(Counsel to (i) Reconstructive Orthopaedic Associates II, LLC, d/b/a Rothman Orthopaedic Institute; (ii) Rothman National Management Services Organization, LLC and (iii) Rothman Orthopaedics of New Jersey, LLC (collectively "Rothman"))
Robert V. Dell'Osa, Esq.
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA  19103
Email: rdellosa@cozen.com

***ELECTRONIC MAIL***
*(Counsel to Pennsylvania Manufacturers' Association Insurance Company)*
Richard Palacio, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801
Email:  RPalacio@ashbygeddes.com

***ELECTRONIC MAIL***
(Counsel to Amandeep Kaur Singh and Jaspal Chatrath)
Robert M. Schechter, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ  07962
Email:  rmschechter@pbnlaw.com

***ELECTRONIC MAIL***
(Counsel to Horizon Blue Cross Blue Shield of New Jersey)
Julie M. Murphy, Esq.
Stradley, Ronon, Stevens & Young LLP
1000 N. West Street, Suite 1200
Wilmington, DE  19801
Email:  jmmurphy@stradley.com

***ELECTRONIC MAIL***
(Counsel to UnitedHealthcare Insurance Company, Oxford Health Plans (NJ), Inc., AmeriChoice of New Jersey Inc., United Behavioral Health, and OptumInsight, Inc.)
Eric Lopez Schnabel, Esq.
Alessandra Glorioso, Esq.
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE  19801
Email:  schnabel.eric@dorsey.com
glorioso.alessandra@dorsey.com

***ELECTRONIC MAIL***
(Counsel to UnitedHealthcare Insurance Company, Oxford Health Plans (NJ), Inc., AmeriChoice of New Jersey Inc., United Behavioral Health, and OptumInsight, Inc.)
Eric S. Goldstein, Esq.
Shipman & Goodwin LLP
One Constitutional Plaza
Hartford, CT  06103-1919
Email:  egoldstein@goodwin.com

***ELECTRONIC MAIL***
(Counsel to UnitedHealthcare Insurance Company, Oxford Health Plans (NJ), Inc., AmeriChoice of New Jersey Inc., United Behavioral Health, and OptumInsight, Inc.)
Jessica M. Signor, Esq.
Shipman & Goodwin LLP
400 Atlantic Street, 4th Floor
Stamford, CT  06901-3512
Email: JSignor@goodwin.com