**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                                    Chapter  11

                                                Case No.  24 - 12534  ( JKS )

Debtor:   **CarePoint Health Systems Inc., et al.**

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of   Michele M. Dudas, Esq.

to represent   the City of Hoboken

in this action.

/s/ William D. Sullivan

Firm Name:  Sullivan Hazeltine Allinson LLC

Address:    919 N. Market St., Suite 420
            Wilmington, DE  19801
Phone:      (302) 428-8191
Email:      bsullivan@sha-llc.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

   Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  the State of NJ  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Michele M. Dudas

Firm Name:  McManimon, Scotland & Baumann, LLC
Address:    75 Livingston Avenue, Suite 201
            Roseland, NJ 07068
Phone:      (973) 622-1800
Email:      mdudas@msbnj.com

**ORDER GRANTING MOTION**

   IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105