UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                           Chapter  11

Case No.  24 - 12534  (JKS)

Debtor:  **CarePoint Health Systems Inc., et al.**

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Michele M. Dudas, Esq.

to represent  the City of Hoboken

in this action.

/s/ William D. Sullivan

Firm Name: Sullivan Hazeltine Allinson LLC
Address: 919 N. Market St., Suite 420
Wilmington, DE  19801
Phone: (302) 428-8191
Email: bsullivan@sha-llc.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  the State of NJ  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Michele M. Dudas

Firm Name: McManimon, Scotland & Baumann, LLC
Address: 75 Livingston Avenue, Suite 201
Roseland, NJ 07068
Phone: (973) 622-1800
Email: mdudas@msbnj.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: March 6th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

Local Form 105