## Exhibit A

**Corporate Ownership Chart**

12834944



# CAREPOINT HEALTH SYSTEMS INC.
## CORPORATE OWNERSHIP STRUCTURE

Notes:
D– Debtor
ND – Non-Debtor