**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
In re:                                                       :   Chapter 11
                                                             :   Case No. 24-12534 (JKS)
CarePoint Health Systems Inc. d/b/a Just Health              :
Foundation, et al., [1]                                      :   (Jointly Administered)
                                                             :
                                                             :
                                                             :
                    Debtors.                                 :
------------------------------------------------------------x

**NOTICE OF AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON MARCH 11, 2025 AT 10:00 A.M. (ET)[2]**

> This proceeding will be conducted **in-person**.
> All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

[2] All motions and other pleadings referenced herein are available online at the following web address: https://dm.epiq11.com/CarePoint

1

#124881131v1

## I. CONTESTED MATTERS

**1.** [SEALED] Omnibus Motion in Limine of Carepoint Health Captive Assurance Company, LLC to Exclude Certain Evidence and Testimony at the Confirmation Hearing [Filed: 03/04/2025; D.I. 827].

Related Documents: None.

Objection Deadline: March 7, 2025

Objections/Responses Received: None.

Status: The Debtors will file an objection to the Motion. This matter is going forward.

**2.** Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization [Filed: 01/24/2025; D.I. 551].

Related Documents:

A. Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement, Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation, Notice and Tabulation Procedures and Forms Related Thereto; and (IV) Granting Related Relief [Filed: 01/24/2025; D.I. 555].

B. Notice of Plan Supplement to the Combined Disclosure Statement and Joint Chapter 11 Plan Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 02/20/2025; D.I. 730].

C. Amended Exhibit F to Notice of Plan Supplement [Filed: 02/27/2025; D.I. 768].

D. Fifth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization [Filed: 03/06/2025; D.I. 856].

Objection Deadline: February 28, 2025 at 4:00 p.m. (ET). An extension to March 3, 2025 has been granted for Maple Healthcare, Strategic Ventures, MedOne/Mazuma, Captive and the U.S. Trustee. An extension to March 4, 2025 has been granted for IDB Bank, Dr. Vijayant Singh, Gloria and Cherese Johnson, and the County of Hudson. An extension to March 5, 2025 has been granted for United Healthcare, Committee of Interns and Residents/SEIU, Aetna and Journal Square Urban Renewal Associates. An extension to March 6, 2025 has been

granted for the NJ Dept. of Health and the City of Hoboken. Capitala has been granted an extension through the start of the confirmation hearing.

Objections/Responses Received:

E. Reservation of Rights of 750 Park LLC, CH Castle LLC, J.C. Opco, LLC and SB Hoboken Propco, LLC with Respect to the Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization [Filed: 02/27/2025; D.I. 769].

F. Objection and Reservation of Rights of Creditor, Resolute Perioperative Services, LLC to the Approval of the Debtors and the Official Committee of Unsecured Creditors' Chapter 11 Plan of Reorganization [Filed: 02/28/2025; D.I. 776].

G. Limited Objection and Reservation of Rights of Health Professionals and Allied Employees to the Confirmation of the Combined Plan and Disclosure Statement [Filed: 02/28/2025; D.I. 777].

H. Limited Objection and Reservation of Rights of District 1199J NUHHCE FSCME AFL-CIO to the Confirmation of the Combined Plan and Disclosure Statement [Filed: 02/28/2025; D.I. 778].

I. Limited Objection of Sodexo Operations, LLC to (I) Confirmation of the Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization and (II) Proposed Cure Amount Set Forth in the notice of Filing of Plan Supplement to the Combined Disclosure Statement and Joint Chapter 11 Plan Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 02/28/2025; D.I. 779].

J. Objection of 750 Park LLC, CH Castle LLC, J.C. Opco, LLC and SB Hoboken Propco, LLC to the Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization [Filed: 02/28/2025; D.I. 780].

K. Objection of Access Information Management Corporation to Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization [Filed: 02/28/2025; D.I. 782].

L. Limited Objection of Med One Capital Funding, LLC and Mazuma Capital Corp to (A) The Debtors' Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization, etc. [Filed: 02/28/2025; D.I. 784].

M. Limited Objection and Reservation of Rights of VRC Companies, LLC to Confirmation of the Debtors' Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization and Objection to

|     |     |
| --- | --- |
|     | Potential Cure Claim, Assumption and Rejection of Executory Contract for the Storage of Medical and Other Records [Filed: 02/28/2025; D.I. 785]. |
| N.  | Limited Objection of Horizon Health Care Services, Inc. and Affiliates to Schedule of Assumed Executory Contracts and Unexpired Leases Filed in Connection with Debtors' Combined Plan and Disclosure Statement [Filed: 02/28/2025; D.I. 787]. |
| O.  | Response and Limited Objection of JNESO, District Council 1 IUOE AFL-CIO, to Plan Proponents' Fourth Amended Joint Plan of Reorganization [Filed: 02/28/2025; D.I. 788]. |
| P.  | Objection of the United States Trustee to Confirmation of the Fourth Amended Combined Disclosure Statement and Joint Plan of Reorganization [Filed: 03/03/2025; D.I. 795]. |
| Q.  | Limited Objection of Saint Peter's University Hospital to Plan Proponents' Proposed Assumption of Exclusive Services Agreement for Neonatal Services [Filed: 03/03/2025; D.I. 804]. |
| R.  | [SEALED] Objection of Strategic Ventures LLC to Final Approval and Confirmation of Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization [Filed: 03/03/2025; D.I. 806]. |
| S.  | Cure Objection [of UnitedHealthcare Insurance Company] to Schedule of Assumed Executory Contracts and Unexpired Leases [Filed: 03/04/2025; D.I. 818]. |
| T.  | Objection [of Maple Healthcare, LLC] to Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization [Filed: 03/04/2025; D.I. 819]. |
| U.  | Committee of Interns and Residents, SEIU's Reservation of Rights to Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization [Filed: 03/04/2025; D.I. 821]. |
| V.  | [SEALED] Objection of CarePoint Health Captive Assurance Company, LLC to Final Approval and Confirmation of the Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization [Filed: 03/04/2025; D.I. 822]. |
| W.  | Objection of the Lawler Entities to the Plan Proponents' Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization [Filed: 03/04/2025; D.I. 823]. |
| X.  | Joinder and Objection to Final Approval of the Disclosure Statement and Confirmation of the Plan [Freehold Trust; Benego Ventures, LLC; Briar |

|     | |
| --- | --- |
|     | Hill Ventures, LLC; Pheasant Run Ventures, LLC; and Vivek Garipalli, collectively the "Objectors"] [Filed: 03/04/2025; D.I. 824]. |
| Y.  | Objection of Dr. Vijayant Singh, in his Capacity as Relator, to Confirmation of the Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization [Filed: 03/05/2025; D.I. 834]. |
| Z.  | Objection [of Union Kennedy Associates L.P.] to Debtors' Amended Schedule of Assumed Executory Contracts and Unexpired Leases [Filed: 03/05/2025; D.I. 835]. |
| AA. | Reservation of Rights of County of Hudson With Respect to the Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization [Filed: 03/05/2025; D.I. 836]. |
| BB. | Amended Objection [of Union Kennedy Associates L.P.] to Debtors' Amended Schedule of Assumed Executory Contracts and Unexpired Leases [Filed: 03/05/2025; D.I. 837]. |
| CC. | Journal Square Plaza Urban Renewal Associates Objection to Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization [Filed: 03/05/2025; D.I. 839]. |
| DD. | Journal Square Plaza Urban Renewal Associates' Amended Objection to Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization [Filed: 03/05/2025; D.I. 845]. |
| EE. | Exhibits to Cure Objection [of UnitedHealthcare Insurance Company] to Schedule of Assumed Executory Contracts and Unexpired Leases [Filed: 03/04/2025; D.I. 851]. |
| FF. | Limited Objection and Reservation of Rights of the City of Hoboken to Schedule of Assumed Executory Contracts and Unexpired Leases Filed in Connection with Debtors' Fourth Amended Combined Disclosure Statement and Joint Plan of Reorganization [Filed: 03/06/2025; D.I. 854]. |
| GG. | Objection of Strategic Ventures LLC to Final Approval and Confirmation of Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization [Filed: 03/06/2025; D.I. 857]. |

Status: This matter is going forward. Objections relating to cure amounts for leases and contracts will not be determined at the confirmation hearing.

Witness List:

| Witness Name | Party for |
|---|---|
| Emily Young, Director for Epiq Corporate Restructuring, LLC | Debtor |
| The Honorable Kevin Gross, Member of Reorganization Committee | Debtor |
| Shamiq Syed, Chief Financial Officer for the Debtors | Debtor |
| Angela Murdock-Ridley, Vice President of Finance for Hudson Regional Hospital, LLC | Debtor |
| Louis Robichaux, IV | Debtor |
| Debbie White, Member and Chair of the Committee | Official Committee of Unsecured Creditors |
| Representative of CarePoint Health Captive Assurance Company, LLC | CarePoint Health Captive Assurance Company, LLC |
| Douglas Placa | JNESO |
| Aisha Harrison | JNESO |
| Mickey Kaiser, representative of Corporate Advisory Solutions, LLC | Strategic Ventures |
| Thomas J. Reck, CPA/ABV/CFF, Partner with Withum Smith+Brown, PC. | HRH |

Dated: March 7, 2025

**DILWORTH PAXSON LLP**

/s/  Peter C. Hughes
Peter C. Hughes (DE 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone:   302-571-9800
Facsimile:    302-571-8875
Email:          phughes@dilworthlaw.com

and

Lawrence G. McMichael (admitted *pro hac vice*)
Peter C. Hughes (DE 4180)
Anne M. Aaronson (admitted *pro hac vice*)
Jack Small (admitted *pro hac vice*)
1650 Market St., Suite 1200
Philadelphia, PA 19103
Telephone:   (215) 575-7000
Facsimile:    (215) 754-4603
Email:          lmcmichael@dilworthlaw.com
Email:          phughes@dilworthlaw.com
Email:          aaaronson@dilworthlaw.com

Email: jsmall@dilworthlaw.com

*Counsel for the Debtors*

7

#124881131v1