EXHIBIT A

**As of March 6, 2025**

| | Actual Bayonne | Actual Christ/HUMC | Forecasted BMC | Forecast Christ/HUMC | Operational Reserve - 6 month post | TOTAL | Notes |
|---|---|---|---|---|---|---|---|
| DIP | 12,559,137.57 | 24,616,959.60 | 1,900,000.00 | 5,161,500.00 | | 44,237,597.17 | Actual through March 6 - Forecast 1 week through 3/14/2025 |
| Supplies outside DIP | 210,891.67 | 297,694.87 | 150,000.00 | 200,000.00 | | 858,586.54 | Actual through 02/11/2025 - Forecast 2/11 - 3/14 |
| Capital Projects/Improvements | | | 416,666.67 | 625,000.00 | | 1,041,666.67 | Rev Cycle Buildout - Forecast through 03/14/2025 |
| Unpaid CSA Fees | 5,525,000.00 | | 325,000.00 | | | 5,850,000.00 | $$325k per week - 18 weeks thru March 8 |
| Unpaid HFMA fees | | 5,250,000.00 | | 1,750,000.00 | | 7,000,000.00 | $1.75m/month since Dec 1 - Mar 31 |
| Outstanding Judgement | 35,573,903.00 | | | | | 35,573,903.00 | $32mm plus $1.2m/month. Bayonne paid Nov & Dec Base rent |
| Capitala | 7,000,000.00 | | | | | 7,000,000.00 | |
| Post Bankruptcy Operational | | | | | 15,000,000.00 | 15,000,000.00 | 6 Month Reserve - April 1 - September 30 |
| New Money - AP | | | 4,666,666.67 | 9,333,333.33 | | 14,000,000.00 | AP Aging/Accrual forecasted at 03/31/2025 - paid via ordinary course of aging - Not due April 1 |
| Priority Claims | | | TBD | TBD | | - | Anticipated employee claims and taxes |
| | 60,868,932.24 | 30,164,654.47 | 7,458,333.34 | 17,069,833.33 | 15,000,000.00 | 130,561,753.38 | |
| Litigation Seed Money | | | | | | 3,500,000.00 | |