

Star-Ledger

**LEGAL AFFIDAVIT**

AD#: 0010967518

State of New Jersey,) ss
County of Middlesex)

Cherilyn Alston being duly sworn, deposes that he/she is principal clerk of NJ Advance Media; that Star-Ledger is a public newspaper, with general circulation in Atlantic, Burlington, Cape May, Essex, Hudson, Hunterdon, Mercer, Middlesex, Monmouth, Morris, Ocean, Passaic, Somerset, Sussex, Union, and Warren Counties, and this notice is an accurate and true copy of this notice as printed in said newspaper, was printed and published in the regular edition and issue of said newspaper on the following date(s):

**Star-Ledger 02/20/2025**

Principal Clerk of the Publisher

Sworn to and subscribed before me this 24th day of February 2025



Notary Public

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1] Debtors. | Chapter 11<br>Case No. 24-12534 (JKS)<br>(Jointly Administered) |
|---|---|

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

PLEASE TAKE NOTICE OF THE FOLLOWING:

**GENERAL BAR DATE: MARCH 14, 2025 AT 5:00 P.M. (ET)**
**GOVERNMENTAL BAR DATE: MAY 2, 2025 AT 5:00 P.M. (ET)**

On November 3, 2024 (the "Petition Date") each of the above-captioned debtors, except IJKG Opco, LLC, filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. On November 6, 2024, the Court entered an order authorizing the joint administration of the Chapter 11 Cases of each above-captioned debtor (collectively, the "Debtors").

On February 12, 2025, the Court entered an order (the "Bar Date Order")[2] establishing: (i) **March 14, 2025 at 5:00 p.m. (ET) (the "General Bar Date")** as the last date and time for each person or entity to file a proof of claim in the Chapter 11 Cases (a "Proof of Claim"), provided that, solely with respect to a governmental unit, the last date and time for such governmental unit to file a Proof of Claim in the Chapter 11 Cases is **May 2, 2025 at 5:00 p.m. (ET) (the "Governmental Bar Date")**.

Pursuant to the Bar Date Order, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, estate, and trust) that holds or seeks to assert a Claim (as defined in section 101(5) of the Bankruptcy Code) against the Debtors that arose, or is deemed to have arisen, prior to the Petition Date (including, without limitation, Claims entitled to administrative priority status under section 503(b)(9) of the Bankruptcy Code), no matter how remote or contingent such right to payment or equitable remedy may be (with certain limited exceptions as set forth in the Bar Date Order) **MUST FILE A PROOF OF CLAIM** on or before March 14, 2025 at 5:00 p.m. (ET) (the "General Bar Date"), by sending an original Proof of Claim form to: by first class mail: **CarePoint Health Systems, Inc. d/b/a Just Health Foundation Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4419, Beaverton, OR 97076-4419** or by hand delivery or overnight mail: **CarePoint Health Systems, Inc. d/b/a Just Health Foundation Claims Processing Center, c/o Epiq Corporate Restructuring LLC, 10300 SW Allen Blvd, Beaverton, OR 97005**; or by completing the online Proof of Claim form available at https://dm.epiq11.com/CarePoint, so that it is actually received on or before the General Bar Date; provided that, solely with respect to governmental units (as defined in section 101(27) of the Bankruptcy Code), the deadline for such governmental units to file a Proof of Claim is May 2, 2025 at 5:00 p.m. (ET).

You may be listed as the holder of a Claim in the Schedules. The Schedules are available free of charge on Epiq's website at https://dm.epiq11.com/CarePoint. If you rely on the Schedules, it is your responsibility to determine that your Claim is accurately listed in the Schedules. As described above, if (a) you agree with the nature, amount and status of your Claim as listed in the Schedules, (b) your Claim is not described as "disputed," "contingent," or "unliquidated," and (c) you do not dispute that the claim is an obligation of the particular Debtor against which the claim is listed in the Schedules, then you are not required to file a Proof of Claim in the Chapter 11 Cases with respect to such Claim. Otherwise, or if you decide to file a Proof of Claim, you must do so before the applicable Bar Date in accordance with the procedures set forth in this Publication Notice and the Bar Date Order.

If the Debtors amend their Schedules, then the Bar Date for those creditors affected by any such amendment shall be the later of (i) the General Bar Date, (ii) the Governmental Bar Date, if applicable, and (iii) twenty-one (21) days from the date on which the Debtors provide notice of an amendment to the Schedules (the "Amended Schedules Bar Date").

Any person or entity that holds a Claim that arises from the rejection of an executory contract or unexpired lease must file a Proof of Claim based on such rejection by the later of (i) the General Bar Date, (ii) the Governmental Bar Date, if applicable, and (iii) twenty-one (21) days after the entry of an order approving the rejection of the executory contract or unexpired lease (the "Rejection Bar Date" and, together with the General Bar Date, the Governmental Bar Date, and the Amended Schedules Bar Date, the "Bar Dates").

Proofs of Claim must be submitted to Epiq by first class United States mail, courier service, hand delivery, or in person, or completed electronically through Epiq's website described above. Proofs of Claim sent by facsimile, telecopy, or electronic mail will not be accepted and will not be considered properly or timely filed for any purpose in the Chapter 11 Cases. There are certain limited exemptions from the requirements to file a Proof of Claim which are described in the Bar Date Order.

**ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM IN THE CHAPTER 11 CASES WITH RESPECT TO A PARTICULAR CLAIM AGAINST THE DEBTORS BUT FAILS TO DO SO PROPERLY BY THE APPLICABLE BAR DATE, SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM: (A) ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR ESTATES (OR FILING A PROOF OF CLAIM), AND THE DEBTORS AND THEIR PROPERTIES AND ESTATES SHALL BE FOREVER DISCHARGED FROM ANY AND ALL INDEBTEDNESS OR LIABILITY WITH RESPECT TO SUCH CLAIM; AND (B) VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY CHAPTER 11 PLAN IN THE CHAPTER 11 CASES OR OTHERWISE IN RESPECT OF OR ON ACCOUNT OF SUCH CLAIM, AND SUCH PERSON OR ENTITY SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR ANY PURPOSE IN THE CHAPTER 11 CASES.**

The Proof of Claim form, the Bar Date Order, and all other pleadings filed in the Chapter 11 Cases are available free of charge on Epiq's website at https://dm.epiq11.com/CarePoint. If you have questions concerning the filing or processing of Claims, you may contact the Debtors' claims and noticing agent, Epiq, by e-mail at CarePointInfo@epiqglobal.com or by telephone at (888) 884-7843 for U.S. and Canadian parties, or +1 (503) 610-4421 for international parties.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC; (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); and (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Bar Date Order.

IU967518-01

2/20/25

**PUBLIC NOTICE**
**REQUEST FOR PROPOSALS (RFP)**
**AND**
**AVAILABILITY OF FUNDS**

Notice is hereby given that the **COUNTY OF UNION** will receive and open proposals on Thursday, **March 27, 2025 at 11:30 AM** in the Union County Administration Building, 10 Elizabethtown Plaza, Department of Economic Development, Community Services/Bureau of Housing Conference Room, 3rd Floor, Elizabeth, New Jersey 07207 for:

**HOME INVESTMENT PARTNERSHIPS PROGRAM – UC-HOME RFP**

**Proposals are being solicited through a fair and open process in accordance with N.J.S.A. 19:44A-20.4.**

This Notice solicits proposals from providers of housing for the purpose of providing affordable housing for the residents of Union County. The County of Union intends to invest HOME funds into projects that further expand the availability of affordable housing through rental new construction, rental rehabilitation, tenant-based rental assistance (TBRA) or homebuyer new construction, rehabilitation, and downpayment assistance for low income households.

The HOME Program is designed to form partnerships with non-profit organizations and private developers committed to affordable housing, and may be mixed-income and/or mixed use. The County of Union reserves the right to review the amount and form of any investments(s) with any number of partners in order to achieve its affordable housing goals.

This Notice announces that approximately **$2,200,000.00** may be available from the HOME Program, of which approximately **$330,000.00** will be available for activities provided by Community Housing Development Organizations (CHDO). HOME Program funding is governed by the federal National Affordable Housing Act; further information is available in the Application Package. The County of Union reserves the right to amend, modify, or waive conditions of this Request for Proposals (RFP) and/or reject any or all proposals submitted.

The RFP may be obtained either by downloading it from the County of Union's website http://ucnj.org/vendor-opportunities/rfqs-and-rfps/current or via U.S. Postal Service upon written request. Fax your request for an RFP package to: (908) 352-3980 or write to: HOME Investment Partnerships Program, Division of Community Services/Bureau of Housing, Union County Administration Building, 10 Elizabethtown Plaza, 3rd floor, Elizabeth, New Jersey 07207 beginning on Thursday, February 20, 2025. The RFP may also be obtained upon request by calling the Bureau of Housing at (908) 527-4258. All questions regarding the RFP must be submitted in writing by no later than 5:00 p.m. on March 20, 2025 to Nicholas Micheludis in the Division of Community Services/Bureau of Housing at nmicheludis@ucnj.org. Proposers should be aware that the County of Union may issue addenda to the RFP package. The County of Union is only obligated to inform proposers of such addenda if they have obtained a package directly from the County of Union or have downloaded it from the County of Union's website. It is the sole responsibility of the proposer to be knowledgeable of any and all addenda related to this RFP. Therefore, interested parties should check the website throughout the RFP process for any updates.

Interested applicants are ***strongly encouraged*** to attend the Technical Assistance meetings. **The Technical Assistance meetings will be held for all interested proposers via Zoom from 1:00 PM to 2:00 PM on the following dates: Tuesday, March 4, 2025, Thursday, March 6, 2025, Wednesday March 12, 2025, and Wednesday, March 19, 2025, via the links provided below:**

**March 4, 2025 Session:**
https://ucnj-org.zoom.us/j/81191306651

Meeting ID: 811 9130 6651
Passcode: 771113

**March 6, 2025 Session:**
https://ucnj-org.zoom.us/j/81588708899

Meeting ID: 815 8870 8899
Passcode: 783617

**March 12, 2025 Session**
https://ucnj-org.zoom.us/j/83106220053

Meeting ID: 831 0622 0053
Passcode: 240674

**March 19, 2025 Session**
https://ucnj-org.zoom.us/j/86435253742

Meeting ID: 864 3525 3742
Passcode: 389596

To RSVP for a Technical Assistance meeting, please contact Nicholas Micheludis at nmicheludis@ucnj.org by 3:00 PM the day before your preferred meeting date.

Proposers are reminded to review their submissions for any information they consider to be confidential. The County of Union is not responsible for the release of any information contained in the proposal package which may be subject to confidentiality.

Proposal delivery is strongly encouraged to be made via commercial mail carrier (USPS, FedEx, UPS) so that tracking information is confirmed. The County of Union is not responsible for late delivery by the U.S. Postal Service or any other carrier. No late proposals will be accepted. No proposals submitted via fax or email will be accepted.

If a proposal will include relocation of individuals, the proposer is ***strongly encouraged*** to submit a one-page summary of its relocation plan. The proposer must send General Information Notices (GIN) to all of their tenants including businesses and non-profits, via certified mail return receipt requested prior to submitting its application on or before March 27, 2025. The GIN notices may also be hand delivered with notarized signature of receipt on or before March 27, 2025. When the proposal is submitted to the County of Union, the proposer will need to include a minimum of ten (10) General Information Notices, with certified mail proof of delivery and receipt. Regulations: Home Final Rule: 24 CFR 92; HOME Program Recordkeeping regulations: 24 CFR 92.508; HOME Program Relocation regulations: 24 CFR 92.353.

All information requested in the RFP must be provided or the proposal may be disqualified. **All proposals MUST BE SEALED AND CLEARLY LABELED Attention: "PROPOSAL FOR HOME INVESTMENT PARTNERSHIPS PROGRAM: UC-HOME RFP". Proposals must be submitted in the form required by the specifications including one (1) original paper hard copy, along with six (6) paper hard copies and one (1) electronic copy of the Application Package, in Word and Excel application format, with the required scanned attachments on a USB drive. Proposals must be received by 11:30 AM on March 27, 2025.**

Packages may be received prior to the due date and should be addressed to:

**Joseph J. Altavilla, Jr., Esq.**
**County of Union**
**Office of the County Counsel**
**10 Elizabethtown Plaza, 5th Floor**
**Elizabeth, NJ 07207**
**Attention: PROPOSAL FOR HOME INVESTMENT PARTNERSHIPS PROGRAM:**
**UC-HOME RFP**

The Board of County Commissioners reserves the right to reject any and all proposals, to waive any informality in the RFP process, and to accept any proposals which, in their judgment, are most advantageous, price and other factors considered, and will best serve the interest of the County of Union.

Proposers are required to comply with the requirements of N.J.S.A. 10:5-31 et seq., N.J.A.C. 17:27, and N.J.A.C. 17:44-2.2.

If English is not your first language and you need an interpreter, or you need to have documents translated from English to your native language, please contact Nicholas Micheludis at (908) 527-4258 or via email at nmicheludis@ucnj.org. Furthermore, the County of Union requests notice in advance for any residents with disabilities so reasonable accommodations can be made.

EQUAL HOUSING OPPORTUNITY

2/20/25 $372.60

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
| --- | --- |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1] Debtors. | Case No. 24-12534 (JKS) (Jointly Administered) |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

PLEASE TAKE NOTICE OF THE FOLLOWING:

**GENERAL BAR DATE: MARCH 14, 2025 AT 5:00 P.M. (ET)**
**GOVERNMENTAL BAR DATE: MAY 2, 2025 AT 5:00 P.M. (ET)**

On November 3, 2024 (the "Petition Date") each of the above-captioned debtors, except IJKG Opco, LLC, filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. On November 6, 2024, the Court entered an order authorizing the joint administration of the Chapter 11 Cases of each above-captioned debtor (collectively, the "Debtors").

On February 12, 2025, the Court entered an order (the "Bar Date Order")[2] establishing: (i) **March 14, 2025 at 5:00 p.m. (ET) (the "General Bar Date")** as the last date and time for each person or entity to file a proof of claim in the Chapter 11 Cases (a "Proof of Claim"), provided that, solely with respect to a governmental unit, the last date and time for such governmental unit to file a Proof of Claim in the Chapter 11 Cases is **May 2, 2025 at 5:00 p.m. (ET) (the "Governmental Bar Date")**.

Pursuant to the Bar Date Order, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, estate, and trust) that holds or seeks to assert a Claim (as defined in section 101(5) of the Bankruptcy Code) against the Debtors that arose, or is deemed to have arisen, prior to the Petition Date (including, without limitation, Claims entitled to administrative priority status under section 503(b)(9) of the Bankruptcy Code), no matter how remote or contingent such right to payment or equitable remedy may be (with certain limited exceptions as set forth in the Bar Date Order) **MUST FILE A PROOF OF CLAIM** on or before March 14, 2025 at 5:00 p.m. (ET) (the "General Bar Date"), by sending an original Proof of Claim form to: by first class mail: **CarePoint Health Systems, Inc. d/b/a Just Health Foundation Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4419, Beaverton, OR 97076-4419** or by hand delivery or overnight mail: **CarePoint Health Systems, Inc. d/b/a Just Health Foundation Claims Processing Center, c/o Epiq Corporate Restructuring LLC, 10300 SW Allen Blvd, Beaverton, OR 97005**; or by completing the online Proof of Claim form available at https://dm.epiq11.com/CarePoint, so that it is actually received on or before the General Bar Date; provided that, solely with respect to governmental units (as defined in section 101(27) of the Bankruptcy Code), the deadline for such governmental units to file a Proof of Claim is May 2, 2025 at 5:00 p.m. (ET).

You may be listed as the holder of a Claim in the Schedules. The Schedules are available free of charge on Epiq's website at https://dm.epiq11.com/CarePoint. If you rely on the Schedules, it is your responsibility to determine that your Claim is accurately listed in the Schedules. As described above, if (a) you agree with the nature, amount and status of your Claim as listed in the Schedules, (b) your Claim is not described as "disputed," "contingent," or "unliquidated," and (c) you do not dispute that the claim is an obligation of the particular Debtor against which the claim is listed in the Schedules, then you are not required to file a Proof of Claim in the Chapter 11 Cases with respect to such Claim. Otherwise, or if you decide to file a Proof of Claim, you must do so before the applicable Bar Date in accordance with the procedures set forth in this Publication Notice and the Bar Date Order.

If the Debtors amend their Schedules, then the Bar Date for those creditors affected by any such amendment shall be the later of (i) the General Bar Date, (ii) the Governmental Bar Date, if applicable, and (iii) twenty-one (21) days from the date on which the Debtors provide notice of an amendment to the Schedules (the "Amended Schedules Bar Date").

Any person or entity that holds a Claim that arises from the rejection of an executory contract or unexpired lease must file a Proof of Claim based on such rejection by the later of (i) the General Bar Date, (ii) the Governmental Bar Date, if applicable, and (iii) twenty-one (21) days after the entry of an order approving the rejection of the executory contract or unexpired lease (the "Rejection Bar Date" and, together with the General Bar Date, the Governmental Bar Date, and the Amended Schedules Bar Date, the "Bar Dates").

Proofs of Claim must be submitted to Epiq by first class United States mail, courier service, hand delivery, or in person, or completed electronically through Epiq's website described above. Proofs of Claim sent by facsimile, telecopy, or electronic mail will not be accepted and will not be considered properly or timely filed for any purpose in the Chapter 11 Cases. There are certain limited exemptions from the requirements to file a Proof of Claim which are described in the Bar Date Order.

**ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM IN THE CHAPTER 11 CASES WITH RESPECT TO A PARTICULAR CLAIM AGAINST THE DEBTORS BUT FAILS TO DO SO PROPERLY BY THE APPLICABLE BAR DATE, SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM: (A) ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR ESTATES (OR FILING A PROOF OF CLAIM), AND THE DEBTORS AND THEIR PROPERTIES AND ESTATES SHALL BE FOREVER DISCHARGED FROM ANY AND ALL INDEBTEDNESS OR LIABILITY WITH RESPECT TO SUCH CLAIM; AND (B) VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY CHAPTER 11 PLAN IN THE CHAPTER 11 CASES OR OTHERWISE IN RESPECT OF OR ON ACCOUNT OF SUCH CLAIM, AND SUCH PERSON OR ENTITY SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR ANY PURPOSE IN THE CHAPTER 11 CASES.**

The Proof of Claim form, the Bar Date Order, and all other pleadings filed in the Chapter 11 Cases are available free of charge on Epiq's website at https://dm.epiq11.com/CarePoint. If you have questions concerning the filing or processing of Claims, you may contact the Debtors' claims and noticing agent, Epiq, by e-mail at CarePointInfo@epiqglobal.com or by telephone at (888) 884-7843 for U.S. and Canadian parties, or +1 (503) 610-4421 for international parties.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC; (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); and (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Bar Date Order.

10967518-01

2/20/25 $210.60




10968596-01

The Star-Ledger AFFILIATED WITH nj.com

Activate now at
MYACCOUNT.NJ.COM






# AFFIDAVIT OF PUBLICATION

Order Number : 11046567

**STATE OF WISCONSIN**
**Brown County**

Of **The Record** and **Herald News**, are the newspapers of general circulation and published in Hackensack and Woodland Park, in the Counties of Bergen and Passaic, and of general circulation in Bergen, Passaic, Essex, Hudson, Morris and Essex Counties, who being duly sworn, deposeth and saith that the advertisement of which the annexed is a true copy, has been published in said newspaper in the issue:

02/20/2025

Legal Clerk

Notary Public State of Wisconsin County of Brown

9.19.2[illegible]

My commission expires

VICKY FELTY
Notary Public
State of Wisconsin

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 24-12534 (JKS)<br>(Jointly Administered) |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

PLEASE TAKE NOTICE OF THE FOLLOWING:

**GENERAL BAR DATE: MARCH 14, 2025 AT 5:00 P.M. (ET)**
**GOVERNMENTAL BAR DATE: MAY 2, 2025 AT 5:00 P.M. (ET)**

On November 3, 2024 (the "Petition Date") each of the above-captioned debtors, except UKG Opco, LLC, filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. On November 6, 2024, the Court entered an order authorizing the joint administration of the Chapter 11 Cases of each above-captioned debtor (collectively, the "Debtors").

On February 12, 2025, the Court entered an order (the "Bar Date Order")[2] establishing: (i) **March 14, 2025 at 5:00 p.m. (ET) (the "General Bar Date")** as the last date and time for each person or entity to file a proof of claim in the Chapter 11 Cases (a "Proof of Claim"), provided that, solely with respect to a governmental unit, the last date and time for such governmental unit to file a Proof of Claim in the Chapter 11 Cases is **May 2, 2025 at 5:00 p.m. (ET) (the "Governmental Bar Date")**.

Pursuant to the Bar Date Order, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, estate, and trust) that holds or seeks to assert a Claim (as defined in section 101(5) of the Bankruptcy Code) against the Debtors that arose, or is deemed to have arisen, prior to the Petition Date (including, without limitation, Claims entitled to administrative priority status under section 503(b)(9) of the Bankruptcy Code), no matter how remote or contingent such right to payment or equitable remedy may be (with certain limited exceptions as set forth in the Bar Date Order) **MUST FILE A PROOF OF CLAIM** on or before March 14, 2025 at 5:00 p.m. (ET) (the "General Bar Date"), by sending an original Proof of Claim form to: by first class mail: **CarePoint Health Systems, Inc. d/b/a Just Health Foundation Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4419, Beaverton, OR 97076-4419** or by hand delivery or overnight mail: **CarePoint Health Systems, Inc. d/b/a Just Health Foundation Claims Processing Center, c/o Epiq Corporate Restructuring LLC, 10300 SW Allen Blvd, Beaverton, OR 97005**; or by completing the online Proof of Claim form available at https://dm.epiq11.com/CarePoint, so that it is actually received on or before the General Bar Date; provided that, solely with respect to governmental units (as defined in section 101(27) of the Bankruptcy Code), the deadline for such governmental units to file a Proof of Claim is May 2, 2025 at 5:00 p.m. (ET).

You may be listed as the holder of a Claim in the Schedules. The Schedules are available free of charge on Epiq's website at https://dm.epiq11.com/CarePoint. If you rely on the Schedules, it is your responsibility to determine that your Claim is accurately listed in the Schedules. As described above, if (a) you agree with the nature, amount and status of your Claim as listed in the Schedules, (b) your Claim is not described as "disputed," "contingent," or "unliquidated," and (c) you do not dispute that the claim is an obligation of the particular Debtor against which the claim is listed in the Schedules, then you are not required to file a Proof of Claim in the Chapter 11 Cases with respect to such Claim. Otherwise, or if you decide to file a Proof of Claim, you must do so before the applicable Bar Date in accordance with the procedures set forth in this Publication Notice and the Bar Date Order.

If the Debtors amend their Schedules, then the Bar Date for those creditors affected by any such amendment shall be the later of (i) the General Bar Date, (ii) the Governmental Bar Date, if applicable, and (iii) twenty-one (21) days from the date on which the Debtors provide notice of an amendment to the Schedules (the "Amended Schedules Bar Date").

Any person or entity that holds a Claim that arises from the rejection of an executory contract or unexpired lease must file a Proof of Claim based on such rejection by the later of (i) the General Bar Date, (ii) the Governmental Bar Date, if applicable, and (iii) twenty-one (21) days after the entry of an order approving the rejection of the executory contract or unexpired lease (the "Rejection Bar Date" and, together with the General Bar Date, the Governmental Bar Date, and the Amended Schedules Bar Date, the "Bar Dates").

Proofs of Claim must be submitted to Epiq by first class United States mail, courier service, hand delivery, or in person, or completed electronically through Epiq's website described above. Proofs of Claim sent by facsimile, telecopy, or electronic mail will not be accepted and will not be considered properly or timely filed for any purpose in the Chapter 11 Cases. There are certain limited exemptions from the requirements to file a Proof of Claim which are described in the Bar Date Order.

**ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM IN THE CHAPTER 11 CASES WITH RESPECT TO A PARTICULAR CLAIM AGAINST THE DEBTORS BUT FAILS TO DO SO PROPERLY BY THE APPLICABLE BAR DATE, SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM: (A) ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR ESTATES (OR FILING A PROOF OF CLAIM), AND THE DEBTORS AND THEIR PROPERTIES AND ESTATES SHALL BE FOREVER DISCHARGED FROM ANY AND ALL INDEBTEDNESS OR LIABILITY WITH RESPECT TO SUCH CLAIM; AND (B) VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY CHAPTER 11 PLAN IN THE CHAPTER 11 CASES OR OTHERWISE IN RESPECT OF OR ON ACCOUNT OF SUCH CLAIM, AND SUCH PERSON OR ENTITY SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR ANY PURPOSE IN THE CHAPTER 11 CASES.**

The Proof of Claim form, the Bar Date Order, and all other pleadings filed in the Chapter 11 Cases are available free of charge on Epiq's website at https://dm.epiq11.com/CarePoint. If you have questions concerning the filing or processing of Claims, you may contact the Debtors' claims and noticing agent, Epiq, by e-mail at CarePointInfo@epiqglobal.com or by telephone at (888) 884-7843 for U.S. and Canadian parties, or +1 (503) 610-4421 for international parties.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC; (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); and (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Bar Date Order.

## Govt Public Notices

## Govt Public Notices

NOTICE OF SPECIAL MEETING

A Special Meeting of the New Jersey Economic Development Authority is scheduled for 10:00 am, Monday, February 24, 2025. The Members will convene in person, via conference call, and via Microsoft Teams at NJEDA Offices, 36 West State Street, Trenton, NJ to discuss and vote on matters related to the following items:

ECONOMIC TRANSFORMATION CLEAN ENERGY
ITEM: NJ ZIP, the New Jersey Zero Emission Incentive Program: Third Phase of the Voucher Pilot

ITEM: NJ ZEV Financing Program

VENTURE
ITEM: New Jersey Innovation Fellows (NJIF) Cohort II Application Approvals and Declinations

COMMUNITY DEVELOPMENT
ITEM: North to Shore Festival

DEI
ITEM: Employee Stock Ownership Plan Assistance – Vendor Procurement

INCENTIVES
DIGITAL MEDIA TAX CREDIT PROGRAM
Audible, Inc.

FILM TAX CREDIT PROGRAM
Delta Films LLC

BONDS
*A Public Hearing is being conducted for this project.
APPLICANTS: Delaware River Partners LLC and DRP Urban Renewal 4, LLC*

REAL ESTATE
ITEM: Maternal and Infant Health Innovation Center - Approval of the Comprehensive Development Budget and Request for Additional Funds

ITEM: Acceptance of Funding from the NJ Department of Treasury for purchase of New Jersey Transit properties

ITEM: Memorandum of Agreement between NJEDA, NJDEP, and NJT for the New Jersey Greenway Project (#PROD-00316989)

Urban Investment Fund Grant Program Funding Awards
ITEM: City of Paterson

ITEM: City of Trenton

ITEM: Invest Newark/City of Newark

ITEM: City of Passaic

ITEM: City of New Brunswick

AUTHORITY MATTERS
ITEM: Designation of Official Newspaper

BOARD MEMORANDA - FYI ONLY:
Update on Delegated Authority Actions

EXECUTIVE SESSION

Members of the public may participate in the meeting attending in person, by calling in on the conference line, or joining via Microsoft Teams link. Members of the public will have an opportunity to speak during the public comment segment of the meeting. The following conference number and Microsoft Teams link are being provided:

MEETING NAME: NJEDA BOARD MEETING (FEBRUARY 24, 2025)
PARTICIPANT DIAL-IN NUMBER: 1-888-790-3708
PARTICIPANT ACCESS CODE: 7825427

MICROSOFT TEAMS MEETING ACCESS LINK:
https://ezy.ovh/RqQau

Members of the public are encouraged to join the meeting early to avoid any delays. The meeting agenda and access information (conference call and Microsoft Teams link) can also be found 48 hours prior to the meeting on our website: www.njeda.gov. Thank you.

Danielle Esser, Director, Governance & Strategic Initiatives
Assistant Secretary

ms
2/20/2025 ($88.88)


## Public Notices


## Public Notices

LEGAL NOTICE

TOWN OF SECAUCUS
COUNTY OF HUDSON, STATE OF NEW JERSEY

NOTICE OF AUCTION OF SURPLUS PROPERTY
NO LONGER NEEDED BY THE TOWN OF SECAUCUS

Pursuant to N.J.S.A. 40A:11-36 and Resolution 2025-54, the Town of Secaucus will conduct a Public Auction Sale of surplus Town of Secaucus properties that are no longer needed for public use.

Online auction site: www.GovDeals.com
Start date of auction: March 3, 2025 at 6:00 a.m.
End date of auction: March 10, 2025 beginning at 6:00 p.m. with items closing at scheduled intervals, until conclusion.

All bidders are required to pre-register for bidding at the auction website of www.GovDeals.com. All bidders participating in this auction agree that they have read and fully understand the terms and conditions outlined on the site and agree to be bound thereby. All items are sold "as is, where is" condition, free from any guarantee or warranty. The Town of Secaucus reserves the right to accept or reject any bid submitted. All sales are final.

The following surplus properties are being sold:

| Description | Quantity | Min. Price |
|---|---|---|
| 2003 TOYOTA Camry VIN # 4T1BF30K63U549463 | 1 | $ 250.00 |
| 2007 HYUNDAI Accent VIN # KMHCM36C77U037811 | 1 | $ 250.00 |
| 2007 HONDA Accord VIN # 1HGCM66827A073734 | 1 | $ 250.00 |
| 2005 HONDA Civic Hybrid VIN # JHMES96605S003068 | 1 | $ 250.00 |
| 2014 JEEP Grand Cherokee VIN # 1C4RJFAG8EC506362 | 1 | $ 250.00 |
| 2007 ACURA MDX VIN # 1D7HA18N53J555505 | 1 | $ 250.00 |
| 1999 FORD F-150 VIN # 1FTRX17WXXNB33011 | 1 | $ 250.00 |
| 2005 TOYOTA Camry VIN # 4T1BE30K45U019241 | 1 | $ 250.00 |
| 2007 HONDA Odyssey VIN # 5FNRL38717B439057 | 1 | $ 250.00 |
| 2010 HONDA Odyssey VIN # 5FNRL3H98AB047847 | 1 | $ 250.00 |
| 2009 HONDA Accord VIN # 1HGCS22889A009754 | 1 | $ 250.00 |
| 2011 HYUNDAI Sonata VIN # WBAVD33526KV60714 | 1 | $ 250.00 |
| 2022 VOLKSWAGEN Golf GTI VIN # WVWG87CD1NW210349 | 1 | $ 250.00 |
| 2004 FORD F-150 VIN # 1FTPX045X4KD75565 | 1 | $ 250.00 |
| 2013 HONDA Accord VIN # 1HGCR2F32DA156090 | 1 | $ 250.00 |
| 2001 SATURN LS VIN # 1G8JU52F91Y565187 | 1 | $ 250.00 |
| 1999 HONDA Accord VIN # 1HGCG1657XA020141 | 1 | $ 250.00 |
| 2010 MAZDA Mazda5 VIN # JM1CR2WL5A0364125 | 1 | $ 250.00 |
| 2012 MAZDA Mazda6 VIN # 1YVHZ8DH9C5M43269 | 1 | $ 250.00 |
| 2018 FORD Fiesta VIN # 3FADP4AJ7JM124783 | 1 | $ 250.00 |
| 2008 HONDA Odyssey VIN # 5FNRL38698B104105 | 1 | $ 250.00 |

Buyer is responsible for all aspects of the removal of the purchased items, including loading and transportation from Town property. The payment terms of the sale are posted on the website. All items must be removed within ten (10) business days of the close of the auction or ownership shall revert to the Town of Secaucus.

MICHAEL MARRA
TOWN CLERK

The Record/Herald: 2/20, 2/21/25
Fee:$124.96 11049364

LEGAL NOTICE

TOWN OF SECAUCUS
COUNTY OF HUDSON, STATE OF NEW JERSEY

NOTICE OF AUCTION OF SURPLUS PROPERTY
NO LONGER NEEDED BY THE TOWN OF SECAUCUS

Pursuant to N.J.S.A. 40A:11-36 and Resolution 2025-55, the Town of Secaucus will conduct a Public Auction Sale of surplus Town of Secaucus properties that are no longer needed for public use.

Online auction site: www.GovDeals.com
Start date of auction: March 3, 2025 at 6:00 a.m.
End date of auction: March 10, 2025 beginning at 6:00 p.m. with the items closing at scheduled intervals, until conclusion.

All Bidders are required to pre-register for bidding at the auction website of www.GovDeals.com. All Bidders participating in this auction agree that they have read and fully understand the terms and conditions outlined on the site and agree to be bound thereby. All items are sold "as is, where is" condition, free from any guarantee or warranty. The Town of Secaucus reserves the right to accept or reject any bid submitted. All sales are final.

The following surplus properties are being sold:

| Description | Quantity | Min. Price |
|---|---|---|
| 2006 JACOBSEN Turfcat 628D 72" ride on lawn mower – Serial # 94671302266 | 1 | $ 250.00 |
| TORO Proline 36" walk behind lawn mower w/ a Kawasaki FS481V engine | 1 | $ 150.00 |
| BOBCAT 36" walk behind lawn mower w/ a Kawasaki FS481V engine | 1 | $ 150.00 |
| WALKER Diesel 42" deck ride on lawnmower Model MDDGHS – Serial # 116192 | 1 | $ 500.00 |
| WALKER Diesel 48" deck ride on lawnmower Model MDDGHS – Serial 109311 | 1 | $ 500.00 |

Buyer is responsible for all aspects of the removal of the purchased items, including loading and transportation from Town property. The payment terms of the sale are posted on the website. All items must be removed within ten (10) business days of the close of the auction or ownership shall revert to the Town of Secaucus.

MICHAEL MARRA
TOWN CLERK

The Record/Herald: 2/20, 2/21/25
Fee:$102.08 11048918

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1] Debtors. | Chapter 11<br>Case No. 24-12534 (JKS)<br>(Jointly Administered) |
|---|---|

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

PLEASE TAKE NOTICE OF THE FOLLOWING:

**GENERAL BAR DATE: MARCH 14, 2025 AT 5:00 P.M. (ET)**
**GOVERNMENTAL BAR DATE: MAY 2, 2025 AT 5:00 P.M. (ET)**

On November 3, 2024 (the "Petition Date") each of the above-captioned debtors, except IJKG Opco, LLC, filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. On November 6, 2024, the Court entered an order authorizing the joint administration of the Chapter 11 Cases of each above-captioned debtor (collectively, the "Debtors").

On February 12, 2025, the Court entered an order (the "Bar Date Order")[2] establishing: (i) **March 14, 2025 at 5:00 p.m. (ET) (the "General Bar Date")** as the last date and time for each person or entity to file a proof of claim in the Chapter 11 Cases (a "Proof of Claim"), provided that, solely with respect to a governmental unit, the last date and time for such governmental unit to file a Proof of Claim in the Chapter 11 Cases is **May 2, 2025 at 5:00 p.m. (ET) (the "Governmental Bar Date")**.

Pursuant to the Bar Date Order, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, estate, and trust) that holds or seeks to assert a Claim (as defined in section 101(5) of the Bankruptcy Code) against the Debtors that arose, or is deemed to have arisen, prior to the Petition Date (including, without limitation, Claims entitled to administrative priority status under section 503(b)(9) of the Bankruptcy Code), no matter how remote or contingent such right to payment or equitable remedy may be (with certain limited exceptions as set forth in the Bar Date Order) **MUST FILE A PROOF OF CLAIM** on or before March 14, 2025 at 5:00 p.m. (ET) (the "General Bar Date"), by sending an original Proof of Claim form to: by first class mail: **CarePoint Health Systems, Inc. d/b/a Just Health Foundation Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4419, Beaverton, OR 97076-4419** or by hand delivery or overnight mail: **CarePoint Health Systems, Inc. d/b/a Just Health Foundation Claims Processing Center, c/o Epiq Corporate Restructuring LLC, 10300 SW Allen Blvd, Beaverton, OR 97005**; or by completing the online Proof of Claim form available at https://dm.epiq11.com/CarePoint, so that it is actually received on or before the General Bar Date; provided that, solely with respect to governmental units (as defined in section 101(27) of the Bankruptcy Code), the deadline for such governmental units to file a Proof of Claim is May 2, 2025 at 5:00 p.m. (ET).

You may be listed as the holder of a Claim in the Schedules. The Schedules are available free of charge on Epiq's website at https://dm.epiq11.com/CarePoint. If you rely on the Schedules, it is your responsibility to determine that your Claim is accurately listed in the Schedules. As described above, if (a) you agree with the nature, amount and status of your Claim as listed in the Schedules, (b) your Claim is not described as "disputed," "contingent," or "unliquidated," and (c) you do not dispute that the claim is an obligation of the particular Debtor against which the claim is listed in the Schedules, then you are not required to file a Proof of Claim in the Chapter 11 Cases with respect to such Claim. Otherwise, or if you decide to file a Proof of Claim, you must do so before the applicable Bar Date in accordance with the procedures set forth in this Publication Notice and the Bar Date Order.

If the Debtors amend their Schedules, then the Bar Date for those creditors affected by any such amendment shall be the later of (i) the General Bar Date, (ii) the Governmental Bar Date, if applicable, and (iii) twenty-one (21) days from the date on which the Debtors provide notice of an amendment to the Schedules (the "Amended Schedules Bar Date").

Any person or entity that holds a Claim that arises from the rejection of an executory contract or unexpired lease must file a Proof of Claim based on such rejection by the later of (i) the General Bar Date, (ii) the Governmental Bar Date, if applicable, and (iii) twenty-one (21) days after the entry of an order approving the rejection of the executory contract or unexpired lease (the "Rejection Bar Date" and, together with the General Bar Date, the Governmental Bar Date, and the Amended Schedules Bar Date, the "Bar Dates").

Proofs of Claim must be submitted to Epiq by first class United States mail, courier service, hand delivery, or in person, or completed electronically through Epiq's website described above. Proofs of Claim sent by facsimile, telecopy, or electronic mail will not be accepted and will not be considered properly or timely filed for any purpose in the Chapter 11 Cases. There are certain limited exemptions from the requirements to file a Proof of Claim which are described in the Bar Date Order.

**ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM IN THE CHAPTER 11 CASES WITH RESPECT TO A PARTICULAR CLAIM AGAINST THE DEBTORS BUT FAILS TO DO SO PROPERLY BY THE APPLICABLE BAR DATE, SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM: (A) ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR ESTATES (OR FILING A PROOF OF CLAIM), AND THE DEBTORS AND THEIR PROPERTIES AND ESTATES SHALL BE FOREVER DISCHARGED FROM ANY AND ALL INDEBTEDNESS OR LIABILITY WITH RESPECT TO SUCH CLAIM; AND (B) VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY CHAPTER 11 PLAN IN THE CHAPTER 11 CASES OR OTHERWISE IN RESPECT OF OR ON ACCOUNT OF SUCH CLAIM, AND SUCH PERSON OR ENTITY SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR ANY PURPOSE IN THE CHAPTER 11 CASES.**

The Proof of Claim form, the Bar Date Order, and all other pleadings filed in the Chapter 11 Cases are available free of charge on Epiq's website at https://dm.epiq11.com/CarePoint. If you have questions concerning the filing or processing of Claims, you may contact the Debtors' claims and noticing agent, Epiq, by e-mail at CarePointInfo@epiqglobal.com or by telephone at (888) 884-7843 for U.S. and Canadian parties, or +1 (503) 610-4421 for international parties.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC; (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); and (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Bar Date Order.

NOTICE OF REGULAR MEETING
ZONING BOARD OF ADJUSTMENT CITY OF ENGLEWOOD

Please take notice that in accordance with the provisions of the Senator Byron M. Baer Open Public Meetings Act, N.J.S.A. 10:4-6, et seq. and, particularly, N.J.S.A. 10:4-8, which defines a "Meeting" as "any gathering whether corporeal or by means of communication equipment", the Zoning Board of Adjustment of the City of Englewood will hold a Regular Meeting on **Monday, February 24 at 8:00 PM** by remote video/audio conference.

There will be no in-person meeting. The meeting would otherwise have taken place in the Council Chambers at the Englewood Public Safety Complex, 73 S. Van Brunt St., Englewood, New Jersey 07631

The remote meeting may include the adoption of minutes and resolutions, completeness reviews and the granting of related waivers, the Board's Annual Report, Bi-Laws and the holding of public hearings on applications for development and such other matters as many come before the Board, including a closed session. Formal action may be taken.

At the time this Notice of Meeting is prepared, the following matters are scheduled for public hearing:

**File 24-001920, Michael Maturo, 557 Dow Pl, Block 3012, Lot 1**
**File 24-001910, Dwight Englewood School, 315 E Palisade Ave, Block 1901, Lot 8.03**

Additional matters may be added to the Agenda, and matters may be removed from the Agenda. The Agenda listing the matters to be considered, and related materials, will be placed on the Website of the City of Englewood www.cityofenglewood.org for public inspection, and is subject to change. If a member of the public lacks the ability to access the Agenda or related materials, or otherwise encounters difficulty in accessing the Agenda or related materials, that member of the public may call 201-871-6645 or e-mail to oleonovich@cityofenglewood.org to make alternate arrangements to review the agenda and related materials.

The remote meeting will take place by way of Zoom Conference. As recommended by the Division of Local Government Services, Local Operation Guidance, instructions to access the remote meeting and procedures for participating are as follows:

You may participate online by following the link below to join the remote meeting:
https://us02web.zoom.us/j/89660838189?pwd=27OiSZHl4Eu16y4RnXDx5zGrDpPnzZ.1
Passcode: 391471
Join via audio:
+1 646 931 3860 US
+1 929 205 6099 US (New York)
Webinar ID: 896 6083 8189
Passcode: 391471

Remote meeting access instructions will be posted on the Website of the City of Englewood and will be included on the Agenda for the meeting. Any interested party encountering difficulty in accessing the remote meeting may call 201-871-6645 or e-mail to oleonovich@cityofenglewood.org

The conferencing services offered by Zoom can be accessed via the Zoom App which can be downloaded to a computer or mobile device prior to the remote meeting. Members of the public may participate in the remote meeting according to the customary practice and procedures of the Zoning Board of Adjustment of the City of Englewood. Any person wishing to offer testimony must participate in visual, not simply audio, format.

This notice is given pursuant to the provisions of the Open Public Meetings Act (N.J.S.A. 10:4-6, et. seq.) and related Guidelines for Remote Public Meetings issued by the Division of Local Government Services (DLGS)

City of Englewood
Zoning Board of Adjustment
2-10 N. Van Brunt St.
Englewood, New Jersey 07631
201-871-6645
Record/Herald-February 20, 2025 Fee: $60.72 11010728

Notice to Claimants
Dissolution of Advanced Medical Emergency Resource Coalition Inc.

You are hereby notified that on the 20th day of August, 2024, a New Jersey non-profit corporation, ADVANCED MEDICAL EMERGENCY RESOURCE COALITION INC. voluntarily filed a Certificate of Dissolution with the State of New Jersey Department of the Treasury Division of Revenue and Enterprise Services. If you have a claim against the corporation, describe the claim and mail it to the address listed below.

Your claim must be received by August 13, 2025. Claims must be sent to: Frier Levitt, LLC Attention: Theresa DiGuglielmo, Esq. 84 Bloomfield Avenue, Pine Brook, NJ 07058. YOU MUST MAIL CONFIRMATION OF YOUR CLAIM TO THE ABOVE ADDRESS. YOUR CLAIM MAY BE BARRED IF WRITTEN NOTICE OF YOUR CLAIM IS NOT RECEIVED BY THE DEADLINE.

February 13, 20 2025
LNYS0238311
$38.72

LEGAL NOTICE

TOWN OF SECAUCUS
COUNTY OF HUDSON, STATE OF NEW JERSEY

NOTICE OF AUCTION OF SURPLUS PROPERTY
NO LONGER NEEDED BY THE TOWN OF SECAUCUS

Pursuant to N.J.S.A. 40A:11-36 and Resolution 2025-53, the Town of Secaucus will conduct a Public Auction Sale of surplus Town of Secaucus property that is no longer needed for public use.

Online auction site: www.GovDeals.com
Start date of auction: March 3, 2025 at 6:00 a.m.
End date of auction: March 10, 2025 beginning at 6:00 p.m. with items closing at scheduled intervals, until conclusion.

All bidders are required to pre-register for bidding at the auction website of www.GovDeals.com. All bidders participating in this auction agree that they have read and fully understand the terms and conditions outlined on the site and agree to be bound thereby. All items are sold "as is, where is" condition, free from any guarantee or warranty. The Town of Secaucus reserves the right to accept or reject any bid submitted. All sales are final.

The following surplus property is being sold:

| Description | Quantity | Min. Price |
|---|---|---|
| 2016 FORD Focus VIN # 1FADP3E29GL373240 | 1 | $ 500.00 |

Buyer is responsible for all aspects of the removal of the purchased items, including loading and transportation from Town property. The payment terms of the sale are posted on the website. All items must be removed within ten (10) business days of the close of the auction or ownership shall revert to the Town of Secaucus.

MICHAEL MARRA
TOWN CLERK

Thr Record/Herald: 2/20, 2/21/25
Fee:$82.72 11049231

STORAGE TREASURES AUCTION
Extra Space Storage, on behalf of itself or its affiliates, Life Storage or Storage Express, will hold a public auction to sell personal property described below at the location indicated:

**77 Willowbrook Boulevard**
**Wayne, NJ 07470 on 3/07/2025 at 11:00 A.M.**

Unit 408- Stephanie Niemiec - Household Goods/Furniture

The auction will be listed and advertised on www.storagetreasures.com. Purchases must be made with cash only and paid at the above referenced facility in order to complete the transaction. Extra Space Storage may refuse any bid and may rescind any purchase up until the winning bidder takes possession of the personal property.
February 13, 20 2025
LNYS0233467
$35.20

## Public Notices

## Public Notices

STORAGE TREASURES AUCTION

ONE FACILITY – MULTIPLE UNITS

Extra Space Storage will hold a public auction to sell personal property described below at the location indicated: 412 Harrison Avenue Harrison NJ 07029 973-668-9266 March 14, 2025, at 11:30am

Unit 172 Danette Singleton household items Unit 201 Edsel Brown household items Unit 261 Johnathan Johnson household itemsUnit 423 Juan Carlos Ramirez household items Unit 520 Crystalanne Belfon household items Unit 68 Annette Poindexter household items

The auction will be listed and advertised on www.storagetreasures.com Purchases must be made with cash only and paid at the above referenced facility in order to complete the transaction. Extra Space Storage may refuse any bid and may rescind any purchase up until the winning bidder takes possession of the personal property.
2/20, 2/27/2025 ($36.96)

Storage Treasures Auction
ONE FACILITY – MULTIPLE UNITS
Extra Space Storage, on behalf of itself or its affiliates, Life Storage or Storage Express, will hold a public auction to sell personal property described below at the location indicated: 227 Main St., Belleville, Nj 07109, 973-435-8619 on March 7, 2025 at 11:00 am.

1032 Fedrick Graham studio apartment, 1073 Samantha Brown 4 Bins and bags 60inch tv, 3120 Mya Rivera 9 boxes

The auction will be listed and advertised on www.storagetreasures.com. Purchases must be made with cash only and paid at the above referenced facility in order to complete the transaction. Extra Space Storage may refuse any bid and may rescind any purchase up until the winning bidder takes possession of the personal property.
February 13, 20 2025
LNYS0231418
$35.20

Extra Space Storage, on behalf of itself or its affiliates, Life Storage or Storage Express, will hold a public auction to se ll personal property described below at the location indicated: 1415 Bergen Blvd, Fort Lee NJ 07024, March 7, 2025 11:00 Am
0212 Angelo Gagliardi Boxes, camping gear, holiday decorations, etc, 0631 Stephanie Won furniture, personal goods, 1194 Dallehirys Luna personal goods, clothing, furniture.
The auction will be listed and advertised on www.storagetreasures.com. Purchases must be made with cash only and paid at the above referenced facility in order to complete the transaction. Extra Space Storage may refuse any bid and may rescind any purchase up until the winning bidder takes possession of the personal property
February 13, 20 2025
LNYS0235716
$26.40

Extra Space Storage, on behalf of itself or its affiliates, Life Storage or Storage Express, will hold a public auction to sell personal property described below at the location indicated:

Extra Space Storage, 450 Belleville Tpke, North Arlington NJ, 07031 at 12:30 PM on March 7th, 2025
Kimberly Reid unit 4157, Household items
Mark Williams unit 5156, furniture, clothes, electronic
The auction will be listed and advertised on www.storagetreasures.com. Purchases must be made with cash only and paid at the above referenced facility in order to complete the transaction. Extra Space Storage may refuse any bid and may rescind any purchase up until the winning bidder takes possession of the personal property.
February 13, 20 2025
LNYS0236611
$33.44

ONLINE AUCTION

Extra Space Storage, on behalf of itself or its affiliates, Life Storage or Storage Express, will hold a public auction to sell personal property described below at the location indicated: 260 Railroad Ave., Hackensack, NJ, 07601 –March 7, 2025 at 2:30 PM.

Unit 1308 – Eric Rosas - 1 king size bed couches and 2 bedroom apt 1 full mattress

Unit 2102 – Lauren Wells - Appliance's furniture household goods business storage

Unit 2104 – Mark Portrick - Sofas,tots,Household Furniture,Walkin Bar

The auction will be listed and advertised on www.storagetreasures.com. Purchases must be made with cash only and paid at the above referenced facility in order to complete the transaction. Extra Space Storage may refuse any bid and may rescind any purchase up until the winning bidder takes possession of the personal property.
2/13, 2/20/2025 ($36.96)

NOTICE TO ABSENT DEFENDANTS
SUPERIOR COURT OF NEW JERSEY
PASSAIC COUNTY
Docket No. F-007444-24

STATE OF NEW JERSEY, to: JACQUELINE JONES, HEIR

YOU ARE HEREBY SUMMONED and required to serve upon Pluese, Becker, Saltzman & Thomas, LLC, whose address is 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054, An Answer to the Third Amended Complaint, filed in a civil action in which EMC Mortgage LLC, is Plaintiff and James C. Gayler, III, et al, are Defendants, pending in the Superior Court of New Jersey, Chancery Division, Passaic County, bearing Docket No. F-007444-24, within thirty-five days (35) after February 20, 2025 exclusive of such date, or if published after February 20, 2025, (35) days after the actual date of such publication, exclusive of such date. If you fail to do so, Judgment by Default may be rendered against you for relief demanded in the Third Amended Complaint. You shall file your Answer and Proof of Service in duplicate with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, New Jersey 08625, in accordance with the Rules of Civil Practice and Procedure. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer when it is filed.

This action has been instituted for the purpose of foreclosing the mortgage dated August 9, 1991, and made by James C. Gayler, III, to Urban National Bank recorded in the Passaic County Clerk's Office, on August 19, 1991, Book 125, at Page 160; to recover possession of and concerning real estate located at 1010 Greenwood Lake Turnpike, Ringwood, NJ 07456, and being also known as Lot 16, and Block 311 on the tax map of the Borough of Ringwood, County of Passaic and State of New Jersey.

By written Assignment dated June 26, 1998, Hudson United Bank, successor by merger to Urban National Bank assigned its Mortgage and Bond/Note to EMC Mortgage Corporation, which was recorded on July 25, 2000 in Book 28 at Page 336.

You, JACQUELINE JONES, HEIR, are made a party defendant to this foreclosure action, including without limitation, because you are the daughter and known heir of the Estate of Jack P. Jones

You may contact the Lawyer Referral Service of the County in which this action is pending by calling 973-278-9223. If you cannot afford an attorney, you may communicate with the Legal Services Office of the County in which this action is pending by calling 973-523-2900 or by calling the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529).

MICHELLE M. SMITH, CLERK
Superior Court of New Jersey
The Record/Herald News February 20, 2025
Fee: $50.16 (114) 11048986

Public Notice

Mayor and Township Council
Township of Little Falls, NJ
County of Passaic
New Jersey

Notice is hereby given that the Township of Little Falls has made an application to New Jersey Transit for a van to assist in providing transportation to senior citizens and/or people with disabilities in the Township of Little Falls, County of Passaic, New Jersey. This project will be partially funded with FTA 5310 funds under a grant submitted to the Federal Transit Administration.

Any interested party who has a significant social, economic, economic, or environmental interest is invited to provide comment within thirty (30) days to:

The Township of Little Falls
Office of the Township Manager
225 Main Street,
Little Falls, NJ 07424
Record-News Herald February 17 & 20, 2025
FEE$42.12 (27) 11041246

Extra Space Storage, on behalf of itself or its affiliates, Life Storage or Storage Express, will hold a public auction to sell personal property described below at the location indicated:
524 Grand Ave, Englewood, NJ 07631, Friday, March.7,2025, at 2:30 pm.

Unit 1013 - Asia Jefferies-Martinez - house items
Unit 451 - Ricardo Bustamante - Boxes and one piece of furniture
Unit 477 - Shannon Everett - cleaning goods
Unit 618 - Camila Peguero Peralta - Furniture, baby stuff, clothing
Unit 768 - victor urbina - personal
Unit 769 - Shannon Everett - household items
Unit 835 - Joan Anderson - Household goods

The auction will be listed and advertised on www.storagetreasures.com. Purchases must be made with cash only and paid at the above referenced facility in order to complete the transaction. Extra Space Storage may refuse any bid and may rescind any purchase up until the winning bidder takes possession of the personal property.
2/13, 2/20/2025 ($38.72)

Legal Ad Notice
Extra Space Storage on behalf of or its affiliates, Life Storage or Storage Express, will hold a public auction to sell personal property described below at the location indicated:
140 Rt. 17 South, Lodi NJ 07644
March 7, 2025 2:30 PM

Edwar Mass 013 Construction Equipment
Tanynekia Mitchell 191 2 Bedrooms
Tanynekia Mitchell 229 Household Items
Alison Pena Valdiviezo 355 Mattress Bedframes Boxes

The auction will be listed and advertised on www.storagetreasures.com Purchases must be made with cash only and paid at the above referenced facility in order to complete the transaction. Extra Space Storage may refuse any bid and may rescind any purchase up until the winning bidder takes possession of the personal property
February 13, 20 2025
LNYS0237363
$40.48



**VERIFICATION OF PUBLICATION**

STATE OF Oregon

COUNTY OF Multnomah

Being duly sworn, Tammy Ollivier says that she is a Senior Notice Program Manager at Epiq Legal Noticing and is duly authorized by Epiq Legal Noticing to make this statement, and is fully acquainted with the facts stated herein: the following legal advertisement for **CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*** appeared on Hudson County View (https://hudsoncountyview.com):

| Scheduled Run Dates | Delivered Impressions |
|---|---|
| February 17, 2025 – February 23, 2025 | 261,125 |

Tammy Ollivier (Signature)

3/17/2025 (Date)

John Heinis - February 14, 2025 10:51 am 1




News

## Fulop endorses proposal to make Jersey City Heights bike lane permanent

John Heinis - February 13, 2025 5:47 pm 6



News

## McGreevey urges Jersey City Council to reject new SID to help...

John Heinis - February 13, 2025 1:46 pm 2



News

## Former U.S. Treasury official Dini Ajmani announces Hoboken mayoral run

John Heinis - February 13, 2025 10:56 am 6



News

## Jabbour hosts first fundraiser since announcing bid for Hoboken mayor

John Heinis - February 13, 2025 10:30 am 0



News

## Jersey City Council debates eliminating pool fees during caucus meeting



News

## Hoboken PD seeking to ID 3 persons of interest in December...




Notice of Deadlines for Filing Proofs of Claim in:
*In re: CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,*

PLEASE TAKE NOTICE OF THE FOLLOWING:

GENERAL BAR DATE:
MARCH 14, 2025
AT 5:00 P.M. (ET)

GOVERNMENTAL BAR DATE:
MAY 2, 2025
AT 5:00 P.M. (ET)

Click Here for Full Notice





**VERIFICATION OF PUBLICATION**

STATE OF Oregon

COUNTY OF Multnomah

Being duly sworn, Tammy Ollivier says that she is a Senior Notice Program Manager at Epiq Legal Noticing and is duly authorized by Epiq Legal Noticing to make this statement, and is fully acquainted with the facts stated herein: the following legal advertisement for **CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*** appeared on HudPost (https://hudpost.com):

| Scheduled Run Dates | Delivered Impressions |
|---|---|
| February 16, 2025 – February 23, 2025 | 13,374 |

Tammy Ollivier (Signature)

3/17/2025 (Date)

Notice of Deadlines for Filing Proofs of Claim in

*In re: CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,*

PLEASE TAKE NOTICE OF THE FOLLOWING:

GENERAL BAR DATE: MARCH 14, 2025 AT 5:00 P.M. (ET)
GOVERNMENTAL BAR DATE: MAY 2, 2025 AT 5:00 P.M. (ET)

Click Here for Full Notice

# HUDPOST

HOME LOCAL NEWS CATEGORIES ABOUT US



COMMUNITY / 2 days ago

## Six North Bergen Residents Bitten in Raccoon Attacks

North Bergen, NJ – North Bergen officials have issued a wildlife warning following a rise in aggressive raccoon encounters across...



POLITICS / 3 days ago

## Guy Delivers First State of the County Address




SPORTS / 1 week ago

## Jaida Guerra Breaks Union City High Scoring Record