## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 876 & 886** |

## <u>CERTIFICATE OF SERVICE</u>

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 7, 2025, I caused to be served the:

   a. "Declaration of Debbie White, RN in Support of the Proposed Plan," dated March 7, 2025 [Docket No. 876], and

   b. "Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming Fifth Amended Joint Combined Disclosure Statement and Joint Plan of Reorganization," dated March 7, 2025 [Docket No. 886],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

   ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); and (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19904 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD. SUITE 100 DOVER DE 19904 |
| NEW JERSEY DEPARTMENT OF HUMAN SERVICES | 222 S. WARREN ST TRENTON NJ 08625 |
| STATE OF NEW JERSEY DEPT OF HUMAN SERVICES | PO BOX 700 TRENTON NJ 08625-0700 |

**Total Creditor count: 4**

**EXHIBIT B**

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al* .,
Case No. 24-12534 (JKS)
Email Master Service List

| Name | Email Address |
|---|---|
| ASHBY & GEDDES, PA. | rpalacio@ashbygeddes.com |
| BASS, BERRY & SIMS PLC | pjennings@bassberry.com; eal-nimri@bassberry.com; sara.morgan@bassberry.com |
| BAYARD, P.A. | nglassman@bayardlaw.com; ejohnson@bayardlaw.com; ariches@bayardlaw.com |
| BAYONNE MEDICAL CENTER OPCO LLC | vroldan@mblawfirm.com |
| BIELLI & KLAUDER, LLC | dklauder@bk-legal.com |
| BROWN MCGARRY NIMEROFF LLC | jnimeroff@brownnimeroff.com |
| CAPITALA PRIVATE ADVISORS, LLC | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CHIPMAN BROWN CICERO & COLE LLP | root@chipmanbrown.com |
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; mwoods@cwsny.com; mstolz@cwsny.com |
| COLE SCHOTZ P.C. | jdougherty@coleschotz.com; msirota@coleschotz.com; rjareck@coleschotz.com |
| COMMITTEE OF INTERNS AND RESIDENTS | chull@cirseiu.org |
| COMMITTEE OF INTERNS AND RESIDENTS SEIU | chull@cirseiu.org |
| COUNTY OF HUDSON | dkenny@hcnj.us |
| COZEN O'CONNOR | jcarroll@cozen.com; rdellosa@cozen.com |
| DAVIS, MALM & D'AGOSTINE, P.C. | apanebianco@davismalm.com |
| DORSEY & WHITNEY (DELAWARE) LLP | schnabel.eric@dorsey.com; glorioso.alessandra@dorsey.com |
| DUANE MORRIS LLP | ljkotler@duanemorris.com |
| EARP COHN P.C. | rschlaifer@earpcohn.com; aetish@earpcohn.com |
| EPSTEIN BECKER & GREEN, P.C. | wmarcari@ebglaw.com; jflynn@ebglaw.com; rcochran@ebglaw.com |
| FLEISCHER, FLEISCHER & SUGLIA P.C. | nsuglia@fleischerlaw.com |
| GIBBONS P.C. | kearle@gibbonslaw.com; mconlan@gibbonslaw.com; dcrapo@gibbonslaw.com |
| GIORDANO, HALLERAN & CIESLA, P.C. | dcampbell@ghclaw.com; cschroeder@ghclaw.com |
| HEALTH PROFESSIONALS & ALLIED EMPLOYEES AFT-AFL/CIO | dwhite@hpae.org |
| INTERNAL REVENUE SERVICE | victoria.g.mosby@irs.gov; millie.h.agent@irs.gov |
| INTERNAL REVENUE SERVICE | gregory.s.moxley@irs.gov |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al* .,
Case No. 24-12534 (JKS)
Email Master Service List

| Name | Email Address |
|---|---|
| KLESTADT WINTERS JURELLER SOUTHARD | fstevens@klestadt.com |
| KUTAK ROCK LLP | lisa.peters@kutakrock.com |
| LAW OFFICE OF MITCHELL J MALZBERG ESQ | mmalzberg@mjmalzberglaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN ESQ | skaufman@skaufmanlaw.com |
| LEVENFELD PEARLSTEIN, LLC | swilliams@lplegal.com; hisrael@lplegal.com |
| LOIZIDES P.A. | loizides@loizides.com |
| MANDELBAUM BARRETT PC | vroldan@mblawfirm.com |
| MAPLE HEALTHCARE, LLC | info@maplehealthgroup.com |
| MAURICE, WUTSCHER, LLP | ahochheiser@mauricewutscher.com |
| MCMANIMON, SCOTLAND & BAUMANN LLC | splacona@msbnj.com |
| MEDELY, INC. | bankruptcy@medely.com |
| MOORE & VAN ALLEN PLLC | alanpope@mvalaw.com; gabrielmathless@mvalaw.com; matthewtaylor@mvalaw.com |
| NEW JERSEY DEPT OF HEALTH | robert.iannaccone@doh.nj.gov |
| NURSE STAFFING, LLC D/B/A NURSES 24/7 | kmaleck@exchange.nurses247.com; alazar@siercapital.com |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.ecfbankruptcy@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | jane.m.leamy@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; joneill@pszjlaw.com; crobinson@pszjlaw.com |
| PASHMAN STEIN WALDER HAYDEN P.C. | agambale@pashmanstein.com; dalvarez@pashmanstein.com; leisenberg@pashmanstein.com; jweiss@pashmanstein.com; rriley@pashmanstein.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | casantaniello@pbnlaw.com; raparisi@pbnlaw.com; rmschechter@pbnlaw.com |
| PUBLIC SERVICE ELECTRIC AND GAS COMPANY | alexandra.grant@pseg.com |
| RABINOWITZ, LUBETKIN & TULLY L.L.C | jrabinowitz@rltlawfirm.com; jlubetkin@rltlawfirm.com; hkarwowski@rltlawfirm.com |
| REED SMITH LLP | kgwynne@reedsmith.com; ccapp@reedsmith.com |
| RIKER DANZIG LLP | jschwartz@riker.com; tschellhorn@riker.com |
| ROYER COOPER COHEN BRAUNFELD LLC | mskapof@rccblaw.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al* .,

Case No. 24-12534 (JKS)

Email Master Service List

| Name | Email Address |
|---|---|
| SAUL EWING LLP | monique.disabatino@saul.com; john.demmy@saul.com; nicholas.smargiassi@saul.com |
| SECURITIES & EXCHANGE COMMISSION | chair@sec.gov |
| SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com; jsignor@goodwin.com |
| SIERRA HEALTH GROUP LLC | rdovgala@sierrahealth.net |
| SILLS CUMMIS & GROSS P.C. | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| SODEXO, INC. & AFFILIATES | amelia.davis@sodexo.com |
| STARK & STARK P.C. | jlemkin@stark-stark.com |
| STATE OF NEW JERSEY DIVISION OF TAXATION | taxation.bankruptcy@treas.nj.gov |
| STRADLEY, RONON, STEVENS & YOUNG LLP | jmmurphy@stradley.com |
| SULLIVAN HAZELTINE ALLINSON LLC | zallinson@sha-llc.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |
| TYDINGS & ROSENBERG LLP | sgerald@tydings.com; jselba@tydings.com |
| VARNUM LLP | bgbest@varnumlaw.com |
| WARSHAW BURSTEIN LLP | msiegel@wbny.com; ahack@wbny.com; mmarcucci@wbny.com |
| WILSON SONSINI GOODRICH & ROSATI P.C. | efay@wsgr.com; hlambert@wsgr.com |
| WINDELS MARX LANE & MITTENDORF LLP | eperal@windelsmarx.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | marcy.smith@wbd-us.com; matthew.ward@wbd-us.com; ahack@wbny.com; mmarcucci@wbny.com; msiegel@wbny.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | mlunn@ycst.com; rpoppiti@ycst.com; bankfilings@ycst.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al* .,
Case No. 24-12534 (JKS)
Email Service List - Responding Parties

| Name | Email Address |
|---|---|
| BRACH EICHLER LLC | csoranno@bracheichler.com |
| CHIESA, SHAHINIAN & GIANTOMASI PC | sdellafera@csglaw.com; twalsh@csglaw.com |
| ESBROOK P.C. | scott.leonhardt@esbrook.com |
| HILLER LAW, LLC | ahiller@adamhillerlaw.com |
| HOGAN♦MCDANIEL | gfmcdaniel@dkhogan.com |
| JOYCE, LLC | mjoyce@mjlawoffices.com |
| LEVENFELD PEARLSTEIN, LLC | gspathis@lplegal.com |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | scott.cousins@lewisbrisbois.com |
| MANDELBAUM BARRETT PC | mnabulsi@mblawfirm.com |
| MCMANIMON, SCOTLAND & BAUMANN, LLC | mdudas@msbnj.com |
| MOORE & VAN ALLEN PLLC | zacharysmith@mvalaw.com |
| MORRIS JAMES LLP | jwaxman@morrisjames.com; bkeilson@morrisjames.com; cdonnelly@morrisjames.com |
| RAY QUINNEY & NEBEKER P.C. | dleigh@rqn.com |
| REED SMITH LLP | jangelo@reedsmith.com |
| STRADLEY RONON STEVENS & YOUNG, LLP | avulpio@stradley.com |
| SULLIVAN HAZELTINE ALLINSON LLC | bsullivan@sha-llc.com |
| THE ROSNER LAW GROUP LLC | liu@teamrosner.com |