## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 908, 913 – 914, 916 – 920, & 927** |

## <u>CERTIFICATE OF SERVICE</u>

I, ANDREA SPEELMAN, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 11, 2025, I caused to be served the:

    a.  *letter* "RE: CarePoint Health Systems, Inc., et al., Case No. 24-12534 (JKS)," dated March 10, 2025 [Docket No. 908], (the "Letter"),

    b.  "Amended Notice of Agenda Regarding Matters Scheduled for Hearing on March 11, 2025 at 10:00 a.m. (ET)," dated March 10, 2025 [Docket No. 913], (the "Agenda"),

    c.  "Amended Witness List and Exhibit List of the Debtors and the Official Committee of Unsecured Creditors for Use at Confirmation Hearing Scheduled for March 11, 2025 at 10:00 a.m. (ET)," dated March 10, 2025 [Docket No. 914], (the "Witness & Exhibit List"),

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); and (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

d.  "Order Approving Settlement with County of Hudson Regarding Debtors' Continued Participation in County Option Program," dated March 10, 2025 [Docket No. 916], (the "Settlement Order"),

e.  "Amended Notice of Agenda Regarding Matters Scheduled for Hearing on March 11, 2025 at 10:00 a.m. (ET)," dated March 10, 2025 [Docket No. 917], (the "Continued Agenda"),

f.  "Order Approving Debtors' Fourth Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases Effective as of the Rejection Date," dated March 10, 2025 [Docket No. 918], (the "4th Omnibus Order"),

g.  "Amended Notice of Agenda Regarding Matters Scheduled for Hearing on March 12, 2025 at 10:00 a.m. (ET)," filed on March 10, 2025 [Docket No. 919], (the "Amended Agenda"),

h.  "Order Approving Stipulation by and Between the Debtors and Anthony Estrada, Sofia Santiago Bello and Adilso Estrada for Relief From Stay," filed on March 10, 2025 [Docket No. 920], (the "Estrada Order"), and

i.  "Order Approving Stipulation by and Between the Debtors and Amandeep Kaur Singh and Jaspal Chatrath Resolving Motion for Relief From the Automatic Stay to Continue Pending Litigation," dated March 11, 2025 [Docket No. 927], (the "Singh & Chatrath Order"),

by causing true and correct copies of the:

i.  Letter, Settlement Order, 4th Omnibus Order, Estrada Order, and Singh & Chatrath Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii.  4th Omnibus Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

iii.  Letter, Agenda, Witness & Exhibit List, Settlement Order, Continued Agenda, 4th Omnibus Order, Amended Agenda, Estrada Order, and Singh & Chatrath Order to be delivered via electronic mail to those parties listed on the annexed Exhibit C,

iv.  Agenda, Witness & Exhibit List, Continued Agenda, and Amended Agenda to be delivered via electronic mail to those parties listed on the annexed Exhibit D,

v.  Settlement Order to be delivered via electronic mail to those parties listed on the annexed Exhibit E,

vi.   Estrada Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit F</u>, and

vii.   Singh & Chatrath Order to be delivered via electronic mail to the party listed on the annexed <u>Exhibit G</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<u>*/s/ Andrea Speelman*</u>
Andrea Speelman

**EXHIBIT A**

| Claim Name | Address Information |
| --- | --- |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19904 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD. SUITE 100 DOVER DE 19904 |
| NEW JERSEY DEPARTMENT OF HUMAN SERVICES | 222 S. WARREN ST TRENTON NJ 08625 |
| STATE OF NEW JERSEY DEPT OF HUMAN SERVICES | PO BOX 700 TRENTON NJ 08625-0700 |

**Total Creditor count: 4**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| MUTARE SOFTWARE | 2325 HICKS ROAD ROLLING MEADOWS IL 60008 |
| NATIONAL DECISION SUPPORT CO. | 5995 WINDWARD PARKWAY ALPHARETTA GA 30005 |
| NATIONAL STAFFING SOLUTIONS | PO BOX 9310 WINTER HAVEN FL 33833-9310 |
| NEW YORK BLOOD CENTER | P O BOX 419137 BOSTON MA 02241-9137 |
| NY BLOOD CENTER | P O BOX 419137 BOSTON MA 02241-9137 |
| OLIVER FIRE PROTECTION & SECURITY | 501 FEHELEY DRIVE KING OF PRUSSIA PA 19406 |
| ON ASSIGNMENT | 9987 CARVER ROAD SUITE 510 CINCINNATI OH 45242 |
| ORGANOGENESIS INC | DEPT 2542 PO BOX 122542 DALLAS TX 75312-2542 |
| PENINSULA SLEEP SERVICES, LLC | PO BOX 148 BAYONNE NJ 07306 |
| PENINSULA WOUND CARE SERVICES, LLC | 1848 BURKINGTON MT. HOLLY ROAD WESTAMPTON NJ 08060 |
| PENTAX | PO BOX 820146 PHILADELPHIA PA 19182-0146 |
| PENUMBRA INC. | 1351 HARBOR BAY PKWY ALAMEDA CA 94502 |
| PHILIPS HEALTHCARE | PO BOX 100355 ATLANTA GA 30384-0355 |
| PHILIPS RESPIRONICS | PO BOX 100355 ATLANTA GA 30384-0355 |
| PRESS GANEY | 755 COMMERCE DR. SUITE 412 DECATUR GA 30030 |
| QUEST DIAGNOSTICS | 1 INSIGHTS DRIVE CLIFTON NJ 07094 |
| QUEST DIAGNOSTICS | 1 MALCOLM AVENUE TETERBORO NJ 07608 |
| REVINT SOLUTIONS | PO BOX 208272 DALLAS TX 75320-8272 |
| RICHMOND ELEVATOR COMPANY | 17 RECTOR STREET STATEN ISLAND NY 10310 |
| RICOH | PO BOX 827577 PHILADELPHIA PA 19182-7577 |
| ROCHE DIAGNOSTICS CORPORATION | MAIL CODE 5508 PO BOX 71209 CHARLOTTE NC 28272-1209 |
| SAGE HEALTH, INC. | 301 RHODE ISLAND ST SUITE B4 SAN FRANCISCO CA 94103 |
| SALEH, RANY MD | ADDRESS ON FILE |
| SPINAL ELEMENTS | DEPT 3885 P.O. BOX 123885 DALLAS TX 75312-3885 |
| STAFF CARE - AN AMN HEALTHCARE COMPANY | PO BOX 281923 ATLANTA GA 30384-1923 |
| STAT LABORATORY | 2090 COMMERCE DRIVE MCKINNEY TX 75069 |
| STRYKER SALES CORPORATION | PO BOX 93276 CHICAGO IL 60673-3276 |
| TECH SERVICES | PO BOX 775 EDISON NJ 08818 |
| TELLENIUM, INC. | 9050 HIGHWAY 44 E, BUILDING A LOUISVILLE KY 40047 |
| TEMPERATURE MANAGEMENT, INC | 3901 CENTERVIEW DRIVE, SUITE L CHANTILLY VA 20151 |
| TENEX HEALTHCARE | 26902 VISTA TERRACE LAKE FOREST CA 92630 |
| THE STUDER GROUP, LLC | 350 WEST CEDAR STREET STE 300 PENSACOLA FL 32502 |
| TOSOH BIOSYSTEMS, INC. | PO BOX 712415 CINCINNATI OH 75271-2415 |
| TRANE COMPANY | PO BOX 406469 ATLANTA GA 30384-6469 |
| TREACE MEDICAL CONCEPTS | 100 PALMETTO PARK PLACE PONTE VERDE FL 32081 |
| TRIPLE A SUPPLIES, INC | 50 JEANNE DRIVE NEWBURGH NY 12550 |
| TRIYAM - DATA MANAGEMENT SOLUTIONS FOR HEALTHCARE | 2333 ALEXANDRIA DR LEXINGTON KY 40504 |
| UPTODATE | 820 BEAR TAVERN ROAD EWING NJ 08628 |
| VERATHON | PO BOX 935117 ATLANTA GA 31193-5117 |
| VST LLC | 24 GREEKWAY PLAZA SUITE 1800 GREENWAY / UPPER KIRBY HOUSTON TX 77046 |
| WESTERN PEST | 614 EAGLE ROCK AVENUE WEST ORANGE NJ 07052-2902 |
| WOLTERS KLUWER | ADDRESS ON FILE |
| ZOCDOC | 568 BROADWAY 9TH FLOOR NEW YORK NY 10012 |

Total Creditor count: 43

**EXHIBIT C**

CarePoint Health Systems, Inc., *et al.,* Case No. 24-12534 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| ASHBY & GEDDES, PA. | RPalacio@ashbygeddes.com |
| BASS, BERRY & SIMS PLC | pjennings@bassberry.com; eal-nimri@bassberry.com; sara.morgan@bassberry.com |
| BAYARD, P.A. | nglassman@bayardlaw.com; ejohnson@bayardlaw.com; ariches@bayardlaw.com |
| BAYONNE MEDICAL CENTER OPCO LLC | vroldan@mblawfirm.com |
| BIELLI & KLAUDER, LLC | DKLAUDER@BK-LEGAL.COM |
| BROWN MCGARRY NIMEROFF LLC | jnimeroff@brownnimeroff.com |
| CAPITALA PRIVATE ADVISORS, LLC | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CHIPMAN BROWN CICERO & COLE LLP | root@chipmanbrown.com |
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; mwoods@cwsny.com; mstolz@cwsny.com |
| COLE SCHOTZ P.C. | jdougherty@coleschotz.com; msirota@coleschotz.com; rjareck@coleschotz.com |
| COMMITTEE OF INTERNS AND RESIDENTS | chull@cirseiu.org |
| Committee of Interns and Residents SEIU | chull@cirseiu.org |
| COUNTY OF HUDSON | Dkenny@hcnj.us |
| COZEN O'CONNOR | jcarroll@cozen.com; rdellosa@cozen.com |
| DAVIS, MALM & D'AGOSTINE, P.C. | Apanebianco@davismalm.com |
| DORSEY & WHITNEY (DELAWARE) LLP | schnabel.eric@dorsey.com; glorioso.alessandra@dorsey.com |
| DUANE MORRIS LLP | ljkotler@duanemorris.com |
| EARP COHN P.C. | rschlaifer@earpcohn.com; AEtish@earpcohn.com |
| EPSTEIN BECKER & GREEN, P.C. | wmarcari@ebglaw.com; jflynn@ebglaw.com; RCochran@ebglaw.com |
| FLEISCHER, FLEISCHER & SUGLIA P.C. | nsuglia@fleischerlaw.com |
| GIBBONS P.C. | kearle@gibbonslaw.com; mconlan@gibbonslaw.com; dcrapo@gibbonslaw.com |
| GIORDANO, HALLERAN & CIESLA, P.C. | dcampbell@ghclaw.com; cschroeder@ghclaw.com |
| Health Professionals & Allied Employees AFT-AFL/CIO | dwhite@hpae.org |
| INTERNAL REVENUE SERVICE | VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV |
| INTERNAL REVENUE SERVICE | GREGORY.S.MOXLEY@IRS.GOV |
| KLESTADT WINTERS JURELLER SOUTHARD | fstevens@klestadt.com |
| KUTAK ROCK LLP | lisa.peters@kutakrock.com |

CarePoint Health Systems, Inc., *et al.,* Case No. 24-12534 (JKS)

Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| LAW OFFICE OF MITCHELL J MALZBERG ESQ | mmalzberg@mjmalzberglaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN ESQ | skaufman@skaufmanlaw.com |
| LEVENFELD PEARLSTEIN, LLC | SWILLIAMS@LPLEGAL.COM; HISRAEL@LPLEGAL.COM |
| LOIZIDES P.A. | loizides@loizides.com |
| MANDELBAUM BARRETT PC | vroldan@mblawfirm.com |
| MAPLE HEALTHCARE, LLC | info@maplehealthgroup.com |
| MAURICE, WUTSCHER, LLP | ahochheiser@mauricewutscher.com |
| MCMANIMON, SCOTLAND & BAUMANN LLC | splacona@msbnj.com |
| Medely, Inc. | bankruptcy@medely.com |
| MOORE & VAN ALLEN PLLC | alanpope@mvalaw.com; gabrielmathless@mvalaw.com; matthewtaylor@mvalaw.com |
| NEW JERSEY DEPT OF HEALTH | robert.iannaccone@doh.nj.gov |
| Nurse Staffing, LLC d/b/a Nurses 24/7 | kmaleck@exchange.nurses247.com; alazar@siercapital.com |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | Jane.M.Leamy@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; joneill@pszjlaw.com; crobinson@pszjlaw.com |
| PASHMAN STEIN WALDER HAYDEN P.C. | agambale@pashmanstein.com; dalvarez@pashmanstein.com; leisenberg@pashmanstein.com; jweiss@pashmanstein.com; rriley@pashmanstein.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | casantaniello@pbnlaw.com; raparisi@pbnlaw.com; rmschechter@pbnlaw.com |
| Public Service Electric and Gas Company | alexandra.grant@pseg.com |
| RABINOWITZ, LUBETKIN & TULLY L.L.C | JRabinowitz@rltlawfirm.com; JLubetkin@rltlawfirm.com; hkarwowski@rltlawfirm.com |
| REED SMITH LLP | kgwynne@reedsmith.com; ccapp@reedsmith.com |
| RIKER DANZIG LLP | jschwartz@RIKER.com; tschellhorn@RIKER.com |
| ROYER COOPER COHEN BRAUNFELD LLC | MSkapof@rccblaw.com |
| SAUL EWING LLP | monique.disabatino@saul.com; john.demmy@saul.com; nicholas.smargiassi@saul.com |
| SECURITIES & EXCHANGE COMMISSION | Chair@sec.gov |
| SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com; JSignor@goodwin.com |
| Sierra Health Group LLC | rdovgala@sierrahealth.net |

CarePoint Health Systems, Inc., *et al.,*  Case No. 24-12534 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| SILLS CUMMIS & GROSS P.C. | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| Sodexo, Inc. & Affiliates | amelia.davis@sodexo.com |
| STARK & STARK P.C. | jlemkin@stark-stark.com |
| STATE OF NEW JERSEY DIVISION OF TAXATION | TAXATION.BANKRUPTCY@TREAS.NJ.GOV |
| STRADLEY, RONON, STEVENS &  YOUNG LLP | jmmurphy@stradley.com |
| SULLIVAN HAZELTINE ALLINSON LLC | zallinson@sha-llc.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |
| TYDINGS & ROSENBERG LLP | sgerald@tydings.com; jselba@tydings.com |
| VARNUM LLP | bgbest@varnumlaw.com |
| WARSHAW BURSTEIN LLP | msiegel@wbny.com; ahack@wbny.com; mmarcucci@wbny.com |
| WILSON SONSINI GOODRICH & ROSATI P.C. | efay@wsgr.com; hlambert@wsgr.com |
| WINDELS MARX LANE & MITTENDORF LLP | eperal@windelsmarx.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | marcy.smith@wbd-us.com; matthew.ward@wbd-us.com; ahack@wbny.com; mmarcucci@wbny.com; msiegel@wbny.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | mlunn@ycst.com; rpoppiti@ycst.com; bankfilings@ycst.com |

**EXHIBIT D**

CarePoint Health Systems, Inc., *et al.,* Case No. 24-12534 (JKS)

Electronic Mail Responding Parties Service List

| Responding Party | Email Address |
|---|---|
| BRACH EICHLER LLC | csoranno@bracheichler.com |
| CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C. | cmcarella@carellabyrne.com; gtroublefield@carellabyrne.com |
| CHIESA, SHAHINIAN & GIANTOMASI PC | sdellafera@csglaw.com; twalsh@csglaw.com |
| ESBROOK P.C. | scott.leonhardt@esbrook.com |
| GORDON & REES | jbrenner@grsm.com; madeyemo@grsm.com |
| HILLER LAW, LLC | ahiller@adamhillerlaw.com |
| HOGAN♦McDANIEL | gfmcdaniel@dkhogan.com |
| JOYCE, LLC | mjoyce@mjlawoffices.com |
| LEVENFELD PEARLSTEIN, LLC | gspathis@lplegal.com |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | scott.cousins@lewisbrisbois.com |
| Mandelbaum Barrett PC | mnabulsi@mblawfirm.com |
| MCCARTER & ENGLISH, LLP | kbuck@mccarter.com |
| McMANIMON, SCOTLAND & BAUMANN, LLC | mdudas@msbnj.com |
| MOORE & VAN ALLEN PLLC | zacharysmith@mvalaw.com |
| MORRIS JAMES LLP | jwaxman@morrisjames.com; bkeilson@morrisjames.com; cdonnelly@morrisjames.com |
| RAY QUINNEY & NEBEKER P.C. | dleigh@rqn.com |
| REED SMITH LLP | jangelo@reedsmith.com |
| STRADLEY RONON STEVENS & YOUNG, LLP | avulpio@stradley.com |
| SULLIVAN HAZELTINE ALLINSON LLC | bsullivan@sha-llc.com |
| THE ROSNER LAW GROUP LLC | liu@teamrosner.com |

# EXHIBIT E

CarePoint Health Systems, Inc., *et al.,* Case No. 24-12534 (JKS)

Electronic Mail Additional Service List

| Name | Email Address |
|---|---|
| McManimon, Scotland & Baumann c/o Jessica CM Almeida | jalmeida@msbnj.com |
| CarePoint Health c/o Brian M. Foley | brian.foley@carepointhealth.org |

**EXHIBIT F**

CarePoint Health Systems, Inc., *et al.,*  Case No. 24-12534 (JKS)

Electronic Mail Additional Service List

| Name | Email Address |
|---|---|
| Porzio, Bromberg & Newman, P.C. | casantaniello@pbnlaw.com; raparisi@pbnlaw.com |

**EXHIBIT G**

CarePoint Health Systems, Inc., *et al.,* Case No. 24-12534 (JKS)

Electronic Mail Additional Service List

| Name | Email Address |
|---|---|
| Porzio, Bromberg & Newman, P.C. | casantaniello@pbnlaw.com |