# SIGN-IN SHEET

| CASE NAME   CarePoint Health System, Inc | COURTROOM #5 |
|---|---|
| CASE NUMBER: 24-12534 JKS | DATE: 3/17/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Peter C Hughes | Dilworth Paxson | Debtors |
| Jack Small | ↓ | ↓ |
| Anne Aaronson | ↓ | ↓ |
| Douglas Canders | Morris James LLP | Fresenius Medical Entities |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## 12:00 PM

**24-12534-JKS CarePoint Health Systems, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| DON C ALCUINO | https://carepointhealth.org/ | | 12:00 PM | Zoom(Video and Audio) | yes |
| Christopher M. Donnelly | Morris James LLP | Dr. Vijayant Singh | 12:00 PM | Zoom(Video and Audio) | yes |
| Rosanna Dovgala | | Committee Counsel | 12:00 PM | Zoom(Video and Audio) | yes |
| Marie T Duffy | Dilworth Paxon LLP | CarePoint Health | 12:00 PM | Audio Only | no |
| Taylor Harrison | | | 12:00 PM | Audio Only | no |
| Harold D. Israel | Levenfeld Pearlstein, LLC. | Maple Healthcare, LLC | 12:00 PM | Zoom(Video and Audio) | yes |
| Gregory Kopacz | Sills Cummis & Gross | Committee Counsel | 12:00 PM | Zoom(Video and Audio) | yes |
| Lisa Leshinski | | Committee Counsel | 12:00 PM | Zoom(Video and Audio) | yes |
| Boris Mankovetskiy | Sills Cummis & Gross | Committee Counsel | 12:00 PM | Zoom(Video and Audio) | yes |
| Gabriel Mathless | Moore & Van Allen PLLC | Capitala | 12:00 PM | Zoom(Video and Audio) | yes |

| Name | Firm | Client | Time | Method | |
|---|---|---|---|---|---|
| James O'Neill | Pachulski Stang Ziehl & Jones LLP | Committee Counsel | 12:00 PM | Zoom(Video and Audio) | yes |
| Doug Placa | | Committee Counsel | 12:00 PM | Zoom(Video and Audio) | yes |
| Robert F. Poppiti, Jr. | Young, Conaway, Stargatt & Taylor, LLP | Capitala | 12:00 PM | Zoom(Video and Audio) | yes |
| Jonathan Rabinowitz | Rabinowitz, Lubetkin & Tully, L.L.C. | J2 Funding | 12:00 PM | Zoom(Video and Audio) | yes |
| Ashly L Riches | Bayard, P.A. | JNESO | 12:00 PM | Zoom(Video and Audio) | yes |
| Colin Robinson | Pachulski Stang Ziehl & Jones LLP | Committee Counsel | 12:00 PM | Zoom(Video and Audio) | yes |
| Vincent J Roldan | Mandelbaum Barrett | Hudson Regional Hospital | 12:00 PM | Zoom(Video and Audio) | yes |
| Michael Savetsky | Sills Cummis & Gross | Committee Counsel | 12:00 PM | Zoom(Video and Audio) | yes |
| Joseph L Schwartz | Riker Danzig LLP | JNESO | 12:00 PM | Zoom(Video and Audio) | yes |
| Tara J. Shellhorn | Riker Danzig LLP | JNESO | 12:00 PM | Zoom(Video and Audio) | yes |
| Andrew Sherman | Sills Cummis & Gross | Committee Counsel | 12:00 PM | Zoom(Video and Audio) | yes |
| Martin Siegel | Warshaw Burstein LLP | Bills Right & Signature RX Investments | 12:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Vince Sullivan | Law360 | | 12:00 PM | Audio Only | no |
| Matthew Taylor | Moore & Van Allen PLLC | Capitala | 12:00 PM | Zoom(Video and Audio) | yes |
| Gregory S Toma | Riker Danzig LLP | JNESO | 12:00 PM | Zoom(Video and Audio) | yes |
| Michael Tomback | | | 12:00 PM | Audio Only | no |
| Christine Tomlin | Dilworth Paxson LLP | Debtor | 12:00 PM | Zoom(Video and Audio) | yes |
| Jeffrey R. Waxman | Morris James LLP | Dr. Vijayant Singh | 12:00 PM | Zoom(Video and Audio) | yes |
| Debbie White | | Committee Counsel | 12:00 PM | Zoom(Video and Audio) | yes |
| Nichole Wilcher | Womble Bond Dickinson (US) LLP | | 12:00 PM | Zoom(Video and Audio) | yes |
| Alex Wittenberg | Law360 | | 12:00 PM | Audio Only | n |