# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CarePoint Health Systems, Inc, d/b/a/ | : Case No. 24-12534 |
| Just Health Foundation, *et al.*,[1] | : (Jointly Administered) |
| | : |
| Debtors. | : |
| | : |

## NOTICE OF APPEARA NCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned cases as counsel to Sierra Health Group, LLC and, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), requesting that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

Michael E. Holt, Esq.
Forman Holt
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone: 201-857-7110
Facsimile: 201-655-6650
Email: mholt@formanlaw.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of the federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199(; (iii) Briar Hill CarePoint LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc, d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Huldco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken university Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063).  The address for CarePoint Health Systems, Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

F0243849 - 1

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleading, requests, complaints or demands, whether formal or information, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers ("Notice") nor any later appearance, pleading, proof of claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election or remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  March 18, 2025                                                    FORMAN HOLT

*/s/ Michael E. Holt*
Michael E. Holt, Esq.
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone: (201) 857-7110
Facsimile (201) 655-6650
Email: mholt@formanlaw.com

F0243849 - 1