# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.,*[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 983, 986, & 988** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 14, 2025, I caused to be served the:

   a. "Budget Exhibit," filed on March 14, 2025, a copy of which is annexed hereto as Exhibit A, [Docket No. 983],

   b. "Witness List of the Debtors for Use at Hearing Scheduled for March 17, 2025 at 12:00 p.m. (ET)," dated March 14, 2025 [Docket No. 986], and

   c. "Order Authorizing Further Debtor-in-Possession Financing on an Interim Basis," dated March 14, 2025 [Docket No. 988],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

    ii.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

**EXHIBIT A**

# Exhibit A

(Budgets)

Case 24-12534-JKS Doc 1027 Filed 03/20/25 Page 4 of 37

**CarePoint Health, Inc.**
**DIP Budget**

($ in thousands)

| | Week/Week Ending: | 1<br>3/14/25 | 2<br>3/21/25 | 3<br>3/28/25 | 4<br>4/4/25 | 5<br>4/11/25 | 6<br>4/18/25 | 7<br>4/25/25 | 8<br>5/2/25 | 8-week<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Patient-Related Receipts | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 24,799 |
| 2 | Grant Receipts | — | — | — | 1,143 | — | — | — | — | 1,143 |
| 3 | Medical Practice Receipts | — | — | — | — | — | — | — | — | — |
| 4 | **Total Receipts** | $ 3,100 | $ 3,100 | $ 3,100 | $ 4,243 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 25,942 |
| 5 | Payroll & Benefits | (2,506) | (2,171) | (2,415) | (2,544) | (2,415) | (2,171) | (2,415) | (2,171) | (18,810) |
| 6 | Supplies | (778) | (723) | (778) | (1,342) | (785) | (735) | (785) | (1,356) | (7,283) |
| 7 | Facilities | — | — | — | (1,565) | — | — | — | (1,565) | (3,130) |
| 8 | Medical Practice | (1,152) | (167) | (1,152) | (167) | (1,152) | (167) | (1,152) | (167) | (5,276) |
| 9 | MSO Disbursements | (65) | (335) | (65) | (335) | (65) | (335) | (65) | (335) | (1,603) |
| 10 | Other Operating Disbursements | (200) | (300) | (200) | (1,373) | (200) | (300) | (200) | (1,373) | (4,146) |
| 11 | **Total Operating Disbursements** | $ (4,702) | $ (3,697) | $ (4,611) | $ (7,326) | $ (4,618) | $ (3,709) | $ (4,618) | $ (6,968) | $ (40,248) |
| 12 | DIP Fees & Interest | — | — | — | — | — | — | — | — | — |
| 13 | Debtor's Counsel[1] | (1,080) | (32) | (32) | (32) | (32) | (32) | (32) | (32) | (1,304) |
| 14 | Debtor's Financial Advisors[1] | (543) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (683) |
| 15 | UCC Counsel[1] | (1,211) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (1,351) |
| 16 | UCC Financial Advisors[1] | (600) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (740) |
| 17 | Prepetition Secured Lender Counsel[1] | (341) | (25) | (25) | (25) | (25) | (25) | (25) | (25) | (516) |
| 18 | Patient Care Ombudsman[1] | (83) | (13) | (13) | (6) | (6) | (6) | (6) | (6) | (141) |
| 19 | Claims Agent[1] | (476) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (616) |
| 20 | Other Restructuring Disbursements | — | — | (90) | — | — | — | (500) | — | (590) |
| 21 | **Total Non-Operating Disbursements** | $ (4,335) | $ (150) | $ (240) | $ (143) | $ (143) | $ (143) | $ (644) | $ (143) | $ (5,942) |
| 22 | **Net Cash Flow** | $ (5,937) | $ (746) | $ (1,751) | $ (3,227) | $ (1,662) | $ (752) | $ (2,162) | $ (4,011) | $ (20,248) |
| 23 | Beg. Cash | 1,658 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 1,658 |
| 24 | DIP Facility | 4,779 | 746 | 1,751 | 3,227 | 1,662 | 752 | 2,162 | 4,011 | 19,090 |
| 25 | **Ending Op. Book Cash** | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| 26 | **For Illustrative Purposes Only:** | | | | | | | | | |
| 27 | Professional Fee Trust Account Roll Forward:[1] | | | | | | | | | |
| 28 | Beginning | 2,812 | — | 150 | 299 | 443 | 586 | 729 | 873 | 2,812 |
| 29 | (+) Funded | 4,315 | 150 | 150 | 143 | 143 | 143 | 143 | 143 | 5,332 |
| 30 | (-) Disbursed to Professionals | (7,127) | — | — | — | — | — | — | (1,016) | (8,144) |
| 31 | **Ending Balance** | $ — | $ 150 | $ 299 | $ 443 | $ 586 | $ 729 | $ 873 | $ — | $ — |

[1] Includes catch-up funding of Professional Fee Reserves in WE 3/14.

**IJKG - Opco LLC (Bayonne Medical Center)**
**DIP Budget**

| | Week/Week Ending: ($ in thousands) | 1 3/14/25 | 2 3/21/25 | 3 3/28/25 | 4 4/4/25 | 5 4/11/25 | 6 4/18/25 | 7 4/25/25 | 8 5/2/25 | 8-week Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Patient-Related Receipts | $ 1,592 | $ 1,622 | $ 1,732 | $ 1,767 | $ 1,828 | $ 1,904 | $ 1,838 | $ 1,848 | $ 14,131 |
| 2 | Grant Receipts | — | — | — | 1,175 | — | — | — | — | 1,175 |
| 3 | **Total Receipts** | $ 1,592 | $ 1,622 | $ 1,732 | $ 2,943 | $ 1,828 | $ 1,904 | $ 1,838 | $ 1,848 | $ 15,307 |
| 4 | Payroll & Benefits | (1,452) | (1,010) | (947) | (1,010) | (947) | (1,010) | (947) | (1,010) | (8,332) |
| 5 | Supplies | (453) | (418) | (453) | (525) | (376) | (339) | (376) | (525) | (3,463) |
| 6 | Facilities | (2,421) | — | — | (807) | — | — | — | (807) | (4,034) |
| 7 | Medical Practice | (500) | (84) | (500) | (334) | (500) | (84) | (500) | (500) | (3,001) |
| 8 | MSO Disbursements | (33) | (231) | (33) | (231) | (33) | (231) | (33) | (231) | (1,057) |
| 9 | Other Operating Disbursements | (230) | (324) | (280) | (913) | (280) | (324) | (280) | (913) | (3,545) |
| 10 | **Total Operating Disbursements** | $ (5,088) | $ (2,068) | $ (2,212) | $ (3,820) | $ (2,135) | $ (1,989) | $ (2,135) | $ (3,986) | $ (23,431) |
| 11 | DIP Fees & Interest | (491) | — | (81) | — | — | — | (81) | (20) | (673) |
| 12 | Debtor's Counsel[1] | (270) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (326) |
| 13 | Debtor's Financial Advisors[1] | (136) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (171) |
| 14 | UCC Counsel[1] | (303) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (338) |
| 15 | UCC Financial Advisors[1] | (150) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (185) |
| 16 | Patient Care Ombudsman[1] | (21) | (3) | (3) | (2) | (2) | (2) | (2) | (2) | (35) |
| 17 | Claims Agent[1] | (119) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (154) |
| 18 | Other Restructuring Disbursements | — | — | (45) | — | — | — | (250) | — | (295) |
| 19 | **Total Non-Operating Disbursements** | $ (1,490) | $ (31) | $ (157) | $ (30) | $ (30) | $ (30) | $ (360) | $ (50) | $ (2,176) |
| 20 | **Net Cash Flow** | $ (4,985) | $ (477) | $ (636) | $ (907) | $ (336) | $ (114) | $ (658) | $ (2,188) | $ (10,301) |
| 21 | Beg. Cash | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| 22 | DIP Facility | 4,985 | 477 | 636 | 907 | 336 | 114 | 658 | 2,188 | 10,301 |
| 23 | **Ending Op. Book Cash** | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| 27 | **For Illustrative Purposes Only:** | | | | | | | | | |
| 28 | Professional Fee Trust Account Roll Forward:[1] | | | | | | | | | |
| 29 | Beginning | | — | 819 | 62 | 92 | 122 | 151 | 181 | 819 |
| 30 | (+) Funded | 819 | 31 | 31 | 30 | 30 | 30 | 30 | 30 | 1,209 |
| 31 | (-) Disbursed to Professionals | (1,817) | — | — | — | — | — | — | (210) | (2,027) |
| 32 | **Ending Balance** | $ — | $ 31 | $ 62 | $ 92 | $ 122 | $ 151 | $ 181 | $ — | $ — |

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19904 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD. SUITE 100 DOVER DE 19904 |
| NEW JERSEY DEPARTMENT OF HUMAN | SERVICES 222 S. WARREN ST TRENTON NJ 08625 |
| STATE OF NEW JERSEY DEPT OF HUMAN | SERVICES PO BOX 700 TRENTON NJ 08625-0700 |

**Total Creditor count: 4**

**EXHIBIT C**

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.,*
Case No. 24-12534 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| ASHBY & GEDDES, PA. | RPalacio@ashbygeddes.com |
| BASS, BERRY & SIMS PLC | pjennings@bassberry.com; eal-nimri@bassberry.com; sara.morgan@bassberry.com |
| BAYARD, P.A. | nglassman@bayardlaw.com; ejohnson@bayardlaw.com; ariches@bayardlaw.com |
| BAYONNE MEDICAL CENTER OPCO LLC | vroldan@mblawfirm.com |
| BIELLI & KLAUDER, LLC | DKLAUDER@BK-LEGAL.COM |
| BROWN MCGARRY NIMEROFF LLC | jnimeroff@brownnimeroff.com |
| CAPITALA PRIVATE ADVISORS, LLC | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CHIPMAN BROWN CICERO & COLE LLP | root@chipmanbrown.com |
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; mwoods@cwsny.com; mstolz@cwsny.com |
| COLE SCHOTZ P.C. | jdougherty@coleschotz.com; msirota@coleschotz.com; rjareck@coleschotz.com |
| COMMITTEE OF INTERNS AND RESIDENTS | chull@cirseiu.org |
| Committee of Interns and Residents SEIU | chull@cirseiu.org |
| COUNTY OF HUDSON | Dkenny@hcnj.us |
| COZEN O'CONNOR | jcarroll@cozen.com; rdellosa@cozen.com |
| DAVIS, MALM & D'AGOSTINE, P.C. | Apanebianco@davismalm.com |
| DORSEY & WHITNEY (DELAWARE) LLP | schnabel.eric@dorsey.com; glorioso.alessandra@dorsey.com |
| DUANE MORRIS LLP | ljkotler@duanemorris.com |
| EARP COHN P.C. | rschlaifer@earpcohn.com; AEtish@earpcohn.com |
| EPSTEIN BECKER & GREEN, P.C. | wmarcari@ebglaw.com; jflynn@ebglaw.com; RCochran@ebglaw.com |
| FLEISCHER, FLEISCHER & SUGLIA P.C. | nsuglia@fleischerlaw.com |
| GIBBONS P.C. | kearle@gibbonslaw.com; mconlan@gibbonslaw.com; dcrapo@gibbonslaw.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.,*
Case No. 24-12534 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| GIORDANO, HALLERAN & CIESLA, P.C. | dcampbell@ghclaw.com; cschroeder@ghclaw.com |
| Health Professionals & Allied Employees AFT-AFL/CIO | dwhite@hpae.org |
| INTERNAL REVENUE SERVICE | VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV |
| INTERNAL REVENUE SERVICE | GREGORY.S.MOXLEY@IRS.GOV |
| KLESTADT WINTERS JURELLER SOUTHARD | fstevens@klestadt.com |
| KUTAK ROCK LLP | lisa.peters@kutakrock.com |
| LAW OFFICE OF MITCHELL J MALZBERG ESQ | mmalzberg@mjmalzberglaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN ESQ | skaufman@skaufmanlaw.com |
| LEVENFELD PEARLSTEIN, LLC | SWILLIAMS@LPLEGAL.COM; HISRAEL@LPLEGAL.COM |
| LOIZIDES P.A. | loizides@loizides.com |
| MANDELBAUM BARRETT PC | vroldan@mblawfirm.com |
| MAPLE HEALTHCARE, LLC | info@maplehealthgroup.com |
| MAURICE, WUTSCHER, LLP | ahochheiser@mauricewutscher.com |
| MCMANIMON, SCOTLAND & BAUMANN LLC | splacona@msbnj.com |
| Medely, Inc. | bankruptcy@medely.com |
| MOORE & VAN ALLEN PLLC | alanpope@mvalaw.com; gabrielmathless@mvalaw.com; matthewtaylor@mvalaw.com |
| NEW JERSEY DEPT OF HEALTH | robert.iannaccone@doh.nj.gov |
| Nurse Staffing, LLC d/b/a Nurses 24/7 | kmaleck@exchange.nurses247.com; alazar@siercapital.com |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | Jane.M.Leamy@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; joneill@pszjlaw.com; crobinson@pszjlaw.com |
| PASHMAN STEIN WALDER HAYDEN P.C. | agambale@pashmanstein.com; dalvarez@pashmanstein.com; leisenberg@pashmanstein.com; jweiss@pashmanstein.com; rriley@pashmanstein.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | casantaniello@pbnlaw.com; raparisi@pbnlaw.com; rmschechter@pbnlaw.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.,*
Case No. 24-12534 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| Public Service Electric and Gas Company | alexandra.grant@pseg.com |
| RABINOWITZ, LUBETKIN & TULLY L.L.C | JRabinowitz@rltlawfirm.com; JLubetkin@rltlawfirm.com; hkarwowski@rltlawfirm.com |
| REED SMITH LLP | kgwynne@reedsmith.com; ccapp@reedsmith.com; bchapple@reedsmith.com |
| RIKER DANZIG LLP | jschwartz@RIKER.com; tschellhorn@RIKER.com |
| ROYER COOPER COHEN BRAUNFELD LLC | MSkapof@rccblaw.com |
| SAUL EWING LLP | monique.disabatino@saul.com; john.demmy@saul.com; nicholas.smargiassi@saul.com |
| SECURITIES & EXCHANGE COMMISSION | Chair@sec.gov |
| SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com; JSignor@goodwin.com |
| Sierra Health Group LLC | rdovgala@sierrahealth.net |
| SILLS CUMMIS & GROSS P.C. | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| Sodexo, Inc. & Affiliates | amelia.davis@sodexo.com |
| STARK & STARK P.C. | jlemkin@stark-stark.com |
| STATE OF NEW JERSEY DIVISION OF TAXATION | TAXATION.BANKRUPTCY@TREAS.NJ.GOV |
| STRADLEY, RONON, STEVENS & YOUNG LLP | jmmurphy@stradley.com |
| SULLIVAN HAZELTINE ALLINSON LLC | zallinson@sha-llc.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |
| TYDINGS & ROSENBERG LLP | sgerald@tydings.com; jselba@tydings.com |
| VARNUM LLP | bgbest@varnumlaw.com |
| WARSHAW BURSTEIN LLP | msiegel@wbny.com; ahack@wbny.com; mmarcucci@wbny.com |
| WILSON SONSINI GOODRICH & ROSATI P.C. | efay@wsgr.com; hlambert@wsgr.com |
| WINDELS MARX LANE & MITTENDORF LLP | eperal@windelsmarx.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.,*
Case No. 24-12534 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| WOMBLE BOND DICKINSON (US) LLP | marcy.smith@wbd-us.com; matthew.ward@wbd-us.com; ahack@wbny.com; mmarcucci@wbny.com; msiegel@wbny.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | mlunn@ycst.com; rpoppiti@ycst.com; bankfilings@ycst.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.,*
Case No. 24-12534 (JKS)
Electronic Mail Banks Service List

| Creditor Name | Email Address |
|---|---|
| BAYONNE COMMUNITY BANK | asaites@bcb.bank |
| IDB | tharrington@idbny.com |
| OCEAN FIRST BANK | wbonello@oceanfirst.com |
| PNC | gerryle.smith@pnc.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.,*
Case No. 24-12534 (JKS)
Electronic Mail Lienholder Service List

| Creditor Name | Email Address |
| --- | --- |
| 29 E 29 STREET HOLDINGS LLC | info@29e29hotel.com |
| 34TH STREET FUNDING, LLC | CIONAgentNotices@iconinvestments.com |
| BANKFINANCIAL, NA | howarewedoing@bankfinancial.com |
| BEVERLY BANK & TRUST COMPANY, NATIONAL ASSOCIATION | callen@hydeparkbank.net |
| BRF FINANCE CO, LLC | tony@aum13f.com |
| CAPITALA BUSINESS LENDING, LLC | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CAPITALA PRIVATE ADVISORS, LLC | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CAPITALA PRIVATE CREDIT FUND V, L.P. | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CAPITALA SPECIALTY LENDING CORP. | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CAPITALSOUTH PTR FL SIDECAR FUND II LP | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CIT FINANCE LLC | amna.mahmood@firstcitizens.com |
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE. | csrcontact@cscinfo.com |
| CT CORP SYSTEM, AS REPRESENTATIVE. ATTN:  SRS; | info@empirestatelegalservice.com |
| DE LAGE FINANCIAL SERVICES, INC. | info.us@dllgroup.com |
| DEXT CAPITAL | contact@dextcapital.com |
| FIFTH THIRD BANK | Tim.Shelley@53.com |
| FIRST FINANCIAL CORPORATE LEASING, LLC | info@ffequipmentleasing.com |
| FRESENIUS MEDICAL CARE HOLDINGS, INC. | ir@freseniusmedicalcare.com |
| GE HFS, LLC | investor@gehealthcare.com |
| GENERAL ELECTRIC CAPITAL CORP | CustomerCare.USCanada@ge.com |
| HUNTINGTON TECHNOLOGY FINANCE, INC. | technology-finance@huntington.com |
| INSIGHT CAPITAL VENTURES LLC | inquiries@insightinvestment.com |
| MAGNUM CAPITAL CORP | info@magnumpartners.com |
| MAPLE HEALTHCARE, LLC | info@maplehealthgroup.com |
| MB FINANCIAL BANK, N.A. | internationalbanking@mbfinancial.com |
| MED ONE CAPITAL FUNDING, LLC | info@medonegroup.com |
| MED ONE CAPITAL FUNDING-NEW JERSEY | info@medonegroup.com |
| MURRAY HILL FUNDING II, LLC | kfranz@cioninvestments.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.,*
Case No. 24-12534 (JKS)
Electronic Mail Lienholder Service List

| Creditor Name | Email Address |
|---|---|
| NFS LEASING, INC. | info@nfsleasing.com |
| OMAR SHARIF | EMAIL ADDRESS IS ON FILE |
| OPTUM BANK, INC. | optumbank@optum.com |
| PENDRICK CAPITAL PARTNERS LLC | info@pendrickcp.com |
| PRIME ALLIANCE BANK | customerservice@primealliance.bank |
| SHIFT CAPITAL INC. | info@shiftcapital.us |
| SIGNATURE FINANCIAL LLC | ask@sfsfirm.com |
| STERIS CORPORATION | Julie_Winter@steris.com |
| STERLING NATIONAL BANK | ClientServicesSupport@websterbank.com |
| STRYKER FINANCE | comm_marketing@stryker.com |
| SWISS CAP CAPITALA PRIVATE DEBT FUND LP | info@swisscapitalcorp.com |
| UNITYHEALTH CARE LLC | CArmstrong@UnityHealthCare.org |
| INSIGHT MANAGEMENT AND CONSULTING SERVICES, INC. | nadir.ijaz@iinn.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.,*
Case No. 24-12534 (JKS)
Electronic Mail Responding Parties Service List

| Responding Party | Email Address |
| --- | --- |
| BRACH EICHLER LLC | csoranno@bracheichler.com |
| CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C. | cmcarella@carellabyrne.com; gtroublefield@carellabyrne.com |
| CarePoint Health c/o Brian M. Foley | Brian.Foley@carepointhealth.org |
| CHIESA, SHAHINIAN & GIANTOMASI PC | sdellafera@csglaw.com; twalsh@csglaw.com |
| ESBROOK P.C. | scott.leonhardt@esbrook.com |
| GORDON & REES | jbrenner@grsm.com; madeyemo@grsm.com |
| HILLER LAW, LLC | ahiller@adamhillerlaw.com |
| HOGAN♦McDANIEL | gfmcdaniel@dkhogan.com |
| JOYCE, LLC | mjoyce@mjlawoffices.com |
| LEVENFELD PEARLSTEIN, LLC | gspathis@lplegal.com |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | scott.cousins@lewisbrisbois.com |
| Mandelbaum Barrett PC | mnabulsi@mblawfirm.com |
| MCCARTER & ENGLISH, LLP | kbuck@mccarter.com |
| McManimon, Scotland & Baumann c/o Jessica CM Almeida | jalmeida@msbnj.com |
| McMANIMON, SCOTLAND & BAUMANN, LLC | mdudas@msbnj.com |
| MOORE & VAN ALLEN PLLC | zacharysmith@mvalaw.com |
| MORRIS JAMES LLP | jwaxman@morrisjames.com; bkeilson@morrisjames.com; cdonnelly@morrisjames.com; ckunz@morrisjames.com |
| RAY QUINNEY & NEBEKER P.C. | dleigh@rqn.com |
| REED SMITH LLP | jangelo@reedsmith.com |
| SAUL EWING LLP | luke.murley@saul.com |
| STRADLEY RONON STEVENS & YOUNG, LLP | avulpio@stradley.com |
| SULLIVAN HAZELTINE ALLINSON LLC | bsullivan@sha-llc.com |
| TAFT, STETTINIUS & HOLLISTER LLP | rkruger@taftlaw.com |
| THE ROSNER LAW GROUP LLC | liu@teamrosner.com |
| REGER RIZZO & DARNALL LLP | lrizzo@regerlaw.com |