# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12534 (JKS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 957** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 13, 2025, I caused to be served the "Second Amended Exhibit F," filed on March 11, 2025 [Docket No. 957], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and to three parties whose names and addresses are confidential and therefore not included.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 1199SEIU BENEFIT FUNDS | 498 SEVENTH AVE NEW YORK NY 10018 |
| ACCREDITATION COUNCIL FOR GRADUATE | MEDICAL EDUCATION (ACGME) 401 N MICHIGAN AVE, STE 2000 CHICAGO IL 60611 |
| ADELPHI UNIVERSITY | 1 SOUTH AVE GARDEN CITY NY 11530-0701 |
| AETNA BETTER HEALTH MEDICAID | 3 INDEPENDENCE WAY, STE 104 PRINCETON NJ 08540-6626 |
| AETNA HEALTH INC. | A NEW JERSEY COPRORATION 3 INDEPENDENCE WAY, STE 400 PRINCETON NJ 08540 |
| AETNA HEALTH INC. | A NEW JERSEY CORPORATION 3 INDEPENDENCE WAY, STE 400 PRINCETON NJ 08540 |
| AETNA NETWORK SERVICES LLC | 9 ENTIN ROAD SUITE 203 PARSIPPANY NJ 07024 |
| AETNA NETWORK SERVICES LLC | 9 ENTIN ROAD SUITE 203 PARSIPPANY NJ 07054 |
| AFCO | PO BOX 360572 PITTSBURGH PA 15250-6572 |
| AFCO INSURANCE PREMIUM FINANCE | 150 N FIELD DRIVE SUITE 190 LAKE FOREST IL 60045 |
| AIMS EDUCATION | 4500 NEW BRUNSWICK AVE PISCATAWAY NJ 08854 |
| AIR PRODUCTS | PO BOX 71200 CHARLOTTE NC 28272-1200 |
| AIR PRODUCTS AND CHEMICALS, INC | PO BOX 71200 CHARLOTTE NC 28272-1200 |
| ALLSCRIPTS HEALTHCARE LLC | 305 CHURCH AT NORTH HILLS ST RALEIGH NC 27609 |
| AMERICAN AUTOMOBILE | 1000 AAA DR HEATHROW FL 32746 |
| AMERICAN AUTOMOBILE | 225 WEST WASHINGTON ST SUITE 1800 CHICAGO IL 60606 |
| AMERICAN COLL OF CARDIOLOGY FOUNDATION | ATTN: NCDR RENEWAL PO BOX 79406 BALTIMORE MD 21279-0231 |
| AMERICAN COLLEGE | 11400 ROCKVILLE PIKE, SUITE 801 ROCKVILLE MD 20852 |
| AMERICAN COLLEGE OF CARDIOLOGY | 1891 PRESTON WHITE DRIVE RESTON VA 20191-4397 |
| AMERICAN COLLEGE OF CARDIOLOGY | FOUNDATION ATTN: NCDR RENEWAL PO BOX 79406 BALTIMORE MD 21279-0231 |
| AMERICAN COLLEGE OF SURGEONS ('ACS') | PO BOX 92425 CHICAGO IL 60675 |
| AMERICAN EXPRESS TRAVEL RELATED | SERVICES COMPANY 200 VESEY ST NEW YORK NY 10285-1000 |
| AMERICAN EXPRESS TRAVEL RELATED SVS CO | 200 VESEY ST NEW YORK NY 10285-1000 |
| AMERICHOICE | PO BOX 659408 SAN ANTONIO TX 78265 |
| AMERICHOICE OF NEW JERSEY INC | P.O. BOX 659408 SAN ANTONIO TX 78265 |
| AMERIGROUP NEW JERSEY, INC | 4425 CORPORATION LANE SUITE 100 VIRGINIA BEACH VA 23462 |
| AMERIGROUP NEW JERSEY, INC | D/B/A AMERIGROUP COMMUNITY CARE 4425 CORPORATION LANE, STE 100 VIRGINIA BEACH VA 23462 |
| AMERIGROUP NEW JESEY | 4425 CORPORATION LANE SUITE 100 VIRGINIA BEACH VA 23462 |
| AMERIHEALTH HMO, INC | 1901 MARKET ST, STE 3 PHILADELPHIA PA 19103-1465 |
| AMERIHEALTH HMO, INC | 259 PROSPECT PLAINS ROAD BLD M CRANBURY NJ 08512 |
| AMERIHEALTH INSURANCE COMPANY OF NJ | 259 PROSPECT PLAINS RD, BLDG M CRANBURY NJ 08512-3706 |
| AMERIHEALTH INTEGRATED BENEFITS INC | D/B/A AMERIHEALTH ADMINISTRATORS 1900 MARKET ST, STE 500 PHILADELPHIA PA 19103 |
| AMTRUST - WESCO INSURANCE COMPANY | 800 SUPERIOR AVE E 21ST FL CLEVELAND OH 44114 |
| ARCADIA UNIVERSITY | 450 S EASTON RD GLENSIDE PA 19038 |
| ARCH SPECIALTY INSURANCE CO | 210 HUDSON ST STE 300 JERSEY CITY NJ 07311-1107 |
| ARGO - ARGONAUT INSURANCE COMPANY | 501 7TH AVE, 7TH FL NEW YORK NY 10018 |
| ARGO - ARGONAUT INSURANCE COMPANY | 711 BROADWAY ST STE 400 SAN ANTONIO TX 78215-1816 |
| ARGONAUT INSURANCE COMPANY | 501 7TH AVE 7TH FL NEW YORK NY 10018 |
| ASCO | 2318 MILL RD, STE 800 ALEXANDRIA VA 22314 |
| ASCOT SPECIALTY INSURANCE | 27 RICHMOND RD PEMBROKE HM 08 BERMUDA |
| AXA XL | 677 WASHINGTON BLVD, 10TH FL STE 1000 STAMFORD CT 06901 |
| AXA XL - XL SPECIALTY INSURANCE COMPANY | 677 WASHINGTON BLVD, 10TH FL, STE 1000 STAMFORD CT 06901 |
| AXIS INSURANCE COMPANY | 10000 AVALON BLVD, STE 200 ALPHARETTA GA 30009 |
| BARRY UNIVERSITY, INC | 11300 NE 2ND AVE MIAMI SHORES FL 33161 |
| BAYONNE INTERMEDIATE HOLDCO, LLC | 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| BAYONNE MEDICAL CENTER | 29 EAST 29TH STREET BAYONNE NJ 07002 |
| BEACON HEALTH OPTIONS, INC | 200 STATE ST BOSTON MA 02109 |
| BEAZLEY INSURANCE COMPANY | 30 BATTERSON PARK RD FARMINGTON CT 06032 |

| Claim Name | Address Information |
|---|---|
| BEAZLEY INSURANCE COMPANY | 65 MEMORIAL RD. STE 320 WEST HARTFORD CT 06107 |
| BENEFITMALL | DEPT2027 PO BOX 29675 PHOENIX AZ 85038-9675 |
| BENEFITMALL, INC. | DEPT2027 PO BOX 29675 PHOENIX AZ 85038-9675 |
| BENEGO CAREPOINT LLC | 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| BERKSHIRE HATHAWAY SPECIALTY | INSURANCE CO 100 FEDERAL ST, 7TH FL BOSTON MA 02110 |
| BRIGHTON HEALTHCARE | (FORMALLY MAGNACARE) ONE PENN PLAZA, STE 1410 NEW YORK NY 10119 |
| CARDINAL HEALTH | PO BOX 13862 NEWARK NJ 07188-0862 |
| CARDINAL HEALTH 110, LLC | 5958 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| CARDINAL HEALTH 200 LLC | ATTN ERIN GAPINSKI, ASST GEN COUNSEL 7000 CARDINAL PL DUBLIN OH 43017 |
| CARDINAL HEALTH 200, INC | 7000 CARDINAL PLACE DUBLIN OH 43017 |
| CARDINAL HEALTH 301, INC | 7000 CARDINAL PLACE DUBLIN OH 43017 |
| CARDINAL HEALTH, INC. | 7000 CARDINAL PLACE DUBLIN OH 43017 |
| CAREPOINT HEALTH MANAGEMENT | ASSOCIATES, LLC D/B/A CAREPOINT HEALTH 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| CAREPOINT HEALTH MANAGEMENT ASSOC | INTERMEDIATE HOLDCO, LLC 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| CAREPOINT HEALTH SYSTEMS, INC | D/B/A JUST HEALTH FOUNDATION 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| CAREPOINT INSURANCE COMPANY | D/B/A CAREPOINT HEALTH PLANS |
| CENTERSTONE INSURANCE AND FINANCIAL | SERVICES D/B/A BENEFITMALL 12404 PARK CENTRAL DR, STE 400S DALLAS TX 75251 |
| CH 750 PARK LLC | 175 BELGROVE DRIVE KEARNY NJ 07032 |
| CH 750 PARK LLC | 176 PALISADE AVENUE JERSEY CITY NJ 07306 |
| CH HUDSON HOLDCO, LLC | 176 PALIDASES AVENUE JERSEY CITY NJ 07306 |
| CH HUDSON HOLDCO, LLC | 176 PALISADE AVE JERSEY CITY NJ 07306 |
| CH HUDSON HOLDCO, LLC | 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| CHRIST INTERMEDIATE HOLDCO, LLC | 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| CIGNA | PO BOX 5725 SCRANTON PA 18505-5725 |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY | 900 COTTAGE GROVE RD BLOOMFIELD CT 06002 |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY | P.O. BOX 188012 CHATTANOOGA TN 37422-7223 |
| CIGNA HEALTH CARE | PO BOX 188012 CHATTANOOGA TN 37422-7223 |
| CIGNA HEALTHCARE OF NEW JERSEY, INC. | P.O. BOX 188012 CHATTANOOGA TN 37422-7223 |
| CLOVER HEALTH | 75 S BROADWAY 4TH FLOOR WHITE PLAINS NY 10601 |
| CLOVER HEALTH SERVICES | 75 S BROADWAY, 4TH FL WHITE PLAINS NY 10601 |
| CLOVER INSURANCE COMPANY | F/K/A CAREPOINT INSURANCE COMPANY HARBORSIDE FINANCIAL CTR PLZ 10, STE 803 JERSEY CITY NJ 07302 |
| COMMITTEE OF INTERNS AND RESIDENTS/SEIU | 10-27 46TH AVENUE SUITE 300-2 LONG ISLAND CITY NY 11101 |
| COMMITTEE OF INTERNS AND RESIDENTS/SEIU | C/O MATTHEW STOLZ 909 THIRD AVE, 12TH FL NEW YORK NY 10022 |
| COUNTY OF HUDSON | 567 PAVONIA AVE. JERSEY CITY NJ 07306 |
| COUNTY OF HUDSON | ADMIN ANNEX 567 PAVONIA AVE JERSEY CITY NJ 07306 |
| COUNTY OF HUDSON | ATTN: DON KENNY 567 PAVONIA AVE. JERSEY CITY NJ 07306 |
| COUNTY OF HUDSON NJ | 75 LIVINGSTON AVENUE, SECOND FLOOR ROSELAND NJ 07068 |
| COVERYS SPECIALTY INSURANCE COMPANY | 1 FINANCIAL CENTER 13TH FL BOSTON MA 02111 |
| DISTRICT 1199J | HEALTHCARE EMP 1319 LOCUST STREET PHILADELPHIA PA 19107 |
| DISTRICT 1199J NATIONAL UNION | 325 CHESNUT STREET SUITE 215 PHILADELPHIA PA 19106 |
| DR. ACHINTYA MOULICK | ADDRESS ON FILE |
| EMBLEM HEALTH/GHI | (COMMERCIAL EPO AND PPO) 55 WATER ST NEW YORK NY 10041-8190 |
| EMBLEM HEALTH/GHI | (COMMERICAL EPO & PPO) |
| EMBLEMHEALTH SERVICES COMPANY, LLC | 55 WATER STREET NEW YORK NY 10041 |
| EMPLOYERS' INSURANCE COMPANY | OF WAUSAU (LIBERTY MUTUAL) 28 LIBERTY ST., 5TH FL NEW YORK NY 10005 |
| EMPLOYERS' INSURANCE COMPANY OF | WAUSAU (LIBERTY MUTUAL) 28 LIBERTY ST., 5TH FLR NEW YORK NY 10005 |
| ENDURANCE AMERICAN SPECIALTY | INSURANCE COMPANY 750 3D AVE, FL 2 NEW YORK NY 10017-2723 |
| EVERGREEN COMMUNITY ASSETS | 308 WILLOW AVENUE HOBOKEN NJ 07030 |

| Claim Name | Address Information |
|---|---|
| FORMFAST | N/K/A INTERLACE HEALTH 13421 MANCHESTER RD, STE 208 ST LOUIS MO 63131 |
| FORTEGRA SPECIALTY INSURANCE | 10751 DEERWOOD PARK BLVD STE 200 JACKSONVILLE FL 32256 |
| GARDEN STATE HEALTHCARE | ASSOCIATES, LLC; NJ 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| GARDEN STATE HEALTHCARE ASSOCIATES, LLC | 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| GARDEN STATE HEALTHCARE ASSOCIATES, LLC | P.O. BOX 20502 NEWARK NJ 07101-5502 |
| GEISINGER HEALTH PLAN | 100 NORTH ACADEMY AVE DANVILLE PA 17822 |
| HEALTH NET FEDERAL SERVICES, LLC | 10730 INTERNATIONAL DR RANCHO CORDOVA CA 95670 |
| HEALTH NET FEDERAL SERVICES, LLC | 2107 WILSON BOULEVARD SUITE 900 ARLINGTON VA 22201 |
| HEALTH PROFESSIONALS & ALLIED EMPLOYEES | ATTN DEBBIE WHITE, PRESIDENT 110 KINDERKAMACK RD EMERSON NJ 07630 |
| HEALTH PROFESSIONALS & ALLIED EMPLOYEES | C/O LAW OFFICES OF MITCHELL J MALZBERG ATTN MITCHELL J MALZBERG, ESQ PO BOX 5122, 6 E MAIN ST, STE 7 CLINTON NJ 08809 |
| HEALTHSPRING LIFE & HEALTH | INSURANCE COMPANY, INC 140 EAST 45TH STREET, 9TH FLR NEW YORK NY 10017 |
| HEALTHSPRING LIFE & HEALTH | INSURANCE COMPANY, INC. 140 EAST 45TH STREET, 9TH FL NEW YORK NY 10017 |
| HEALTHSPRING LIFE & HEALTH | INSURANCE COMPANY, INC. 2900 N LOOP W, STE 1300 HOUSTON TX 77092 |
| HIP INSURANCE COMPANY OF NEW YORK | 55 WATER ST NEW YORK NY 10041 |
| HOBOKEN INTERMEDIATE HOLDCO, LLC | 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| HOBOKEN UNIVERSITY MEDICAL CENTER | 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| HORIZON BLUE CROSS BLUE SHIELD | 3 PENN PLAZA EAST NEWARK NJ 07105-2200 |
| HORIZON BLUE CROSS BLUE SHIELD | PO BOX 10130 NEWARK NJ 07101-3130 |
| HORIZON BLUE CROSS BLUE SHIELD OF NJ | PO BOX 10130 NEWARK NJ 07101 |
| HORIZON BLUE CROSS BLUE SHIELD OF NJ | PO BOX 820 NEWARK NJ 07101-0820 |
| HORIZON BLUE CROSS SHIELD OF NEW JERSEY | 3 PENN PLAZA EAST PP-14W NEWARK NJ 07105 |
| HORIZON CASUALTY SERVICES, INC | 3 PENN PLZ E NEWARK NJ 07105 |
| HORIZON CASUALTY SERVICES, INC. | 3 PENN PLAZA EAST PP-14W NEWARK NJ 07105 |
| HORIZON HEALTH | THREE PENN PLAZA EAST NEWARK NJ 07105 |
| HORIZON HEALTH SERVICES | PO BOX 840839 DALLAS TX 75284 |
| HORIZON HEALTH SERVICES, INC | D/B/A HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY 3 PENN PLAZA EAST, PP-14W NEWARK NJ 07105 |
| HORIZON HEALTH SERVICES, INC | D/B/A HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY PO BOX 840839 DALLAS TX 75284 |
| HORIZON HEALTHCARE OF NEW JERSEY, INC | D/B/A HORIZON NJ HEALTH 1700 AMERICAN BLVD PENNINGTON NJ 08534 |
| HORIZON HEALTHCARE OF NEW JERSEY, INC | D/B/A HORIZON NJ HEALTH 210 SILVIA ST WEST TRENTON NJ 08628 |
| HORIZON HEALTHCARE OF NEW JERSEY, INC | D/B/A HORIZON NJ HEALTH 370 SCOTCH ROAD EWING NJ 08628 |
| HORIZON HEALTHCARE SERVICES, INC | D/B/A HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY 3 PENN PLAZA EAST, PP-14W NEWARK NJ 07105 |
| HORIZON HEALTHCARE SERVICES, INC | D/B/A HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY PO BOX 840839 DALLAS TX 75284-0839 |
| HORIZON HEALTHCARE SERVICES, INC | DBA HORIZON BLUE CROSS BLUE SHIELD OF NJ 3 PENN PLAZA EAST, PP-14W NEWARK NJ 07105 |
| HORIZON HEALTHCARE SERVICES, INC. | PO BOX 840839 DALLAS TX 75284-0839 |
| HORIZON NJ HEALTH | PO BOX 7117 LONDON KY 40742 |
| HORIZON NJ HEALTH (MEDICAID) | PO BOX 7117 LONDON KY 40742 |
| HUDSON HOSPITAL HOLDCO, LLC | 176 PALIDASES AVENUE JERSEY CITY NJ 07306 |
| HUDSON HOSPITAL HOLDCO, LLC | 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| HUDSON HOSPITAL OPCO LLC | D/B/A CAREPOINT HEALTH-CHRIST HOSPITAL 176 PALIDASES AVENUE JERSEY CITY NJ 07306 |
| HUDSON HOSPITAL OPCO, LLC | 176 PALISADE AVE JERSEY CITY NJ 07306-1121 |
| HUDSON HOSPITAL OPCO, LLC | 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| HUDSON REGIONAL HOSPITAL | 61 SOUTH PARAMUS ROAD, SUITE 250 PARAMUS NJ 07652 |
| HUDSON REGIONAL HOSPITAL | ATTN YAN OSHE, CHAIRMAN OF THE BOARD ATTN: H. G. KAPRALOS, ESQ, CFO 55 |

| Claim Name | Address Information |
|---|---|
| HUDSON REGIONAL HOSPITAL | MEADOWLANDS PARKWAY SECAUCUS NJ 07094 |
| HUDSON REGIONAL HOSPITAL (HRH) | 55 MEADOWLANDS PKWY SECAUCUS NJ 07094 |
| HUMANA HEALTH PLAN INC | 101 E MAIN ST LOUSVILLE KY 40202 |
| HUMANA HEALTH PLAN INC | 845 3RD AVE 7TH FLOOR NEW YORK NY 10022-6629 |
| HUMANA INSURANCE COMPANY | 845 3RD AVE 7TH FLOOR NEW YORK NY 10022-6629 |
| HUMANA INSURANCE COMPANY | P.O. BOX 1438 LOUISVILLE KY 40201-1438 |
| HUMC OPCO | HOBOKEN UNIVERSITY MEDICAL CENTER 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| HUMC OPCO LLC DBA CAREPOINT HEALTH – | HOBOKEN UNIVERSITY MEDICAL CENTER 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| HUMCO OPCO LLC D/B/A CAREPOINT HEALTH- | HOBOKEN UNIVERSITY MEDICAL CENTER 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| IJKG OPCO LLC | 714 BERGEN AVE JERSEY CITY NJ 07306-4802 |
| IJKG OPCO, LLC | 29 E. 29TH STREET BAYONNE NJ 07002 |
| IJKG OPCO, LLC D/B/A | CAREPOINT HEALTH-BAYONNE MEDICAL CTR 29 E. 29TH STREET BAYONNE NJ 07002 |
| IJKG, LLC | 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| ILLINOIS UNION INSURANCE CO (CHUBB) | 436 WALNUT STREET PHILADELPHIA PA 19106 |
| ILLINOIS UNION INSURANCE COMPANY | 436 WALNUT STREET PHILADELPHIA PA 19106 |
| INFINITT NORTH AMERICA | 755 MEMORIAL PKWY UNIT 304 PHILLIPSBURG NJ 08865 |
| INFINITT NORTH AMERICA INC | 755 MEMORIAL PKWY UNIT 304 PHILLIPSBURG NJ 08865 |
| INFINITT NORTH AMERICA INC | 755 MEMORIAL PKWY, STE 304 PHILLIPSBURG NJ 08865 |
| J.C. OPCO | ONE UNIVERSITY PLAZA SUITE 507 HACKENSACK NJ 07601 |
| J.C. OPCO, LLC | ADDRESS ON FILE |
| JC OPCO, LLC | ADDRESS ON FILE |
| JERSEY CITY MEDICAL CENTER | 355 GRAND ST JERSEY CITY NJ 07302 |
| JNESO – DISTRICT COUNCIL 1 | IUOE/AFL-CIO 1225 LIVINGSTON AVENUE NORTH BRUNSWICK NJ 08902 |
| JNESO DISTRICT COUNCIL 1 IUOE AFL-CIO | ATTN DOUGLAS PLACA, EXECUTIVE DIRECTOR 1225 LIVINGSTON AVE NORTH BRUNSWICK NJ 08902 |
| JNESO DISTRICT COUNCIL 1 IUOE AFL-CIO | C/O RIKER DANZIG LLP ATTN JOSEPH L SCHWARTZ 1 SPEEDWELL AVE MORRISTOWN NJ 07962 |
| JOINT COMMISSION | PO BOX 734506 CHICAGO IL 60673-4506 |
| JOINT COMMISSION ON | THE JOINT COMMISSION 1 RENAISSANCE BLVD OAKBROOK TERR IL 60181 |
| JOINT COMMISSION ON ACCREDITATION OF | HEALTHCARE ORGANIZATIONS 1 RENAISSANCE BLVD OAKBROOK TERR IL 60181 |
| JOURNAL SQUARE PLAZA | URBAN RENEWAL ASSOCIATES PO BOX 842333 BOSTON MA 02284 |
| JOURNAL SQUARE PLAZA URBAN | RENEWAL ASSOCIATES 1 JOURNAL SQUARE PLAZA JERSEY CITY NJ 07306 |
| JOURNAL SQUARE PLAZA URBAN RENEWAL ASSOC | 1 JOURNAL SQUARE PLAZA JERSEY CITY NJ 07306 |
| JOURNAL SQUARE PLAZA URBAN RENEWAL ASSOC | 3 2ND STREET, SUITE 1203 JERSEY CITY NJ 07311 |
| JOURNAL SQUARE PLAZA URBAN RENEWAL ASSOC | C/O GIBBONS PC ATTN MARK B CONLAN ONE GATEWAY CTR NEWARK NJ 07102 |
| JOURNAL SQUARE PLAZA URBAN RENEWAL ASSOC | C/O PANEPINTO PROPERTIES INC ATTN MARK PASQUERELLA, CFO HARBORSIDE PLZ 10, STE 1203 JERSEY CITY NJ 07311 |
| KRONOS INCORPORATED | 900 CHELMSFORD ST LOWELL MA 01851 |
| LIFE INSURANCE COMPANY | PO BOX 782447 PHILADELPHIA PA 19178-2447 |
| LONGEVITY HEALTH PLAN OF NEW JERSEY INC | 695 CROSS ST STE 185 LAKEWOOD NJ 08701 |
| MAG MUTUAL INSURANCE COMPANY | 3535 PIEDMONT RD NE BLDG 14-1000 ATLANTA GA 30305 |
| MAG MUTUAL INSURANCE COMPANY | 3535 PIEDMONT RD NE, BLDG 14, STE 1000 ATLANTA GA 30305 |
| MAGNACARE | 1600 STEWART AVE WESTBURY NY 11590 |
| MAGNACARE ADMINISTRATIVE SERVICES, LLC | P.O. BOX 1001 GARDEN CITY NY 11530 |
| MAGNUM CAPITAL CORP | 274 WEST 12300 SOUTH DRAPER UT 84020 |
| MASKER RADIOLOGY, LLC | ADDRESS ON FILE |
| MAZUMA CAPITAL | 274 WEST 12300 SOUTH DRAPER UT 84020 |

| Claim Name | Address Information |
|---|---|
| MAZUMA CAPITAL CORP | 10813 SOUTH RIVER FRONT PARKWAY SUITE 475 SOUTH JORDAN UT 84095 |
| MAZUMA CAPITAL CORP | 274 WEST 12300 SOUTH DRAPER UT 84020 |
| MAZUMA CAPITAL CORP | 36 SOUTH STATE STREET, SUITE 1400 SALT LAKE CITY UT 84111 |
| MAZUMA CAPITAL CORP | RAY QUINNEY & NEBEKER P.C. 36 SOUTH STATE STREET, SUITE 1400 SALT LAKE CITY UT 84111 |
| MCKAY CONSULTING INC | 8590 BUSINESS PARK DRIVE SHREVEPORT LA 71105 |
| MOULICK, ACHINTYA | ADDRESS ON FILE |
| NATIONAL UNION | C/O AIG 1271 AVE OF THE AMERICAS NEW YORK NY 10020-1304 |
| NATIONAL UNION FIRE INSURANCE COMPANY | C/O AIG 1271 AVE OF THE AMERICAS NEW YORK NY 10020-1304 |
| NATIONWIDE | 1 NATIONWIDE PLZ COLUMBUS OH 43215-2239 |
| NEW JERSEY CARPENTERS HEALTH FUND | 91 FIELSCREST AVENUE RARITAN PLAZA II EDISON NJ 08837 |
| NEW JERSEY MEDICAL AND | HEALTH ASSOCIATES 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| NEW JERSEY MEDICAL AND | HEALTH ASSOCIATES, LLC, DBA CAREPOINT HEALTH MEDICAL GROUP 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| NEW JERSEY ORGAN AND TISSUE | SHARING NETWORK, INC 691 CENTRAL AVE NEW PROVIDENCE NJ 07974 |
| NJ FAMILY CARE | 303 GEORGE ST, PLZ1, STE 410 NEW BRUNSWICK NJ 08901 |
| NJ ORGAN & TISSUE SHARING NETWORK INC | 691 CENTRAL AVE NEW PROVIDENCE NJ 07974 |
| NJMHMC LLC DBA HUDSON REGIONAL HOSPITAL | ATTN YAN OSHE, CHAIRMAN OF THE BOARD ATTN: H. G. KAPRALOS, ESQ, CFO 55 MEADOWLANDS PARKWAY SECAUCUS NJ 07094 |
| ONESOURCE | 311 S WACKER DR CHICAGO IL 60606 |
| OPTUM | 3436 MOMENTUM PLACE CHICAGO IL 60689-5334 |
| OPTUM | ATTN: TANNER NORTON PO BOX 30760 SALT LAKE CITY UT 84130 |
| OPTUM | P.O. BOX 30760 SALT LAKE CITY UT 84130 |
| OPTUM (UNITED BEHAVIORAL HEALTH) | 3436 MOMENTUM PLACE CHICAGO IL 60689-5334 |
| OXFORD HEALTH PLAN | PO BOX 292377 NASHVILLE TN 37229-2377 |
| OXFORD HEALTH PLANS (NJ), INC. | P.O. BOX 292377 NASHVILLE TN 37229-2377 |
| OXFORD HEALTH PLANS, LLC | P.O. BOX 292377 NASHVILLE TN 37229-2377 |
| PEARSON MEDICAL TECHNOLOGIES | 2804 N BOLTON AVE ALEXANDRIA LA 71303 |
| PELVIC REHABILITATION MEDICINE | 18 E 41ST ST, STE 2002 NEW YORK NY 10017 |
| PENNSYLVANIA MANUFACTURER'S | ASSOCIATION INSURANCE COMPANY 380 SENTRY PKWY BLUE BELL PA 19422-2357 |
| PHARMACY ONESOURCE, INC. | 525 JUNCTION ROAD, SUITE 5000 MADISON WI 53717 |
| PHILADELPHIA UNIVERSITY | 4201 HENRY AVE PHILADELPHIA PA 19144-5497 |
| PROFESSIONAL SECURITY INSURANCE CO | C/O MAG MUTUAL INSURANCE COMPANY 3535 PIEDMONT RD NE, BLDG 14-1000 ATLANTA GA 30305 |
| QUALCARE, INC. | 30 KNIGHTSBRIDGE ROAD PISCATAWAY NJ 08854 |
| RELIANCE STANDARD LIFE INSURANCE CO | 1700 MARKET ST, STE 1200 PHILADELPHIA PA 19103 |
| RELIASTAR LIFE INSURANCE COMPANY | 250 S. MARQUETTE AVENUE SUITE 900 MINNEAPOLIS MN 55401 |
| RELIASTAR LIFE INSURANCE COMPANY | 3702 PAYSPHERE CIRCLE CHICAGO IL 60674 |
| RLI INSURANCE COMPANY | 9025 N LINDBERGH DR PEORIA IL 61615-1499 |
| RLI INSURANCE COMPANY | 9205 NORTH LINDBERGH DR PEORIA IL 61615 |
| ROBERT WOOD JOHNSON HOSPITAL, INC | 379 CAMPUS DR SOMERSET NJ 08873 |
| RSUI INDEMNITY COMPANY | 945 E PACES FERRY RD NE, STE 1800 ATLANTA GA 30326-1373 |
| RSUI INDEMNITY COMPANY | 945 EAST PACES FERRY RD. STE 1800 ATLANTA GA 30326 |
| RSUI INDEMNITY INSURANCE COMPANY | 945 E PACES FERRY RD NE STE 1800 ATLANTA GA 30326-1373 |
| SAINT BARNABAS MEDICAL CENTER, INC | 5850 MERIDIAN RD GIBSONIA PA 15044 |
| SAINT CLARE'S HOSPITAL, INC | 25 POCONO RD DENVILLE NJ 07834 |
| SAINT MICHAEL'S MEDICAL CENTER | 111 CENTRAL AVE NEWARK NJ 07102 |
| SAMSUNG FIRE | 105 CHALLENGER RD, 5TH FL RIDGEFIELD PARK NJ 07660 |
| SAMSUNG FIRE & MARINE | INSURANCE COMPANY (CANOPIES) 105 CHALLENGER RD, 5TH FL RIDGEFIELD PARK NJ 07660 |

| Claim Name | Address Information |
|---|---|
| SB HOBOKEN PROPCO LLC | 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| SB HOBOKEN PROPCO, LLC | 175 BELGROVE DRIVE KEARNEY NJ 07032 |
| SB HOBOKEN PROPCO, LLC | ATTN: ACCOUNTS RECEIVABLE 175 BELGROVE DRIVE KEARNY NJ 07032 |
| SHAMIQ SYED | ADDRESS ON FILE |
| SPECTRUM HEALTH CARE, INC. | 74-80 PACIFIC AVE JERSEY CITY NJ 07304 |
| ST ANNE'S HOME FOR THE AGED | 1500 PORTLAND AVE ROCHESTER NY 14621 |
| ST MARY HOSPITAL | 1601 W ST MARYS RD TUCSON AZ 85745 |
| STARR INDEMNITY & LIABILITY CO | 399 PARK AVE 2ND FL NEW YORK NY 10022 |
| SYED, SHAMIQ | ADDRESS ON FILE |
| SYMPLR | 315 CAPITOL ST, STE 100 HOUSTON TX 77002 |
| THE COUNTY OF HUDSON | 567 PAVONIA AVE. JERSEY CITY NJ 07306 |
| THREE RIVERS PROVIDER NETWORK (WC) | 6970 OBANNON DR LAS VEGAS NV 89117-2122 |
| THREE RIVERS PROVIDER NETWORK INC (WC) | 6970 OBANNON DR LAS VEGAS NV 89117-2122 |
| THREE RIVERS PROVIDER NETWORK INC (WC) | 910 HALE PLACE SUITE 101 CHULA VISTA CA 91914 |
| TRAVELERS | 485 LEXINGTON AVE, 7TH FL NEW YORK NY 10017-2600 |
| TRAVELERS INSURANCE COMPANY | 485 LEXINGTON AVE 7TH FL NEW YORK NY 10017-2600 |
| TRICARE/HEALTHNET | 7700 ARLINGTON BLVD, STE 5101 FALLS CHURCH VA 22042-5101 |
| UHC INSUR CO OXFORD HEALTH PLANS LLC | PO BOX 740819 ATLANTA GA 30374 |
| UMDNJ - UNIVERSITY HOSPITAL | 100 BERGEN ST NEWARK NJ 07103 |
| UNITED BEHAVIORAL HEALTH, INC | 425 MARKET STREET 14TH FLOOR SAN FRANCISCO CA 94105 |
| UNITED BEHAVIORAL HEALTH, INC | 425 MARKET STREET 14TH FLOOR SAN FRANCISCO CA 94105-2426 |
| UNITED HEALTHCARE | PO BOX 740819 ATLANTA GA 30374 |
| UNITED NEURO DIAGNOSTIC SERVICES, LLC | 401 HAMBURG TPKE SUITE 205 WAYNE NJ 07470 |
| UNITED NEURO DIAGNOSTIC SERVICES, LLC | PO BOX 3515 WAYNE NJ 07474-3515 |
| UNITEDHEALTHCARE INSURANCE COMPANY | 170 WOOD AVENUE SOUTH 3RD FLOOR ISELIN NJ 08830 |
| UNITEDHEALTHCARE INSURANCE COMPANY | ATTN CDM/BANKRUPTCY 185 ASYLUM ST, 03B HARTFORD CT 06103 |
| UNITEDHEALTHCARE INSURANCE COMPANY | PO BOX 740819 ATLANTA GA 30374 |
| UNIVERSITY HOSPITAL | 150 BERGEN ST NEWARK NJ 07103 |
| UNIVERSITY OF MEDICINE AND DENTISTRY | OF NEW JERSEY - UNIVERSITY HOSPITAL 100 BERGEN ST NEWARK NJ 07103 |
| VIZIENT | 290 E JOHN CARPENTER FWY IRVING TX 75062 |
| VYTRA HEALTH PLANS MANAGED SYSTEMS, INC | 395 N SERVICE RD, STE 110 MELVILLE NY 11747-3139 |
| WELLCARE HEALTH PLAN | PO BOX 8500-7296 PHILADELPHIA PA 19178-7296 |
| WELLCARE HEALTH PLANS OF NEW JERSEY INC | 550 BROAD STREET 12TH FLOOR NEWARK NJ 07102 |
| WELLCARE HEALTH PLANS OF NEW JERSEY INC | PO BOX 8500-7296 PHILADELPHIA PA 19178-7296 |
| WELLCARE HEALTH PLANS OF NJ INC | PO BOX 8500-7296 PHILADELPHIA PA 19178-7296 |
| WELLINGTON HALL | 301 UNION STREET HACKENSACK NJ 07601 |
| WELLNESS CENTER AT HAMILTON PARK | 330 9TH JERSEY CITY NJ 07302 |
| WESTCHESTER SURPLUS LINES | INSURANCE COMPANY 11575 GREAT OAKS WAY, STE 200 ALPHARETTA GA 30022 |
| WRIGHT NATIONAL FLOOD | INSURANCE COMPANY 93 N PARK PLACE BLVD CLEARWATER FL 33579-3929 |
| WRIGHT NATIONAL FLOOD INSURANCE CO. | PO BOX 3003 ST. PETERSBURG FL 33733 |

**Total Creditor count: 267**