

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**U.S. COURTHOUSE**
**402 E. STATE STREET**
**TRENTON, NEW JERSEY 08608**

**Hon. Michael B. Kaplan**                                                              **609-858-9360**
**Chief Judge, United States Bankruptcy Court**

March 27, 2025

Honorable J. Kate Stickles
U.S. Bankruptcy Judge
District of Delaware
824 North Market Street
3rd Floor, Courtroom 6
Wilmington, DE 19801

                Re:   **CarePoint Health Systems, Inc. d/b/a Just Health Foundation**
                      **Case # 24-12534**

Dear Judge Stickles:

As the Court is aware, the undersigned has served as the Court-appointed mediator in the captioned matter. I wish to advise the Court that notwithstanding considerable good-faith efforts, late into yesterday evening, by all stakeholders, I have been unable to fashion a resolution of outstanding objections to the Debtors' confirmation. At this point, I see no choice but to conclude the mediation. Thank you.

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

cc: All Counsel of Record on CM/ECF