# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CAREPOINT HEALTH SYSTEMS, INC.,<br>d/b/a JUST HEALTH FOUNDATION, *et al.*,[1]<br>    Debtors. | Chapter 11<br>Case No. 24-12534 (JKS)<br>(Jointly Administered) |

## NOTICE OF PATIENT CARE OMBUDSMAN'S SECOND REPORT

PLEASE TAKE NOTICE that David N. Crapo, the patient care ombudsman (the "**Ombudsman**") appointed by the United States Trustee pursuant to an order of the court entered in the above-captioned bankruptcy case, will be filing his second written Ombudsman Report (the "**Second Report**") before 4:59 p.m. (ET) on March 31, 2025 in the United States Bankruptcy Court for the District of Delaware.

To obtain a copy of the Second Report or for additional information, please contact
**Gibbons P.C.**
David N. Crapo, Esq.
One Gateway Center
Newark NJ 07102-5310
Tel. 973-596-4523
Fax. 973-639-6244
E-mail: dcrapo@gibbonslaw.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint HealthBayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.