**Exhibit A**

(Budgets)

8

**CarePoint Health, Inc.**
**DIP Budget**

($ in thousands)

| | | Week/Week Ending: | 1<br>3/28/25 | 2<br>4/4/25 | 3<br>4/11/25 | 4<br>4/18/25 | 5<br>4/25/25 | 6<br>5/2/25 | 6-week<br>Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Patient-Related Receipts | | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 18,599 |
| 2 | Grant Receipts | | — | 3,942 | — | — | — | — | 3,942 |
| 3 | Medical Practice Receipts | | — | — | — | — | — | — | — |
| 4 | **Total Receipts** | | $ 3,100 | $ 7,042 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 22,542 |
| 5 | Payroll & Benefits | | (2,415) | (2,171) | (2,415) | (2,171) | (2,415) | (2,171) | (13,760) |
| 6 | Supplies | | (778) | (1,342) | (785) | (735) | (785) | (1,356) | (5,782) |
| 7 | Facilities | | — | (1,565) | — | — | — | (1,565) | (3,130) |
| 8 | Medical Practice | | (1,152) | (167) | (1,152) | (167) | (1,152) | (167) | (3,957) |
| 9 | MSO Disbursements | | (65) | (335) | (65) | (335) | (65) | (335) | (1,202) |
| 10 | Other Operating Disbursements | | (200) | (1,373) | (200) | (300) | (200) | (1,373) | (3,646) |
| 11 | **Total Operating Disbursements** | | $ (4,611) | $ (6,954) | $ (4,618) | $ (3,709) | $ (4,618) | $ (6,968) | $ (31,477) |
| 12 | DIP Fees & Interest | | — | — | — | — | — | — | — |
| 13 | Debtor's Counsel[1] | | (32) | (1,149) | (32) | (32) | (32) | (32) | (1,309) |
| 14 | Debtor's Financial Advisors[1] | | (20) | (462) | (20) | (20) | (20) | (20) | (562) |
| 15 | UCC Counsel[1] | | (20) | (1,258) | (20) | (20) | (20) | (20) | (1,358) |
| 16 | UCC Financial Advisors[1] | | (20) | (629) | (20) | (20) | (20) | (20) | (729) |
| 17 | Prepetition Secured Lender Counsel[1] | | (25) | (364) | (25) | (25) | (25) | (25) | (489) |
| 18 | Patient Care Ombudsman[1] | | (13) | (92) | (6) | (6) | (6) | (6) | (131) |
| 19 | Claims Agent[1] | | (20) | (500) | (20) | (20) | (20) | (20) | (600) |
| 20 | Other Restructuring Disbursements | | (90) | — | — | — | (500) | — | (590) |
| 21 | **Total Non-Operating Disbursements** | | $ (240) | $ (4,453) | $ (143) | $ (143) | $ (643) | $ (143) | $ (5,766) |
| 22 | **Net Cash Flow** | | $ (1,751) | $ (4,365) | $ (1,662) | $ (752) | $ (2,161) | $ (4,011) | $ (14,702) |
| 23 | Beg. Cash | | 3,553 | 1,802 | 500 | 500 | 500 | 500 | 3,553 |
| 24 | DIP Facility | | — | 3,062 | 1,662 | 752 | 2,161 | 4,011 | 11,649 |
| 25 | **Ending Op. Book Cash** | | $ 1,802 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| 26 | **For Illustrative Purposes Only:** | | | | | | | | |
| 27 | Professional Fee Trust Account Roll Forward:[1] | | | | | | | | |
| 28 |   Beginning | | 2,791 | 1,712 | 4,807 | 4,654 | 4,797 | 4,941 | 2,791 |
| 29 |   (+) Funded | | 150 | 4,453 | 143 | 143 | 143 | 143 | 5,177 |
| 30 |   (-) Disbursed to Professionals | | (1,229) | (1,358) | (297) | — | — | (5,084) | (7,968) |
| 31 |   **Ending Balance** | | $ 1,712 | $ 4,807 | $ 4,654 | $ 4,797 | $ 4,941 | $ (0) | $ — |

[1] Includes catch-up funding of Professional Fee Reserves in WE 4/4.

**IJKG - Opco LLC (Bayonne Medical Center)**
**DIP Budget**

| | Week/Week Ending: | 1<br>3/28/25 | 2<br>4/4/25 | 3<br>4/11/25 | 4<br>4/18/25 | 5<br>4/25/25 | 6<br>5/2/25 | 6-week<br>Total |
|---|---|---|---|---|---|---|---|---|
| | ($ in thousands) | | | | | | | |
| 1 | Patient-Related Receipts | $ 2,079 | $ 2,121 | $ 2,194 | $ 2,285 | $ 2,205 | $ 2,217 | $ 13,101 |
| 2 | Grant Receipts | — | 150 | — | — | — | — | 150 |
| 3 | **Total Receipts** | $ 2,079 | $ 2,270 | $ 2,194 | $ 2,285 | $ 2,205 | $ 2,217 | $ 13,250 |
| 4 | Payroll & Benefits | (1,105) | (1,181) | (1,105) | (1,181) | (1,105) | (1,181) | (6,856) |
| 5 | Supplies | (453) | (525) | (376) | (339) | (376) | (525) | (2,592) |
| 6 | Facilities[1] | — | — | — | — | — | — | — |
| 7 | Medical Practice | (500) | (84) | (500) | (84) | (500) | (84) | (1,751) |
| 8 | MSO Disbursements | (33) | (231) | (33) | (231) | (33) | (231) | (793) |
| 9 | Other Operating Disbursements | (280) | (913) | (280) | (324) | (280) | (913) | (2,991) |
| 10 | **Total Operating Disbursements** | $ (2,370) | $ (2,933) | $ (2,293) | $ (2,159) | $ (2,293) | $ (2,933) | $ (14,982) |
| 11 | DIP Fees & Interest | — | — | — | — | — | — | - |
| 12 | Debtor's Counsel[2] | (8) | (287) | (8) | (8) | (8) | (8) | (327) |
| 13 | Debtor's Financial Advisors[2] | (5) | (116) | (5) | (5) | (5) | (5) | (141) |
| 14 | UCC Counsel[2] | (5) | (314) | (5) | (5) | (5) | (5) | (339) |
| 15 | UCC Financial Advisors[2] | (5) | (157) | (5) | (5) | (5) | (5) | (182) |
| 16 | Patient Care Ombudsman[2] | (3) | (23) | (2) | (2) | (2) | (2) | (33) |
| 17 | Claims Agent[2] | (5) | (125) | (5) | (5) | (5) | (5) | (150) |
| 18 | Other Restructuring Disbursements | (45) | — | — | — | (250) | — | (295) |
| 19 | **Total Non-Operating Disbursements** | $ (76) | $ (1,022) | $ (30) | $ (30) | $ (280) | $ (30) | $ (1,467) |
| 20 | **Net Cash Flow** | $ (367) | $ (1,685) | $ (129) | $ 96 | $ (368) | $ (746) | $ (3,199) |
| 21 | Beg. Cash | 748 | 500 | 500 | 500 | 596 | 500 | 748 |
| 22 | DIP Facility | 120 | 1,685 | 129 | — | 271 | 746 | 2,951 |
| 23 | **Ending Op. Book Cash** | $ 500 | $ 500 | $ 500 | $ 596 | $ 500 | $ 500 | $ 500 |
| 24 | **For Illustrative Purposes Only:** | | | | | | | |
| 25 | Professional Fee Trust Account Roll Forward:[2] | | | | | | | |
| 26 | Beginning | 716 | 483 | 1,165 | 1,121 | 1,150 | 1,180 | 716 |
| 27 | (+) Funded | 31 | 1,022 | 30 | 30 | 30 | 30 | 1,172 |
| 28 | (-) Disbursed to Professionals | (264) | (340) | (74) | - | - | (1,210) | (1,888) |
| 29 | **Ending Balance** | $ 483 | $ 1,165 | $ 1,121 | $ 1,150 | $ 1,180 | $ (0) | $ (0) |

[1] Monthly rental payments continue to accrue, however, no cash is paid out, as HRH is the ultimate beneficiary of rental payments.
[2] Includes catch-up funding of Professional Fee Reserves in WE 4/4.