**EXHIBIT B**
**Detailed Summaries of Services Performed and**
**Expenses Incurred by Province Professionals**

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

|  | Hourly Rate | Application Hours | Total Fees |
|---|---:|---:|---:|
| Adam Rosen, Partner | $1,250 | 119.6 | $149,500.00 |
| Paul Navid, Partner | $1,100 | 66.8 | $73,480.00 |
| Tyler McLaren, Director | $820 | 53.0 | $43,460.00 |
| Ryan Carr, Senior Analyst | $500 | 135.1 | $67,550.00 |
| Tate Zall, Analyst | $440 | 33.0 | $14,520.00 |
| Eric Mattson, Matter Manager | $320 | 2.2 | $704.00 |
| **Grand Total** | | **409.7** | **$349,214.00** |

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis / Operations | 287.3 | $226,372.00 |
| Claims Analysis and Objections | 10.5 | $7,890.00 |
| Committee Activities | 34.7 | $34,957.00 |
| Court Filings | 13.4 | $15,925.00 |
| Court Hearings | 7.3 | $7,772.00 |
| Fee / Employment Applications | 2.2 | $704.00 |
| Litigation | 12.6 | $14,625.00 |
| Plan and Disclosure Statement | 41.7 | $40,969.00 |
| **Grand Total** | **409.7** | **$349,214.00** |

**EXPENSE SUMMARY**

| Expense Category | Description | Total Expenses |
|---|---|---:|
| Miscellaneous | Research fees. | $133.20 |
| **Total Expenses** | | **$133.20** |

## BILLING DETAILS

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/1/2025 | Ryan Carr | Updated financial presentation for November 2024 YTD financials. | Business Analysis / Operations | 2.70 | 500.00 | $1,350.00 |
| 2/1/2025 | Adam Rosen | Reviewed correspondences re: confirmation. | Plan and Disclosure Statement | 1.10 | 1,250.00 | $1,375.00 |
| 2/1/2025 | Paul Navid | Evaluated latest financials deck and related data. | Business Analysis / Operations | 2.80 | 1,100.00 | $3,080.00 |
| 2/1/2025 | Adam Rosen | Reviewed and revised UCC report. | Committee Activities | 2.40 | 1,250.00 | $3,000.00 |
| 2/2/2025 | Adam Rosen | Reviewed and revised UCC report. | Committee Activities | 1.60 | 1,250.00 | $2,000.00 |
| 2/2/2025 | Paul Navid | Evaluated performance of debtors to date and summary slides. | Business Analysis / Operations | 1.80 | 1,100.00 | $1,980.00 |
| 2/2/2025 | Adam Rosen | Reviewed weekly financials and DIP funding. | Business Analysis / Operations | 2.20 | 1,250.00 | $2,750.00 |
| 2/2/2025 | Ryan Carr | Updated financial performance slides. | Business Analysis / Operations | 2.30 | 500.00 | $1,150.00 |
| 2/3/2025 | Adam Rosen | Calls with R. Carr re: creditor recovery analysis. | Business Analysis / Operations | 0.60 | 1,250.00 | $750.00 |
| 2/3/2025 | Adam Rosen | Reviewed and revised creditor recovery analysis. | Business Analysis / Operations | 2.30 | 1,250.00 | $2,875.00 |
| 2/3/2025 | Ryan Carr | Calls with A. Rosen re: creditor recovery analysis. | Business Analysis / Operations | 0.60 | 500.00 | $300.00 |
| 2/3/2025 | Adam Rosen | Call with MS re: creditor recovery analysis and liens. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 2/3/2025 | Ryan Carr | Modeled liquidation analysis part 1. | Business Analysis / Operations | 2.80 | 500.00 | $1,400.00 |
| 2/3/2025 | Tyler McLaren | Call with the Sills and Province teams to discuss case updates. | Business Analysis / Operations | 0.50 | 820.00 | $410.00 |
| 2/3/2025 | Tate Zall | Discussed liquidation analysis with committee counsel. | Committee Activities | 0.30 | 440.00 | $132.00 |
| 2/3/2025 | Adam Rosen | Call with SC re: creditor recovery analysis. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 2/3/2025 | Tyler McLaren | Weekly call with the Committee, Sills, and Province teams. | Committee Activities | 0.50 | 820.00 | $410.00 |
| 2/3/2025 | Ryan Carr | Modeled liquidation analysis part 2. | Business Analysis / Operations | 1.60 | 500.00 | $800.00 |
| 2/3/2025 | Paul Navid | Evaluated latest liquidation financial model and impact to recovery estimates. | Business Analysis / Operations | 1.50 | 1,100.00 | $1,650.00 |
| 2/4/2025 | Ryan Carr | Analyzed schedules and statements part 2. | Business Analysis / Operations | 0.60 | 500.00 | $300.00 |

2

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/4/2025 | Tyler McLaren | Developed outline for the upcoming presentations. | Committee Activities | 0.80 | 820.00 | $656.00 |
| 2/4/2025 | Ryan Carr | Worked on liquidation analysis part 3. | Business Analysis / Operations | 1.80 | 500.00 | $900.00 |
| 2/4/2025 | Ryan Carr | Worked on liquidation analysis part 2. | Business Analysis / Operations | 2.70 | 500.00 | $1,350.00 |
| 2/4/2025 | Tyler McLaren | Analyzed cash burn analysis provided by the company. | Business Analysis / Operations | 1.20 | 820.00 | $984.00 |
| 2/4/2025 | Adam Rosen | Reviewed liquidation analysis model and provided feedback. | Business Analysis / Operations | 3.80 | 1,250.00 | $4,750.00 |
| 2/4/2025 | Ryan Carr | Call with T. Zall and T. McLaren to discuss presentation materials. | Business Analysis / Operations | 0.50 | 500.00 | $250.00 |
| 2/4/2025 | Tate Zall | Call with T. McLaren and R. Carr re: presentation materials. | Business Analysis / Operations | 0.50 | 440.00 | $220.00 |
| 2/4/2025 | Tyler McLaren | Internal call with R. Carr and T. Zall of the Province team to discuss the upcoming presentation materials. | Business Analysis / Operations | 0.50 | 820.00 | $410.00 |
| 2/4/2025 | Adam Rosen | Reviewed and analyzed intercompany activity and balances. | Business Analysis / Operations | 2.30 | 1,250.00 | $2,875.00 |
| 2/4/2025 | Paul Navid | Reviewed latest liquidation model. | Business Analysis / Operations | 1.10 | 1,100.00 | $1,210.00 |
| 2/4/2025 | Tyler McLaren | Analyzed insurance policy diligence provided by the company. | Business Analysis / Operations | 0.70 | 820.00 | $574.00 |
| 2/4/2025 | Ryan Carr | Worked on liquidation analysis part 1. | Business Analysis / Operations | 2.80 | 500.00 | $1,400.00 |
| 2/4/2025 | Tyler McLaren | Analyzed governance and employee diligence provided by the company. | Business Analysis / Operations | 0.60 | 820.00 | $492.00 |
| 2/5/2025 | Ryan Carr | Worked on liquidation analysis part 1. | Business Analysis / Operations | 2.10 | 500.00 | $1,050.00 |
| 2/5/2025 | Ryan Carr | Worked on liquidation analysis part 2. | Business Analysis / Operations | 2.30 | 500.00 | $1,150.00 |
| 2/5/2025 | Paul Navid | Evaluated case liquidity and compared to budget. | Business Analysis / Operations | 0.90 | 1,100.00 | $990.00 |
| 2/5/2025 | Paul Navid | Reviewed latest summary of MOR. | Business Analysis / Operations | 0.50 | 1,100.00 | $550.00 |
| 2/5/2025 | Tyler McLaren | Analyzed AR diligence provided by the company. | Business Analysis / Operations | 0.70 | 820.00 | $574.00 |
| 2/5/2025 | Tate Zall | Constructed various exhibits for presentation to the committee. | Business Analysis / Operations | 2.10 | 440.00 | $924.00 |
| 2/5/2025 | Ryan Carr | Worked on liquidation analysis part 2. | Business Analysis / Operations | 2.30 | 500.00 | $1,150.00 |

4907-2261-3297.1 12839.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/5/2025 | Adam Rosen | Reviewed committee presentation exhibits and liquidation analysis. | Business Analysis / Operations | 2.90 | 1,250.00 | $3,625.00 |
| 2/5/2025 | Tyler McLaren | Analyzed DIP budget variance report. | Business Analysis / Operations | 0.60 | 820.00 | $492.00 |
| 2/5/2025 | Paul Navid | Evaluated historical Interco transactions. | Business Analysis / Operations | 1.10 | 1,100.00 | $1,210.00 |
| 2/5/2025 | Ryan Carr | Analyzed sub con part 2. | Business Analysis / Operations | 1.10 | 500.00 | $550.00 |
| 2/5/2025 | Ryan Carr | Analyzed sub con part 1. | Business Analysis / Operations | 2.70 | 500.00 | $1,350.00 |
| 2/5/2025 | Paul Navid | Evaluated latest subcon model and related supporting schedule. | Business Analysis / Operations | 1.80 | 1,100.00 | $1,980.00 |
| 2/5/2025 | Tyler McLaren | Analyzed intercompany transaction diligence provided by the company. | Business Analysis / Operations | 2.20 | 820.00 | $1,804.00 |
| 2/5/2025 | Tyler McLaren | Analyzed MOR supporting Excel files provided by the company. | Business Analysis / Operations | 1.40 | 820.00 | $1,148.00 |
| 2/6/2025 | Paul Navid | Analyzed updated liquidation analysis prepared for plan and changes made. | Business Analysis / Operations | 1.60 | 1,100.00 | $1,760.00 |
| 2/6/2025 | Paul Navid | Reviewed latest UCC deck. | Committee Activities | 1.30 | 1,100.00 | $1,430.00 |
| 2/6/2025 | Ryan Carr | Worked on liquidation analysis part 3. | Business Analysis / Operations | 1.90 | 500.00 | $950.00 |
| 2/6/2025 | Ryan Carr | Worked on liquidation analysis part 1. | Business Analysis / Operations | 1.80 | 500.00 | $900.00 |
| 2/6/2025 | Ryan Carr | Worked on liquidation analysis part 2. | Business Analysis / Operations | 2.80 | 500.00 | $1,400.00 |
| 2/6/2025 | Tyler McLaren | Developed certain materials in support of Plan. | Plan and Disclosure Statement | 1.80 | 820.00 | $1,476.00 |
| 2/6/2025 | Paul Navid | Analyzed supporting schedules for the Plan. | Plan and Disclosure Statement | 0.50 | 1,100.00 | $550.00 |
| 2/6/2025 | Adam Rosen | Reviewed and analyzed liquidation analysis and exhibits for committee presentation. | Business Analysis / Operations | 3.20 | 1,250.00 | $4,000.00 |
| 2/6/2025 | Ryan Carr | Worked on liquidation analysis part 2. | Business Analysis / Operations | 2.70 | 500.00 | $1,350.00 |
| 2/6/2025 | Tate Zall | Constructed various exhibits for presentation to the committee. | Business Analysis / Operations | 2.80 | 440.00 | $1,232.00 |
| 2/7/2025 | Tyler McLaren | Analyzed DIP budget actuals through 1/31. | Business Analysis / Operations | 0.80 | 820.00 | $656.00 |
| 2/7/2025 | Ryan Carr | Worked on liquidation analysis part 4. | Business Analysis / Operations | 1.70 | 500.00 | $850.00 |

4907-2261-3297.1 12839.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/7/2025 | Tate Zall | Analyzed cash flow variance. | Business Analysis / Operations | 1.50 | 440.00 | $660.00 |
| 2/7/2025 | Ryan Carr | Worked on liquidation analysis part 3. | Business Analysis / Operations | 2.70 | 500.00 | $1,350.00 |
| 2/7/2025 | Ryan Carr | Worked on liquidation analysis part 2. | Business Analysis / Operations | 2.80 | 500.00 | $1,400.00 |
| 2/7/2025 | Paul Navid | Evaluated cash flow to date and variance to budget. | Business Analysis / Operations | 0.80 | 1,100.00 | $880.00 |
| 2/7/2025 | Adam Rosen | Call with BM re: cash flow updates. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 2/7/2025 | Adam Rosen | Reviewed and revised subcon analysis. | Business Analysis / Operations | 3.40 | 1,250.00 | $4,250.00 |
| 2/7/2025 | Tyler McLaren | Analyzed DIP draws to date and compared against original budget forecast. | Business Analysis / Operations | 1.60 | 820.00 | $1,312.00 |
| 2/7/2025 | Paul Navid | Evaluated latte assumptions in liquidation model. | Business Analysis / Operations | 1.80 | 1,100.00 | $1,980.00 |
| 2/7/2025 | Adam Rosen | Reviewed and analyzed revised cash forecast. | Business Analysis / Operations | 1.40 | 1,250.00 | $1,750.00 |
| 2/7/2025 | Paul Navid | Evaluated case funding by lender and impact to liquidity vs original timing. | Plan and Disclosure Statement | 0.50 | 1,100.00 | $550.00 |
| 2/7/2025 | Ryan Carr | Worked on liquidation analysis part 1. | Business Analysis / Operations | 1.20 | 500.00 | $600.00 |
| 2/8/2025 | Tyler McLaren | Analyzed latest liquidation analysis. | Business Analysis / Operations | 0.70 | 820.00 | $574.00 |
| 2/8/2025 | Paul Navid | Analyzed latest UCC slides. | Committee Activities | 1.50 | 1,100.00 | $1,650.00 |
| 2/8/2025 | Paul Navid | Evaluated funding to date and expected funding for trust. | Business Analysis / Operations | 0.90 | 1,100.00 | $990.00 |
| 2/8/2025 | Tyler McLaren | Analyzed latest draft of the Committee materials. | Committee Activities | 0.90 | 820.00 | $738.00 |
| 2/8/2025 | Ryan Carr | Updated committee presentation. | Committee Activities | 1.80 | 500.00 | $900.00 |
| 2/8/2025 | Adam Rosen | Reviewed and revised subcon analysis. | Business Analysis / Operations | 1.90 | 1,250.00 | $2,375.00 |
| 2/9/2025 | Adam Rosen | Reviewed and revised UCC report. | Committee Activities | 1.40 | 1,250.00 | $1,750.00 |
| 2/9/2025 | Tyler McLaren | Worked through updates to the latest Committee presentation. | Committee Activities | 1.30 | 820.00 | $1,066.00 |
| 2/9/2025 | Paul Navid | Analyzed latest UCC deck. | Committee Activities | 0.50 | 1,100.00 | $550.00 |
| 2/10/2025 | Paul Navid | Evaluated DIP financing timing and related fees. | Business Analysis / Operations | 0.50 | 1,100.00 | $550.00 |
| 2/10/2025 | Paul Navid | Evaluated latest committee deck. | Committee Activities | 0.40 | 1,100.00 | $440.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/10/2025 | Tyler McLaren | Analyzed the latest DIP draw tracker. | Business Analysis / Operations | 0.80 | 820.00 | $656.00 |
| 2/10/2025 | Tate Zall | Attended weekly committee meeting. | Committee Activities | 0.50 | 440.00 | $220.00 |
| 2/10/2025 | Ryan Carr | Attended Committee meeting. | Committee Activities | 0.60 | 500.00 | $300.00 |
| 2/10/2025 | Tyler McLaren | Discussion with the Sills and Province teams re: liquidation analysis. | Committee Activities | 1.00 | 820.00 | $820.00 |
| 2/10/2025 | Tyler McLaren | Analyzed patient volume and revenue data provided by the company. | Business Analysis / Operations | 0.70 | 820.00 | $574.00 |
| 2/10/2025 | Ryan Carr | Analyzed liquidation scenario part 1. | Business Analysis / Operations | 0.40 | 500.00 | $200.00 |
| 2/10/2025 | Paul Navid | Reviewed patient stats tied to revenue. | Business Analysis / Operations | 0.50 | 1,100.00 | $550.00 |
| 2/10/2025 | Ryan Carr | Continued to work on liquidation analysis. | Business Analysis / Operations | 2.70 | 500.00 | $1,350.00 |
| 2/10/2025 | Paul Navid | Analyzed changes to waterfall based on liquidation analysis. | Business Analysis / Operations | 0.90 | 1,100.00 | $990.00 |
| 2/10/2025 | Ryan Carr | Worked on liquidation analysis part 2. | Business Analysis / Operations | 2.80 | 500.00 | $1,400.00 |
| 2/10/2025 | Adam Rosen | Reviewed and analyzed liquidation analysis and made changes. | Business Analysis / Operations | 5.10 | 1,250.00 | $6,375.00 |
| 2/10/2025 | Tyler McLaren | Weekly call with the Committee, Sills, and Province teams. | Committee Activities | 0.50 | 820.00 | $410.00 |
| 2/10/2025 | Tyler McLaren | Audited and updated the latest Committee presentation following comments from the team. | Committee Activities | 1.20 | 820.00 | $984.00 |
| 2/11/2025 | Ryan Carr | Sourced HRH claim part 1. | Claims Analysis and Objections | 2.80 | 500.00 | $1,400.00 |
| 2/11/2025 | Adam Rosen | Reviewed court pleadings. | Court Filings | 1.80 | 1,250.00 | $2,250.00 |
| 2/11/2025 | Ryan Carr | Sourced HRH claim part 2. | Claims Analysis and Objections | 2.70 | 500.00 | $1,350.00 |
| 2/11/2025 | Paul Navid | Evaluated claims analysis prepared by team. | Claims Analysis and Objections | 1.80 | 1,100.00 | $1,980.00 |
| 2/11/2025 | Tyler McLaren | Analyzed the latest DIP budgets. | Business Analysis / Operations | 1.40 | 820.00 | $1,148.00 |
| 2/11/2025 | Tyler McLaren | Call with the Ankura and Province teams to discuss case updates. | Business Analysis / Operations | 0.50 | 820.00 | $410.00 |
| 2/11/2025 | Adam Rosen | Reviewed and revised recovery analysis. | Business Analysis / Operations | 2.90 | 1,250.00 | $3,625.00 |
| 2/11/2025 | Paul Navid | Evaluated projected weekly cash flow and estimated liquidity and funds needed. | Business Analysis / Operations | 1.50 | 1,100.00 | $1,650.00 |

4907-2261-3297.1 12839.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/11/2025 | Tate Zall | Audited liquidation analysis model. | Business Analysis / Operations | 0.60 | 440.00 | $264.00 |
| 2/11/2025 | Adam Rosen | Call with SS re: recovery analysis. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |
| 2/11/2025 | Ryan Carr | Sourced HRH claim part 3. | Claims Analysis and Objections | 0.60 | 500.00 | $300.00 |
| 2/11/2025 | Ryan Carr | Liquidation analysis discussion. | Business Analysis / Operations | 0.50 | 500.00 | $250.00 |
| 2/11/2025 | Ryan Carr | Budget discussion with Province and Ankura teams. | Business Analysis / Operations | 0.30 | 500.00 | $150.00 |
| 2/11/2025 | Ryan Carr | Analyzed updated budget. | Business Analysis / Operations | 1.80 | 500.00 | $900.00 |
| 2/11/2025 | Tyler McLaren | Call with S. Shamiq of CarePoint and the Province team to discuss the liquidation analysis. | Plan and Disclosure Statement | 0.50 | 820.00 | $410.00 |
| 2/11/2025 | Paul Navid | Continued to evaluate claims analysis prepared by team. | Claims Analysis and Objections | 1.50 | 1,100.00 | $1,650.00 |
| 2/11/2025 | Ryan Carr | Multiple calls with A. Rosen to discuss recovery analysis workstreams. | Business Analysis / Operations | 1.00 | 500.00 | $500.00 |
| 2/11/2025 | Adam Rosen | Calls with R. Carr re: recovery analysis. | Business Analysis / Operations | 1.00 | 1,250.00 | $1,250.00 |
| 2/12/2025 | Tyler McLaren | Analyzed revised liquidation analysis and related diligence provided by the Debtors. | Plan and Disclosure Statement | 0.70 | 820.00 | $574.00 |
| 2/12/2025 | Paul Navid | Reviewed notes for court hearing. | Business Analysis / Operations | 0.50 | 1,100.00 | $550.00 |
| 2/12/2025 | Adam Rosen | Call with AS and BM re: recovery analysis. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 2/12/2025 | Tate Zall | Attended court hearing. | Court Hearings | 1.30 | 440.00 | $572.00 |
| 2/12/2025 | Adam Rosen | Calls with TC re: recovery analysis. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 2/12/2025 | Adam Rosen | Reviewed and revised recovery analysis. | Committee Activities | 3.30 | 1,250.00 | $4,125.00 |
| 2/12/2025 | Paul Navid | Reviewed latest slides for UCC call. | Committee Activities | 0.50 | 1,100.00 | $550.00 |
| 2/12/2025 | Ryan Carr | Worked on liquidation analysis part 2. | Business Analysis / Operations | 0.60 | 500.00 | $300.00 |
| 2/12/2025 | Ryan Carr | Worked on liquidation analysis part 1. | Business Analysis / Operations | 1.10 | 500.00 | $550.00 |
| 2/12/2025 | Adam Rosen | Reviewed updated financial information. | Business Analysis / Operations | 0.80 | 1,250.00 | $1,000.00 |

4907-2261-3297.1 12839.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/12/2025 | Ryan Carr | Call with A. Rosen re: recovery analysis. | Business Analysis / Operations | 0.30 | 500.00 | $150.00 |
| 2/12/2025 | Adam Rosen | Calls with R. Carr re: recovery analysis. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 2/12/2025 | Paul Navid | Reviewed changes to model and schedules for plan. | Business Analysis / Operations | 0.50 | 1,100.00 | $550.00 |
| 2/12/2025 | Adam Rosen | Attended court hearing. | Court Hearings | 1.60 | 1,250.00 | $2,000.00 |
| 2/12/2025 | Tate Zall | Constructed exhibits for committee presentation materials. | Business Analysis / Operations | 1.10 | 440.00 | $484.00 |
| 2/12/2025 | Ryan Carr | Attended court hearing. | Court Hearings | 0.40 | 500.00 | $200.00 |
| 2/13/2025 | Tyler McLaren | Analyzed latest outstanding AP as of January. | Business Analysis / Operations | 0.80 | 820.00 | $656.00 |
| 2/13/2025 | Paul Navid | Reviewed declaration for subcon. | Plan and Disclosure Statement | 0.90 | 1,100.00 | $990.00 |
| 2/13/2025 | Ryan Carr | Reading/updating Shamiq's declaration. | Business Analysis / Operations | 1.80 | 500.00 | $900.00 |
| 2/13/2025 | Tyler McLaren | Analyzed draft declaration in support of substantive consolidation. | Plan and Disclosure Statement | 0.90 | 820.00 | $738.00 |
| 2/13/2025 | Tyler McLaren | Worked through draft exhibits in support of substantive consolidation. | Plan and Disclosure Statement | 1.30 | 820.00 | $1,066.00 |
| 2/13/2025 | Paul Navid | Evaluated GUC pool and compared to AP balance and admin AP. | Claims Analysis and Objections | 1.10 | 1,100.00 | $1,210.00 |
| 2/13/2025 | Tyler McLaren | Developed outline for upcoming Committee presentation. | Committee Activities | 0.60 | 820.00 | $492.00 |
| 2/13/2025 | Ryan Carr | Worked on liquidation analysis part 1. | Business Analysis / Operations | 2.60 | 500.00 | $1,300.00 |
| 2/13/2025 | Tate Zall | Constructed exhibits for committee presentation materials. | Business Analysis / Operations | 2.50 | 440.00 | $1,100.00 |
| 2/13/2025 | Ryan Carr | Continued to work on liquidation analysis part 2. | Business Analysis / Operations | 2.80 | 500.00 | $1,400.00 |
| 2/13/2025 | Paul Navid | Reviewed declaration of Shamiq. | Business Analysis / Operations | 0.50 | 1,100.00 | $550.00 |
| 2/13/2025 | Paul Navid | Analyzed supporting schedules for subcon. | Plan and Disclosure Statement | 1.10 | 1,100.00 | $1,210.00 |
| 2/13/2025 | Paul Navid | Reviewed assumptions of liquidation for AR balance. | Business Analysis / Operations | 1.50 | 1,100.00 | $1,650.00 |
| 2/13/2025 | Adam Rosen | Reviewed and updated liquidation analysis and reviewed committee presentation changes. | Business Analysis / Operations | 5.40 | 1,250.00 | $6,750.00 |
| 2/13/2025 | Tyler McLaren | Worked through slides for upcoming Committee presentation. | Committee Activities | 1.10 | 820.00 | $902.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/14/2025 | Paul Navid | Analyzed committee deck to confirm accuracy. | Committee Activities | 1.50 | 1,100.00 | $1,650.00 |
| 2/14/2025 | Ryan Carr | Updated liquidation model part 1. | Business Analysis / Operations | 1.20 | 500.00 | $600.00 |
| 2/14/2025 | Ryan Carr | Preparing for subcon meeting. | Business Analysis / Operations | 0.70 | 500.00 | $350.00 |
| 2/14/2025 | Ryan Carr | Updated liquidation model part 2. | Business Analysis / Operations | 2.80 | 500.00 | $1,400.00 |
| 2/14/2025 | Tyler McLaren | Call with the CarePoint and Province teams re: diligence requests. | Business Analysis / Operations | 0.50 | 820.00 | $410.00 |
| 2/14/2025 | Ryan Carr | Attended CarePoint meeting. | Business Analysis / Operations | 0.60 | 500.00 | $300.00 |
| 2/14/2025 | Paul Navid | Evaluated rationale for subcon and confirmed accuracy of model. | Business Analysis / Operations | 1.50 | 1,100.00 | $1,650.00 |
| 2/14/2025 | Ryan Carr | Went through various CarePoint legal questions. | Business Analysis / Operations | 1.80 | 500.00 | $900.00 |
| 2/14/2025 | Paul Navid | Evaluated supporting data for declaration to confirm accuracy. | Plan and Disclosure Statement | 0.30 | 1,100.00 | $330.00 |
| 2/14/2025 | Adam Rosen | Reviewed exhibits and liquidation model. | Business Analysis / Operations | 4.00 | 1,250.00 | $5,000.00 |
| 2/14/2025 | Tyler McLaren | Continued working through draft exhibits in support of substantive consolidation. | Plan and Disclosure Statement | 2.10 | 820.00 | $1,722.00 |
| 2/14/2025 | Tyler McLaren | Internal call with A. Rosen and R. Carr of Province to discuss the exhibits in support of substantive consolidation. | Plan and Disclosure Statement | 0.50 | 820.00 | $410.00 |
| 2/14/2025 | Adam Rosen | Call with T. Mclaren and R. Carr re: substantive consolidation exhibits. | Plan and Disclosure Statement | 0.50 | 1,250.00 | $625.00 |
| 2/14/2025 | Ryan Carr | Call with A. Rosen and T. McLaren re: exhibits. | Plan and Disclosure Statement | 0.50 | 500.00 | $250.00 |
| 2/14/2025 | Tyler McLaren | Call with Sills and Province teams re: declaration in support of substantive consolidation. | Plan and Disclosure Statement | 0.70 | 820.00 | $574.00 |
| 2/14/2025 | Tate Zall | Constructed exhibits for committee presentation materials. | Business Analysis / Operations | 1.50 | 440.00 | $660.00 |
| 2/14/2025 | Ryan Carr | Updated liquidation model part 3. | Business Analysis / Operations | 2.40 | 500.00 | $1,200.00 |
| 2/15/2025 | Adam Rosen | Reviewed and revised UCC report. | Committee Activities | 1.30 | 1,250.00 | $1,625.00 |
| 2/15/2025 | Ryan Carr | Updated model and typed out email. | Business Analysis / Operations | 2.70 | 500.00 | $1,350.00 |
| 2/15/2025 | Ryan Carr | Analyzed intercompany activity. | Business Analysis / Operations | 2.30 | 500.00 | $1,150.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/15/2025 | Paul Navid | Analyzed intercompany balances and impact to deconsolidated waterfall. | Business Analysis / Operations | 1.90 | 1,100.00 | $2,090.00 |
| 2/15/2025 | Tate Zall | Prepared committee presentation materials. | Business Analysis / Operations | 2.90 | 440.00 | $1,276.00 |
| 2/16/2025 | Paul Navid | Analyzed impact to waterfall assuming deconsolidated. | Business Analysis / Operations | 1.50 | 1,100.00 | $1,650.00 |
| 2/16/2025 | Tyler McLaren | Continued working through draft exhibits in support of substantive consolidation. | Plan and Disclosure Statement | 1.60 | 820.00 | $1,312.00 |
| 2/16/2025 | Ryan Carr | Worked on intercompany charts. | Business Analysis / Operations | 2.40 | 500.00 | $1,200.00 |
| 2/16/2025 | Paul Navid | Evaluated intercompany summary. | Business Analysis / Operations | 1.90 | 1,100.00 | $2,090.00 |
| 2/16/2025 | Paul Navid | Evaluated schedules for subcon analysis. | Plan and Disclosure Statement | 0.90 | 1,100.00 | $990.00 |
| 2/16/2025 | Paul Navid | Reviewed draft of UCC deck. | Business Analysis / Operations | 0.50 | 1,100.00 | $550.00 |
| 2/16/2025 | Tyler McLaren | Analyzed diligence received by the company in relation to intercompany transactions and shared expenses. | Business Analysis / Operations | 1.90 | 820.00 | $1,558.00 |
| 2/16/2025 | Tate Zall | Prepared committee presentation materials. | Business Analysis / Operations | 1.00 | 440.00 | $440.00 |
| 2/17/2025 | Paul Navid | Analyzed current exhibits prepared for subcon. | Plan and Disclosure Statement | 1.50 | 1,100.00 | $1,650.00 |
| 2/17/2025 | Ryan Carr | Worked on intercompany analysis part 1. | Business Analysis / Operations | 2.70 | 500.00 | $1,350.00 |
| 2/17/2025 | Ryan Carr | Worked on intercompany analysis part 3. | Business Analysis / Operations | 2.50 | 500.00 | $1,250.00 |
| 2/17/2025 | Paul Navid | Evaluated model for intercompany activity and balance. | Business Analysis / Operations | 2.20 | 1,100.00 | $2,420.00 |
| 2/17/2025 | Tyler McLaren | Call with R. Carr of Province to discuss the intercompany analysis. | Business Analysis / Operations | 0.50 | 820.00 | $410.00 |
| 2/17/2025 | Tyler McLaren | Continued working through draft exhibits in support of substantive consolidation. | Plan and Disclosure Statement | 2.80 | 820.00 | $2,296.00 |
| 2/17/2025 | Tyler McLaren | Call with the Province and Sills teams to discuss the substantive consolidation exhibits. | Plan and Disclosure Statement | 0.50 | 820.00 | $410.00 |
| 2/17/2025 | Ryan Carr | Worked on intercompany analysis part 2. | Business Analysis / Operations | 2.10 | 500.00 | $1,050.00 |
| 2/17/2025 | Ryan Carr | Review of intercompany materials. | Business Analysis / Operations | 2.80 | 500.00 | $1,400.00 |

4907-2261-3297.1 12839.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/17/2025 | Eric Mattson | Began preparing first monthly fee app. | Fee / Employment Applications | 0.80 | 320.00 | $256.00 |
| 2/17/2025 | Adam Rosen | Reviewed and provided feedback re: intercompany analysis model. | Business Analysis / Operations | 4.90 | 1,250.00 | $6,125.00 |
| 2/17/2025 | Ryan Carr | Two (.5) calls with T. McLaren re: intercompany analysis and exhibits in support of substantive consolidation. | Business Analysis / Operations | 1.00 | 500.00 | $500.00 |
| 2/17/2025 | Tyler McLaren | Follow up call with R. Carr of Province to discuss the substantive consolidation exhibits. | Plan and Disclosure Statement | 0.50 | 820.00 | $410.00 |
| 2/18/2025 | Tyler McLaren | Continued working through draft exhibits in support of substantive consolidation. | Plan and Disclosure Statement | 2.90 | 820.00 | $2,378.00 |
| 2/18/2025 | Tyler McLaren | Call with the Sills and Province teams to discuss the substantive consolidation exhibits. | Plan and Disclosure Statement | 0.50 | 820.00 | $410.00 |
| 2/18/2025 | Ryan Carr | Analyzed intercompany transactions part 1. | Business Analysis / Operations | 2.80 | 500.00 | $1,400.00 |
| 2/18/2025 | Tyler McLaren | Call with the CarePoint, Sills, Dilworth, and Province teams to discuss diligence. | Business Analysis / Operations | 0.40 | 820.00 | $328.00 |
| 2/18/2025 | Paul Navid | Evaluated offsets to intercompany balances based on activities. | Business Analysis / Operations | 2.50 | 1,100.00 | $2,750.00 |
| 2/18/2025 | Adam Rosen | Call with Debtors and SC re: confirmation exhibits. | Plan and Disclosure Statement | 0.40 | 1,250.00 | $500.00 |
| 2/18/2025 | Adam Rosen | Reviewed and revised confirmation hearing exhibits. | Plan and Disclosure Statement | 5.70 | 1,250.00 | $7,125.00 |
| 2/18/2025 | Ryan Carr | Analyzed intercompany transactions part 3. | Business Analysis / Operations | 2.80 | 500.00 | $1,400.00 |
| 2/18/2025 | Tyler McLaren | Continued working through draft exhibits in support of substantive consolidation (part 2). | Plan and Disclosure Statement | 1.30 | 820.00 | $1,066.00 |
| 2/18/2025 | Tyler McLaren | Analyzed latest DIP proceeds tracker and reconciled to budget actuals. | Business Analysis / Operations | 0.70 | 820.00 | $574.00 |
| 2/18/2025 | Paul Navid | Evaluated rationale for subcon based on supporting schedule. | Plan and Disclosure Statement | 1.10 | 1,100.00 | $1,210.00 |
| 2/18/2025 | Paul Navid | Evaluated DIP budget variance reports to date. | Business Analysis / Operations | 0.50 | 1,100.00 | $550.00 |
| 2/18/2025 | Ryan Carr | Analyzed intercompany transactions part 2. | Business Analysis / Operations | 2.70 | 500.00 | $1,350.00 |
| 2/18/2025 | Adam Rosen | Call with SC re: confirmation exhibits. | Plan and Disclosure Statement | 0.50 | 1,250.00 | $625.00 |
| 2/19/2025 | Ryan Carr | Updated intercompany analysis part 2. | Business Analysis / Operations | 2.90 | 500.00 | $1,450.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/19/2025 | Ryan Carr | Continued to update liquidation analysis part 2. | Business Analysis / Operations | 2.70 | 500.00 | $1,350.00 |
| 2/19/2025 | Tyler McLaren | Developed follow up diligence request list to Company in relation to draft exhibits in support of substantive consolidation. | Plan and Disclosure Statement | 0.70 | 820.00 | $574.00 |
| 2/19/2025 | Ryan Carr | Updated intercompany analysis part 1. | Business Analysis / Operations | 2.40 | 500.00 | $1,200.00 |
| 2/19/2025 | Paul Navid | Evaluated latest liquidation assumptions and compared to prior versions. | Business Analysis / Operations | 1.50 | 1,100.00 | $1,650.00 |
| 2/19/2025 | Tyler McLaren | Analyzed updated practice entities cash burn. | Business Analysis / Operations | 0.40 | 820.00 | $328.00 |
| 2/19/2025 | Paul Navid | Evaluated receivables tracker for liquidation model. | Business Analysis / Operations | 2.30 | 1,100.00 | $2,530.00 |
| 2/19/2025 | Tyler McLaren | Continued working through draft exhibits in support of substantive consolidation. | Plan and Disclosure Statement | 2.60 | 820.00 | $2,132.00 |
| 2/19/2025 | Adam Rosen | Reviewed court filings. | Court Filings | 1.20 | 1,250.00 | $1,500.00 |
| 2/19/2025 | Tyler McLaren | Analyzed latest draft of the declaration in support of substantive consolidation. | Plan and Disclosure Statement | 0.80 | 820.00 | $656.00 |
| 2/19/2025 | Paul Navid | Evaluated updated intercompany model to assess offsets. | Business Analysis / Operations | 1.80 | 1,100.00 | $1,980.00 |
| 2/19/2025 | Adam Rosen | Reviewed and revised confirmation hearing exhibits. | Plan and Disclosure Statement | 3.30 | 1,250.00 | $4,125.00 |
| 2/19/2025 | Ryan Carr | Updated AR analysis in liquidation model part 1. | Business Analysis / Operations | 2.80 | 500.00 | $1,400.00 |
| 2/20/2025 | Adam Rosen | Reviewed and made changes to intercompany analysis and provided feedback to team. | Business Analysis / Operations | 4.70 | 1,250.00 | $5,875.00 |
| 2/20/2025 | Paul Navid | Reviewed tracker of intercompany data. | Business Analysis / Operations | 1.10 | 1,100.00 | $1,210.00 |
| 2/20/2025 | Paul Navid | Analyzed rationale for Interco balance and compared to entity level profitability. | Business Analysis / Operations | 2.10 | 1,100.00 | $2,310.00 |
| 2/20/2025 | Ryan Carr | Updated intercompany analysis part 1. | Business Analysis / Operations | 2.40 | 500.00 | $1,200.00 |
| 2/20/2025 | Ryan Carr | Updated analysis part 2. | Business Analysis / Operations | 1.80 | 500.00 | $900.00 |
| 2/21/2025 | Adam Rosen | Call with AS re: confirmation hearing. | Plan and Disclosure Statement | 0.20 | 1,250.00 | $250.00 |
| 2/21/2025 | Paul Navid | Reviewed UCC deck related to case progress and confirmed accuracy. | Business Analysis / Operations | 0.50 | 1,100.00 | $550.00 |
| 2/21/2025 | Tate Zall | Constructed exhibits for committee presentation materials. | Business Analysis / Operations | 2.50 | 440.00 | $1,100.00 |

4907-2261-3297.1 12839.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/21/2025 | Adam Rosen | Reviewed and analyzed updated budget and weekly financials. | Business Analysis / Operations | 1.90 | 1,250.00 | $2,375.00 |
| 2/21/2025 | Eric Mattson | Completed draft first monthly fee app (1.3). Emailed to P. Navid for review (0.1). | Fee / Employment Applications | 1.40 | 320.00 | $448.00 |
| 2/21/2025 | Adam Rosen | Reviewed court filings re: confirmation hearing. | Court Filings | 1.30 | 1,250.00 | $1,625.00 |
| 2/21/2025 | Tyler McLaren | Analyzed draft materials for the Committee and updated accordingly. | Committee Activities | 1.10 | 820.00 | $902.00 |
| 2/22/2025 | Adam Rosen | Reviewed and revised UCC report. | Committee Activities | 1.90 | 1,250.00 | $2,375.00 |
| 2/22/2025 | Ryan Carr | Analyzed cash flow performance. | Business Analysis / Operations | 1.10 | 500.00 | $550.00 |
| 2/22/2025 | Ryan Carr | Searched through data room for documents. | Business Analysis / Operations | 2.70 | 500.00 | $1,350.00 |
| 2/22/2025 | Paul Navid | Evaluated case liquidity to date compared to budget. | Business Analysis / Operations | 0.50 | 1,100.00 | $550.00 |
| 2/23/2025 | Tate Zall | Audited committee presentation materials. | Business Analysis / Operations | 1.50 | 440.00 | $660.00 |
| 2/23/2025 | Ryan Carr | Read through updated filings. | Court Filings | 1.10 | 500.00 | $550.00 |
| 2/23/2025 | Adam Rosen | Reviewed and revised UCC report. | Committee Activities | 1.70 | 1,250.00 | $2,125.00 |
| 2/23/2025 | Paul Navid | Evaluated latest presentation prepared by team. | Committee Activities | 0.70 | 1,100.00 | $770.00 |
| 2/24/2025 | Adam Rosen | Conducted overall review and analysis of intercompany and liquidation analysis changes completed and slides for UCC presentation re: exhibits. | Business Analysis / Operations | 5.20 | 1,250.00 | $6,500.00 |
| 2/24/2025 | Tate Zall | Weekly committee meeting. | Committee Activities | 0.40 | 440.00 | $176.00 |
| 2/24/2025 | Tyler McLaren | Audited and updated slides for UCC presentation. | Committee Activities | 1.20 | 820.00 | $984.00 |
| 2/24/2025 | Ryan Carr | Attended Committee meeting. | Committee Activities | 0.40 | 500.00 | $200.00 |
| 2/25/2025 | Adam Rosen | Preparation for deposition. | Litigation | 6.20 | 1,250.00 | $7,750.00 |
| 2/26/2025 | Adam Rosen | Reviewed court filings re: objection. | Court Filings | 2.40 | 1,250.00 | $3,000.00 |
| 2/26/2025 | Adam Rosen | Deposition preparation. | Litigation | 3.30 | 1,250.00 | $4,125.00 |
| 2/26/2025 | Paul Navid | Analyzed prep materials for deposition. | Litigation | 0.50 | 1,100.00 | $550.00 |
| 2/26/2025 | Ryan Carr | Attended deposition preparation for A. Rosen. | Litigation | 1.10 | 500.00 | $550.00 |
| 2/26/2025 | Paul Navid | Reviewed materials ahead of deposition of Province. | Litigation | 1.50 | 1,100.00 | $1,650.00 |
| 2/27/2025 | Tate Zall | Began preparing committee presentation materials. | Business Analysis / Operations | 1.00 | 440.00 | $440.00 |
| 2/27/2025 | Tate Zall | Analyzed real estate documents. | Business Analysis / Operations | 1.80 | 440.00 | $792.00 |

4907-2261-3297.1 12839.00002

14

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/27/2025 | Adam Rosen | Reviewed liquidation analysis and recovery model. | Business Analysis / Operations | 3.50 | 1,250.00 | $4,375.00 |
| 2/27/2025 | Adam Rosen | Reviewed court filings and confirmation objections. | Court Filings | 2.80 | 1,250.00 | $3,500.00 |
| 2/27/2025 | Tate Zall | Analyzed historical transactions. | Business Analysis / Operations | 2.90 | 440.00 | $1,276.00 |
| 2/28/2025 | Tate Zall | Prepared committee presentation materials. | Business Analysis / Operations | 2.50 | 440.00 | $1,100.00 |
| 2/28/2025 | Adam Rosen | Call with UCC. | Committee Activities | 0.50 | 1,250.00 | $625.00 |
| 2/28/2025 | Ryan Carr | Call with A. Rosen re: cash status and workstreams. | Business Analysis / Operations | 0.60 | 500.00 | $300.00 |
| 2/28/2025 | Adam Rosen | Call with R. Carr re: cash status and workstreams. | Business Analysis / Operations | 0.60 | 1,250.00 | $750.00 |
| 2/28/2025 | Ryan Carr | Updated budget v actuals analysis. | Business Analysis / Operations | 2.20 | 500.00 | $1,100.00 |
| 2/28/2025 | Tate Zall | Reviewed recovery analysis model. | Business Analysis / Operations | 1.80 | 440.00 | $792.00 |
| 2/28/2025 | Adam Rosen | Attended Deposition. | Court Hearings | 4.00 | 1,250.00 | $5,000.00 |
| 2/28/2025 | Paul Navid | Analyzed latest cash flow report provided. | Business Analysis / Operations | 1.90 | 1,100.00 | $2,090.00 |
| 2/28/2025 | Adam Rosen | Reviewed court filings and confirmation objections. | Court Filings | 2.80 | 1,250.00 | $3,500.00 |

## **EXPENSE DETAILS**

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 2/5/2025 | Miscellaneous | PACER- Quarterly research fees. | $133.20 |
|  | **Total Expenses** |  | **$133.20** |