# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1] | ) Case No. 24-12534 (JKS) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) **Objections Due: April 24, 2025 at 4:00 P.M. (ET)** |
|  | **Hearing Date: Only if an objection is filed** |

**NOTICE OF SECOND MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

**PLEASE TAKE NOTICE** that on April 3, 2025, Province, LLC, financial advisor to the official committee of unsecured creditors (the "Committee"), filed its *Second Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 1, 2025 Through February 28, 2025* (the "Application"), seeking compensation for the reasonable and necessary services rendered to the Committee in the amount of $349,214.00 and reimbursement for actual and necessary expenses in the amount of $133.20. A copy of the Application is attached hereto for service upon you.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "Court") on or before **April 24, 2025 at 4:00 p.m. Eastern Time**.

The Application is submitted pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* entered on December 6, 2024 [Docket No. 248] (the "Administrative Order").

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon the following parties (the "Fee Notice Parties"): (i) counsel to the Debtors, Dilworth Paxson LLP, 1500 Market Street, Suite 3500E, Philadelphia, Pennsylvania 19102 (Attn: Lawrence G. McMichael, Peter C. Hughes, Anne M. Aaronson, and Jack Small (lmcmichael@dilworthlaw.com, phughes@dilworthlaw.com, aaaronson@dilworthlaw.com, and jsmall@dilworthlaw.com); (ii) the Office of the United States Trustee for the District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (jane.m.leamy@us.doj.gov); (iii) counsel to Bayonne Medical Center Opco, LLC, Mandelbaum Barrett PC, 3 Becker Farm Road, Roseland, NJ 07068, Attn: Mohamed Nablusi, Vincent Roldan, and Mason Allen (mnablusi@mblawfirm.com, vroldan@mblawfirm.com, mallen@mblawfirm.com); and (iv) counsel to the official committee of unsecured creditors, Sills Cummins & Gross P.C., One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew Sherman and Boris Monkovetskiy (asherman@sillscummins.com, bmankovetskiy@sillscummins.com) and co-counsel to the official committee of unsecured creditors, Pachulski Stang Ziehl & Jones LLP, 919 N.

4928-6540-9569.1 12839.00002

Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) Attn: Bradford J. Sandler, James E. O'Neill and Colin R. Robinson, (bsandler@pszjlaw.com, joneill@pszjlaw.com, and crobinson@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF EXPENSES REQUESTED IN THE APPLICATION MAY BE PAID PURSUANT TO THE ADMINISTRATIVE ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.

IF A TIMELY OBJECTION IS FILED AND SERVED, A HEARING ON THE APPLICATION WILL BE HELD AT A DATE AND TIME TO BE DETERMINED.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: April 3, 2025 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ James E. O'Neill* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | James E. O'Neill (Bar No. 4042) |
| | Colin R. Robinson (Bar No. 5524) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email: bsandler@pszjlaw.com |
| | joneill@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | |
| | -and- |
| | |
| | SILLS CUMMIS & GROSS P.C. |
| | Andrew H. Sherman (admitted *pro hac vice*) |
| | Boris I. Mankovetskiy (admitted *pro hac vice*) |
| | One Riverfront Plaza |
| | Newark, NJ  07102 |
| | Telephone:  (973)643-7000 |
| | Email: asherman@sillscummis.com |
| | bmankovetskiy@sillscummis.com |
| | |
| | *Co-Counsel to the Official Committee of Unsecured Creditors* |