**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| CarePoint Health Systems, Inc., et al., | Case No. 24-12534 (JKS) |
| Debtors. [1] | (Jointly Administered) |

**MAPLE HEALTHCARE, LLC'S WITNESS LIST**
**FOR CONTINUED CONFIRMATION HEARING**

Maple Healthcare, LLC ("Maple") submits this list of witnesses that it may call during the hearing (the "Hearing") to consider confirmation and final approval of the *Sixth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization* (D.I. 1072).

1.      Maple reserves the right to call as a witness any and all witnesses identified by any other party (including calling them as adverse witnesses), reserves the right to examine or cross-examine any such witness, and/or to introduce designated portions of their deposition transcripts. Maple further reserves the right to call one or more additional or rebuttal or impeachment witnesses based upon testimony elicited during the Hearing.

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

2.      Maple reserves the right (i) to amend or supplement the foregoing at any time prior to or during the Hearing; (ii) examine or cross-examine any witness called by any other party at the Hearing, and (iii) object to and/or seek to exclude the testimony of any witness, in whole or in part, whether or not identified herein.

Dated: April 8, 2025
Wilmington, Delaware

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
e-mail: dklauder@bk-legal.com

-and-

LEVENFELD PEARLSTEIN, LLC
Harold D. Israel (admitted *pro hac vice*)
Sean P. Williams (admitted *pro hac vice*)
George J. Spathis (admitted *pro hac vice*)
120 S. Riverside, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 346-8380
e-mail: hisrael@lplegal.com
e-mail: swilliams@lplegal.com
email: gspathis@lplegal.com

*Counsel to Maple Healthcare, LLC*