# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 1095 - 1115 |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 8, 2025, I caused to be served the:

   a. "Monthly Operating Report," *related to Case No. 24-12533*, dated April 7, 2025 [Docket No. 1095],

   b. "Monthly Operating Report," *related to Case No. 24-12535*, dated April 7, 2025 [Docket No. 1096],

   c. "Monthly Operating Report," *related to Case No. 24-12536*, dated April 7, 2025 [Docket No. 1097],

   d. "Monthly Operating Report," *related to Case Nos. 24-12538 and 24-12550*, dated April 7, 2025 [Docket No. 1098],

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint HealthBayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

e. "Monthly Operating Report," *related to Case Nos. 24-12538 and 24-12550*, dated April 7, 2025 [Docket No. 1099],

f. "Monthly Operating Report," *related to Case No. 24-12537*, dated April 7, 2025 [Docket No. 1100],

g. "Monthly Operating Report," *related to Case No. 24-12534*, dated April 7, 2025 [Docket No. 1101],

h. "Monthly Operating Report," *related to Case No. 24-12540*, dated April 7, 2025 [Docket No. 1102],

i. "Monthly Operating Report," *related to Case No. 24-12541*, dated April 7, 2025 [Docket No. 1103],

j. "Monthly Operating Report," *related to Case No. 24-12542*, dated April 7, 2025 [Docket No. 1104],

k. "Monthly Operating Report," *related to Case No. 24-12543*, dated April 7, 2025 [Docket No. 1105],

l. "Monthly Operating Report," *related to Case No. 24-12544*, dated April 7, 2025 [Docket No. 1106],

m. "Monthly Operating Report," *related to Case No. 24-12545*, dated April 7, 2025 [Docket No. 1107],

n. "Monthly Operating Report," *related to Case No. 24-12546*, dated April 7, 2025 [Docket No. 1108],

o. "Monthly Operating Report," *related to Case No. 24-12547*, dated April 7, 2025 [Docket No. 1109],

p. "Monthly Operating Report," *related to Case No. 24-12548*, dated April 7, 2025 [Docket No. 1110],

q. "Monthly Operating Report," *related to Case No. 24-12549*, dated April 7, 2025 [Docket No. 1111],

r. "Monthly Operating Report," *related to Case No. 24-12551*, dated April 7, 2025 [Docket No. 1112],

s. "Monthly Operating Report," *related to Case No. 24-12552*, dated April 7, 2025 [Docket No. 1113],

t.  "Monthly Operating Report," *related to Case No. 24-12553*, dated April 7, 2025 [Docket No. 1114], and

u.  "Monthly Operating Report," *related to Case No. 24-12554*, dated April 7, 2025 [Docket No. 1115],

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Andrea Speelman*
Andrea Speelman

**EXHIBIT A**

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*, Case No. 24-12534 (JKS)
Electronic Mail Additional Service List

| Creditor Name | Email Address |
|---|---|
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; mwoods@cwsny.com; mstolz@cwsny.com |
| COMMITTEE OF INTERNS AND RESIDENTS | chull@cirseiu.org |
| Committee of Interns and Residents SEIU | chull@cirseiu.org |
| Health Professionals & Allied Employees AFT-AFL/CIO | dwhite@hpae.org |
| LAW OFFICE OF SUSAN E. KAUFMAN ESQ | skaufman@skaufmanlaw.com |
| Medely, Inc. | bankruptcy@medely.com |
| Nurse Staffing, LLC d/b/a Nurses 24/7 | kmaleck@exchange.nurses247.com; alazar@siercapital.com |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; joneill@pszjlaw.com; crobinson@pszjlaw.com |
| Public Service Electric and Gas Company | alexandra.grant@pseg.com |
| Sierra Health Group LLC | rdovgala@sierrahealth.net |
| SILLS CUMMIS & GROSS P.C. | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| Sodexo, Inc. & Affiliates | amelia.davis@sodexo.com |
| OFFICE OF THE UNITED STATES TRUSTEE | Jane.M.Leamy@usdoj.gov |