## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.,*[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 1116, 1122, & 1123** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 8, 2025, I caused to be served the:

    a. "Notice of Agenda Regarding Matters Scheduled for Hearing on April 10, 2025 at 9:30 a.m. (ET)," dated April 8, 2025 [Docket No. 1116], (the "Hearing Agenda"),

    b. "Sixth Amended Exhibit F to Notice of Plan Supplement," filed on April 8, 2025 [Docket No. 1122], (the "Amended Exhibit F"), and

    c. "Exhibit List of the Debtors and the Official Committee of Unsecured Creditors for Use at the Confirmation Hearing Scheduled for April 10, 2025 at 9:30 a.m. (ET)," dated April 8, 2025 [Docket No. 1123], (the "Exhibit List"),

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

by causing true and correct copies of the:

    i.    Hearing Agenda, Amended Exhibit F, and Exhibit List to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.    Amended Exhibit F to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.    Hearing Agenda, Amended Exhibit F, and Exhibit List to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, and

    iv.    Hearing Agenda and Exhibit List to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<u>*/s/ Andrea Speelman*</u>
Andrea Speelman

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CORRADO & MARTELLA PC | (COUNSEL TO HG REALTY LLC) ATTN: NICHOLAS P. CORRADO, ESQ 921 SUMMIT AVENUE JERSEY CITY NJ 07307 |
| CORRADO & MARTELLA PC | (COUNSEL TO KEYSTONE PERFUSION SVCS) ATTN: NICHOLAS P. CORRADO, ESQ 921 SUMMIT AVENUE JERSEY CITY NJ 07307 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19904 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD. SUITE 100 DOVER DE 19904 |
| NEW JERSEY DEPARTMENT OF HUMAN SERVICES | 222 S. WARREN ST TRENTON NJ 08625 |
| STATE OF NEW JERSEY DEPT OF HUMAN SERVICES | PO BOX 700 TRENTON NJ 08625-0700 |

**Total Creditor count: 6**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| 1199SEIU BENEFIT FUNDS | 498 SEVENTH AVE NEW YORK NY 10018 |
| ACCREDITATION COUNCIL FOR GRADUATE | MEDICAL EDUCATION (ACGME) 401 N MICHIGAN AVE, STE 2000 CHICAGO IL 60611 |
| ADELPHI UNIVERSITY | 1 SOUTH AVE GARDEN CITY NY 11530-0701 |
| AETNA BETTER HEALTH MEDICAID | PO BOX 818003 CLEVELAND OH 44181-8003 |
| AETNA HEALTH INC. | PO BOX 818003 CLEVELAND OH 44181-8003 |
| AETNA NETWORK SERVICES LLC | 9 ENTIN ROAD SUITE 203 PARSIPPANY NJ 07054 |
| AFCO INSURANCE PREMIUM FINANCE | 150 N FIELD DRIVE SUITE 190 LAKE FOREST IL 60045 |
| AIMS EDUCATION | 4500 NEW BRUNSWICK AVE PISCATAWAY NJ 08854 |
| AIR PRODUCTS AND CHEMICALS, INC | PO BOX 71200 CHARLOTTE NC 28272-1200 |
| AIRCO INDUSTRIAL GASES | 575 MOUNTAIN AVE NEW PROVIDENCE NJ 07974 |
| ALLSCRIPTS HEALTHCARE LLC | 305 CHURCH AT NORTH HILLS ST RALEIGH NC 27609 |
| AMERICAN AUTOMOBILE | 225 WEST WASHINGTON ST SUITE 1800 CHICAGO IL 60606 |
| AMERICAN COLL OF CARDIOLOGY FOUNDATION | ATTN: NCDR RENEWAL PO BOX 79406 BALTIMORE MD 21279-0231 |
| AMERICAN COLLEGE OF SURGEONS ('ACS') | PO BOX 92425 CHICAGO IL 60675 |
| AMERICAN EXPRESS TRAVEL RELATED | SERVICES COMPANY 200 VESEY ST NEW YORK NY 10285-1000 |
| AMERICHOICE OF NEW JERSEY INC | P.O. BOX 659408 SAN ANTONIO TX 78265 |
| AMERIGROUP NEW JERSEY, INC | D/B/A AMERIGROUP COMMUNITY CARE 4425 CORPORATION LANE, STE 100 VIRGINIA BEACH VA 23462 |
| AMERIHEALTH HMO, INC | 1901 MARKET ST, STE 3 PHILADELPHIA PA 19103-1465 |
| AMERIHEALTH INSURANCE COMPANY OF NJ | 259 PROSPECT PLAINS RD, BLDG M CRANBURY NJ 08512-3706 |
| AMERIHEALTH INTEGRATED BENEFITS INC | D/B/A AMERIHEALTH ADMINISTRATORS 1900 MARKET ST, STE 500 PHILADELPHIA PA 19103 |
| AMTRUST - WESCO INSURANCE COMPANY | 800 SUPERIOR AVE E 21ST FL CLEVELAND OH 44114 |
| ARCADIA UNIVERSITY | 450 S EASTON RD GLENSIDE PA 19038 |
| ARCH SPECIALTY INSURANCE CO | 210 HUDSON ST STE 300 JERSEY CITY NJ 07311-1107 |
| ARGONAUT INSURANCE COMPANY | 501 7TH AVE 7TH FL NEW YORK NY 10018 |
| ASCOT SPECIALTY INSURANCE | 27 RICHMOND RD PEMBROKE HM 08 BERMUDA |
| AXA XL | 677 WASHINGTON BLVD, 10TH FL STE 1000 STAMFORD CT 06901 |
| BARRY UNIVERSITY, INC | 11300 NE 2ND AVE MIAMI SHORES FL 33161 |
| BAYONNE INTERMEDIATE HOLDCO, LLC | 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| BEAZLEY INSURANCE COMPANY | 65 MEMORIAL RD STE 320 WEST HARTFORD CT 06107-4218 |
| BENEFITMALL, INC. | DEPT2027 PO BOX 29675 PHOENIX AZ 85038-9675 |
| BENEGO CAREPOINT LLC | 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| BERKSHIRE HATHAWAY SPECIALTY | INSURANCE CO 100 FEDERAL ST, 7TH FL BOSTON MA 02110 |
| BOC GASES | 575 MOUNTAIN AVE MURRAY HILL NJ 07974 |
| BRIGHTON HEALTHCARE | (FORMALLY MAGNACARE) ONE PENN PLAZA, STE 1410 NEW YORK NY 10119 |
| CARDINAL HEALTH | PO BOX 13862 NEWARK NJ 07188-0862 |
| CAREPOINT HEALTH MANAGEMENT | ASSOCIATES, LLC D/B/A CAREPOINT HEALTH 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| CAREPOINT HEALTH MANAGEMENT ASSOC | INTERMEDIATE HOLDCO, LLC 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| CAREPOINT HEALTH SYSTEMS, INC | D/B/A JUST HEALTH FOUNDATION 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| CH 750 PARK LLC | 175 BELGROVE DRIVE KEARNY NJ 07032 |
| CH CASTLE LLC | C/O RIVERSIDE FILINGS LLC 175 BELGROVE DR KEARNY NJ 07032 |
| CH HUDSON HOLDCO, LLC | 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| CHRIST INTERMEDIATE HOLDCO, LLC | 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY | P.O. BOX 188012 CHATTANOOGA TN 37422-7223 |
| CIGNA HEALTHCARE OF NEW JERSEY, INC. | P.O. BOX 188012 CHATTANOOGA TN 37422-7223 |
| COMMITTEE OF INTERNS AND RESIDENTS/SEIU | 10-27 46TH AVENUE SUITE 300-2 LONG ISLAND CITY NY 11101 |
| COVERYS SPECIALTY INSURANCE COMPANY | 1 FINANCIAL CENTER 13TH FL BOSTON MA 02111 |
| DISTRICT 1199J NUHHCE AFSCME AFL-CIO | 9 ALLING ST, STE 25 NEWARK NJ 07102 |
| EMBLEM HEALTH/GHI | (COMMERCIAL EPO AND PPO) 55 WATER ST NEW YORK NY 10041-8190 |

| Claim Name | Address Information |
|---|---|
| EMPLOYERS' INSURANCE COMPANY OF | WAUSAU (LIBERTY MUTUAL) 28 LIBERTY ST., 5TH FLR NEW YORK NY 10005 |
| ENDURANCE AMERICAN SPECIALTY | INSURANCE COMPANY 750 3D AVE, FL 2 NEW YORK NY 10017-2723 |
| EVERGREEN COMMUNITY ASSETS | 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| FORMFAST | N/K/A INTERLACE HEALTH 13421 MANCHESTER RD, STE 208 ST LOUIS MO 63131 |
| FORTEGRA SPECIALTY INSURANCE | 10751 DEERWOOD PARK BLVD STE 200 JACKSONVILLE FL 32256 |
| GARDEN STATE HEALTHCARE ASSOCIATES, LLC | P.O. BOX 20502 NEWARK NJ 07101-5502 |
| HEALTH NET FEDERAL SERVICES, LLC | 10730 INTERNATIONAL DR RANCHO CORDOVA CA 95670 |
| HEALTH PROFESSIONALS & ALLIED EMPLOYEES | ATTN DEBBIE WHITE, PRESIDENT 110 KINDERKAMACK RD EMERSON NJ 07630 |
| HEALTH PROFESSIONALS & ALLIED EMPLOYEES | C/O LAW OFFICES OF MITCHELL J MALZBERG ATTN MITCHELL J MALZBERG, ESQ PO BOX 5122, 6 E MAIN ST, STE 7 CLINTON NJ 08809 |
| HEALTHSPRING LIFE & HEALTH | INSURANCE COMPANY, INC 140 EAST 45TH STREET, 9TH FLR NEW YORK NY 10017 |
| HOBOKEN INTERMEDIATE HOLDCO, LLC | 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| HORIZON BLUE CROSS SHIELD OF NEW JERSEY | 3 PENN PLAZA EAST PP-14W NEWARK NJ 07105 |
| HORIZON CASUALTY SERVICES, INC. | 3 PENN PLAZA EAST PP-14W NEWARK NJ 07105 |
| HORIZON NJ HEALTH (MEDICAID) | PO BOX 7117 LONDON KY 40742 |
| HUDSON HOSPITAL HOLDCO, LLC | 176 PALIDASES AVENUE JERSEY CITY NJ 07306 |
| HUDSON HOSPITAL OPCO LLC | D/B/A CAREPOINT HEALTH-CHRIST HOSPITAL 176 PALIDASES AVENUE JERSEY CITY NJ 07306 |
| HUDSON REGIONAL HOSPITAL | ATTN YAN OSHE, CHAIRMAN OF THE BOARD ATTN: H. G. KAPRALOS, ESQ, CFO 55 MEADOWLANDS PARKWAY SECAUCUS NJ 07094 |
| HUMANA HEALTH PLAN INC | 101 E MAIN ST LOUSVILLE KY 40202 |
| HUMANA INSURANCE COMPANY | P.O. BOX 1438 LOUISVILLE KY 40201-1438 |
| HUMC OPCO LLC DBA CAREPOINT HEALTH - | HOBOKEN UNIVERSITY MEDICAL CENTER 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| IJKG OPCO, LLC D/B/A | CAREPOINT HEALTH-BAYONNE MEDICAL CTR 29 E. 29TH STREET BAYONNE NJ 07002 |
| IJKG, LLC | 308 WILLOW AVENUE HOBOKEN NJ 07030 |
| ILLINOIS UNION INSURANCE COMPANY | 436 WALNUT STREET PHILADELPHIA PA 19106 |
| INFINITT NORTH AMERICA INC | 755 MEMORIAL PKWY, STE 304 PHILLIPSBURG NJ 08865 |
| IUOE LOCAL 68-68A-68B AFL-CIO | 9 ALLING ST, STE 25 NEWARK NJ 07102 |
| JC OPCO, LLC | ADDRESS ON FILE |
| JERSEY CITY MEDICAL CENTER | 355 GRAND ST JERSEY CITY NJ 07302 |
| JNESO DISTRICT COUNCIL 1 IUOE AFL-CIO | ATTN DOUGLAS PLACA, EXECUTIVE DIRECTOR 1225 LIVINGSTON AVE NORTH BRUNSWICK NJ 08902 |
| JNESO DISTRICT COUNCIL 1 IUOE AFL-CIO | C/O RIKER DANZIG LLP ATTN JOSEPH L SCHWARTZ 1 SPEEDWELL AVE MORRISTOWN NJ 07962 |
| JOINT COMMISSION | PO BOX 734506 CHICAGO IL 60673-4506 |
| JOURNAL SQUARE PLAZA URBAN RENEWAL ASSOC | C/O GIBBONS PC ATTN MARK B CONLAN ONE GATEWAY CTR NEWARK NJ 07102 |
| JOURNAL SQUARE PLAZA URBAN RENEWAL ASSOC | C/O PANEPINTO PROPERTIES INC ATTN MARK PASQUERELLA, CFO HARBORSIDE PLZ 10, STE 1203 JERSEY CITY NJ 07311 |
| KRONOS INCORPORATED | 900 CHELMSFORD ST LOWELL MA 01851 |
| LONGEVITY HEALTH PLAN OF NEW JERSEY INC | 695 CROSS ST STE 185 LAKEWOOD NJ 08701 |
| MAG MUTUAL INSURANCE COMPANY | 3535 PIEDMONT RD NE BLDG 14-1000 ATLANTA GA 30305 |
| MAGNACARE ADMINISTRATIVE SERVICES, LLC | P.O. BOX 1001 GARDEN CITY NY 11530 |
| MAZUMA CAPITAL CORP | RAY QUINNEY & NEBEKER P.C. 36 SOUTH STATE STREET, SUITE 1400 SALT LAKE CITY UT 84111 |
| MOULICK, ACHINTYA | ADDRESS ON FILE |
| NATIONAL UNION FIRE INSURANCE COMPANY | C/O AIG 1271 AVE OF THE AMERICAS NEW YORK NY 10020-1304 |
| NATIONWIDE | 1 NATIONWIDE PLZ COLUMBUS OH 43215-2239 |
| NEW JERSEY CARPENTERS HEALTH FUND | 91 FIELSCREST AVENUE RARITAN PLAZA II EDISON NJ 08837 |
| NEW JERSEY MEDICAL AND | HEALTH ASSOCIATES 308 WILLOW AVENUE HOBOKEN NJ 07030 |

| Claim Name | Address Information |
|---|---|
| NEW JERSEY ORGAN AND | TISSUE SHARING NETWORK, INC 691 CENTRAL AVE NEW PROVIDENCE NJ 07974 |
| NJ FAMILY CARE | 303 GEORGE ST, PLZ1, STE 410 NEW BRUNSWICK NJ 08901 |
| OPTUM (UNITED BEHAVIORAL HEALTH) | 3436 MOMENTUM PLACE CHICAGO IL 60689-5334 |
| OXFORD HEALTH PLANS (NJ), INC. | P.O. BOX 292377 NASHVILLE TN 37229-2377 |
| OXFORD HEALTH PLANS, LLC | P.O. BOX 292377 NASHVILLE TN 37229-2377 |
| PEARSON MEDICAL TECHNOLOGIES | 2804 N BOLTON AVE ALEXANDRIA LA 71303 |
| PELVIC REHABILITATION MEDICINE | 18 E 41ST ST, STE 2002 NEW YORK NY 10017 |
| PENNSYLVANIA MANUFACTURER'S ASSOCIATION | INSURANCE COMPANY 380 SENTRY PKWY BLUE BELL PA 19422-2357 |
| PHARMACY ONESOURCE, INC. | 525 JUNCTION ROAD, SUITE 5000 MADISON WI 53717 |
| PROFESSIONAL SECURITY INSURANCE COMPANY | C/O MAG MUTUAL INSURANCE COMPANY 3535 PIEDMONT RD NE, BLDG 14-1000 ATLANTA GA 30305 |
| QUALCARE, INC. | 30 KNIGHTSBRIDGE ROAD PISCATAWAY NJ 08854 |
| RELIANCE STANDARD LIFE INSURANCE CO | 1700 MARKET ST, STE 1200 PHILADELPHIA PA 19103 |
| RLI INSURANCE COMPANY | 9025 N LINDBERGH DR PEORIA IL 61615-1499 |
| ROBERT WOOD JOHNSON HOSPITAL, INC | 379 CAMPUS DR SOMERSET NJ 08873 |
| RSUI INDEMNITY INSURANCE COMPANY | 945 E PACES FERRY RD NE STE 1800 ATLANTA GA 30326-1373 |
| SAINT BARNABAS MEDICAL CENTER, INC | 5850 MERIDIAN RD GIBSONIA PA 15044 |
| SAINT CLARE'S HOSPITAL, INC | 25 POCONO RD DENVILLE NJ 07834 |
| SAINT MICHAEL'S MEDICAL CENTER | 111 CENTRAL AVE NEWARK NJ 07102 |
| SAMSUNG FIRE | 105 CHALLENGER RD, 5TH FL RIDGEFIELD PARK NJ 07660 |
| SB HOBOKEN PROPCO, LLC | 175 BELGROVE DRIVE KEARNEY NJ 07032 |
| SHAMIQ SYED | ADDRESS ON FILE |
| SPECTRUM HEALTH CARE, INC. | 74-80 PACIFIC AVE JERSEY CITY NJ 07304 |
| ST ANNE'S HOME FOR THE AGED | 1500 PORTLAND AVE ROCHESTER NY 14621 |
| ST MARY HOSPITAL | 1601 W ST MARYS RD TUCSON AZ 85745 |
| SYMPLR | 315 CAPITOL ST, STE 100 HOUSTON TX 77002 |
| THE COUNTY OF HUDSON | 567 PAVONIA AVE. JERSEY CITY NJ 07306 |
| THREE RIVERS PROVIDER NETWORK INC (WC) | 6970 OBANNON DR LAS VEGAS NV 89117-2122 |
| TRAVELERS INSURANCE COMPANY | 485 LEXINGTON AVE 7TH FL NEW YORK NY 10017-2600 |
| TRICARE/HEALTHNET | 7700 ARLINGTON BLVD, STE 5101 FALLS CHURCH VA 22042-5101 |
| UNITED BEHAVIORAL HEALTH, INC | 425 MARKET STREET 14TH FLOOR SAN FRANCISCO CA 94105-2426 |
| UNITED NEURO DIAGNOSTIC SERVICES, LLC | PO BOX 3515 WAYNE NJ 07474-3515 |
| UNITEDHEALTHCARE INSURANCE COMPANY | ATTN CDM/BANKRUPTCY 185 ASYLUM ST, 03B HARTFORD CT 06103 |
| UNIVERSITY HOSPITAL | 150 BERGEN ST NEWARK NJ 07103 |
| UNIVERSITY OF MEDICINE AND DENTISTRY | OF NEW JERSEY – UNIVERSITY HOSPITAL 100 BERGEN ST NEWARK NJ 07103 |
| VIZIENT | 290 E JOHN CARPENTER FWY IRVING TX 75062 |
| VYTRA HEALTH PLANS MANAGED SYSTEMS, INC | 395 N SERVICE RD, STE 110 MELVILLE NY 11747-3139 |
| WELLCARE HEALTH PLANS OF NEW JERSEY INC | 550 BROAD STREET 12TH FLOOR NEWARK NJ 07102 |
| WELLINGTON HALL | 301 UNION STREET HACKENSACK NJ 07601 |
| WELLNESS CENTER AT HAMILTON PARK | 330 9TH JERSEY CITY NJ 07302 |
| WESTCHESTER SURPLUS LINES INSURANCE CO | 11575 GREAT OAKS WAY, STE 200 ALPHARETTA GA 30022 |
| WRIGHT NATIONAL FLOOD INSURANCE CO. | 93 N PARK PLACE BLVD CLEARWATER FL 33579-3929 |

**Total Creditor count: 131**

**EXHIBIT C**

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*, Case No. 24-12534 (JKS)

Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| ASHBY & GEDDES, PA. | RPalacio@ashbygeddes.com |
| BASS, BERRY & SIMS PLC | pjennings@bassberry.com; eal-nimri@bassberry.com; sara.morgan@bassberry.com |
| BAYARD, P.A. | nglassman@bayardlaw.com; ejohnson@bayardlaw.com; ariches@bayardlaw.com |
| BAYONNE MEDICAL CENTER OPCO LLC | vroldan@mblawfirm.com |
| BIELLI & KLAUDER, LLC | DKLAUDER@BK-LEGAL.COM |
| BROWN MCGARRY NIMEROFF LLC | jnimeroff@brownnimeroff.com |
| CAPITALA PRIVATE ADVISORS, LLC | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CHIPMAN BROWN CICERO & COLE LLP | root@chipmanbrown.com |
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; mwoods@cwsny.com; mstolz@cwsny.com |
| COLE SCHOTZ P.C. | jdougherty@coleschotz.com; msirota@coleschotz.com; rjareck@coleschotz.com |
| COMMITTEE OF INTERNS AND RESIDENTS | chull@cirseiu.org |
| Committee of Interns and Residents SEIU | chull@cirseiu.org |
| COUNTY OF HUDSON | Dkenny@hcnj.us |
| COZEN O'CONNOR | jcarroll@cozen.com; rdellosa@cozen.com |
| CROSS & SIMON, LLC | csimon@crosslaw.com |
| DAVIS, MALM & D'AGOSTINE, P.C. | Apanebianco@davismalm.com |
| DEHAAN & BACH L.P.A. | michaelb@dehaan-bach.com |
| DORSEY & WHITNEY (DELAWARE) LLP | schnabel.eric@dorsey.com; glorioso.alessandra@dorsey.com |
| DUANE MORRIS LLP | ljkotler@duanemorris.com |
| EARP COHN P.C. | rschlaifer@earpcohn.com; AEtish@earpcohn.com |
| EPSTEIN BECKER & GREEN, P.C. | wmarcari@ebglaw.com; jflynn@ebglaw.com; RCochran@ebglaw.com |
| FLEISCHER, FLEISCHER & SUGLIA P.C. | nsuglia@fleischerlaw.com |
| FORMAN HOLT | mholt@formanlaw.com |
| GIBBONS P.C. | kearle@gibbonslaw.com; mconlan@gibbonslaw.com; dcrapo@gibbonslaw.com |
| GIORDANO, HALLERAN & CIESLA, P.C. | dcampbell@ghclaw.com; cschroeder@ghclaw.com |
| Health Professionals & Allied Employees AFT-AFL/CIO | dwhite@hpae.org |
| INTERNAL REVENUE SERVICE | VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV |
| INTERNAL REVENUE SERVICE | GREGORY.S.MOXLEY@IRS.GOV |
| KLESTADT WINTERS JURELLER SOUTHARD | fstevens@klestadt.com |
| KUTAK ROCK LLP | lisa.peters@kutakrock.com |
| LAW OFFICE OF MITCHELL J MALZBERG ESQ | mmalzberg@mjmalzberglaw.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.* , Case No. 24-12534 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| LAW OFFICE OF SUSAN E. KAUFMAN ESQ | skaufman@skaufmanlaw.com |
| LEVENFELD PEARLSTEIN, LLC | SWILLIAMS@LPLEGAL.COM; HISRAEL@LPLEGAL.COM |
| LOIZIDES P.A. | loizides@loizides.com |
| LOWENSTEIN SANDLER LLP | Abehlmann@lowenstein.com; mpapandrea@lowenstein.com |
| MANDELBAUM BARRETT PC | vroldan@mblawfirm.com |
| MAPLE HEALTHCARE, LLC | info@maplehealthgroup.com |
| MAURICE, WUTSCHER, LLP | ahochheiser@mauricewutscher.com |
| MCMANIMON, SCOTLAND & BAUMANN LLC | splacona@msbnj.com |
| Medely, Inc. | bankruptcy@medely.com |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C | andersond@millercanfield.com |
| MOORE & VAN ALLEN PLLC | alanpope@mvalaw.com; gabrielmathless@mvalaw.com; matthewtaylor@mvalaw.com |
| NEW JERSEY DEPT OF HEALTH | robert.iannaccone@doh.nj.gov |
| Nurse Staffing, LLC d/b/a Nurses 24/7 | kmaleck@exchange.nurses247.com; alazar@siercapital.com |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | Jane.M.Leamy@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; joneill@pszjlaw.com; crobinson@pszjlaw.com |
| PASHMAN STEIN WALDER HAYDEN P.C. | agambale@pashmanstein.com; dalvarez@pashmanstein.com; leisenberg@pashmanstein.com; jweiss@pashmanstein.com; rriley@pashmanstein.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | casantaniello@pbnlaw.com; raparisi@pbnlaw.com; rmschechter@pbnlaw.com |
| Public Service Electric and Gas Company | alexandra.grant@pseg.com |
| RABINOWITZ, LUBETKIN & TULLY L.L.C | JRabinowitz@rltlawfirm.com; JLubetkin@rltlawfirm.com; hkarwowski@rltlawfirm.com |
| REED SMITH LLP | kgwynne@reedsmith.com; ccapp@reedsmith.com; bchapple@reedsmith.com; pmoak@reedsmith.com; tsierra@reedsmith.com |
| RIKER DANZIG LLP | jschwartz@RIKER.com; tschellhorn@RIKER.com |
| ROYER COOPER COHEN BRAUNFELD LLC | MSkapof@rccblaw.com |
| SAUL EWING LLP | monique.disabatino@saul.com; john.demmy@saul.com; nicholas.smargiassi@saul.com |
| SECURITIES & EXCHANGE COMMISSION | Chair@sec.gov |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*, Case No. 24-12534 (JKS)

Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com; JSignor@goodwin.com |
| Sierra Health Group LLC | rdovgala@sierrahealth.net |
| SILLS CUMMIS & GROSS P.C. | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| Sodexo, Inc. & Affiliates | amelia.davis@sodexo.com |
| STARK & STARK P.C. | jlemkin@stark-stark.com |
| STATE OF NEW JERSEY DIVISION OF TAXATION | TAXATION.BANKRUPTCY@TREAS.NJ.GOV |
| STRADLEY, RONON, STEVENS & YOUNG LLP | jmmurphy@stradley.com |
| SULLIVAN HAZELTINE ALLINSON LLC | zallinson@sha-llc.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |
| TYDINGS & ROSENBERG LLP | sgerald@tydings.com; jselba@tydings.com |
| VARNUM LLP | bgbest@varnumlaw.com |
| WARSHAW BURSTEIN LLP | msiegel@wbny.com; ahack@wbny.com; mmarcucci@wbny.com |
| WILSON SONSINI GOODRICH & ROSATI P.C. | efay@wsgr.com; hlambert@wsgr.com |
| WINDELS MARX LANE & MITTENDORF LLP | eperal@windelsmarx.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | marcy.smith@wbd-us.com; matthew.ward@wbd-us.com; ahack@wbny.com; mmarcucci@wbny.com; msiegel@wbny.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | mlunn@ycst.com; rpoppiti@ycst.com; bankfilings@ycst.com |

**EXHIBIT D**

CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*, Case No. 24-12534 (JKS)

Electronic Mail Additional Service List

| Creditor Name | Email Address |
|---|---|
| BRACH EICHLER LLC | csoranno@bracheichler.com |
| HOGAN♦McDANIEL | gfmcdaniel@dkhogan.com |