# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
In re:                                                     :   Chapter 11
                                                           :   Case No. 24-12534 (JKS)
CarePoint Health Systems Inc. d/b/a Just Health            :
Foundation, et al., [1]                                    :   (Jointly Administered)
                                                           :
                                                           :
                      Debtors.                             :
-----------------------------------------------------------x
```

## EMERGENCY NOTICE OF AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON APRIL 11, 2025 AT 1:00 P.M. (ET)[2]

> This proceeding will be conducted remotely **via Zoom**.
> Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> **Registration is required today by 12:00 p.m. (Prevailing Eastern Time) before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

[2] All motions and other pleadings referenced herein are available online at the following web address: https://dm.epiq11.com/CarePoint

1

## I. CONTESTED MATTERS

**1.** Decision regarding Plan Proponents' request for confirmation of the Seventh Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization [Filed: 04/09/2025; D.I. 1131].

**Related Documents:**

A. Proposed Findings of Fact, Conclusions of Law, and Order confirming Seventh Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization [Filed: 04/09/2025; D.I. 1133].

Status: The Court has informed the Debtors that it will issue its ruling regarding confirmation of the Seventh Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization. This matter will go forward.

Dated: April 11, 2025  **DILWORTH PAXSON LLP**

/s/ Peter C. Hughes
Peter C. Hughes (DE 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone:  302-571-9800
Facsimile:   302-571-8875
Email:          phughes@dilworthlaw.com

and

Lawrence G. McMichael (admitted *pro hac vice*)
Peter C. Hughes (DE 4180)
Anne M. Aaronson (admitted *pro hac vice*)
Jack Small (admitted *pro hac vice*)
1650 Market St., Suite 1200
Philadelphia, PA 19103
Telephone:   (215) 575-7000
Facsimile:    (215) 754-4603
Email:           lmcmichael@dilworthlaw.com
Email:           phughes@dilworthlaw.com
Email:           aaaronson@dilworthlaw.com
Email:           jsmall@dilworthlaw.com

*Counsel for the Debtors*