<u>1:00 PM</u>

**24-12534-JKS CarePoint Health Systems, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|-------|------|--------------|------|-----|-------------|
| DON C ALCUINO | https://carepointhealth.org/ | | 1:00 PM | Audio Only | yes |
| Anne M Aaronson | Dilworth Paxson LLP | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Adam Altus | | | 1:00 PM | Zoom(Video and Audio) | yes |
| Jason Daniel Angelo | Reed Smith LLP | Strategic Ventures LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Thomas D. Bielli | Bielli & Klauder, LLC | Maple Healthcare, LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Douglas N. Candeub | Morris James LLP | CereCore | 1:00 PM | Zoom(Video and Audio) | yes |
| Mark B. Conlan | Gibbons P.C. | Journal Square Plaza Urban Renewal Associates | 1:00 PM | Zoom(Video and Audio) | yes |
| John D. Demmy | Saul Ewing LLP | Access Information Management Corporation | 1:00 PM | Zoom(Video and Audio) | yes |
| Gregory T Donilon | Montgomery McCracken Walker & Rhoads LLP | The NJDOH | 1:00 PM | Zoom(Video and Audio) | yes |

| Jack M. Dougherty | Cole Schotz P.C. | 24-12534 | 1:00 PM | Zoom(Video and Audio) | yes |
| Rosanna Dovgala | Sierra Health | Sierra Health | 1:00 PM | Zoom(Video and Audio) | yes |
| Erin R Fay | Wilson Sonsini Goodrich & Rosati, P.C. | Freehold Entities | 1:00 PM | Zoom(Video and Audio) | yes |
| Craig Ford | | | 1:00 PM | Zoom(Video and Audio) | yes |
| Salil Gandhi | Wilson Sonsini Goodrich & Rosati, P.C. | Freehold Entities | 1:00 PM | Zoom(Video and Audio) | yes |
| Alexandra Grant | | | 1:00 PM | Zoom(Video and Audio) | yes |
| Alexander Guzy-Sprague | | | 1:00 PM | Audio Only | no |
| Matthew B. Harvey | Morris Nichols Arsht & Tunnell, LLP | Captive Assurance | 1:00 PM | Zoom(Video and Audio) | yes |
| Adam Hiller | Hiller Law LLC | Lawler entities | 1:00 PM | Zoom(Video and Audio) | yes |
| Peter C. Hughes | Dilworth Paxson LLP | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Ryan Jareck | Cole Schotz P.C. | Insight Management and Consulting Services, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |

| Brya Michele Keilson | Morris James LLP | Dr. Vijayant Singh | 1:00 PM | Zoom(Video and Audio) | yes |
|---|---|---|---|---|---|
| Gregory Kopacz | Sills Cummis & Gross P.C. | Sills Cummis & Gross P.C. | 1:00 PM | Zoom(Video and Audio) | yes |
| Lawrence Joel Kotler | Duane Morris LLP | 750 Park LLC, CH Castle LLC, J.C. Opco, LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Heather P. Lambert | Wilson Sonsini Goodrich & Rosati, P.C. | Freehold Entities | 1:00 PM | Zoom(Video and Audio) | yes |
| Jane M. Leamy | Office of the U.S. Trustee | U.S. Trustee | 1:00 PM | Zoom(Video and Audio) | yes |
| Scott J. Leonhardt | Esbrook P.C. | Med One Capital Funding, LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Lisa Leshinski | HPAE | | 1:00 PM | Zoom(Video and Audio) | yes |
| Christopher Dean Loizides | Loizides, P.A. | VRC Companies LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Mitchell Malzberg | Law Offices of Mitchell J. Malzberg, Esq. | Unions | 1:00 PM | Zoom(Video and Audio) | yes |
| Boris Mankovetskiy | Sills Cummis & Gross P.C. | Sills Cummis & Gross P.C. | 1:00 PM | Zoom(Video and Audio) | yes |
| Gabriel Mathless | Moore & Van Allen PLLC | Capitala | 1:00 PM | Zoom(Video and Audio) | yes |

| Lawrence G. McMichael | Dilworth Paxson LLP | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
|---|---|---|---|---|---|
| David Newman | Sills Cummis & Gross | Sills Cummis & Gross | 1:00 PM | Zoom(Video and Audio) | yes |
| James E O'Neill | Pachulski Stang Ziehl & Jones LLP | Pachulski Stang Ziehl & Jones LLP | 1:00 PM | Zoom(Video and Audio) | yes |
| Eloy A. Peral | Windels Marx Lane & Mittendorf LLP | Saint Peter's University Hospital | 1:00 PM | Zoom(Video and Audio) | yes |
| Doug Placa | JNESO | JNESO | 1:00 PM | Zoom(Video and Audio) | yes |
| Alan Pope | Moore & Van Allen PLLC | Capitala | 1:00 PM | Zoom(Video and Audio) | yes |
| Robert F. Poppiti, Jr. | Young, Conaway, Stargatt & Taylor, LLP | Capitala | 1:00 PM | Zoom(Video and Audio) | yes |
| Jonathan Rabinowitz | Rabinowitz, Lubetkin & Tully, L.L.C. | J2 Funding LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Ashly L Riches | Bayard, P.A. | JNESO | 1:00 PM | Zoom(Video and Audio) | yes |
| Colin R. Robinson | Pachulski Stang Ziehl & Jones LLP | Pachulski Stang Ziehl & Jones LLP | 1:00 PM | Zoom(Video and Audio) | yes |
| Sophie Rogers Churchill | Morris, Nichols, Arsht & Tunnell LLP | Captive Assurance | 1:00 PM | Zoom(Video and Audio) | yes |

| KaDee Ru | Proskauer Rose LLP | | 1:00 PM | Audio Only | no |
|---|---|---|---|---|---|
| Michael Savetsky | Sills Cummis & Gross P.C. | Sills Cummis & Gross P.C. | 1:00 PM | Zoom(Video and Audio) | yes |
| Eric D. Schwartz | Morris, Nichols, Arsht & Tunnell LLP | Captive Assurance | 1:00 PM | Zoom(Video and Audio) | yes |
| Joseph L Schwartz | Riker Danzig LLP | JNESO | 1:00 PM | Zoom(Video and Audio) | yes |
| Tara J. Shellhorn | Riker Danzig LLP | JNESO | 1:00 PM | Zoom(Video and Audio) | yes |
| Andrew Sherman | Sills Cummis & Gross P.C. | Sills Cummis & Gross P.C. | 1:00 PM | Zoom(Video and Audio) | yes |
| Martin Siegel | Warshaw Burstein LLP | Bills Right LLC and Signature RX | 1:00 PM | Zoom(Video and Audio) | yes |
| Jack Small | Dilworth Paxson LLP | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Zachary Smith | Moore & Van Allen PLLC | Capitala | 1:00 PM | Zoom(Video and Audio) | yes |
| George P. Spathis | Levenfeld Pearlstein, LLC | Maple Healthcare, LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Edward B. Stevenson | Chiesa Shahinian & Giantomasi PC | Lawler entities | 1:00 PM | Zoom(Video and Audio) | yes |
| Matthew Stolz | Cohen, Weiss and Simon LLP | Committee of Interns and Residents | 1:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Shamiq Syed | CarePoint | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Matthew Taylor | Moore & Van Allen PLLC | Capitala | 1:00 PM | Zoom(Video and Audio) | yes |
| Christine Tomlin | Dilworth Paxson LLP | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Thomas Walsh | Chiesa Shahinian & Giantomasi PC | Lawler entities | 1:00 PM | Zoom(Video and Audio) | yes |
| Jeffrey R. Waxman | Morris James LLP | Dr. Vijayant Singh | 1:00 PM | Zoom(Video and Audio) | yes |
| Debbie White | HPAE | HPAE | 1:00 PM | Zoom(Video and Audio) | yes |
| Nichole Wilcher | Womble Bond Dickinson (US) LLP | | 1:00 PM | Zoom(Video and Audio) | yes |
| Sean Patrick Williams | Levenfeld Pearlstein, LLC | Maple Healthcare, LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| David Zubkis | octus.com | octus.com | 1:00 PM | Audio Only | no |