**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1]<br><br>               Debtors. | Chapter 11<br>Bankr. Case No. 24-12534 (JKS)<br>(Jointly Administered)<br><br>**Re: D.I. 909, 980, 981, 1203** |

**ORDER SEALING THE DECLARATION OF THOMAS J. SEIBERT (I) IN SUPPORT OF THE LIMITED OBJECTION AND RESERVATION OF RIGHTS OF VRC COMPANIES, LLC TO CONFIRMATION OF THE DEBTORS' FOURTH AMENDED COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF REORGANIZATION AND OBJECTION TO CURE CLAIMS, TO ASSUMPTION AND TO POTENTIAL REJECTION OF EXECUTORY CONTRACT AND (II) IN RESPONSE TO PLAN PROPONENTS' MEMORANDUM OF LAW, AND AUTHORIZING THE FILING OF THE <u>PROPOSED REDACTED VERSION OF SAME</u>**

AND NOW, upon consideration of the *Motion to Seal Portions of the Declaration of Thomas J. Seibert (I) In Support of the Limited Objection and Reservation of Rights of VRC Companies, LLC to Confirmation of the Debtors' Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization and Objection to Cure Claims, to Assumption and to Potential Rejection of Executory Contract and (II) In Response to Plan Proponents' Memorandum of Law from the Automatic Stay* (D.I. 9, the "Motion to Seal") and the Court being otherwise advised in the premises, and for good cause shown, it is hereby

ORDERED that the *Declaration of Thomas J. Seibert (I) In Support of the Limited*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Eve green Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health- Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

*Objection and Reservation of Rights of VRC Companies, LLC to Confirmation of the Debtors'*

*Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization and*

*Objection to Cure Claims, to Assumption and to Potential Rejection of Executory Contract and (II)*

*In Response to Plan Proponents' Memorandum of Law* (D.I. 909) is sealed; and it is further

ORDERED that Movant's public filing of its *Proposed Redacted Declaration of Thomas J.*

*Seibert (I) In Support of the Limited Objection and Reservation of Rights of VRC Companies, LLC*

*to Confirmation of the Debtors' Fourth Amended Combined Disclosure Statement and Joint*

*Chapter 11 Plan of Reorganization and Objection to Cure Claims, to Assumption and to Potential*

*Rejection of Executory Contract and (II) In Response to Plan Proponents' Memorandum of Law*

(D.I. 980) is authorized.

AND IT IS SO ORDERED.

**Dated: April 29th, 2025**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**