## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems, Inc., d/b/a Just Health Foundation, *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 24-12534 (JKS)<br><br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on May 28, 2025, I caused a true and correct copy of the *Notice of Withdrawal of Appearance and Request for Removal from Electronic and Paper Noticing Lists* to be served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic notices in the above-captioned cases.  In addition, I caused a true and correct copy of the Motion to be served on the Mandler Entities and their counsel via certified mail, regular mail, and electronic mail as follows:

| | |
|---|---|
| Mandler Family Trust<br>Strategic Ventures, LLC<br>Infinity Healthcare, LLC<br>c/o Jeffrey Mandler<br>225 River Street<br>W Hotel<br>Apt. 1903<br>Hoboken, NJ 07030<br>Email: jmand58@gmail.com | Mandler Family Trust<br>Strategic Ventures, LLC<br>Infinity Healthcare, LLC<br>c/o Louis Petriello, Esquire<br>Petriello & Royal, LLC<br>526 Township Line Road, Suite 200<br>Blue Bell, PA 19422<br>Email: louispetriello@gmail.com<br><br>*Counsel for the Mandler Entities* |

Dated:  May 28, 2025

By:    */s/ Jason D. Angelo*
       Jason D. Angelo (No. 6009)