**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| CarePoint Health Systems Inc. d/b/a Just Health | ) Case No. 24-12534 (JKS) |
| Foundation, *et al.*,[1] | ) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) **Re: Docket No. 1234** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**THIRD MONTHLY APPLICATION FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES OF PROVINCE, LLC AS FINANCIAL**
**ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**
**FOR THE PERIOD FROM MARCH 1, 2025 THROUGH MARCH 31, 2025**
**(NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or

other responsive pleading has been received to the *Third Monthly Application for Compensation*

*and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee*

*of Unsecured Creditors, for the Period from March 1, 2025 through March 31, 2025* (the

"Application") [Docket No. 1234] filed on May 8, 2025.  The undersigned further certifies that the

Court's docket in this case has been reviewed and no answer, objection or other responsive

pleading to the Application appears thereon.  Pursuant to the notice of Application, objections to

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

4908-7989-5879.1 12839.00002

the Application were to be filed and served no later than May 29, 2025 at 4:00 p.m. prevailing Eastern Time.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [Docket No. 248] entered on December 6, 2024, the Debtors are authorized to pay Province, LLC $149,785.60 which represents 80% of the fees ($187,232.00) and $0.00 which represents 100% of the expenses requested in the Application, for the period from March 1, 2025 through March 31, 2025, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: June 2, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Bradford J. Sandler (DE Bar No. 4142)
James E. O'Neill (Bar No. 4042)
Colin R. Robinson (Bar No. 5524)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: bsandler@pszjlaw.com
         joneill@pszjlaw.com
         crobinson@pszjlaw.com

-and-

SILLS CUMMIS & GROSS P.C.
Andrew H. Sherman (admitted *pro hac vice*)
Boris I. Mankovetskiy (admitted *pro hac vice*)
One Riverfront Plaza
Newark, NJ  07102
Telephone:  (973)643-7000
Email: asherman@sillscummis.com
         bmankovetskiy@sillscummis.com

*Counsel to the Official Committee of Unsecured Creditors*