# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :  Chapter 11
                                                           :  Case No. 24-12534 (JKS)
CarePoint Health Systems Inc. d/b/a Just Health            :
Foundation, et al.,[1]                                     :  (Jointly Administered)
                                                           :
                                                           :
                                    Debtors.               :
---------------------------------------------------------- x

## NOTICE OF AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON JUNE 11, 2025 AT 11:00 A.M. (ET)[2]

> This proceeding will be conducted **in-person**.
> All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

[2] All motions and other pleadings referenced herein are available online at the following web address: https://dm.epiq11.com/CarePoint

#124994473v2

## I.   CONTINUED MATTERS

1. Motion of CarePoint Health Systems, Inc. for Entry of Interim and Final Orders: (I) Authorizing Debtors to Obtain Temporary and Permanent Post-Petition Financing from Bayonne Medical Center Opco, LLC Pursuant to Sections 363 and 364 of the Bankruptcy Code; (II) Granting Administrative Priority Claims to DIP Lender Pursuant to Section 364 of the Bankruptcy Code; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay to Implement the Terms of the DIP Order; and (V) Authorizing Debtors to Use Cash Collateral [Filed 11/03/2024; D.I. 10].

   Related Documents:

   A. Interim Order Authorizing Debtors to Postpetition Financing [Filed: 11/07/2024; D.I. 87].

   B. Interim Order (I) Authorizing Certain Debtors to Obtain Postpetition Financing from Bayonne Medical Center Opco, LLC and Granting Senior Security Interests and Superpriority Administrative Expense Status to the Lender; (II) Authorizing the Debtors' Use of Cash Collateral; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Filed: 11/08/2024; D.I. 119].

   C. Order Approving Stipulation Regarding Matters Scheduled for Hearing on December 16, 2024 [Filed: 12/02/2024; D.I. 214].

   D. Order Authorizing Further Debtor-In-Possession Financing on an Interim Basis [Filed: 12/09/2024; D.I. 265].

   E. Order Authorizing Further Debtor-In-Possession Financing on an Interim Basis [Filed: 12/10/2024; D.I. 275].

   F. Order Approving Further Debtor-In-Possession Financing on an Interim Basis [Filed: 12/26/2024; D.I. 367].

   G. Order Authorizing Further Debtor-In-Possession Financing on an Interim Basis [Filed: 01/08/2025; D.I. 416].

   H. Order Authorizing Further Debtor-In-Possession Financing on an Interim Basis [Filed: 02/14/2025; D.I. 702].

   I. Order Authorizing Further Debtor-In-Possession Financing on an Interim Basis [Filed: 03/14/2025; D.I. 988].

J.     Order Authorizing Further Debtor-In-Possession Financing on an Interim Basis [Filed: 04/01/2025; D.I. 1068].

K.     Order Authorizing Further Debtor-In-Possession Financing on an Interim Basis [filed: 05/07/2025; D.I. 1229].

Objection Deadline: December 9, 2024 at 4:00 p.m. (ET). The Objection Deadline was further extended to December 20, 2024 at 4:00 p.m. (ET)[D.I. 272].

Responses: No responses have been filed since the entry of the prior DIP financing order.

Status: In light of the occurrence of the Effective Date as to the confirming Debtors, no further relief is sought with respect to DIP Financing.

2. Motion of IJKG Opco, LLC and IJKG, LLC for Entry of Interim and Final Orders: (I) Authorizing IJKG Opco, LLC and IJKG, LLC to Obtain Temporary and Permanent Post-Petition Financing from Bayonne Medical Center Opco, LLC Pursuant to Sections 363 and 364 of the Bankruptcy Code; (II) Granting Administrative Priority Claims to DIP Lender Pursuant to Section 364 of the Bankruptcy Code; (III) Modifying the Automatic Stay to Implement the Terms of the DIP Order; and (IV) Authorizing the Use of Cash Collateral [Filed 11/03/2024, D.I. 11].

    Related Documents:

A.     Amendment to Motion of IJKG Opco, LLC and IJKG, LLC for Entry of Interim and Final Orders: (I) Authorizing IJKG Opco, LLC and IJKG, LLC to Obtain Temporary and Permanent Post-Petition Financing from Bayonne Medical Center Opco, LLC Pursuant to Sections 363 and 364 of the Bankruptcy Code; (II) Granting Administrative Priority Claims to DIP Lender Pursuant to Section 364 of the Bankruptcy Code; (III) Modifying the Automatic Stay to Implement the Terms of the DIP Order; and (IV) Authorizing the Use of Cash Collateral [Filed: 11/06/2024, D.I. 68].

B.     Interim Order Authorizing Debtors to Postpetition Financing [Filed: 11/07/2024, D.I. 87].

C.     Interim Order (A) Authorizing IJKG Opco, LLC and IJKG, LLC to Obtain Postpetition Financing, (B) Authorizing Debtors to Use Cash Collateral, (C) Granting Liens and Providing Superpriority Administrative Expense Status, (D) Modifying the Automatic Stay, (E) Authorizing Debtors to Enter Into Agreements with Bayonne Medical Center Opco, LLC, (F) Granting Adequate Protection, (G) Scheduling a Final Hearing and (H) Granting Related Relief [Filed: 11/08/2024; D.I. 128].

D.     Order Approving Stipulation Regarding Matters Scheduled for Hearing on December 16, 2024 [Filed: 12/02/2024; D.I. 214].

E.     Order Authorizing Further Debtor-In-Possession Financing on an Interim Basis [Filed: 12/09/2024; D.I. 265].

F.     Order Approving Further Debtor-In-Possession Financing on an Interim Basis [Filed: 12/26/2024; D.I. 367].

G.     Order Authorizing Further Debtor-In-Possession Financing on an Interim Basis [Filed: 01/08/2025; D.I. 416].

H.     Order Authorizing Further Debtor-In-Possession Financing on an Interim Basis [Filed: 02/14/2025; D.I. 702].

I.     Order Authorizing Further Debtor-In-Possession Financing on an Interim Basis [Filed: 03/14/2025; D.I. 988].

J.     Order Authorizing Further Debtor-In-Possession Financing on an Interim Basis [Filed: 04/01/2025; D.I. 1068].

K.     Proposed Order Authorizing Further Debtor-In-Possession Financing on an Interim Basis [filed: 05/02/2025; D.I. 1217].

L.     Order Authorizing Further Debtor-In-Possession Financing on an Interim Basis [filed: 05/07/2025; D.I. 1229].

Objection Deadline:  December 9, 2024 at 4:00 p.m. (ET).  The Objection Deadline was further extended to December 20, 2024 at 4:00 p.m. (ET)[D.I. 272].

Responses:  No responses have been filed since the entry of the prior DIP financing order.

Status:  In light of the occurrence of the Effective Date as to the confirming Debtors, no further relief is sought with respect to DIP Financing.

**3.**     Motion of Saint Peter's University Hospital for an Order (A) Granting Request for Allowance and Payment of Administrative Expense Claim and (B) Fixing Deadline for the Debtors to Assume or Reject Exclusive Services Agreement or, in the Alternative, Granting Relief from the Automatic Stay [Filed: 12/13/2024; D.I. 300].

Related Documents:  None.

Objection Deadline:  December 27, 2024 at 4:00 p.m. (ET)

Objections Received:

    A.    Debtors' Limited Objection to Saint Peter's University Hospital's Motion for Entry of an Order (A) Granting Request for Allowance and Payment of Administrative Expense Claim and (B) Fixing Deadline for the Debtors to Assume or Reject Exclusive Services Agreement or, in the Alternative, Granting Relief from the Automatic Stay [Filed: 12/27/2024; D.I. 372].

Status:  This matter has been continued to July 8, 2025.

**4.**    Motion of Access Information Management Corporation (I) to Compel (A) Debtors' Assumption of Executory Contracts, or Alternatively, (B) Debtors to Provide Direction as Required by the Contracts and Applicable Law with Respect to the Continued Storage, Transfer, Destruction or Other Disposition of the Health Care Related Documents and Information Subject to the contracts, (II) For Relief from the Automatic Stay, and (III) for Such Other Relief as is Necessary Under the Circumstances [Filed: 12/17/2024; D.I. 320].

Related Documents:

    A.    Access Information Management Corporation's Reply in Response to Debtors' Objection to and In Further Support of Its Motion to Compel and for Related Relief [Filed: 02/07/2025; D.I. 660].

    B.    Supplement to Motion of Access Information Management Corporation's Motion to Compel [Filed: 02/28/2025; D.I. 781].

Objection Deadline:  December 31, 2024 at 4:00 p.m. (ET)

Objections Received:

    C.    Debtors' Objection To Access Management Information Management Corporation's Motion (I) to Compel (a) Debtors' Assumption of Executory Contracts, or Alternatively, (b) Debtors to Provide Direction as Required by the Contracts and Applicable Law With Respect to the Continued Storage, Transfer, Destruction or Other Disposition of the Health Care Related Documents and Information Subject to the Contracts, (II) For Relief From the Automatic Stay, and (III) for Such Other Relief as is Necessary Under the Circumstances [Filed: 12/31/2024; D.I. 381].

Status:  This matter has been continued to July 8, 2025.

5. Debtors' Second Omnibus Motion for Entry of an Order Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases [Filed: 02/18/2025; D.I.708].

   Related Documents:

   A. Order Approving Debtors' Second Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases Effective as of the Rejection Date [Filed: 04/07/2025; D.I. 1092].

   Objection Deadline:    March 4, 2025 at 4:00 p.m.

   Responses:

   B. Objection and Reservation of Rights of Access Information Management Corporation to Debtors' Second Omnibus Motion for Entry of an Order Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases [Filed: 02/28/2025; D.I. 783].

   C. Objection by the FME Entities to Debtors' Second Omnibus Motion for Entry of an Order Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases [Filed: 03/04/2025; D.I. 817].

   Status:  In light of the occurrence of the Effective Date and rejection of contracts under the Plan as to the confirming Debtors, no further relief is sought with respect to this Motion.

6. Application of Public Service Electric and Gas Company for Allowance and Immediate Payment of Administrative Expenses [Filed: 04/18/2025; D.I. 1191].

   Related Documents:    None

   Objection Deadline:    May 2, 2025 at 4:00 p.m. The objection deadline was extended to May 8, 2025 at the Debtors' request.

   Responses:

   A. Debtors' Objection to Application of Public Service Electric and Gas Company for Allowance and Immediate Payment of Administrative Expenses [Filed: 05/09/2025; D.I. 1238].

   Status: This matter has been continued to July 8, 2025.

**7.** Motion of Frank Carine and Joanne Carine, His Wife for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 05/21/2025; D.I. 1281].

   Related Documents:  None.

Objection Deadline: June 5, 2025 at 4:00 p.m.

Responses:  None.

Status: The parties are working to resolve the Motion. This matter has been continued to July 8, 2025.

**8.** Application of SCG Capital Corporation for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and Request for Immediate Payment [Filed: 05/16/2025; D.I. 1278].

   Related Documents:  None.

Objection Deadline: May 30, 2025 at 4:00 p.m.

Responses:

A. Debtors' Objection to Application of SCG Capital Corporation for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and Request for Immediate Payment [Filed: 05/30/2025; D.I. 1301].

Status: This matter has been continued to July 8, 2025.

**II.** **UNCONTESTED MATTERS GOING FORWARD**

**9.** Interim Fee Applications (as identified on **Exhibit A** hereto).

Related Documents:   See **Exhibit A**.

Objection Deadline:  See **Exhibit A**.

Objections Received:  See **Exhibit A**.

Status:  See **Exhibit A**.

## III. CONTESTED MATTERS GOING FORWARD

**10.** Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of K&L Gates LLP as Special Counsel for the Debtors, Effective as of the Petition Date [Filed: 05/14/2025; D.I. 1270].

Related Documents:  None.

Objection Deadline: May 28, 2025 at 4:00 p.m.  The deadline was voluntarily extended to May 29, 2025 at 4:00 p.m. for the U.S. Trustee only.

Responses:

A. Objection of the United States Trustee to Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of K&L Gates LLP as Special Counsel for the Debtors, Effective as of the Petition Date [Filed: 05/29/2025; D.I. 1300].

Status: This matter is going forward.

**11.** Vivek Garipalli's Request for Allowance and Payment of Administrative Expense Claim [Filed: 05/15/2025; D.I. 1273].

Related Documents:  None.

Objection Deadline: May 29, 2025 at 4:00 p.m.

Responses:

A. Debtors' Objection to Motions of Vivek Garipalli and James Lawler Requesting Allowance and Payment of Administrative Expense Claim [Filed: 05/29/2025; D.I. 1299].

B. Reply to Debtors' Objection to Vivek Garipalli's Request for Allowance and Payment of Administrative Expense Claim [Filed: 06/06/2025; D.I. 1317].

Status: This matter is going forward.

**12.** James Lawler's Request for Allowance and Payment of Administrative Expense Claim [Filed: 05/16/2025; D.I. 1277].

<u>Related Documents</u>:  None.

<u>Objection Deadline</u>: May 30, 2025 at 4:00 p.m.

<u>Responses</u>:

A. Debtors' Objection to Motions of Vivek Garipalli and James Lawler Requesting Allowance and Payment of Administrative Expense Claim [Filed: 05/29/2025; D.I. 1299]. (<u>See 11A</u>).

B. Reply of James Lawler to Debtors' Objection to Motions of Vivek Garipalli and James Lawler Requesting Allowance and Payment of Administrative Expense Claim [Filed: 06/06/2025; D.I. 1315].

<u>Status</u>: This matter is going forward.

Dated: June 9, 2025　　　　　　　　　　**DILWORTH PAXSON LLP**

　　　　　　　　　　/s/  Peter C. Hughes
　　　　　　　　　　Peter C. Hughes (DE 4180)
　　　　　　　　　　800 N. King Street, Suite 202
　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　Telephone:　302-571-9800
　　　　　　　　　　Facsimile:　302-571-8875
　　　　　　　　　　Email:　phughes@dilworthlaw.com

　　　　　　　　　　　　　and

　　　　　　　　　　Lawrence G. McMichael (admitted *pro hac vice*)
　　　　　　　　　　Peter C. Hughes (DE 4180)
　　　　　　　　　　Anne M. Aaronson (admitted *pro hac vice*)
　　　　　　　　　　Jack Small (admitted *pro hac vice*)
　　　　　　　　　　1650 Market St., Suite 1200
　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　Telephone:　(215) 575-7000
　　　　　　　　　　Facsimile:　(215) 754-4603
　　　　　　　　　　Email:　lmcmichael@dilworthlaw.com
　　　　　　　　　　Email:　phughes@dilworthlaw.com
　　　　　　　　　　Email:　aaaronson@dilworthlaw.com
　　　　　　　　　　Email:　jsmall@dilworthlaw.com

　　　　　　　　　　*Counsel for the Debtors*

#124994473v2

## **EXHIBIT A**

[ Index of Interim Fee Applications]

**1.**   First Interim Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the Period November 3, 2024 through January 31, 2025 [Filed: 03/20/2025; D.I. 1026].

   Related Documents:

   A.   First Monthly Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the Period November 3, 2024 through November 30, 2024 [Filed: 01/11/2025; D.I. 429].

   B.   Certification of No Objection Regarding First Monthly Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the Period November 3, 2024 through November 30, 2024 [Filed: 02/04/2025; D.I. 646].

   C.   Second Monthly Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the Period December 1, 2024 through December 31, 2024 [Filed: 02/04/2025; D.I. 636].

   D.   Certification of No Objection Regarding Second Monthly Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the Period December 1, 2024 through December 31, 2024 [Filed: 02/26/2025; D.I. 756].

   E.   Third Monthly Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the Period January 1, 2025 through January 31, 2025 [Filed: 02/28/2025; D.I. 775].

   F.   Certification of No Objection Regarding Third Monthly Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the Period January 1, 2025 through January 31, 2025 [Filed: 03/24/2025; D.I. 1034].

   G.   Certification of Counsel Regarding First Interim Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the Period November 3, 2024 through January 31, 2025 [Filed: 04/28/2025; D.I. 1205].

   H.   Amended Certification of Counsel Regarding First Interim Application of Dilworth Paxson LLP for Compensation for Services Rendered and

Reimbursement of Expenses as Counsel for the Debtors for the Period November 3, 2024 through January 31, 2025 [Filed: 06/06/2025; D.I. 1316].

Objection Deadline:  April 10, 2025 at 4:00 p.m.  The objection deadline has been extended to April 24, 2025 for the U.S. Trustee only.

Objections Received:   None.

Status:  A Certification of Counsel has been filed.  No hearing is necessary unless required by the Court.

2. First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from November 20, 2024 through January 31, 2025 [Filed: 04/14/2025; D.I. 1152].

Related Documents:

A. First Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from November 20, 2024 through December 31, 2024 [Filed: 02/11/2025; D.I. 672].

B. Second Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from January 1, 2025 through January 31, 2025 [Filed: 02/27/2025; D.I. 771].

C. Certification of No Objection Regarding First Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from November 20, 2024 through December 31, 2024 [Filed: 03/05/2025; D.I. 843].

D. Certification of No Objection Regarding Second Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from January 1, 2025 through January 31, 2025 [Filed: 03/21/2025; D.I. 1032].

E. Certification of Counsel Regarding Order Granting First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from November 30, 2024 through January 31, 2025 [Filed: 06/06/2025; D.I. 1312].

Objection Deadline: May 5, 2025 at 4:00 p.m.

Objections Received:   None.

Status: A certification of counsel has been filed.  No hearing is necessary unless required by the Court.

**3.**   First Interim Fee Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from November 22, 2024 through January 31, 2025 [Filed: 04/14/2025; D.I. 1153].

Related Documents:

A.   First Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from November 22, 2024 through January 31, 2025 [Filed: 02/27/2025; D.I. 770].

B.   Certification of No Objection Regarding First Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from November 22, 2024 through January 31, 2025 [Filed: 03/25/2025; D.I. 1036].

C.   Certification of Counsel Regarding Order Granting First Interim Fee Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from November 22, 2024 through January 31, 2025 [Filed: 06/06/2025; D.I. 1313].

Objection Deadline:   May 5, 2025 at 4:00 p.m.

Objections Received:   None.

Status: A certification of counsel has been filed.  No hearing is necessary unless required by the Court.

**4.**   First Interim Application for Compensation and Reimbursement of Expenses of Sills Cummis & Gross, P.C., for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 20, 2024 through January 31, 2025 [Filed: 04/16/2025; D.I. 1164].

Related Documents:

A. First Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 20, 2024 through November 30, 2024 [Filed: 01/14/2025; D.I. 457].

B. Certification of No Objection Regarding First Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 20, 2024 through November 30, 2024 [Filed: 02/06/2025; D.I. 654].

C. Second Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2024 through December 31, 2024 [Filed: 02/28/2025; D.I. 789].

D. Certification of No Objection Regarding Second Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2024 through December 31, 2024 [Filed: 03/24/2025; D.I. 1035].

E. Third Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2025 through January 31, 2025 [Filed: 03/31/2025; D.I. 1052].

F. Certification of No Objection Regarding Third Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2025 through January 31, 2025 [Filed: 04/22/2025; D.I. 1200].

G. Certification of Counsel Regarding Order Granting First Interim Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 20, 2024 through January 31, 2025 [Filed: 06/06/2025; D.I. 1314].

Objection Deadline: May 7, 2025 at 1:00 p.m.

Objections Received: None.

Status: A certification of counsel has been filed. No hearing is necessary unless required by the Court.

5.     First Interim Application of Ankura Consulting Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors for the Period November 3, 2024 through January 31, 2025 [Filed: 04/17/2025; D.I. 1167].

    Related Documents:

    A.    First Monthly Application of Ankura Consulting Group, LLC for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors for the Period November 3, 2024 through November 30, 2024 [Filed: 03/09/2025; D.I. 894, 898].

    B.    Second Monthly Application of Ankura Consulting Group, LLC for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors for the Period December 1, 2024 through December 31, 2024 [Filed: 03/09/2025; D.I. 895].

    C.    Third Monthly Application of Ankura Consulting Group, LLC for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors for the Period January 1, 2025 through January 31, 2025 [Filed: 03/09/2025; D.I. 896].

    D.    Certification of No Objection Regarding Monthly Applications of Ankura Consulting Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors [Filed: 04/01/2025; D.I. 1069].

    E.    Certification of Counsel Regarding First Interim Application of Ankura Consulting Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors for the Period November 3, 2024 through January 31, 2025 [Filed: 05/12/2025; D.I. 1239].

    Objection Deadline: May 2, 2025 at 4:00 p.m.

    Objections Received:   None.

    Status: A certification of counsel has been filed. No hearing is necessary unless required by the Court.