# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al., [1]<br><br>Debtors. | Chapter 11<br>Case No. 24-12534 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1026** |

## ORDER

Upon consideration of the First Interim Application (the "Application") of Dilworth Paxson LLP ("Dilworth") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the period from November 3, 2025 through January 31, 2025 (D.I. 1026); and upon consideration of Dilworth's agreement following informal comments by the Office of the United States Trustee and the Court to reduce the fees sought by $7,441.00 and the expenses sought by the sum of $1,651.37, for a combined reduction of $9,092.37; and no objections having been filed to the Application, it is hereby

ORDERED that Dilworth Paxson LLP, Counsel for the Debtors is hereby allowed the sum of $1,847,768.25 as compensation for the period from November 3, 2024 through January 31, 2025 and the sum of $60,795.52 for reimbursement of expenses expended for the same period.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

#124979838v3                                                   1

2

The Debtors are hereby authorized to pay Dilworth, to the extent they have not already done so, the allowed fees and expenses in accordance with this Order.

**Dated: June 9th, 2025**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**