IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
In re:                              :  Chapter 11
                                    :  Case No. 24-12534 (JKS)
CarePoint Health Systems Inc. d/b/a Just Health :
Foundation, et al.,[1]              :  (Jointly Administered)
                                    :
                                    :
              Debtors.              :
------------------------------------x

### CERTIFICATION OF NO OBJECTION REGARDING FIFTH MONTHLY APPLICATION OF ANKURA CONSULTING GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR THE DEBTORS

The undersigned hereby certifies that on May 21, 2025, Ankura Consulting Group, LLC, Financial Advisor for the Debtors (the "**Applicant**") filed its *Fifth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Period March 1, 2025 through March 31, 2025* [D.I. 1282] (the "**Monthly Application**"), in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

The undersigned further certifies that no answer, objection, or other responsive pleading to the Monthly Application has appeared on the Court's docket in this case. Pursuant to the notice filed with the Monthly Application, any objections or responses to the relief requested in

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

#125063492v1

the Monthly Application were to be filed and served by no later than June 11, 2025 at 4:00 P.M. (prevailing Eastern Time).

The Monthly Application was filed and served in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [Docket No. 248] (the "**Interim Compensation Order**"). Pursuant to the Interim Compensation Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Application upon the filing of this certification without the need for a further order of the Bankruptcy Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

Dated: June 16, 2025          **DILWORTH PAXSON LLP**

/s/ Peter C. Hughes
Peter C. Hughes (DE 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone:　302-571-9800
Facsimile:　302-571-8875
Email:　phughes@dilworthlaw.com
　　and
Lawrence G. McMichael (admitted *pro hac vice*)
Peter C. Hughes (DE 4180)
Anne M. Aaronson (admitted *pro hac vice*)
Jack Small (admitted *pro hac vice*)
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone:　(215) 575-7000
Facsimile:　(215) 754-4603
Email:　lmcmichael@dilworthlaw.com
Email:　phughes@dilworthlaw.com
Email:　aaaronson@dilworthlaw.com
Email:　jsmall@dilworthlaw.com

*Counsel for the Debtors*

#125063492v1

## EXHIBIT A

[Summary of Fees and Expenses]

| | | Requested | | Approved/Pending Approval | | Holdback Fees Requested (20%) |
|---|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees 100% | Expenses | Fees 80% | Expenses | |
| 05/21/25 (Fifth) | 03/01/2025-03/31/2025 | $327,772.50 | $0.00 | $262,218.00 | $0.00 | $65,554.50 |
| **TOTAL** | | **$327,772.50** | **$0.00** | **$262,218.00** | **$0.00** | **$65,554.50** |

#125063492v1