## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | (Chapter 11) |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*, | Case No.: 24-12534 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 1357** |

**WITHDRAWAL OF MOTION OF SCG CAPITAL CORPORATION FOR ENTRY OF AN ORDER SHORTENING NOTICE AND THE TIME TO OBJECT WITH RESPECT TO MOTION OF SCG CAPITAL CORPORATION TO COMPEL TURNOVER OF EQUIPMENT SUBJECT TO REJECTED PERSONAL PROPERTY LEASES**

SCG Capital Corporation ("SCG"), by and through undersigned counsel, hereby withdraws the *Motion of SCG Capital Corporation for Entry of an Order Shortening Notice and the Time to Object with Respect to Motion of SCG Capital Corporation to Compel Turnover of Equipment Subject to Rejected Personal Property Leases* [Docket No. 1357].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint HealthHoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii)Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint HealthBayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

Dated: June 23, 2025

**TYDINGS & ROSENBERG LLP**

/s/ Stephen B. Gerald
Stephen B. Gerald, DE No. 5857
Legal Arts Building
1225 N. King Street, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 587-6985
Facsimile: (410) 727-5460
Email: sgerald@tydings.com

*Counsel to SCG Capital Corporation*