# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CarePoint Health Systems Inc., d/b/a Just Health Foundation, *et al.*, | Case No. 24-12534 JKS |
| | (Jointly Administered) |
| Debtors.[1] | Hearing Date: August 14, 2025 at 11:00 a.m. (ET) |
| | Objection Deadline: July 24, 2025 at 4:00 p.m. (ET) |

## SUMMARY OF COMBINED FOURTH MONTHLY AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE (I) MONTHLY PERIOD FROM APRIL 1, 2025 THROUGH MAY 22, 2025, AND (II) FINAL PERIOD FROM NOVEMBER 22, 2024 THROUGH MAY 22, 2025

| | |
|---|---|
| Name of Applicant: | Province, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | Effective as of November 22, 2024, by order entered on February 5, 2025 |
| Period for which Compensation and Reimbursement is Sought: | Monthly: April 1, 2025 – May 22 , 2025 Final: November 22, 2024 – May 22, 2025 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | Monthly: $101,900.00<br>Final: $1,527,144.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | Monthly: $15.80<br>Final: $149.00 |

This is a:  __X__ monthly   ____ interim   __X__ final application.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint HealthBayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

## SUMMARY OF MONTHLY APPLICATIONS

| Date & Docket No. | Filing Period | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | CNO Date & Docket No. |
|---|---|---|---|---|---|---|
| 2/27/2025 Doc 770 | November 22, 2024 - January 31, 2025 | $889,131.00 | $0.00 | $888,798.00 | $0.00 | 3/25/2025 Doc 1036 |
| 4/3/2025 Doc 1080 | February 1, 2025 - February 28, 2025 | $349,214.00 | $133.20 | $279,038.20 | $133.20 | 4/25/2025 Doc 1204 |
| 5/8/2025 Doc 1234 | March 1, 2025 - March 31, 2025 | $187,232.00 | $0.00 | $149,785.60 | $0.00 | 6/2/2025 Doc 1305 |
| Filed Herein | April 1, 2025 - May 22, 2025 | $101,900.00 | $15.80 | $0.00 | $0.00 | Pending |
| **Subtotal** | | **$1,527,477.00** | **$149.00** | **$1,317,621.80** | **$133.20** | |
| **Voluntary Reductions** | | ($333.00) | | | | |
| **Grand Total** | | **$1,527,144.00** | **$149.00** | **$1,317,621.80** | **$133.20** | |

## COMPENSATION BY PERSON

| Name of Professional Individual | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Compensation |
|---|---|---|---|---|---|
| Adam Rosen | $247,898.00 | $149,500.00 | $48,750.00 | $93,250.00 | $539,398.00 |
| David Dachelet | $333.00 | | | | $333.00 |
| Paul Navid | $138,220.00 | $73,480.00 | $36,850.00 | | $248,550.00 |
| Kaile Zagger | $134,780.00 | | | | $134,780.00 |
| Tyler McLaren | $126,782.00 | $43,460.00 | $32,226.00 | $492.00 | $202,960.00 |
| Garo Khachikian | $19,230.00 | | $29,640.00 | $1,500.00 | $50,370.00 |
| Alex Torio | $9,050.00 | | | | $9,050.00 |
| Ryan Carr | $142,724.00 | $67,550.00 | $23,750.00 | $3,950.00 | $237,974.00 |
| Tate Zall | $54,877.00 | $14,520.00 | $16,016.00 | $1,980.00 | $87,393.00 |
| Hunter Thompson | $13,803.00 | | | | $13,803.00 |
| **Subtotal** | **$887,697.00** | **$348,510.00** | **$187,232.00** | **$101,172.00** | **$1,524,611.00** |
| **Paraprofessionals** | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Compensation |
| Eric Mattson | $1,110.00 | $704.00 | | | $1,814.00 |
| Jocelyn Brock | $324.00 | | | | $324.00 |
| Laura Conn | | | | $728.00 | |
| **Subtotal** | **$1,434.00** | **$704.00** | **$0.00** | **$728.00** | **$2,866.00** |
| | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Compensation |
| **Grand Total** | **$889,131.00** | **$349,214.00** | **$187,232.00** | **$101,900.00** | **$1,527,477.00** |

## HOURS BY PERSON

| Name of Professional Individual | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Hours |
|---|---|---|---|---|---|
| Adam Rosen | 208.6 | 119.6 | 39.0 | 74.6 | 441.8 |
| David Dachelet | 0.3 | | | | 0.3 |
| Paul Navid | 128.6 | 66.8 | 33.5 | | 228.9 |
| Kaile Zagger | 148.4 | | | | 148.4 |
| Tyler McLaren | 168.1 | 53.0 | 39.3 | 0.6 | 261.0 |
| Garo Khachikian | 39.2 | | 49.4 | 2.5 | 91.1 |
| Alex Torio | 18.1 | | | | 18.1 |
| Ryan Carr | 310.2 | 135.1 | 47.5 | 7.9 | 500.7 |
| Tate Zall | 134.8 | 33.0 | 36.4 | 4.5 | 208.7 |

Case 24-12534-JKS    Doc 1400    Filed 07/03/25    Page 4 of 19

| Name of Professional Individual | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Hours |
|---|---|---|---|---|---|
| Hunter Thompson | 32.1 | | | | 32.1 |
| **Subtotal** | **1,188.4** | **407.5** | **245.1** | **90.1** | **1,931.1** |
| **Paraprofessionals** | **First Monthly Application** | **Second Monthly Application** | **Third Monthly Application** | **Fourth Monthly Application** | **Total Hours** |
| Eric Mattson | 3.7 | 2.2 | | | 5.9 |
| Jocelyn Brock | 1.2 | | | | 1.2 |
| Laura Conn | | | | 2.6 | 2.6 |
| **Subtotal** | **4.9** | **2.2** | **0.0** | **2.6** | **9.7** |
| | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Hours |
| **Grand Total** | **1,193.3** | **409.7** | **245.1** | **92.7** | **1,940.8** |

**COMPENSATION BY CATEGORY**

| Project Categories | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Compensation |
|---|---|---|---|---|---|
| Business Analysis / Operations | $682,350.00 | $226,372.00 | $91,267.00 | $53,107.00 | $1,053,096.00 |
| Claims Analysis and Objections | $4,730.00 | $7,890.00 | $9,659.00 | $11,125.00 | $33,404.00 |
| Committee Activities | $123,165.00 | $34,957.00 | $25,020.00 | $1,345.00 | $184,487.00 |
| Court Filings | $9,623.00 | $15,925.00 | $4,885.00 | $11,375.00 | $41,808.00 |
| Court Hearings | $21,374.00 | $7,772.00 | $22,922.00 | $16,240.00 | $68,308.00 |
| Fee/Employment Applications | $1,985.00 | $704.00 | | $1,208.00 | $3,897.00 |
| Financing Activities | $11,256.00 | | $7,312.00 | | $18,568.00 |
| Litigation | | $14,625.00 | | | $14,625.00 |
| Plan and Disclosure Statement | $32,501.00 | $40,969.00 | $26,167.00 | $7,500.00 | $107,137.00 |
| Sale Process | $2,147.00 | | | | $2,147.00 |
| **Grand Total** | **$889,131.00** | **$349,214.00** | **$187,232.00** | **$101,900.00** | **$1,527,477.00** |

## HOURS BY CATEGORY

| Project Categories | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Hours |
|---|---|---|---|---|---|
| Business Analysis / Operations | 919.8 | 287.3 | 115.2 | 44.8 | 1,367.1 |
| Claims Analysis and Objections | 4.3 | 10.5 | 8.4 | 8.9 | 32.1 |
| Committee Activities | 176.7 | 34.7 | 35.1 | 1.4 | 247.9 |
| Court Filings | 9.3 | 13.4 | 5 | 9.1 | 36.8 |
| Court Hearings | 27.7 | 7.3 | 39.5 | 19.1 | 93.6 |
| Fee/Employment Applications | 5.6 | 2.2 | | 3.4 | 11.2 |
| Financing Activities | 16.6 | | 13.5 | | 30.1 |
| Litigation | | 12.6 | | | 12.6 |
| Plan and Disclosure Statement | 31.4 | 41.7 | 28.4 | 6.0 | 107.5 |
| Sale Process | 1.9 | | | | 1.9 |
| **Grand Total** | **1,193.3** | **409.7** | **245.1** | **92.7** | **1,940.8** |

## EXPENSE SUMMARY

| Expense Category | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Expenses |
|---|---|---|---|---|---|
| Miscellaneous | | $133.20 | | $15.80 | $149.00 |
| **Total Expenses** | **$0.00** | **$133.20** | **$0.00** | **$15.80** | **$149.00** |

*[Remainder of Page Intentionally Left Blank]*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc., d/b/a Just Health Foundation, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12534 JKS<br><br>(Jointly Administered)<br><br>**Hearing Date: August 14, 2025 at 11:00 a.m. (ET)**<br>**Objection Deadline: July 24, 2025 at 4:00 p.m. (ET)** |

**COMBINED FOURTH MONTHLY AND FINAL
APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PROVINCE, LLC AS FINANCIAL ADVISOR TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE
(I) MONTHLY PERIOD FROM APRIL 1, 2025 THROUGH MAY 22, 2025,
AND (II) FINAL PERIOD FROM NOVEMBER 22, 2024 THROUGH MAY 22, 2025**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* (the "Administrative Order"), Province, LLC ("Province" or the "Firm"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits this combined fourth monthly and final fee application (the "Application"), for compensation and for reimbursement of expenses for:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint HealthBayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

4934-9138-6962.1 12839.00003

    i.    the period of April 1, 2025 through May 22, 2025 (the "<u>Fourth Monthly Fee Period</u>") in the amount of $101,900.00 in fees and actual and necessary expenses in the amount of $15.80 for a total allowance of $101,915.80; and

    ii.    the period of November 22, 2024 through May 22, 2025 (the "<u>Final Fee Period</u>") in the amount of $1,527,144.00 in fees and actual and necessary expenses in the amount of $149.00 for a total allowance of $1,527,293.00.

Province seeks payment of the outstanding balance of all amounts not paid to date. In addition, Province reserves its right to file a supplement to this Application prior to the hearing date to submit additional fees and expenses not previously included in this Application, but incurred prior to the date of the hearing on the Application, such as fees incurred in preparing this Application.

Pursuant to Local Bankruptcy Rule 2016-1, this Application is supported by the Certification of Paul Navid which is annexed hereto as **Exhibit A**. In support of this Application, Province respectfully represents as follows:

## JURISDICTION AND VENUE

1.    The Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2) and may be determined by the Bankruptcy Court. Province confirms its consent, pursuant to Bankruptcy Rule 7008 and Local Rule 9013-1(f), to the entry of a final order or judgment by the Court in connection with this Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

3. The statutory predicates for the relief requested herein are sections 328, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## BACKGROUND

4. On November 3, 2024 (the "Petition Date"), the Debtors each filed their voluntary petitions with this Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108(a) of the Bankruptcy Code. No trustee or examiner has been appointed in these chapter 11 cases.

5. On November 19, 2024, pursuant to section 1102(a)(1) of the Bankruptcy Code, the Office of the United States Trustee for Region 3, District of Delaware (the "U.S. Trustee"), appointed the Committee. *See* Docket No. 157. The following are the current members of the Committee: (i) Public Service Electric and Gas Company; (ii) Medely, Inc.; (iii) Nurse Staffing, LLC, d/b/a Nurses 24/7; (iv) Sodexo, Inc. & Affiliates; (v) Sierra Health Group LLC; (vi) Health Professionals & Allied Employees AFT-AFL/CIO; and (vii) Committee of Interns and Residents, SEIU.

6. On November 22, 2024, the Committee selected Province as its proposed financial advisor.

7. On December 6, 2024, the Court entered the Administrative Order, authorizing the Committee's professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement of expenses, pursuant to the procedures specified therein. The

Administrative Order provides, among other things, that a Professional may file monthly fee applications. If no objections are made within twenty-one (21) days after service of the monthly fee application, the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. At three-month intervals or such other intervals convenient to the Court, each Professional shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

8. The retention of Province, as financial advisor to the Committee, was approved effective as of November 22, 2024, by this Court's *Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of November 22, 2024* [Docket No. 650], entered on February 5, 2025 (the "Retention Order"). The Retention Order authorized Province to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### PROVINCE'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Monthly Fee Applications Covered Herein

9. The Monthly Fee Applications for the period from November 22, 2024 through March 31, 2025 of Province have been filed and served pursuant to the Administrative Order and are incorporated herein by reference. Certificates of no objection or certifications of counsel have been filed for the Monthly Fee Applications for the periods from November 22, 2024 to March 31, 2025.

10. The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided by Province during the Final Fee Period, as well as other detailed information required to be included in fee applications.

11. All services for which Province requests compensation were performed for or on behalf of the Committee.

12. Province has received no payment and no promises for payment from any source other than the estate for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Province and any other person other than the employees of Province for the sharing of compensation to be received for services rendered in these cases. Province has received no retainer in this matter.

### **Fourth Monthly Fee Period**

13. Province seeks allowance of compensation and payment for professional services rendered to the Committee during the Fourth Monthly Fee Period in the aggregate amount of $101,900.00 and for reimbursement of expenses incurred in connection with the rendition of such services in the aggregate amount of $15.80.

14. For the Fourth Monthly Fee Period, attached as **Exhibit B** is a list of professionals providing services; their respective billing rates; the aggregate hours expended by each professional; a general description of services rendered, summarized by project category; a fee summary; detailed time records with a description of the services performed by each professional and the time expended; and a summary and detail of out-of-pocket expenses incurred.

### **Summary of Services**

15. The employees of Province who have rendered professional services during the Final Fee Period in these cases are as follows: Adam Rosen, David Dachelet, Paul Navid, Kaile Zagger, Tyler McLaren, Garo Khachikian, Alex Torio, Ryan Carr, Tate Zall, and Hunter Thompson.

16.     During the Final Fee Period, the Committee relied heavily on the experience and expertise of the above-named persons in dealing with matters described in detail below.  As a result, Province's highly skilled restructuring and bankruptcy professionals devoted significant time and effort to perform properly and expeditiously the required professional services.

17.     A summary of some of the more significant services rendered by Province during the Final Fee Period follows.  This summary is divided according to the project categories used by Province in its billing in these cases.  A detailed time log of all tasks performed by Province during the Fourth Monthly Fee Period is set forth on **Exhibit B** hereto.

A.     **Business Analysis / Operations**

Monthly Fees:  $53,107.00          Monthly Hours:  44.8

Final Fees:  $1,053,096.00          Final Hours:  1,367.1

18.     Incorporated within this category is time spent by Province personnel in connection with the evaluation and analysis of certain aspects of the Debtors' business and industry of operation.  The work performed in this task code was necessary for the Committee to be informed on the Debtors' historical and future operating performance and strategy.

19.     Specific services provided by Province during the Final Fee Period include, but are not limited to:

    i.    Analyzing and evaluating financial information, including weekly cash flow forecasts, weekly cash flow variance reports, and long-term financial projections;

    ii.    Corresponding with the Debtors' advisors regarding financial performance, updates on operations, sale process and business plan initiatives;

    iii.    Developing and evaluating alternate budget scenarios and applying sensitivities to the Debtors' financial forecasts;

    iv.    Preparing various analyses related to the Debtors' operations, historical balance sheets, income statements, and cash flow statements;

    v.    Reviewing and indexing financial information and other documents provided by the Debtors and their advisors;

      vi.    Research and audit filings used in preparation of DIP financing comparables;

      vii.   Review and analysis of SOFA and SOAL filing data;

      viii.  Assisting in the preparation of financial information for distribution to the Committee and legal counsel, including projections and budgets, analysis of the effect of various assumptions on projected financial results, and other ad hoc analyses as requested or deemed necessary; and

      ix.    Corresponding and discussing budget and other business and financial results with counsel, committee professionals and within internal team.

**B.**    <u>**Claims Analysis and Objections**</u>

      **Monthly Fees: $11,125.00**      **Monthly Hours: 8.9**

      **Final Fees: $33,404.00**      **Final Hours: 32.1**

20.    Incorporated within this task code is time incurred by Province personnel while performing various functions directly related to the preliminary analysis and estimate of potential claims, including administrative and general unsecured.

**C.**    <u>**Committee Activities**</u>

      **Monthly Fees: $1,345.00**      **Monthly Hours: 1.4**

      **Final Fees: $184,487.00**      **Final Hours: 247.9**

21.    Incorporated within this category is time incurred by Province personnel while performing various functions directly related to preparing for, meeting with, and corresponding with the Committee of these chapter 11 cases. Province provided updates summarizing various analyses to the Committee and provided recommendations with regards to the Committee's position and next steps.

22.    Specific services provided by Province during the Final Fee Period include, but are not limited to:

      i.     Preparing for and participating in calls with the Committee and its counsel on issues related to the bankruptcy proceeding;

      ii.    Preparing summaries of various analyses into presentation materials to be shared with the Committee and its counsel;

      iii.    Conferring with members of the Committee and its counsel directly related to questions and concerns of the Committee regarding actions and projections of the Debtors; and

      iv.    Conferring with other Province professionals regarding various analyses and issues directly related to questions and concerns of the Committee.

**D.**    **<u>Court Filings</u>**

    **Monthly Fees:  $11,375.00**    **Monthly Hours:  9.1**

    **Final Fees:  $41,808.00**    **Final Hours:  36.8**

23.    Incorporated within this category is time incurred by Province personnel while performing various functions directly related to reviewing, evaluating, and commenting on the Debtors' motions and orders filed on the docket, including analysis of various motions and proposed orders.

**E.**    **<u>Court Hearings</u>**

    **Monthly Fees:  $16,240.00**    **Monthly Hours:  19.1**

    **Final Fees:  $68,308.00**    **Final Hours:  93.6**

24.    Incorporated within this category is time incurred by Province personnel while participating in various hearings of the Debtors.

**F.**    **<u>Fee / Employment Applications</u>**

    **Monthly Fees:  $1,208.00**    **Monthly Hours:  3.4**

    **Final Fees:  $3,897.00**    **Final Hours:  11.2**

25.    Incorporated within this task code is time incurred by Province personnel while performing various functions directly related to the employment, monthly fee applications, interim fee application, and this Application of Province for these chapter 11 cases.

**G.**    **<u>Financing Activities</u>**

    **Monthly Fees:  $0.00**    **Monthly Hours:  0.0**

**Final Fees: $18,568.00**           **Final Hours: 30.1**

26. Incorporated within this project category is time incurred by Province personnel while performing various functions related to the Debtors' efforts to obtain DIP financing.

**H.    Litigation**

**Monthly Fees: $0.00**           **Monthly Hours: 0.0**

**Final Fees: $14,625.00**           **Final Hours: 12.6**

27. Incorporated within this project category is time incurred by Province personnel while performing various activities related to the Debtors' potential causes of action.

**I.    Plan and Disclosure Statement**

**Monthly Fees: $7,500.00**           **Monthly Hours: 6.0**

**Final Fees: $107,137.00**           **Final Hours: 107.5**

28. Incorporated within this category is time incurred by Province personnel while performing various functions directly related to the Debtors' proposed plan and disclosure statement.

**J.    Sale Process**

**Monthly Fees: $0.00**           **Monthly Hours: 0.0**

**Final Fees: $2,147.00**           **Final Hours: 1.9**

29. Incorporated within this category is time incurred by Province personnel while performing various functions directly related to the potential sale of the Debtors' assets.

## ACTUAL AND NECESSARY EXPENSES

30. It is Province's policy to charge its clients for identifiable, non-overhead expenses incurred regarding the client's case that would not have been incurred except regarding the representation of that particular client. It is also Province's policy to charge its clients only the

amount actually incurred by Province regarding such items. Such charges would include industry or company specific research as requested by counsel. Examples of expenses are described below. Province **does not** charge for telephone calls (except the cost of specifically identified conference call charges), faxes, and other administrative expenses. The policies employed by Province for seeking reimbursement for out-of-pocket travel expenses are as follows:

i. **Airfare/Train** – Costs incurred by Province professionals when traveling by air or train to/from other cities on behalf of the Committee are incorporated into this Application;

ii. **Ground Transportation** – Expenses incurred by Province professionals for local transportation while outside of their home cities (on matters related to these chapter 11 cases) are incorporated into this Application. Such costs consist primarily of taxi-cab fares incurred by Province personnel while traveling. Also incorporated within this category are expenses incurred by Province professionals regarding traveling to/from airports and parking at airports while traveling out-of-town on client matters;

iii. **Lodging** – Costs incurred by Province professionals for lodging while traveling on behalf of the Committee (on matters related to these chapter 11 cases) are incorporated into this Application;

iv. **Meals** – Costs incurred by Province professionals for meals while traveling outside of their home cities or for working lunch meetings (on matters related to these chapter 11 cases) are incorporated into this Application;

v. **Miscellaneous** – Costs incurred by Province professionals for various charges including supplies and financial research; and

vi. **Telephone/Internet** – Costs incurred by Province professionals for conference calls and in-flight Wi-Fi.

## SUMMARY OF FEES AND EXPENSES FOR THE MONTHLY PERIOD

31. The Application covers Province's fees and expenses incurred during the Fourth Monthly Fee Period. The fees incurred total $101,900.00 and the expenses incurred total $15.80. These fees and expenses are consistent with Province's arrangement with the Committee and the terms of the Retention Order. Province respectfully submits that if necessary, a consideration of these factors would result in this Court's allowance of the full compensation requested.

32. *Time and expertise required*.  Province's professional services on behalf of the Committee have required 92.7 hours of time in this Fourth Monthly Fee Period.  Province has staffed this case efficiently.  Where work could be performed by professionals with lower rates, Province used such professionals to perform the assignments.  A significant amount of the services rendered required a high degree of professional competence and expertise.  For those services, Province used senior professionals in the interest of staffing the case efficiently.

33. *Time limitation imposed by these cases*.  The Committee was required to understand a large volume of information in a very short time related to the financing, operational issues and stoppages, asset / going concern valuations and proposed plan of the Debtors.

34. *The difficulty of questions*.  Unique and complex issues arose during the Fourth Monthly Fee Period.  Province has advised the Committee and its counsel regarding these issues.

35. *The skill required to perform the financial advisory services properly*.  These bankruptcy cases address issues which raise complex questions.  The cases require a high level of skill and expertise to efficiently and accurately analyze the economic effects of the various shutdown- and operations-related impacts and the proposed plan of the Debtors; to analyze and supplement the sale processes run by Debtors' investment bankers; and to accurately track and forecast the performance of the Debtors during these chapter 11 proceedings, among other things.

36. *The amount involved and results obtained*.  Province has been prudent in the amount of time incurred on various tasks and believes its efforts benefited the Committee and these cases.

37. *The preclusion of other employment by the Applicant due to acceptance of the cases*. Province is not aware of any other employment precluded by acceptance of these cases; however, Province professionals providing services to the Committee were not available to service other clients at their customary rates.

38. *The fee*. Pursuant to the terms of the Retention Order, Province will bill at their standard hourly rates.

39. *Whether the fee is fixed or contingent*. Province's fees are fixed, not dependent on the outcome of these cases; however pursuant to Bankruptcy Code sections 330 and 331, all fees sought by professional retained under sections 327 or 1103 of the Bankruptcy Code are contingent pending final approval by the Court.

40. *The experience, reputation, and ability of Province*. Province's professionals engaged in this case have also worked in several large bankruptcy cases. Province has extensive experience representing official creditors' committees, debtors, creditors, trustees, and others in a wide variety of bankruptcy cases, including, as (i) financial advisor to the official committees of unsecured creditors of A.B.C. Carpet, AgileThought, Alex and Ani, Armstrong Flooring, Aruze Gaming, Ascena Group, Avadim Health, Barretts Minerals, Benitago, BL Restaurants Holding, Carbonlite Holdings, Cherry Man Industries, Cyprus Mines, David's Bridal, DCL Holdings (USA), Destination Maternity, DirectBuy Home Improvement, Eastern Outfitters, EHT US1 (Eagle Hospitality), Endo International, Francesca's Holding Corporation, Honx, Insys Therapeutics, Independent Pet Partners, Invacare, J Crew, Lucky's Market, L'Occitane, Mallinckrodt, Mountain Express Oil Company, Nielsen & Bainbridge (NBD Home), Neopharma, Noble House, One Web, Papyrus, Path Medical, Pier 1, PBS Brand Co. (Punch Bowl), Purdue Pharma, Prime Core Technologies, Restoration Forest Products Group, LLC,

Reverse Mortgage, Revlon, SiO2 Medical Products, Stimwave Technologies, Surgalign, TECT Aerospace Group, The Rockport Company, True Religion Apparel, Tuesday Morning, Virgin Orbit, Water Gremlin, Wesco Aircraft, White Stallion Energy, Whittaker, Clark & Daniels, and Winsor Terrace; (ii) financial advisor to the debtors 4E Brands, Basic Energy Services, Cherry Man Industries, Cinemex Holdings USA, Codiak BioSciences, Coin Cloud, Frontsight Management, Penthouse Global Media, Superior Linen, True Religion Apparel, WeWork and Woodbridge Group of Companies; and (iii) trustee or trustee advisor in Aegean Marine Petroleum, Advance Watch, American Apparel, Aruze, Borden Dairy, CS Mining, Cycle Force, DCL, EBH Topco, Eclipse Berry Farms, Energy & Exploration (ENXP), Fieldwood, Gump's, Invacare, La Paloma Generating Company, Limetree Bay Services, Invacare, Mallinckrodt, Maxus Energy, Neogenix, PBS Brand Co. (Punch Bowl), Promise Healthcare Group, RadioShack Corporation, RMIT (Reverse Mortgage), Samson Resources, SiO2, Stimwave Technologies, and Vesta Holdings, among others.

## **CONCLUSION**

41.    It is respectfully submitted that the amount requested by Province is fair and reasonable given (a) the complexity of the issues presented, (b) the time and labor required, (c) the skill necessary to perform the financial advisory services, (d) the preclusion of other employment, and (e) the customary fees charged to clients in bankruptcy and non-bankruptcy situations.

*[Remainder of Page Left Intentionally Blank]*

**WHEREFORE**, Province respectfully requests (i) approval of compensation in the amount of $101,900.00 and reimbursement of actual and necessary expenses in the amount of $15.80 for a total allowance of $101,915.80 for the Fourth Monthly Fee Period; (ii) approval of final compensation in the amount of $1,527,144.00 and final reimbursement of actual and necessary expenses in the amount of $149.00 for a total final allowance of $1,527,293.00 for the Final Fee Period; and (iii) such other and further relief as this Court may deem just and proper.

Dated: July 3, 2025                              PROVINCE, LLC

                                                 By: */s/ Paul Navid*
                                                     Paul Navid, Partner
                                                     2360 Corporate Circle, Suite 340
                                                     Henderson, NV 89074
                                                     Telephone: 702.685.5555
                                                     Email: pnavid@provincefirm.com

                                                 *Financial Advisor to the Official Committee of Unsecured Creditors*

4934-9138-6962.1 12839.00003