# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc.<br>d/b/a Just Health Foundation, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-12534 (JKS)<br><br>(Jointly Administered) |

Objection Deadline: July 24, 2025 at 4:00 p.m. (ET)
Hearing Date: August 14, 2025 at 11:00 a.m. (ET)

## NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that Province, LLC, financial advisor to the Official Committee of Unsecured Creditors, in the above-captioned chapter 11 cases, has filed its *Combined Fourth Monthly and Final Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the (I) Monthly Period from April 1, 2025 through May 22, 2025, and (II) Final Period from November 22, 2024 through May 22, 2025* (the "Application") seeking monthly fees in the amount of $101,900.00 and reimbursement of actual and necessary expenses in the amount of $15.80 for the period from April 1, 2025 through May 22, 2025 and seeking final fees in the amount of $1,527,144.00 and reimbursement of actual and necessary expenses in the amount of $149.00 for the period from November 22, 2024 through May 22, 2025.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); and (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 24, 2025 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) counsel to the Debtors, Dilworth Paxson LLP, 800 N. King Street, Suite 202, Wilmington, Delaware 19801 (Attn: Peter C. Hughes, Esq. at (phughes@dilworthlaw.com)) and 1650 Market Street, Suite 1200, Philadelphia, Pennsylvania 19103 (Attn: Lawrence G. McMichael, Esq. (lmcmichael@dilworthlaw.com), Anne M. Aaronson, Esq. (aaaronson@dilworthlaw.com), and Jack M. Small, Esq. (jsmall@dilworthlaw.com)); (ii) the United States Trustee, the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Jane M. Leamy (jane.m.leamy@usdoj.gov)); and (iii) counsel to the official committee of unsecured creditors, (a) Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, New Jersey 07102 (Attn: Andrew H. Sherman (asherman@sillscummis.com) and Boris I. Mankovetskiy (bmankovetskiy@sillscummis.com)) and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801) (Attn: Bradford J. Sandler (bsandler@pszjlaw.com) and James E. O'Neill (joneill@pszjlaw.com)).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD ON **AUGUST 14, 2025 AT**

**11:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated: July 3, 2025 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ James E. O'Neill*
Bradford J. Sandler (DE Bar No. 4142)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  bsandler@pszjlaw.com
            joneill@pszjlaw.com

-and-

SILLS CUMMIS & GROSS P.C.
Andrew H. Sherman (admitted *pro hac vice*)
Boris I. Mankovetskiy (admitted *pro hac vice*)
One Riverfront Plaza
Newark, NJ  07102
Telephone:  (973)643-7000
Email: asherman@sillscummis.com
           bmankovetskiy@sillscummis.com

*Counsel to the Official Committee of Unsecured Creditors*