**EXHIBIT B**
**Detailed Summaries of Services Performed and**
**Expenses Incurred by Province Professionals**

4934-9138-6962.1 12839.00003

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM APRIL 1, 2025 THROUGH MAY 22, 2025**

|  | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Adam Rosen, Partner | $1,250 | 74.6 | $93,250.00 |
| Tyler McLaren, Director | $820 | 0.6 | $492.00 |
| Garo Khachikian, Senior Associate | $600 | 2.5 | $1,500.00 |
| Ryan Carr, Senior Analyst | $500 | 7.9 | $3,950.00 |
| Tate Zall, Analyst | $440 | 4.5 | $1,980.00 |
| Laura Conn, Matter Administrator | $280 | 2.6 | $728.00 |
| **Grand Total** |  | **92.7** | **$101,900.00** |

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 44.8 | $53,107.00 |
| Claims Analysis and Objections | 8.9 | $11,125.00 |
| Committee Activities | 1.4 | $1,345.00 |
| Court Filings | 9.1 | $11,375.00 |
| Court Hearings | 19.1 | $16,240.00 |
| Fee / Employment Applications | 3.4 | $1,208.00 |
| Plan and Disclosure Statement | 6.0 | $7,500.00 |
| **Grand Total** | **92.7** | **$101,900.00** |

**EXPENSE SUMMARY**

| Expense Category | Description | Total Expenses |
|---|---|---|
| Miscellaneous | Research fees | $15.80 |
| **Total Expenses** |  | **$15.80** |

## **BILLING DETAILS**

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/1/2025 | Tyler McLaren | Analyzed latest filed DIP budgets and order. | Business Analysis / Operations | 0.60 | 820.00 | $492.00 |
| 4/1/2025 | Tate Zall | Attended CarePoint post petition financing hearing. | Court Hearings | 1.00 | 440.00 | $440.00 |
| 4/1/2025 | Ryan Carr | Attended court hearing on post petition financing. | Court Hearings | 1.00 | 500.00 | $500.00 |
| 4/1/2025 | Adam Rosen | Analyzed weekly cash performance. | Business Analysis / Operations | 1.50 | 1,250.00 | $1,875.00 |
| 4/1/2025 | Adam Rosen | Reviewed and analyzed revised cash forecast. | Business Analysis / Operations | 1.20 | 1,250.00 | $1,500.00 |
| 4/1/2025 | Adam Rosen | Analyzed administrative claims. | Claims Analysis and Objections | 1.40 | 1,250.00 | $1,750.00 |
| 4/1/2025 | Adam Rosen | Reviewed amended Plan and DS. | Plan and Disclosure Statement | 1.00 | 1,250.00 | $1,250.00 |
| 4/1/2025 | Adam Rosen | Attended court hearing regarding the post petition financing. | Court Hearings | 0.90 | 1,250.00 | $1,125.00 |
| 4/2/2025 | Ryan Carr | Attended meeting with Ankura and Province teams re: budget updates. | Business Analysis / Operations | 0.30 | 500.00 | $150.00 |
| 4/2/2025 | Tate Zall | Discussed updated DIP budget with debtor FA. | Business Analysis / Operations | 0.50 | 440.00 | $220.00 |
| 4/2/2025 | Adam Rosen | Reviewed amended Plan and DS. | Plan and Disclosure Statement | 1.40 | 1,250.00 | $1,750.00 |
| 4/2/2025 | Adam Rosen | Continued review of plan and all objections thereto. | Plan and Disclosure Statement | 2.20 | 1,250.00 | $2,750.00 |
| 4/2/2025 | Adam Rosen | Prepared analysis re: receivables schedule | Business Analysis / Operations | 1.30 | 1,250.00 | $1,625.00 |
| 4/3/2025 | Garo Khachikian | Reviewed DIP budgets and liquidity runway. | Business Analysis / Operations | 1.70 | 600.00 | $1,020.00 |
| 4/3/2025 | Garo Khachikian | Email correspondence with J. O'Neill re: second monthly fee application. | Fee / Employment Applications | 0.20 | 600.00 | $120.00 |
| 4/3/2025 | Ryan Carr | Analyzed CarePoint DIP budgets and key forecast drivers therein. | Business Analysis / Operations | 1.20 | 500.00 | $600.00 |
| 4/3/2025 | Adam Rosen | Analyzed revised plan liquidity. | Business Analysis / Operations | 2.30 | 1,250.00 | $2,875.00 |
| 4/3/2025 | Adam Rosen | Attended telephonic court hearing re: 5th/6th amended disclosure statement and plan. | Court Hearings | 0.50 | 1,250.00 | $625.00 |
| 4/4/2025 | Garo Khachikian | Reviewed Province first interim fee application. | Fee / Employment Applications | 0.40 | 600.00 | $240.00 |
| 4/4/2025 | Laura Conn | Drafted CarePoint 1st Interim Fee Application and sent for review. | Fee / Employment Applications | 1.50 | 280.00 | $420.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/4/2025 | Adam Rosen | Analyzed post-petition operating KPIs. | Business Analysis / Operations | 2.10 | 1,250.00 | $2,625.00 |
| 4/4/2025 | Adam Rosen | Reviewed and analyzed benchmarking KPIs. | Committee Activities | 0.90 | 1,250.00 | $1,125.00 |
| 4/4/2025 | Adam Rosen | Reviewed and analyzed Syed Declaration. | Court Filings | 1.40 | 1,250.00 | $1,750.00 |
| 4/7/2025 | Adam Rosen | Reviewed and analyzed recent market operating metrics | Business Analysis / Operations | 1.20 | 1,250.00 | $1,500.00 |
| 4/7/2025 | Adam Rosen | Reviewed and analyzed weekly cash flow performance. | Business Analysis / Operations | 1.30 | 1,250.00 | $1,625.00 |
| 4/8/2025 | Adam Rosen | Reviewed court filings re: confirmation. | Court Filings | 0.50 | 1,250.00 | $625.00 |
| 4/8/2025 | Adam Rosen | Analyzed historical transactions and disbursements. | Business Analysis / Operations | 2.10 | 1,250.00 | $2,625.00 |
| 4/8/2025 | Adam Rosen | Reviewed monthly operating reports and analyzed financial reportings therein. | Business Analysis / Operations | 1.80 | 1,250.00 | $2,250.00 |
| 4/9/2025 | Adam Rosen | Reviewed and analyzed court filings re: confirmation. | Court Filings | 2.20 | 1,250.00 | $2,750.00 |
| 4/9/2025 | Adam Rosen | Continued analysis of monthly operating reports. | Business Analysis / Operations | 2.30 | 1,250.00 | $2,875.00 |
| 4/10/2025 | Ryan Carr | Attended Confirmation hearing (Part 1). | Court Hearings | 2.20 | 500.00 | $1,100.00 |
| 4/10/2025 | Ryan Carr | Attended Confirmation hearing (Part 2). | Court Hearings | 2.20 | 500.00 | $1,100.00 |
| 4/10/2025 | Tate Zall | Attended CarePoint Plan Confirmation hearing. | Court Hearings | 2.50 | 440.00 | $1,100.00 |
| 4/10/2025 | Adam Rosen | Reviewed court filings re: confirmation. | Court Filings | 1.20 | 1,250.00 | $1,500.00 |
| 4/10/2025 | Adam Rosen | Attended court hearing re: confirmation. | Court Hearings | 4.50 | 1,250.00 | $5,625.00 |
| 4/11/2025 | Ryan Carr | Attended court hearing re: confirmation. | Court Hearings | 1.00 | 500.00 | $500.00 |
| 4/11/2025 | Adam Rosen | Court hearing re: confirmation. | Court Hearings | 2.00 | 1,250.00 | $2,500.00 |
| 4/11/2025 | Adam Rosen | Reviewed court filings re: confirmation. | Court Hearings | 1.30 | 1,250.00 | $1,625.00 |
| 4/14/2025 | Tate Zall | Attended weekly committee meeting with UCC professionals and committee. | Committee Activities | 0.50 | 440.00 | $220.00 |
| 4/14/2025 | Adam Rosen | Analyzed weekly cash flow performance. | Business Analysis / Operations | 2.20 | 1,250.00 | $2,750.00 |
| 4/15/2025 | Adam Rosen | Reviewed redline Plan and DS. | Plan and Disclosure Statement | 1.40 | 1,250.00 | $1,750.00 |
| 4/16/2025 | Adam Rosen | Analyzed potential administrative claims. | Claims Analysis and Objections | 2.00 | 1,250.00 | $2,500.00 |
| 4/21/2025 | Adam Rosen | Reviewed and analyzed weekly budget to actual results. | Business Analysis / Operations | 1.40 | 1,250.00 | $1,750.00 |
| 4/22/2025 | Adam Rosen | Reviewed and analyzed February monthly operating reports. | Business Analysis / Operations | 2.00 | 1,250.00 | $2,500.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/24/2025 | Adam Rosen | Continued analysis of February monthly operating reports. | Business Analysis / Operations | 1.50 | 1,250.00 | $1,875.00 |
| 4/25/2025 | Adam Rosen | Analyzed cash balance and liquidity at emergence. | Business Analysis / Operations | 2.50 | 1,250.00 | $3,125.00 |
| 4/29/2025 | Adam Rosen | Prepared analysis re: cash balance and liquidity at Revise emergence | Business Analysis / Operations | 1.50 | 1,250.00 | $1,875.00 |
| 4/30/2025 | Adam Rosen | Analyzed administrative claims. | Claims Analysis and Objections | 1.10 | 1,250.00 | $1,375.00 |
| 4/30/2025 | Adam Rosen | Reviewed court filing re: Barnabas pleadings. | Court Filings | 0.90 | 1,250.00 | $1,125.00 |
| 5/1/2025 | Adam Rosen | Reviewed and analyzed court filings re: appeal. | Court Filings | 1.50 | 1,250.00 | $1,875.00 |
| 5/1/2025 | Laura Conn | Drafted 3rd Monthly Fee Application (March) and sent for review. | Fee / Employment Applications | 1.10 | 280.00 | $308.00 |
| 5/2/2025 | Adam Rosen | Reviewed and analyzed revised DIP budget. | Business Analysis / Operations | 1.90 | 1,250.00 | $2,375.00 |
| 5/3/2025 | Adam Rosen | Reviewed and analyzed budget to actual results. | Business Analysis / Operations | 3.10 | 1,250.00 | $3,875.00 |
| 5/5/2025 | Adam Rosen | Reviewed and analyzed administrative claims. | Claims Analysis and Objections | 1.10 | 1,250.00 | $1,375.00 |
| 5/6/2025 | Garo Khachikian | Email correspondences re: fee applications. | Fee / Employment Applications | 0.20 | 600.00 | $120.00 |
| 5/6/2025 | Adam Rosen | Reviewed and analyzed revised DIP budget. | Business Analysis / Operations | 2.20 | 1,250.00 | $2,750.00 |
| 5/7/2025 | Adam Rosen | Reviewed court filings re: confirmation. | Court Filings | 1.40 | 1,250.00 | $1,750.00 |
| 5/12/2025 | Adam Rosen | Reviewed and analyzed budget to actual results. | Business Analysis / Operations | 1.90 | 1,250.00 | $2,375.00 |
| 5/16/2025 | Adam Rosen | Reviewed and analyzed administrative claims. | Claims Analysis and Objections | 0.80 | 1,250.00 | $1,000.00 |
| 5/16/2025 | Adam Rosen | Reviewed and analyzed budget to actual results. | Business Analysis / Operations | 1.70 | 1,250.00 | $2,125.00 |
| 5/19/2025 | Adam Rosen | Reviewed and analyzed administrative claims. | Claims Analysis and Objections | 2.50 | 1,250.00 | $3,125.00 |
| 5/20/2025 | Adam Rosen | Reviewed liquidating trust agreement. | Business Analysis / Operations | 1.50 | 1,250.00 | $1,875.00 |

## **EXPENSE DETAILS**

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 5/6/2025 | Miscellaneous | PACER - Quarterly research fees. | $15.80 |
|  | **Total Expenses** |  | **$15.80** |