**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc.<br>d/b/a Just Health Foundation, *et al.*,[1]<br><br>                         Debtors. | Chapter 11<br><br>Case No. 24-12534 (JKS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

        I, James E. O'Neill, hereby certify that on the 3rd day of July, 2025, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Filing of Fee Application**

**Combined Fourth Monthly and Final Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the (I) Monthly Period from April 1, 2025 through May 22, 2025, and (II) Final Period from November 22, 2024 through May 22, 2025**

                                                                        */s/ James E. O'Neill*
                                                                        James E. O'Neill (Bar No. 4042)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); and (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

CarePoint – Fee App Service List
Case No. 24-12534 (JKS)
Doc. No. 4935-7446-6064
13 – Email

**Email**
(Counsel to the Official Committee of Unsecured Creditors)
Bradford J. Sandler, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Email:  bsandler@pszjlaw.com;
joneill@pszjlaw.com

**Email**
(Counsel to the Official Committee of Unsecured Creditors)
Andrew Sherman, Esq.
Boris Monkovetskiy, Esq.
Sills Cummins & Gross P.C.
One Riverfront Plaza
Newark, NJ  07102
Email:  asherman@sillscummis.com;
bmankovetskiy@sillscummis.com

**Email**
(Counsel to the Debtors)
Lawrence G. McMichael, Esq.
Peter C. Hughes, Esq.
Anne M. Aaronson, Esq.
Jack Small, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA  19102
Email:  lmcmichael@dilworthlaw.com;
phughes@dilworthlaw.com;
aaaronson@dilworthlaw.com;
jsmall@dilworthlaw.com

**Email**
(United States Trustee)
Jane M. Leamy, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
Email:  jane.m.leamy@usdoj.gov

**Email**
(Counsel to Bayonne Medical Center Opco, LLC)
Mohamed Nablusi, Esq.
Vincent Roldan, Esq.
Mason Allen, Esq.
Mandelbaum Barrett PC
3 Becker Farm Road
Roseland, NJ  07068
Email:  mnablusi@mblawfirm.com;
vroldan@mblawfirm.com;
mallen@mblawfirm.com

**Email**
(Counsel to Bayonne Medical Center Opco, LLC)
Scott D. Cousins, Esq.
Lewis Brisbois Bisgaard & Smith LLP
500 Delaware Ave, Suite 700
Wilmington, DE  19801
Email:  scott.cousins@lewisbrisbois.com