**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al.*, | Case No. 24-12534 (JKS) |
| Debtors | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the certification below, counsel moves for the admission *pro hac vice* of Paul R. DeFilippo, Esquire of Wollmuth Maher & Deutsch LLP, to represent Freehold Trust, Benego Ventures, LLC, Briar Hill Ventures, LLC, Pheasant Run Ventures, LLC, and Vivek Garipalli in this action.

Dated: July 24, 2025
Wilmington, Delaware

/s/ *William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:      (302) 295-0191
Email:          chipman@chipmanbrown.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: July 24, 2025

/s/ *Paul R. DeFilippo*
Paul R. DeFilippo, Esquire
**WOLLMUTH MAHER & DEUTSCH LLP**
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Email:      pdefilippo@wmd-law.com

**ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.