IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al., [1]<br><br>Debtors. | Chapter 11<br>Case No. 24-12534 (JKS)<br>(Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST AND FINAL APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF NOVEMBER 3, 2024 THROUGH AND INCLUDING MAY 22, 2025**

The undersigned hereby certifies that on July 3, 2025, Epiq Corporate Restructuring, LLC, administrative advisor for the Debtor (the "**Applicant**") filed its *First and Final Application for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of November 3, 2024 Through and Including May 22, 2025* [D.I. 1396] (the "**Final Application**"), in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

The undersigned further certifies that no answer, objection, or other responsive pleading to the Final Application has appeared on the Court's docket in this case. Pursuant to the notice filed with the Final Application, any objections or responses to the relief requested in the Final

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

#125138828v1

Application were to be filed and served by no later than July 24, 2025 at 4:00 P.M. (prevailing Eastern Time).

The Final Application was filed and served in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [Docket No. 248] (the "**Interim Compensation Order**") and rules applicable to the filing and service of a final fee application.

WHEREFORE, the Applicant respectfully requests that the Court enter an Order to be submitted separately addressing the final fee applications of all Debtor professionals.

| | |
|---|---|
| Dated: August 5, 2025 | **DILWORTH PAXSON LLP** |

/s/ Peter C. Hughes
Peter C. Hughes (DE 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone:   302-571-9800
Facsimile:    302-571-8875
Email:         phughes@dilworthlaw.com
           and
Lawrence G. McMichael (admitted *pro hac vice*)
Peter C. Hughes (DE 4180)
Anne M. Aaronson (admitted *pro hac vice*)
Jack Small (admitted *pro hac vice*)
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone:   (215) 575-7000
Facsimile:    (215) 754-4603
Email:         lmcmichael@dilworthlaw.com
Email:         phughes@dilworthlaw.com
Email:         aaaronson@dilworthlaw.com
Email:         jsmall@dilworthlaw.com

*Counsel for the Debtors*

#125138828v1