# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

In re:

CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,[1]

Debtors.

---

Chapter 11

Case No. 24-12534 (JKS)

(Jointly Administered)

## AMENDED[2] NOTICE OF AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON AUGUST 14, 2025 AT 11:00 A.M. (ET)[3]

> This proceeding will be conducted **in-person**.
> All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

[2] All amendments are highlighted in **Bold.**

[3] All motions and other pleadings referenced herein are available online at the following web address: https://dm.epiq11.com/CarePoint

1

## I.    CONTINUED MATTERS

**1.**    Debtors' Second Omnibus Motion for Entry of an Order Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases [Filed: 02/18/2025; D.I.708].

Related Documents:

A.   Order Approving Debtors' Second Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases Effective as of the Rejection Date [Filed: 04/07/2025; D.I. 1092].

B.   Order Approving Stipulation By and Between the Debtors and Access Information Management Corporation [Filed: 07/01/2025; D.I. 1382].

Objection Deadline:    March 4, 2025 at 4:00 p.m.

Responses:

C.   Objection and Reservation of Rights of Access Information Management Corporation to Debtors' Second Omnibus Motion for Entry of an Order Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases [Filed: 02/28/2025; D.I. 783].

D.   Objection by the FME Entities to Debtors' Second Omnibus Motion for Entry of an Order Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases [Filed: 03/04/2025; D.I. 817].

Status: This matter has been resolved with respect to Access through a Stipulation with respect to rejection of the Access contracts, which stipulation has been approved by the Court at D.I. 1382. As to FME only, the Debtors and FME have agreed to continue this matter.

**2.**    Application of Public Service Electric and Gas Company for Allowance and Immediate Payment of Administrative Expenses [Filed: 04/18/2025; D.I. 1191].

Related Documents:

A.   Amended Application of Public Service Electric and Gas Company for Allowance and Immediate Payment of Administrative Expenses [Filed: 06/20/2025; D.I. 1355].

Objection Deadline:   July 1, 2025 at 4:00 p.m.

Responses:

B. Debtors' Objection to Application of Public Service Electric and Gas Company for Allowance and Immediate Payment of Administrative Expenses [Filed: 05/09/2025; D.I. 1238].

Status: This matter has been continued to the next omnibus hearing date.

3. Application of SCG Capital Corporation for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and Request for Immediate Payment [Filed: 05/16/2025; D.I. 1278].

Related Documents:  None.

Objection Deadline: May 30, 2025 at 4:00 p.m.

Responses:

A. Debtors' Objection to Application of SCG Capital Corporation for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and Request for Immediate Payment [Filed: 05/30/2025; D.I. 1301].

B. Supplement to Application of SCG Capital Corporation for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and Request for Immediate Payment [Filed: 06/10/2025; D.I. 1325].

Status: The parties have entered into a settlement agreement which provides, *inter alia*, that the Application is stayed. Accordingly, the hearing on the Application is continued to a date to be determined.

4. Motion of Access Information Management Corporation for Allowance and Payment of Administrative Expense Claims [Filed: 06/13/2025; D.I. 1346].

Related Documents:  None.

Objection Deadline: June 27, 2025 at 4:00 p.m. The deadline was voluntarily extended to July 2, 2025.

Responses:

A. Objection of the Debtors to Motion of Access Information Management Corporation for Allowance and Payment of Administrative Expense Claims [Filed: 07/02/2025; D.I. 1386].

Status: This matter is being continued to a date to be determined.

5. Motion of Zimmer US, Inc. dba Zimmer Biomet for Allowance and Payment of Administrative Expense Claims [Filed: 06/23/2025; D.I. 1364].

Related Documents: None.

Objection Deadline: July 14, 2025 at 4:00 p.m. and voluntarily extended to July 21, 2025.

Responses: None.

Status: This matter has been continued to the next omnibus hearing date.

6. Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of K&L Gates LLP as Special Counsel for the Debtors, Effective as of the Petition Date [Filed: 05/14/2025; D.I. 1270].

Related Documents: None.

Objection Deadline: May 28, 2025 at 4:00 p.m. The deadline was voluntarily extended to May 29, 2025 at 4:00 p.m. for the U.S. Trustee only.

Responses:

A. Objection of the United States Trustee to Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of K&L Gates LLP as Special Counsel for the Debtors, Effective as of the Petition Date [Filed: 05/29/2025; D.I. 1300].

Status: This matter is continued to the next omnibus hearing date.

II. **UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O)**

7. Patient Care Ombudsman's Motion for Entry of an Order (I) Discharging Him Effective as of , 2025 and (II) Granting Related Relief [Filed: 07/01/2025; D.I. 1379].

Related Documents:

A. Certificate of No Objection to Patient Care Ombudsman's Motion for Entry of an Order (I) Discharging Him Effective as of , 2025 and (II) Granting Related Relief [Filed: 07/01/2025; D.I. 1465].

Objection Deadline: August 7, 2025 at 4:00 p.m.

Responses: None.

Status: A CNO has been filed. No hearing is necessary unless required by the Court.

### III. UNCONTESTED MATTERS WITH CERTIFICATE OF COUNSEL (COC)

8. Motion of Frank Carine and Joanne Carine, His Wife for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 05/21/2025; D.I. 1281].

    Related Documents:

    A. Certification of Counsel Regarding Frank and Joanne Carine's Motion for Relief from the Automatic Stay [Filed: 08/08/2025; D.I. 1460].

    B. Order Approving Stipulation by and between the Debtors and Frank and Joanne Carine Resolving Motion for Relief from the Automatic Stay [Filed: 08/08/2025; D.I. 1462].

    Objection Deadline: June 5, 2025 at 4:00 p.m. and extended to August 7, 2025 at 4:00 p.m.

    Responses: None.

    Status: An Order has been entered. This matter will not go forward.

9. Motion of Saint Peter's University Hospital for an Order (A) Granting Request for Allowance and Payment of Administrative Expense Claim and (B) Fixing Deadline for the Debtors to Assume or Reject Exclusive Services Agreement or, in the Alternative, Granting Relief from the Automatic Stay [Filed: 12/13/2024; D.I. 300].

    Related Documents:

    A. **Certification of Counsel Regarding Stipulation by and between the Debtors and St. Peters University Hospital [Filed: 8/13/2025; D.I. 1471].**

    B. **Order Approving Stipulation by and between the Debtors and St. Peters University Hospital [Filed: 8/13/2025; D.I. 1472].**

    Objection Deadline: December 27, 2024 at 4:00 p.m. (ET)

Objections Received:

C.  Debtors' Limited Objection to Saint Peter's University Hospital's Motion for Entry of an Order (A) Granting Request for Allowance and Payment of Administrative Expense Claim and (B) Fixing Deadline for the Debtors to Assume or Reject Exclusive Services Agreement or, in the Alternative, Granting Relief from the Automatic Stay [Filed: 12/27/2024; D.I. 372].

Status:   **An Order has been entered. This matter will not go forward.**

## IV.   FINAL FEE APPLICATIONS

**10.**   Interim Fee Applications (as identified on **Exhibit A** hereto).

Related Documents:

A.  **Certification of Counsel regarding Omnibus Order Granting Interim and Final Applications for Compensation for Services Rendered and Reimbursement of Expenses of Professionals [Filed: 8/13/2025; D.I. 1469].**

B.  **Omnibus Order Granting Interim and Final Applications for Compensation for Services Rendered and Reimbursement of Expenses of Professionals [Filed: 8/13/2025; D.I. 1473].**

Objection Deadline:  See **Exhibit A**.

Objections Received:  See **Exhibit A**.

Status:  The Sills Cummis fee application is contested.  An Order has been entered as to all other fee applications.  See Exhibit A for further information regarding fee applications.

## V.   CONTESTED MATTERS

**11.**   Amended Motion of VRC Companies, LLC (I) Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(B)(1)(A) and (II) Requesting an Order Directing the Debtors to Comply with 11 U.S.C. § 351 as to the Disposal of Patient Medical Records [Filed: 06/23/2025; D.I. 1363].

 Related Documents:  None.

Objection Deadline: July 1, 2025 at 4:00 p.m.

Responses:

    A.    Debtors' Objection to Amended Motion of VRC Companies, LLC (I) Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and (II) Requesting an Order Directing the Debtors to Comply with 11 U.S.C. § 351 as to the Disposal of Patient Medical Records [Filed: 07/01/2025; D.I. 1378].

    B.    Reply in Support of the Amended Motion of VRC Companies, LLC (I) Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and (II) Requesting an Order Directing the Debtors to Comply with 11 U.S.C. § 351 as to the Disposal of Patient Medical Records [Filed: 07/03/225; D.I. 1392].

**Status: The parties have agreed to continue this matter to the next omnibus hearing date.**

12.    Motion of Samuel E. Mapp, M.D. for Retroactive Annulment and Prospective Relief from the Automatic Stay and Injunctive Provisions of Debtors' Joint Chapter 11 Plan of Reorganization [Filed: 07/01/2025; D.I. 1374].

    Related Documents:

    A.    Affidavit of Diane E. Peyser, Esquire in Support of Motion of Samuel E. Mapp, M.D. for Retroactive Annulment and Prospective Relief from Automatic Stay and Plan Injunction [Filed: 07/01/2025; D.I. 1375].

    Objection Deadline: July 22, 2025 at 4:00 p.m. and voluntarily extended to July 23, 2025.

    Responses:

    B.    Debtor's Objection to Samuel E. Mapp, M.D.'s Motion for Retroactive Annulment and Prospective Relief from Automatic Stay and Injunctive Provisions of Debtors' Joint Chapter 11 Plan of Reorganization [Filed: 07/23/2025 D.I. 1442]

    Status: This matter will go forward.

13.    Vijayant Singh's Motion for Relief from the Automatic Stay [Filed: 07/17/2025; D.I. 1435].

    Related Documents:  None.

    Objection Deadline: August 7, 2025 at 4:00 p.m.

Responses:

A.    Debtors' Objection to Dr. Vijayant Singh's Motion for Relief from Automatic Stay [Filed: 08/06/2025; D.I. 1457].

**Status: The parties are working to resolve this motion and have agreed to continue this matter to the next omnibus hearing date.**


Dated: August 13, 2025        **DILWORTH PAXSON LLP**

/s/ Peter C. Hughes
Peter C. Hughes (DE 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone:   302-571-9800
Facsimile:   302-571-8875
Email:   phughes@dilworthlaw.com

and

Lawrence G. McMichael (admitted *pro hac vice*)
Peter C. Hughes (DE 4180)
Anne M. Aaronson (admitted *pro hac vice*)
Jack Small (admitted *pro hac vice*)
1650 Market St., Suite 1200
Philadelphia, PA 19103
Telephone:   (215) 575-7000
Facsimile:   (215) 754-4603
Email:   lmcmichael@dilworthlaw.com
Email:   phughes@dilworthlaw.com
Email:   aaaronson@dilworthlaw.com
Email:   jsmall@dilworthlaw.com

*Counsel for the Debtors*

## **AMENDED[4] EXHIBIT A**

[Index of Interim Fee Applications]

**1.** Second Interim and Final Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the Period February 1, 2025 through May 22, 2025 [Filed: 07/03/2025; D.I. 1398].

   Related Documents:

   A. Fourth Monthly Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the Period February 1, 2025 through February 28, 2025 [Filed: 03/27/2025; D.I. 1037].

   B. Certification of No Objection Regarding Fourth Monthly Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the Period February 1, 2025 through February 28, 2025 [Filed: 04/22/2025; D.I. 1197].

   C. Fifth Monthly Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the Period March 1, 2025 through March 31, 2025 [Filed: 05/08/2025; D.I. 1236].

   D. Certification of No Objection Regarding Fifth Monthly Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the Period March 1, 2025 through March 31, 2025 [Filed: 05/30/2025; D.I. 1303].

   E. Sixth Monthly Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the Period April 1, 2025 through April 30, 2025 [Filed: 05/30/2025; D.I. 1302].

   F. Certification of No Objection Regarding Sixth Monthly Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the Period April 1, 2025 through April 30, 2025 [Filed: 06/23/2025; D.I. 1362].

   G. Seventh Monthly Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the Period May 1, 2025 through May 22, 2025 [Filed: 06/30/2025; D.I. 1372].

---

[4] All amendments from the fee binder previously submitted to the Court are highlighted in **Bold**.

#125148757v1                                    1

    H.    Certificate of No Objection Regarding the Seventh Monthly Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtors for the Period May 1, 2025 through May 22, 2025 [Filed: 07/22/2025; D.I. 1439].

Objection Deadline:  July 24, 2025 at 4:00 p.m.

Objections Received:   None.

Status: **An Order has been entered. This matter will not go forward.**

**2.**    Second Interim and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from November 20, 2024 through May 22, 2025 [Filed: 07/07/2025; D.I. 1403].

Related Documents:

    A.    Third Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from February 1, 2025 through February 28, 2025 [Filed: 04/21/2025; D.I. 1194].

    B.    Fourth Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from March 1, 2025 through March 31, 2025 [Filed: 04/22/2025; D.I. 1199].

    C.    Certification of No Objection Regarding Third Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from February 1, 2025 through February 28, 2025 [Filed: 05/12/2025; D.I. 1241].

    D.    Certification of No Objection Regarding Fourth Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from March 1, 2025 through March 31, 2025 [Filed: 05/13/2025; D.I. 1268].

Objection Deadline: July 28, 2025 at 4:00 p.m.

Objections Received:   None.

Status:  **An Order has been entered. This matter will not go forward.**

3.  Combined Fourth Monthly and Final Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from November 22, 2024 through May 22, 2025 [Filed: 07/03/2025; D.I. 1400].

    Related Documents:

    A.  Second Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from February 1, 2025 through February 28, 2025 [Filed: 04/03/2025; D.I. 1080].

    B.  Certification of No Objection Regarding Second Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from February 1, 2025 through February 28, 2025 [Filed: 04/25/2025; D.I. 1204].

    C.  Third Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from March 1, 2025 through March 31, 2025 [Filed: 05/08/2025; D.I. 1234].

    D.  Certification of No Objection Regarding Third Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from March 1, 2025 through March 31, 2025 [Filed: 06/02/2025; D.I. 1305].

    E.  **Certification of No Objection Regarding Combined Fourth Monthly and Final Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor To The Official Committee of Unsecured Creditors, for the (I) Monthly Period From April 1, 2025 through May 22, 2025, and (II) Final Period from November 22, 2024 through May 22, 2025 [Filed: 08/12/2025; D.I. 1467].**

    Objection Deadline:  July 24, 2025 at 4:00 p.m.

    Objections Received:  None.

    Status:  **An Order has been entered. This matter will not go forward.**

4.  Final Application of Sills Cummis & Gross, P.C., for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the

Official Committee of Unsecured Creditors for the Period from November 20, 2024 through May 22, 2025 [Filed: 07/3/2025; D.I. 1401].

Related Documents:

A. Fourth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2025 through February 28, 2025 [Filed: 04/21/2025; D.I. 1195].

B. Certification of No Objection Regarding Fourth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2025 through February 28, 2025 [Filed: 05/12/2025; D.I. 1242].

C. Fifth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from March 1, 2025 through March 31, 2025 [Filed: 05/12/2025; D.I. 1240].

D. Certification of No Objection Regarding Fifth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from March 1, 2025 through March 31, 2025 [Filed: 06/03/2025; D.I. 1306].

E. Sixth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2025 through April 30, 2025 [Filed: 07/01/2025; D.I. 1381].

F. Seventh Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2025 through May 22, 2025 [Filed: 07/02/2025; D.I. 1385].

G. Certification of No Objection Regarding Sixth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2025 through April 30, 2025 [Filed: 07/24/2025; D.I. 1443].

H. Certification of No Objection Regarding Seventh Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official

        Committee of Unsecured Creditors for the Period from May 1, 2025 through May 31, 2025 [Filed: 07/24/2025; D.I. 1448].

    Objection Deadline: July 24, 2025 at 1:00 p.m.

    Objections Received:

    I.    Freehold Entities' Objection to Final Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from November 20, 2024 through May 22, 2025 [Filed: 07/24/2025; D.I. 1445].

    J.    Reply of Sills Cummis Gross P.C. in Support of its Final Fee Application and in Response to the Freehold Entities Objection [Filed: 07/24/2025; D.I. 1463].

    K.    **Notice of Amended Exhibit A to Reply of Sills Cummis & Gross P.C. in Support of Its Final Fee Application and In Response to the Freehold Entities' Objection [Filed: 8/13/25; D.I. 1470]**

    Status: The United States Trustee has made informal comments with respect to this Fee Application and those comments have been resolved. The Court has raised issues with respect to this Fee Application and Sills is currently working to resolve those issues. **This matter is going forward as to those issues and the Objection of the Freehold Entities.**

**5.**    Combined Seventh Monthly and Final Application of Ankura Consulting Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors for the (I) Monthly Period of May 1, 2025 through May 22, 2025 and (II) Final Period from November 3, 2024 through May 22, 2025 [Filed: 07/07/2025; D.I. 1406].

    Related Documents:

    A.    Fourth Monthly Application of Ankura Consulting Group, LLC for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors for the Period February 1 2025 through February 28, 2025 [Filed: 05/02/2025; D.I. 1215].

    B.    Certification of No Objection Regarding Fourth Monthly Application of Ankura Consulting Group, LLC for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors [Filed: 05/29/2025; D.I. 1296].

    C.    Fifth Monthly Application of Ankura Consulting Group, LLC for Services Rendered and Reimbursement of Expenses as Financial Advisor for the

        Debtors for the Period March 1, 2025 through March 31, 2025 [Filed: 05/21/2025; D.I. 1282].

    D.    Certification of No Objection Regarding Fifth Monthly Application of Ankura Consulting Group, LLC for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors [Filed: 06/16/2025; D.I. 1347].

    E.    Sixth Monthly Application of Ankura Consulting Group, LLC for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors for the Period April 1, 2025 through April 30, 2025 [Filed: 06/06/2025; D.I. 1318].

    F.    Certification of No Objection Regarding Sixth Monthly Application of Ankura Consulting Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors [Filed: 07/01/2025; D.I. 1373].

    G.    Certification of No Objection Regarding Seventh Monthly and Final Application of Ankura Consulting Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors for the (I) Monthly Period of May 1, 2025 through May 22, 2025 and (II) Final Period from November 3, 2024 through May 22, 2025 [Filed: 08/05/2025; D.I. 1452].

Objection Deadline: July 28, 2025 at 4:00 p.m.

Objections Received: None.

Status: **An Order has been entered. This matter will not go forward.**

**6.**    First Interim and Final Application of Epiq Corporate Restructuring, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period November 3, 2024 through and Including May 22, 2025 [Filed: 07/03/2025; D.I. 1396].

Related Documents:

    A.    Certification of No Objection Regarding First and Final Application of Epiq Corporate Restructuring, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period November 3, 2024 through and Including May 22, 2025 [Filed: 08/05/2025; D.I. 1453].

Objection Deadline: July 24, 2025 at 4:00 p.m.

Objections Received: None.

    Status: A certificate of no objection has been filed. No hearing is necessary unless required by the Court.

**7.** First and Final Application of Gibbons P.C. as Counsel to David N. Crapo, Patient Care Ombudsman, Appointed Pursuant to Section 333 of the Bankruptcy Code, for Allowance and Final Approval of Compensation and Reimbursement of Expenses [Filed: 07/03/2025; D.I. 1397].

    Related Documents:

    A. **Supplemental Declaration in Support of Application of Gibbons P.C. as Counsel to David N. Crapo, Patient Care Ombudsman, Appointed Pursuant to Section 333 of the Bankruptcy Code, for Allowance and Final Approval of Compensation and Reimbursement of Expenses [Filed 08/12/2025; D.I. 1468].**

    Objection Deadline: July 24, 2025 at 4:00 p.m.

    Objections Received: None.

    Status: **An Order has been entered. This matter will not go forward.**

**8.** First and Final Application of David N. Crapo, Patient Care Ombudsman, Appointed Pursuant to Section 333 of the Bankruptcy Code, for Allowance and Final Approval of Compensation and Reimbursement of Expenses [Filed: 07/03/2025; D.I. 1399].

    Related Documents:

    A. Certificate of No Objection to Application of David N. Crapo, Patient Care Ombudsman, Appointed Pursuant to Section 333 of the Bankruptcy Code, for Allowance and Final Approval of Compensation and Reimbursement of Expenses [Filed: 08/11/2025; D.I. 1464].

    Objection Deadline: July 24, 2025 at 4:00 p.m.

    Objections Received: None.

    Status: **An Order has been entered. This matter will not go forward.**