## SIGN-IN SHEET

| CASE NAME   CarePoint Health Systems, Inc. | COURTROOM #5 |
|---|---|
| CASE NUMBER:  24-12534 JKS | DATE: 8/14/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Anne Aaronson | Dilworth | Debtors |
| Boris Mankovetskiy | Sills Cummins & Gross P.C. | Official Committee of Unsecured Creditors |
| Andrew Sherman | " | " |
| Peter Keane | Pachulski Stang Ziehl & Jones | " |
| Elihu Allinson | Sullivan Hazeltine Allinson, LLC | Samuel E. Mapp, M.D. (Present in courtroom) |
| Paul DeFlippo | Wollmuth Maher & Deutsch | Freehold Trust, Bergen Ventures Bhau Hilltop |
| Mark Oliver | Chipman Brown Cicero & Cohn | Phrased Run Ventures + Vivek Garipala " |
| Peter Hughes | Dilworth Paxson | Debtors |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SIGN-IN SHEET**

| CASE NAME   CarePoint Health Systems, Inc. | COURTROOM #5 |
|---|---|
| CASE NUMBER:  24-12534 JKS | DATE: 8/14/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jane Leamy | US Trustee | US Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## 11:00 AM

**24-12534-JKS CarePoint Health Systems, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|-------|------|--------------|------|-----|-------------|
| Scott D. Cousins | Lewis Brisbois | | 11:00 AM | Audio Only | yes |
| Christopher M. Donnelly | Morris James LLP | Vijayant Singh, M.D. | 11:00 AM | Zoom(Video and Audio) | yes |
| Clara E Geoghegan | Law360 | | 11:00 AM | Audio Only | no |
| Taylor Harrison | | | 11:00 AM | Audio Only | no |
| Robert C. Iannaccone | NJ DEpt of Health | NJDOH | 11:00 AM | Zoom(Video and Audio) | yes |
| Harold D. Israel | Levenfeld Pearlstein, LLC. | Maple Healthcare, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Mohamed H. Nabulsi | Mandelbaum Barrett PC | Hudson Regional Hospital | 11:00 AM | Zoom(Video and Audio) | yes |
| James O'Neill | Pachulski Stang Ziehl & Jones LLP | 24-12534 | 11:00 AM | Zoom(Video and Audio) | yes |
| Jeffrey R. Waxman | Morris James LLP | Vijayant Singh, M.D. | 11:00 AM | Zoom(Video and Audio) | yes |
| Sean Patrick Williams | Levenfeld Pearlstein, LLC | Maple Healthcare, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Alex Wittenberg | Law360 | | 11:00 AM | Audio Only | no |
| David Zubkis | | | 11:00 AM | Audio Only | no |