# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 1455 – 1457** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 6, 2025, I caused to be served the:

   a. "Eighth Monthly Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Practice Group Debtors for the Period June 1, 2025 Through June 30, 2025," dated August 6, 2025 [Docket No. 1455], (the "Dilworth Application"),

   b. "Order Approving Stipulation by and Between the Debtors and Mary Padrone Regarding Limited Relief from the Plan Injunction to Continue Pending Litigation," dated August 6, 2025 [Docket No. 1456], (the "Padrone Order"), and

   c. "Debtors' Objection to Dr. Vijayant Singh's Motion for Relief from Automatic Stay," dated August 6, 2025 [Docket No. 1457], (the "Singh Objection"),

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

by causing true and correct copies of the:

i. Padrone Order and Singh Objection to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

ii. Padrone Order and Singh Objection to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

iii. Dilworth Application to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, and

iv. Singh Objection to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<i>/s/ Andrea Speelman</i><br>
Andrea Speelman

**EXHIBIT A**

CAREPOINT HEALTH SYSTEMS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CORRADO & MARTELLA PC | (COUNSEL TO HG REALTY LLC) ATTN: NICHOLAS P. CORRADO, ESQ 921 SUMMIT AVENUE JERSEY CITY NJ 07307 |
| CORRADO & MARTELLA PC | (COUNSEL TO KEYSTONE PERFUSION SVCS) ATTN: NICHOLAS P. CORRADO, ESQ 921 SUMMIT AVENUE JERSEY CITY NJ 07307 |
| DELAWARE SECRETARY OF STATE | JOHN G TOWNSEND BLDG 401 FEDERAL ST, STE 3 DOVER DE 19901 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD. SUITE 100 DOVER DE 19904 |
| NEW JERSEY DEPARTMENT OF HUMAN SERVICES | 222 S. WARREN ST TRENTON NJ 08625 |
| STATE OF NEW JERSEY DEPT OF HUMAN SERVICES | PO BOX 700 TRENTON NJ 08625-0700 |

**Total Creditor count: 6**

**EXHIBIT B**

Case 24-12534-JKS    Doc 1503    Filed 08/20/25    Page 6 of 12

CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al., Case No. 24-12534 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| ASHBY & GEDDES, PA. | RPalacio@ashbygeddes.com |
| BASS, BERRY & SIMS PLC | pjennings@bassberry.com; eal-nimri@bassberry.com; sara.morgan@bassberry.com |
| BAYARD, P.A. | nglassman@bayardlaw.com; ejohnson@bayardlaw.com; ariches@bayardlaw.com |
| BAYONNE MEDICAL CENTER OPCO LLC | vroldan@mblawfirm.com |
| BIELLI & KLAUDER, LLC | DKLAUDER@BK-LEGAL.COM |
| BROWN MCGARRY NIMEROFF LLC | jnimeroff@brownnimeroff.com |
| CAPITALA PRIVATE ADVISORS, LLC | jalala@capitalagroup.com; sarnall@capitalagroup.com |
| CHIPMAN BROWN CICERO & COLE LLP | root@chipmanbrown.com; chipman@chipmanbrown.com |
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; mwoods@cwsny.com; mstolz@cwsny.com |
| COLE SCHOTZ P.C. | jdougherty@coleschotz.com; msirota@coleschotz.com; rjareck@coleschotz.com |
| COMMITTEE OF INTERNS AND RESIDENTS | chull@cirseiu.org |
| Committee of Interns and Residents SEIU | chull@cirseiu.org |
| COUNTY OF HUDSON | Dkenny@hcnj.us |
| COZEN O'CONNOR | jcarroll@cozen.com; rdellosa@cozen.com |
| CROSS & SIMON, LLC | csimon@crosslaw.com |
| DAVIS, MALM & D'AGOSTINE, P.C. | Apanebianco@davismalm.com |
| DEHAAN & BACH L.P.A. | michaelb@dehaan-bach.com |
| DORSEY & WHITNEY (DELAWARE) LLP | schnabel.eric@dorsey.com; glorioso.alessandra@dorsey.com |
| DUANE MORRIS LLP | ljkotler@duanemorris.com |
| EARP COHN P.C. | rschlaifer@earpcohn.com; AEtish@earpcohn.com |
| EPSTEIN BECKER & GREEN, P.C. | wmarcari@ebglaw.com; jflynn@ebglaw.com; RCochran@ebglaw.com |
| FLEISCHER, FLEISCHER & SUGLIA P.C. | nsuglia@fleischerlaw.com |
| FORMAN HOLT | mholt@formanlaw.com |
| GIBBONS P.C. | kearle@gibbonslaw.com; mconlan@gibbonslaw.com; dcrapo@gibbonslaw.com |
| GIORDANO, HALLERAN & CIESLA, P.C. | dcampbell@ghclaw.com; cschroeder@ghclaw.com |
| Health Professionals & Allied Employees AFT-AFL/CIO | dwhite@hpae.org |
| INTERNAL REVENUE SERVICE | VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV |
| INTERNAL REVENUE SERVICE | GREGORY.S.MOXLEY@IRS.GOV |
| KLESTADT WINTERS JURELLER SOUTHARD | fstevens@klestadt.com |
| KUTAK ROCK LLP | lisa.peters@kutakrock.com |
| LAW OFFICE OF MITCHELL J MALZBERG ESQ | mmalzberg@mjmalzberglaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN ESQ | skaufman@skaufmanlaw.com |
| LEVENFELD PEARLSTEIN, LLC | SWILLIAMS@LPLEGAL.COM; HISRAEL@LPLEGAL.COM |
| LOIZIDES P.A. | loizides@loizides.com |

Case 24-12534-JKS    Doc 1503    Filed 08/20/25    Page 7 of 12

CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al., Case No. 24-12534 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| LOWENSTEIN SANDLER LLP | Abehlmann@lowenstein.com; mpapandrea@lowenstein.com |
| MANDELBAUM BARRETT PC | vroldan@mblawfirm.com |
| MAPLE HEALTHCARE, LLC | info@maplehealthgroup.com |
| MAURICE, WUTSCHER, LLP | ahochheiser@mauricewutscher.com |
| MCMANIMON, SCOTLAND & BAUMANN LLC | splacona@msbnj.com |
| Medely, Inc. | bankruptcy@medely.com |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C | andersond@millercanfield.com |
| MOORE & VAN ALLEN PLLC | alanpope@mvalaw.com; gabrielmathless@mvalaw.com; matthewtaylor@mvalaw.com |
| NEW JERSEY DEPT OF HEALTH | robert.iannaccone@doh.nj.gov |
| Nurse Staffing, LLC d/b/a Nurses 24/7 | kmaleck@exchange.nurses247.com; alazar@siercapital.com |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.ECFBANKRUPTCY@USDOJ.GOV; |
| OFFICE OF THE UNITED STATES TRUSTEE | Jane.M.Leamy@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; joneill@pszjlaw.com |
| PASHMAN STEIN WALDER HAYDEN P.C. | agambale@pashmanstein.com; dalvarez@pashmanstein.com; leisenberg@pashmanstein.com; jweiss@pashmanstein.com; rriley@pashmanstein.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | raparisi@pbnlaw.com |
| Public Service Electric and Gas Company | alexandra.grant@pseg.com |
| RABINOWITZ, LUBETKIN & TULLY L.L.C | JRabinowitz@rltlawfirm.com; JLubetkin@rltlawfirm.com; hkarwowski@rltlawfirm.com |
| REED SMITH LLP | kgwynne@reedsmith.com; ccapp@reedsmith.com; bchapple@reedsmith.com; pmoak@reedsmith.com; tsierra@reedsmith.com |
| RIKER DANZIG LLP | jschwartz@RIKER.com; tschellhorn@RIKER.com |
| ROYER COOPER COHEN BRAUNFELD LLC | MSkapof@rccblaw.com |
| SAUL EWING LLP | monique.disabatino@saul.com; john.demmy@saul.com; nicholas.smargiassi@saul.com |
| SECURITIES & EXCHANGE COMMISSION | Chair@sec.gov |
| SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com; JSignor@goodwin.com |
| Sierra Health Group LLC | rdovgala@sierrahealth.net |
| SILLS CUMMIS & GROSS P.C. | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| Sodexo, Inc. & Affiliates | amelia.davis@sodexo.com |
| STARK & STARK P.C. | jlemkin@stark-stark.com |
| STATE OF NEW JERSEY DIVISION OF TAXATION | TAXATION.BANKRUPTCY@TREAS.NJ.GOV |
| STRADLEY, RONON, STEVENS & YOUNG LLP | jmmurphy@stradley.com |
| SULLIVAN HAZELTINE ALLINSON LLC | zallinson@sha-llc.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |
| TYDINGS & ROSENBERG LLP | sgerald@tydings.com; jselba@tydings.com |

CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al., Case No. 24-12534 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| VARNUM LLP | bgbest@varnumlaw.com |
| WARSHAW BURSTEIN LLP | msiegel@wbny.com; ahack@wbny.com; mmarcucci@wbny.com |
| WILSON SONSINI GOODRICH & ROSATI P.C. | hlambert@wsgr.com |
| WINDELS MARX LANE & MITTENDORF LLP | eperal@windelsmarx.com |
| WOLLMUTH MAHER & DEUTSCH LLP | pdefilippo@wmd-law.com; jpacelli@wmd-law.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | marcy.smith@wbd-us.com; matthew.ward@wbd-us.com; ahack@wbny.com; mmarcucci@wbny.com; msiegel@wbny.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | mlunn@ycst.com; rpoppiti@ycst.com; bankfilings@ycst.com |

**EXHIBIT C**

CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al., Case No. 24-12534 (JKS)
Electronic Mail Service List - Fee Application

| Notice Party | Email Address |
|---|---|
| Dilworth Paxson LLP | lmcmichael@dilworthlaw.com; phughes@dilworthlaw.com; aaaronson@dilworthlaw.com; jsmall@dilworthlaw.com |
| Office of the United States Trustee for the District of Delaware | jane.m.leamy@usdoj.gov |
| Mandelbaum Barrett PC | mnabulsi@mblawfirm.com; vroldan@mblawfirm.com; mallen@mblawfirm.com |
| Sills Cummins & Gross P.C. | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |

**EXHIBIT D**

CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al., Case No. 24-12534 (JKS)
Electronic Mail Additional Service List

| Notice Party | Email Address |
| --- | --- |
| MORRIS JAMES LLP | jwaxman@morrisjames.com; cdonnelly@morrisjames.com |