**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SERVICE OF (1) ACCESS INFORMATION MANAGEMENT CORPORATION'S ANSWERS TO CAREPOINT HEALTH SYSTEMS INC. D/B/A JUST HEALTH FOUNDATION, ET AL.'S FIRST SET OF INTERROGATORIES AND (2) ACCESS INFORMATION MANAGEMENT CORPORATION'S ANSWERS AND OBJECTIONS TO CAREPOINT HEALTH SYSTEMS INC. D/B/A/ JUST HEALTH FOUNDATION, ET AL.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ACCESS INFORMATION MANAGEMENT CORPORATION**

I, John D. Demmy, hereby certify that on August 21, 2025, a true and correct copy of the following documents were served via Electronic Mail on the parties on the attached service list.

1. Access Information Management Corporation's First Set of Interrogatories Directed to CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.; and

2. Access Information Management Corporation's First Set of Requests for the Production of Documents Directed to CarePoint Health Systems Inc. d/b/a/ Just Health Foundation, et al.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint HealthHoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii)Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint HealthBayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

Dated: August 21, 2025 **SAUL EWING LLP**

By: */s/ John D. Demmy*
John D. Demmy (Bar No. 2802)
Jennifer M. Becnel-Guzzo (Bar No. 4492)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Email: john.demmy@saul.com
       jennifer.becnel-guzzo@saul.com

*Attorneys for Access Information Management Corporation*

## Service List

Peter C. Hughes, Esquire
Dilworth Paxson LLP
800 N. King Street, Suite 202
Wilmington, DE 19801
phughes@dilworthlaw.com

Anne M. Aaronson, Esquire
Jack Small, Esquire
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA  19102
aaaronson@dilworthlaw.com
jsmall@dilworthlaw.com

56099169.1 08/21/2025