# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CarePoint Health Systems, Inc. d/b/a Just Health Foundation, *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 1364** |

## NOTICE OF WITHDRAWAL OF MOTION OF ZIMMER US, INC. DBA ZIMMER BIOMET FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that Zimmer US, Inc. dba Zimmer Biomet, together with its subsidiaries and affiliates, by and through its undersigned counsel, hereby withdraws the *Motion of Zimmer US, Inc. dba Zimmer Biomet for Allowance and Payment of Administrative Expense Claim* filed on June 23, 2025, at Docket No. 1364.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Eve green Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

Dated: August 26, 2025

                    **FAEGRE DRINKER BIDDLE & REATH LLP**

                    <u>*/s/ Sarah E. Silveira*</u>
                    Sarah E. Silveira (No. 6580)
                    222 Delaware Ave. Suite 1410
                    Wilmington, DE  19801
                    Tel:  (302) 467-4200
                    Fax:  (302) 467-4201
                    sarah.silveira@faegredrinker.com

                    Michael T. Gustafson
                    320 South Canal Street, Suite 3300
                    Chicago, IL 60606
                    Tel:  (312) 569-1000
                    Fax:  (312) 569-3000
                    mike.gustafson@faegredrinker.com

                    *Counsel for Zimmer US, Inc. dba Zimmer Biomet*