## SIGN-IN SHEET

| CASE NAME CarePoint Health Systems, Inc | COURTROOM #5 |
|---|---|
| CASE NUMBER: 25-12534 JKS | DATE: 9/9/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Loizides | Loizides, P.A. | VRC Companies, LLC |
| Ken Clark | VRC Companies LLC | VRC Companies LLC |
| Boris Mankovetskiy | Sills | Litigation Trustee |
| Martin Weis | Dilworth | Debtor |
| Anne Aaronson | " | Debtor |
| Douglas Candeub | Morris James LLP | Fresenius Med. Entities |
| Jane Leamy | US Trustee | US Trustee |
| James O'Neill | PSZJ | Litigation Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |

## 1:00 PM

**24-12534-JKS CarePoint Health Systems, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Uday Gorrepati | | | 1:00 PM | Audio Only | no |
| Taylor Harrison | Media | | 1:00 PM | Audio Only | no |
| Robert C. Iannaccone | NJ DEpt of Health | NJDOH | 1:00 PM | Zoom(Video and Audio) | yes |
| James O'Neill | Pachulski Stang Ziehl & Jones LLP | Litigation Trustee | 1:00 PM | Zoom(Video and Audio) | yes |
| Michael Tomback | legalteam@octus.com | legalteam@octus.com | 1:00 PM | Audio Only | no |
| Christine Tomlin | Dilworth Paxson LLP | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Jeffrey R. Waxman | Morris James LLP | Vijayant Singh | 1:00 PM | Zoom(Video and Audio) | yes |