# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1]<br><br>     Debtors. | Chapter 11<br>Bankr. Case No. 24-12534 (JKS)<br>(Jointly Administered)<br><br>**Re: D.I. 1363; 1378; 1392; 1550** |

### ORDER REGARDING AMENDED MOTION OF VRC COMPANIES, LLC (I) REQUESTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(1)(A) AND (II) REQUESTING AN ORDER DIRECTING THE DEBTORS TO COMPLY WITH 11 U.S.C. § 351 AS TO THE DISPOSAL OF PATIENT MEDICAL RECORDS

On Certification of Counsel with respect to the *Amended Motion of VRC Companies, LLC (I) Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and (II) Requesting an Order Directing the Debtors to Comply with 11 U.S.C. § 351 as to the Disposal of Patient Medical Records* (the "Amended Motion"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157 and the standing order of reference of the District Court; and this Court having found that the notice given by VRC[2] of the Motion was good and sufficient;

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Eve green Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health- Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Amended Motion.

IT IS HEREBY ORDERED THAT:

1. On or before September 30, 2025, the Debtors shall pay VRC $68,229.59.

2. Payment by the Debtors in accordance with this Order shall be in full satisfaction of (i) the Debtors' obligation to pay for storage charges from July 1, 2025 through and including September 30, 2025.

3. Except as otherwise expressly stated herein, the Parties reserve all of their respective rights, claims and defenses including, without limitation, the following:

   a. VRC's request that Debtors comply with their obligations under 11 U.S.C. § 351;

   b. Storage charges for any period after September 30, 2025.

   c. Charges associated with (i) the retrieval – access out of any records from storage in addition to either: (A) the destruction of any records, or (B) the permanent removal of any records; and (ii) VRC's performance of any other services on or after April 30, 2025, other than post-petition storage charges for the period before September 30, 2025.

4. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: October 8th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE