# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x

In re:

CarePoint Health Systems Inc. d/b/a Just Health
Foundation, et al., [1]

                           Debtors.

-------------------------------------------------------------- x

: Chapter 11
:
: Case No. 24-12534 (JKS)
:
: (Jointly Administered)
:
:
:
:

## NOTICE OF AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON APRIL 1, 2026 AT 10:00 A.M. (ET)[2]

> This proceeding will be conducted **in-person**.
> All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.
> Please refer to Judge Stickles' Chambers Procedures
> (https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website
> (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

[2] All motions and other pleadings referenced herein are available online at the following web address: https://dm.epiq11.com/CarePoint

## I.    CONTINUED MATTERS

**1.**    Application of SCG Capital Corporation for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and Request for Immediate Payment [Filed: 05/16/2025; D.I. 1278].

Related Documents:   None.

Status: Objection Deadline: May 30, 2025 at 4:00 p.m.

Status: Responses:

A.    Debtors' Objection to Application of SCG Capital Corporation for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and Request for Immediate Payment [Filed: 05/30/2025; D.I. 1301].

B.    Supplement to Application of SCG Capital Corporation for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and Request for Immediate Payment [Filed: 06/10/2025; D.I. 1325].

Status: The parties have entered into a settlement agreement which provides, *inter alia*, that the Application is stayed.  Accordingly, the hearing on the Application is continued to a date to be determined.

## II.    MATTERS UNDER CERTIFICATION OF COUNSEL ("C.O.C.")

**2.**    Debtors' First (Non-Substantive) Omnibus Objection to Certain (I) Duplicate Claims, (II) Superseded Claims, and (III) Late Filed Claims [Filed: 11/18/2025; D.I. 1604].

Related Documents:

A.    Notice of Submission of Copies of Proofs of Claim Regarding the Debtors' First and Second Omnibus Objection to Claims [Filed: 01/08/2026; D.I. 1669].

B.    Order Granting Debtors' First (Non-Substantive) Omnibus Objection to Certain (I) Duplicate Claims, (II) Superseded Claims, and the (III) Late Filed Claims [Filed: 01/30/2026; D.I. 1698].

C.    Certification of Counsel Regarding Stipulation and Agreed Order (I) Reclassifying Claim of Shift Capital, Inc. Against CarePoint Systems, Inc. and (II) Preserving Rights Against Non-Debtors [Filed: 03/12/2026; D.I. 1740].

D.     Amended Certification of Counsel Regarding Stipulation and Agreed Order (I) Reclassifying Claim of Shift Capital, Inc. Against CarePoint Systems, Inc. and (II) Preserving Rights Against Non-Debtors [Filed: 03/26/2026; D.I. 1745].

Objection Deadline: December 9, 2025 at 4:00 p.m.

Responses:

E.     Objection Pennsylvania Manufacturers' Association Insurance Company's Limited Response to Debtors' First (Non-Substantive) Omnibus Objection to Claims [Exhibit 1 Nos. 5-8, Claim Nos. 10290; 10291; 10292, 10293; and 10294] [Filed: 12/08/2025; D.I. 1632].

F.     Response of Med-Metrix, LLC to Debtors' First (Non-Substantive) Objection to Certain (I) Duplicate Claims, (II) Superseded Claims, and (III) Late Filed Claims [Exhibit 1 Nos. 1-4, Claim Nos. 10241, 10242, 10243, 10244, and 10246] [Filed: 12/09/2025; D.I. 1641].

Status: This matter was previously resolved [D.I. 1698] as to PMAIC and continued as to Med-Metrix, LLC and Shift Capital Inc. The matter is resolved as to Shift Capital Inc. with an order submitted under COC. The matter is continued to May 19, 2026 at 2:30 p.m. for Med-Metrix, LLC only.

3.     Debtors' Second (Substantive) Omnibus Objection to Certain (I) Misclassified Claims, (II) Modified Claims, (III) Satisfied Claims, and (IV) Active Litigation Claims [Filed: 11/18/2025; D.I. 1605].

Related Documents:

A.     Notice of Submission of Copies of Proofs of Claim Regarding the Debtors' First and Second Omnibus Objection to Claims [Filed: 01/08/2026; D.I. 1669] [See 2A].

B.     Order Granting, as Modified Herein, Debtors' Second (Substantive) Omnibus Objection to Certain (I) Misclassified Claims, (II) Modified Claims, (III) Satisfied Claims, and (IV) Active Litigation Claims [Filed: 01/30/2026; D.I. 1699].

C.     Order Resolving Debtors' Second (Substantive) Omnibus Objection to Certain (I) Misclassified Claims, (II) Modified Claims, (III) Satisfied Claims, and (IV) Active Litigation Claims as to Claim Nos. 74, 10312, 10313 and 10767 [Filed: 03/10/2026; D.I. 1736].

D.     Certification of Counsel Regarding Stipulation and Agreed Order (I) Reclassifying Claim of Shift Capital, Inc. Against CarePoint Systems, Inc.

and (II) Preserving Rights Against Non-Debtors [Filed: 03/12/2026; D.I. 1740]. [See 2C]

E.      Amended Certification of Counsel Regarding Stipulation and Agreed Order (I) Reclassifying Claim of Shift Capital, Inc. Against CarePoint Systems, Inc. and (II) Preserving Rights Against Non-Debtors [Filed: 03/26/2026; D.I. 1745]. [See 2D]

Objection Deadline: December 9, 2025 at 4:00 p.m.

Responses:

F.      Objection Treace Medical Concepts, Inc.'s Creditor's Response in Opposition to Debtor's Second Omnibus Objection to Certain Misclassified Claims of November 18, 2025 [Exhibit 1, No. 6, Claim No. 10174] [Filed: 12/05/2025; D.I. 1630].

G.      Pennsylvania Manufacturers' Association Insurance Company's Response to Debtors' Second (Substantive) Omnibus Objection to Claims [Exhibit 3 Nos. 26-30, Claim Nos. 10290; 10291; 10292; 10293; and 10294] [Filed: 12/08/2025; D.I. 1633].

H.      Reservation of Rights and Limited Objection of Journal Square Plaza Urban Renewal Associates to Debtors' Second (Substantive) Omnibus Objection to Certain (I) Misclassified Claims, (II) Modified Claims, (III) Satisfied Claims, and (IV) Active Litigation Claims [Exhibit 3, No. 38, Claim No. 10663] [Filed: 12/08/2025; D.I. 1635].

I.      Response of Access Information Management Corporation in Opposition to Debtors' Second (Substantive) Omnibus Objection to Certain (I) Misclassified Claims, (II) Modified Claims, (III) Satisfied Claims, and (IV) Active Litigation Claims [Exhibit 4, No. 58, Claim No. 20006] [Filed: 12/08/2025; D.I. 1637].

J.      Objection of VRC Companies, LLC to Debtors' Second (Substantive) Omnibus Objection to Certain (I) Misclassified Claims, (II) Modified Claims, (III) Satisfied Claims, and (IV) Active Litigation Claims [Exhibit 4 Nos. 55-57, Claim Nos. 11009; 11149; 20001; and 20006] [Filed: 12/08/2025; D.I. 1638].

K.      Committee of Interns and Residents, SEIU's Objection to Second (Substantive) Objection to Certain Claims [Exhibit 3, Nos. 34-35,Claim Nos. 10337 and 10338] [Filed: 12/30/2025; D.I. 1652].

Status: This matter was previously resolved as to PMAIC, Journal Square, Committee of Interns & Residents, Access, VRC, Treace Medical Concepts, and East Coast Mechanical as well as all claims other than those of Med-Metrix, SCG Capital Corporation, JNESO District Council 1 IUOE AFL-CIO, Health Professionals & Allied Employees, District 1199J NUHHCE FSCME AFL CIO,

and Shift Capital. The matter is (i) continued to a date to be determined as to SCG Capital Corporation; and (ii) resolved as to JNESO District Council 1 IUOE AFL-CIO, Health Professionals & Allied Employees, District 1199J NUHHCE FSCME AFL and Shift Capital Inc. with orders submitted under COC.  This matter is continued to May 19, 2026 at 2:30 p.m. regarding Med-Metrix, LLC.

Dated:  March 30, 2026

**DILWORTH PAXSON LLP**

/s/  Peter C. Hughes

Peter C. Hughes (DE 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone:      302-571-9800
Facsimile:      302-571-8875
Email:           phughes@dilworthlaw.com

and

Lawrence G. McMichael (admitted *pro hac vice*)
Peter C. Hughes (DE 4180)
Anne M. Aaronson (admitted *pro hac vice*)
Jack Small (admitted *pro hac vice*)
1650 Market St., Suite 1200
Philadelphia, PA 19103
Telephone:      (215) 575-7000
Facsimile:      (215) 754-4603
Email:           lmcmichael@dilworthlaw.com
Email:           phughes@dilworthlaw.com
Email:           aaaronson@dilworthlaw.com
Email:           jsmall@dilworthlaw.com

*Counsel for the Debtors*