**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| CarePoint Health Systems Inc. d/b/a Just Health Foundation, *et al.*,[1] | ) | Case No. 24-12534 (JKS) |
| | ) | Jointly Administered |
| Debtors. | ) | **Re: Docket No. 1854** |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PRACTICE GROUP DEBTORS[2] FOR THE PERIOD FROM MAY 23, 2025 THROUGH OCTOBER 31, 2025**

The undersigned hereby certifies that:

1. On June 30, 2026, Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), counsel for the Official Committee of Unsecured Creditors for the Practice Group Debtors (the "Committee") filed its *First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors for the Practice Group Debtors for the Period from May 23, 2025 through October 31, 2025* (the "Application") [Docket No. 1854].

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

[2] Following the Effective Date of May 22, 2025, Garden State Healthcare Associates, LLC and New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (the "Practice Groups") remain as Debtors-In-Possession.

2. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than July 21, 2026 at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline").

3. The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

4. Accordingly, the Debtors request that the proposed order attached to the Application be entered at the Court's earliest convenience.

Dated: August 11, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Bradford J. Sandler (DE Bar No. 4142)
James E. O'Neill (Bar No. 4042)
Colin R. Robinson (Bar No. 5524)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
joneill@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors for the Practice Group Debtors*