**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CAREPOINT HEALTH SYSTEMS INC. d/b/a JUST HEALTH FOUNDATION, *et al.*[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-12534 (JKS)<br><br>(Joint Administration)<br><br>**Hearing Date: 11/19/26 at 1:00 p.m. (ET)**<br>**Obj. Deadline: 10/26/26 at 4:00 p.m. (ET)**<br><br>**Re: D.I. 1711** |

**NOTICE OF MOTION OF HEALTH PROFESSIONALS AND ALLIED EMPLOYEES AFT/AFL-CIO (I) ENFORCING THIS COURT'S ADMINISTRATIVE ORDER COMPELLING THE DEBTORS, HRH AND MANAGERS TO MAKE THE 2024 EMPLOYER 401K CONTRIBUTIONS; (II) COMPELLING THE DEBTORS, HRH, THE MANAGERS OF BAYONNE HOSPITAL AND CHRIST HOSPITAL TO IMMEDIATELY MAKE THE ADMINISTRATIVE PAYMENT OF THE 2024 401K CONTRIBUTION PURSUANT TO 11 U.S.C. §§ 1142 AND 105 AND 28 U.S.C §§ 157 AND 1334 (III) HOLDING THE DEBTORS, HRH AND HOSPITAL MANAGERS IN CONTEMPT OF THIS COURT'S ORDER; AND (IV) GRANTING SUCH OTHER AND FURTHER RELIEF AS THIS COURT DEEMS JUST AND NECESSARY**

TO: (I) COUNSEL TO THE DEBTORS; (II) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (III) COUNSEL TO HRH, AND (IV) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE

**PLEASE TAKE NOTICE** that on October 12, 2026, Health Professionals and Allied Employees AFT/AFL-CIO ("HPAE") filed the *Motion (I) Enforcing This Court's Administrative Order Compelling the Debtors, HRH and Managers to Make the 2024 Employer 401k Contributions; (II) Compelling the Debtors, HRH, the Managers of Bayonne Hospital and Christ Hospital to Immediately Make the Administrative Payment of the 2024 401k Contribution Pursuant to 11 U.S.C. §§ 1142 and 105, and 28 U.S.C §§ 157 and 1334 (III) Holding the Debtors,*

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593): (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco, LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, New Jersey 07030.

*HRH and Hospital Managers in Contempt of This Court's Order and (IV) Granting Such Other and Further Relief as This Court Deems Just and Necessary* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court") in the above-captioned Chapter 11 cases. A copy of the Motion is enclosed herein.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **October 26, 2026, at 4:00 p.m. (ET) (the "Objection Deadline")** with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the undersigned counsel to HPAE on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **NOVEMBER 19, 2026, AT 1:00 P.M. (ET)** BEFORE THE HONORABLE J. KATE STICKLES AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THEN THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

Dated: October 12, 2026

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner, Esq., (DE #3995)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: 302.777.1111
rosner@teamrosner.com

-and-

**LAW OFFICES OF MITCHELL J. MALZBERG, LLC**
Mitchell Malzberg, Esquire
P. O. Box 5122
6 E. Main Street, Suite 7
Clinton, NJ 08809
Telephone: 908.323.2958
Facsimile: 908.933.0808
mmalzberg@mjmalzberglaw.com

*Co-Counsel to Health Professionals and Allied Employees, AFT/AFL-CIO*