**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 24-12534 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON NOVEMBER 19, 2026 AT 1:00 P.M. (ET)[2]**

This proceeding will be conducted **in-person**.
All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.
Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

[2] All motions and other pleadings referenced herein are available online at the following web address: https://dm.epiq11.com/CarePoint

## I. CONTINUED MATTERS

**1.** Debtors' First (Non-Substantive) Omnibus Objection to Certain (I) Duplicate Claims, (II) Superseded Claims, and (III) Late Filed Claims [Filed: 11/18/2025; D.I. 1604].

Related Documents:

A. Notice of Submission of Copies of Proofs of Claim Regarding the Debtors' First and Second Omnibus Objection to Claims [Filed: 01/08/2026; D.I. 1669].

B. Order Granting Debtors' First (Non-Substantive) Omnibus Objection to Certain (I) Duplicate Claims, (II) Superseded Claims, and the (III) Late Filed Claims [Filed: 01/30/2026; D.I. 1698].

C. Order Approving Stipulation and Agreed Order (I) Reclassifying Claim of Shift Capital, Inc. Against CarePoint Systems, Inc. and (II) Preserving Rights Against Non Debtors [Filed: 03/30/2026; D.I. 1753].

Objection Deadline: December 9, 2025 at 4:00 p.m.

Responses:

D. Objection Pennsylvania Manufacturers' Association Insurance Company's Limited Response to Debtors' First (Non-Substantive) Omnibus Objection to Claims [Exhibit 1 Nos. 5-8, Claim Nos. 10290; 10291; 10292, 10293; and 10294] [Filed: 12/08/2025; D.I. 1632].

E. Response of Med-Metrix, LLC to Debtors' First (Non-Substantive) Objection to Certain (I) Duplicate Claims, (II) Superseded Claims, and (III) Late Filed Claims [Exhibit 1 Nos. 1-4, Claim Nos. 10241, 10242, 10243, 10244, and 10246] [Filed: 12/09/2025; D.I. 1641].

Status: This matter was previously resolved as to PMAIC and Shift Capital Inc. and continued as to Med-Metrix, LLC only. The Litigation Trustee has secured conflicts counsel regarding Med-Metrix, LLC. This matter is continued on the basis that the merits of the objection are expected to be addressed in an adversary proceeding.

**2.** Debtors' Second (Substantive) Omnibus Objection to Certain (I) Misclassified Claims, (II) Modified Claims, (III) Satisfied Claims, and (IV) Active Litigation Claims [Filed: 11/18/2025; D.I. 1605].

Related Documents:

A. Notice of Submission of Copies of Proofs of Claim Regarding the Debtors' First and Second Omnibus Objection to Claims [Filed: 01/08/2026; D.I. 1669] [See 1A].

B. Order Granting, as Modified Herein, Debtors' Second (Substantive) Omnibus Objection to Certain (I) Misclassified Claims, (II) Modified Claims, (III) Satisfied Claims, and (IV) Active Litigation Claims [Filed: 01/30/2026; D.I. 1699].

C. Order Resolving Debtors' Second (Substantive) Omnibus Objection to Certain (I) Misclassified Claims, (II) Modified Claims, (III) Satisfied Claims, and (IV) Active Litigation Claims as to Claim Nos. 74, 10312, 10313 and 10767 [Filed: 03/10/2026; D.I. 1736].

D. Order Approving Stipulation and Agreed Order (I) Reclassifying Claim of Shift Capital, Inc. Against CarePoint Systems, Inc. and (II) Preserving Rights Against Non Debtors [Filed: 03/30/2026; D.I. 1753]. [See 1C]

Objection Deadline: December 9, 2025 at 4:00 p.m.

Responses:

E. Objection Treace Medical Concepts, Inc.'s Creditor's Response in Opposition to Debtor's Second Omnibus Objection to Certain Misclassified Claims of November 18, 2025 [Exhibit 1, No. 6, Claim No. 10174] [Filed: 12/05/2025; D.I. 1630].

F. Pennsylvania Manufacturers' Association Insurance Company's Response to Debtors' Second (Substantive) Omnibus Objection to Claims [Exhibit 3 Nos. 26-30, Claim Nos. 10290; 10291; 10292; 10293; and 10294] [Filed: 12/08/2025; D.I. 1633].

G. Reservation of Rights and Limited Objection of Journal Square Plaza Urban Renewal Associates to Debtors' Second (Substantive) Omnibus Objection to Certain (I) Misclassified Claims, (II) Modified Claims, (III) Satisfied Claims, and (IV) Active Litigation Claims [Exhibit 3, No. 38, Claim No. 10663] [Filed: 12/08/2025; D.I. 1635].

H. Response of Access Information Management Corporation in Opposition to Debtors' Second (Substantive) Omnibus Objection to Certain (I) Misclassified Claims, (II) Modified Claims, (III) Satisfied Claims, and (IV) Active Litigation Claims [Exhibit 4, No. 58, Claim No. 20006] [Filed: 12/08/2025; D.I. 1637].

I. Objection of VRC Companies, LLC to Debtors' Second (Substantive) Omnibus Objection to Certain (I) Misclassified Claims, (II) Modified Claims, (III) Satisfied Claims, and (IV) Active Litigation Claims [Exhibit 4 Nos. 55-57, Claim Nos. 11009; 11149; 20001; and 20006] [Filed: 12/08/2025; D.I. 1638].

J. Committee of Interns and Residents, SEIU's Objection to Second (Substantive) Objection to Certain Claims [Exhibit 3, Nos. 34-35,Claim Nos. 10337 and 10338] [Filed: 12/30/2025; D.I. 1652].

Status: This matter was previously resolved as to all parties with the exception of Med-Metrix. The Litigation Trustee has secured conflicts counsel regarding Med-Metrix, LLC. This matter is continued on the basis that the merits of the objection are expected to be addressed in an adversary proceeding.

## II. CONTESTED MATTERS

**3.** FME Entities' Motion for Entry of an Order (I) Enforcing this Court's Orders and Compelling the Debtors to Pay the FME Entities' Allowed Administrative Expense Claims, (II) Holding the Debtors in Civil Contempt and Imposing Sanctions for their Continued Noncompliance, and (III) Granting Related Relief [Filed: 08/10/2026; D.I. 1882].

Related Documents:

A. Debtors' Cross-Motion to FME Entities' Motion for Entry of an Order (I) Enforcing this Court's Orders and Compelling the Debtors to Pay the FME Entities' Allowed Administrative Expense Claims, (II) Holding the Debtors in Civil Contempt and Imposing Sanctions for Their Continued Noncompliance, and (III) Granting Related Relief Seeking Turnover and Setoff Under Sections 542 and 558 of the Bankruptcy Code [Filed: 09/02/2026; D.I. 1908].

B. Order (A) Granting in Part FME Entities' Motion for Entry of an Order Compelling Debtors to Pay Allowed Administrative Expense Claims; and (B) Denying Debtors' Cross-Motion Seeking Turnover and Setoff [Filed: 10/19/2026; D.I. 1971].

C. FME Entities' Notice of Non-Compliance with the Court's Order [Filed: 10/27/2026; D.I. 1977].

Objection Deadline: August 18, 2026 at 4:00 p.m.

Responses:

D. Debtors' (A) Objection to FME Entities' Motion for Entry of an Order (I) Enforcing this Court's Orders and Compelling the Debtors to Pay the FME Entities' Allowed Administrative Expense Claims, (II) Holding the debtors in Civil Contempt and Imposing Sanctions for Their Continued Noncompliance, and (III) Granting Related Relief, and (B) Cross-Motion for Turnover and Setoff Under Sections 542 and 558 of the Bankruptcy Code [Filed: 08/18/2026; D.I. 1895].

E. [SEALED] Exhibit A to Debtors' Objection and Cross-Motion [Filed: 09/02/2026; D.I. 1910].

F. FME Entities' Reply in Support of Their Motion to Enforce the Court's Orders, Compel Payment of Allowed Administrative Expense Claims, and Impose Conditional Contempt Sanctions [Filed: 09/25/2026; D.I. 1929].

G. FME Entities' Response and Objection to the Debtors' Cross-Motion for Turnover and Setoff [Filed: 09/25/2026; D.I. 1930].

H. Declaration of Kerry Thibodeau in Support of the FME Entities' Reply and Response to the Debtors' Cross-Motion [Filed: 09/25/2026; D.I. 1931].

I. Declaration of Ishan Patel in Support of the FME Entities' Reply and Response to the Debtors' Cross-Motion [Filed: 09/25/2026; D.I. 1932].

Status: This matter is going forward.

**4.** Motion of Health Professionals and Allied Employees AFT/AFL-CIO (I) Enforcing this Court's Administrative Order Compelling the Debtors, HRH and Managers to Make the 2024 Employer 401K Contributions; (II) Compelling the Debtors, HRH, the Managers of Bayonne Hospital and Christ Hospital to Immediately Make the Administrative Payment of the 2024 401K Contribution Pursuant to 11 U.S.C. §§ 1142 and 105 and 28 U.S.C. §§ 157 and 1334; (III) Holding the Debtors, HRH and Hospital Managers in Contempt of this Court's Order; and (IV) Granting Such Other and Further Relief as this Court Deems Just and Necessary (the "HPAE Motion")[Filed: 10/12/2026; D.I. 1963]

Related Documents: None.

Objection Deadline: October 26, 2026 at 4:00 p.m. The deadline has been voluntarily extended to November 2, 2026.

Responses:

A. Joinder of District 1199J NUHHCE, AFSCME/AFL-CIO to the HPAE Motion [Filed: 10/20/2026; D.I. 1974].

B. Debtor’s Response Health Professionals and Allied Employees’ Motion to Enforce this Court’s Administrative Order to Compel; and District 1199J Joinder [Filed:11/02/2026 ; D.I. 2084].

C. Joinder [of HRH] to Reorganized Debtors’ Response [Filed: 11/03/2026; D.I. 2094].

D. HPAE Reply to Reorganized Debtors’ Opposition and HRH’s Joinder [Filed: 11/16/2026; D.I. 2103].

Status: This matter is going forward.

**5.** Motion of JNESO, District Council 1 IUOE AFL-CIO for Entry of an Order (1) Enforcing this Court’s February 5, 2026 Order Approving Stipulation; (2) Compelling Debtors and HRH to Immediately Comply with this Court’s February 5, 2026 Order and Make 2024 Employer 401K Contributions; (3) Holding the Debtors and HRH in Contempt of this Court’s February 5, 2026 Order; and (4) Granting Related Relief [Filed: 10/28/2026; D.I. 1978]

Related Documents: None.

Objection Deadline: November 11, 2026 at 4:00 p.m.

Responses:

A. Reorganized Debtors’ Response to Motion of JNESO, District Council 1 IUOE AFL-CIO for Entry of an Order to Compel [Filed: 11/11/2026; D.I. 2097].

B. [HRH] Joinder to Reorganized Debtors’ Response to Motion of JNESO, District Council 1 IUOE AFL-CIO for Entry of an Order to Compel [Filed: 11/11/2026; D.I. 2100].

C. Reply of JNESO, District Council 1 IUOE AFL-CIO to Reorganized Debtors’ Response [Filed: 11/16/2026; D.I. 2104].

Status: This matter is going forward.

Dated: November 17, 2026

**DILWORTH PAXSON LLP**

/s/ Peter C. Hughes

Peter C. Hughes (DE 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone: 302-571-9800
Facsimile: 302-571-8875
Email: phughes@dilworthlaw.com

and

Lawrence G. McMichael (admitted *pro hac vice*)
Peter C. Hughes (DE 4180)
Anne M. Aaronson (admitted *pro hac vice*)
Jack Small (admitted *pro hac vice*)
1650 Market St., Suite 1200
Philadelphia, PA 19103
Telephone: (215) 575-7000
Facsimile: (215) 754-4603
Email: lmcmichael@dilworthlaw.com
Email: phughes@dilworthlaw.com
Email: aaaronson@dilworthlaw.com
Email: jsmall@dilworthlaw.com

*Counsel for the Debtors*